UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY E. SCHOENBORN, Individually and as Personal Representative of the Estate of MARTHA S. SCHOENBORN, Deceased.<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY<br><br>Defendant. | 1:07 cv 00544 (RMU) |

**CORRECTED JOINT REPORT TO THE COURT
IN COMPLIANCE WITH LOCAL RULE 16.3**

COME NOW the Plaintiff, GREGORY E. SCHOENBORN, Individually and as the Personal Representative of MARTHA S. SCHOENBORN, Deceased, by and through counsel, Peter C. Grenier, Bode & Grenier, LLP, and the Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, by and through counsel, Kathleen A. Carey and Jeffrey C. Seaman, to submit this report in compliance with Local Rule 16.3 of the Rules of the United States District Court for the District of Columbia and state that they have agreed as follows:

1. The parties anticipate the possibility of filing dispositive motions following the close of discovery.

2. The parties do not contemplate joining any additional parties or filing any amendments to the pleadings at this juncture. However, if necessary, the parties

will do so on or before July 27, 2007.

3. The parties do not wish to assign this case to a Magistrate Judge.

4. At this point it is too early to determine the prospects for settlement. Counsel for the parties will be open to settlement discussions as discovery progresses.

5. At this point, the parties do not know if Alternative Dispute Resolution procedures would be useful. As discovery progresses, however, and the parties begin settlement discussions, assistance from the Court might help the parties. The parties will let the Court know if an ADR referral would be helpful.

6. The parties request that the following deadlines be established regarding summary judgment:

    a) Motions for Summary Judgment - on or before December 28, 2007;

    b) Oppositions to Motions for Summary Judgment - January 18, 2008; and

    c) Replies to those motions on or before January 31, 2008.

7. The parties agree to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on or before July 9, 2007.

8. The parties request that the discovery remain open through November 30, 2007.

9. The parties agree as to the following timing for exchange of expert witness reports:

        a)    Plaintiff's Expert Designation deadline -    07/27/2007

        b)    Defendant's Expert Designation deadline -    09/15/2007

10.    The parties agree that Protective Orders may be necessary due to the pendency of a criminal investigation into the incident that forms the basis of this complaint.

11.    The parties agree that at this time, it appears that the trial and/or discovery should not be bifurcated.

12.    The Plaintiff requests that the Court set a Pre-Trial Conference 45 days after the close of discovery. The Defendant requests that the Pre-Trial Conference be conducted 45 days after the close of discovery or 30 days after the Court rules on any Motions for Summary Judgment, whichever period of time is longer is longer.

13.    The parties request that the Court set a trial date after any ruling on Summary Judgment motions and after the Pre-Trial Conference is held.

Respectfully submitted,

**Bode & Grenier, LLP**


 /s/
By: Peter C. Grenier
Unified Bar No: 418570
1150 Connecticut Avenue, N.W.
9th Floor, Connecticut Building
Washington, D.C. 20036
202- 828 -4100
Counsel for Plaintiff

**Washington Metropolitan Area Transit Authority**


  /s/
By: Kathleen A. Carey
Unified Bar No: 357990
Assistant General Counsel
600 5th Street, N.W. Room 2B-11
Washington, D.C. 20001
202-962-1496
Counsel for Defendant



  /s/
Jeffrey C. Seaman
Unified Bar No: 466509
Assistant General Counsel
600 5th Street, N.W. Room
Washington, D.C. 20001
202-962-1856
Counsel for Defendant

.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY E. SCHOENBORN, Individually and as Personal Representative of the Estate of MARTHA S. SCHOENBORN, Deceased.<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY<br><br>Defendant. | 1:07 cv 00544 (RMU) |

**SCHEDULING ORDER**

UPON CONSIDERATION of the Joint Report to the Court in Compliance with Local Rule 16.3 and the Initial Scheduling Conference before this Court on June 19, 2007, it is, by the Court, this ____ day of _____, 2007, hereby ORDERED:

1. The parties shall make their Fed. R. Civ. P. 26(a)(1) initial disclosures on or before July 9, 2007.

2. All amendments to the pleadings or joinder of new parties shall be filed on or before July 27, 2007.

3. Plaintiff shall file his Rule 26(a)(2) Statements and expert reports by July 27, 2007.

4. Defendant shall file its Rule 26(a)(2) Statements and expert reports by

September 15, 2007.

5.    All discovery shall be completed by November 30, 2007. Each party shall be permitted to take ____ depositions and serve ____ interrogatories on the other party.

6.    All dispositive motions shall be filed on or before December 28, 2007, with oppositions thereto due on or before January 18, 2008, and replies to oppositions due on or before January 31, 2008.

7.    The pretrial conference shall be held approximately _____ days after _____.

_____
Judge, U.S. District Court for the District of Columbia

Copies to:
Peter C. Grenier, Esq.
BODE & GRENIER, L.L.P
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
(202) 828-4100
(202) 828-4130 (fax)
*Counsel for Plaintiff*

Kathleen A. Carey, Esq.
Jeffrey C. Seaman, Esq.
WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY
600 5th Street, N.W.
Washington, D.C. 20001
(202) 962-1496
(202) 962-1856
(202) 962-2550 (fax)
*Counsel for Defendant*