## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY E. SCHOENBORN, Individually and as Personal Representative of the Estate of MARTHA S. SCHOENBORN, Deceased<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY<br><br>Defendant. | 1:07 cv 00544 (RMU) |

## ENTRY OF APPEARANCE

Please note the appearance of the undersigned as co-counsel for the Defendant.

Respectfully Submitted,

  /s/  
Jeffrey C. Seaman  
Unified Bar No: 466509  
Assistant General Counsel  
600 5th Street, N.W. Room  
Washington, D.C. 20001  
202-962-1856  
jcseaman@wmata.com