UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY E. SCHOENBORN,** )<br>**Individually and as Personal** )<br>**Representative of the Estate of** )<br>**Martha Stringer Schoenborn, Deceased** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**WASHINGTON METROPOLITAN** )<br>**AREA TRANSIT AUTHORITY** )<br>)<br>**Defendant.** )<br>) | CIVIL ACTION NO. 07-CV-544(RMU/JMF) |

### PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff Gregory E. Schoenborn, individually and as personal representative of the Estate of Martha Stringer Schoenborn, by undersigned counsel, provides the following Initial Disclosures, which he reserves the right to supplement and to amend as necessary:

(A)  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

      Gregory E. Schoenborn
      3225 Ravensworth Place
      Alexandria, Virginia  22302
      (703) 931-8480
      Plaintiff -- all aspects of the claim.

      Kimberly Pifer
      2634 Oberlin Road
      Raleigh, North Carolina  27608

Daughter of Mrs. Schoenborn -- knowledge of Mr. Schoenborn and knowledge of Mrs. Schoenborn, her life, work, relationships, and the services she provided during her life.

Anne Burnell
9307 Rustburg Place
Fairfax, Virginia  22032
(703) 425-2816
Sister of Mrs. Schoenborn -- knowledge of Mr. Schoenborn and knowledge of Mrs. Schoenborn, her life, work, relationships, and the services she provided during her life.

Rita Babcock
1776 Shafpsbury Avenue
Crofton, Maryland  21114
(301) 560-4600
Sister of Mr. Schoenborn -- knowledge of Mr. Schoenborn and knowledge of Mrs. Schoenborn, her life, work, relationships, and the services she provided during her life.

William Hoyt Chitwood
81340 National Drive
La Quinta, California  92253
(760) 564-5534
Brother of Mr. Schoenborn -- knowledge of Mr. Schoenborn and knowledge of Mrs. Schoenborn, her life, work, relationships, and the services she provided during her life.

John Soroka, Daryl Valdez, and other members of the United States Attorney's Office for the District of Columbia
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7566
Assistant United States Attorneys involved in the prosecution of Victor Z. Kolako, driver of the WMATA bus involved in the incident that is the subject of this litigation.

Victor Z. Kolako
Address and telephone number unknown.
Driver of the WMATA bus involved in the incident that is the subject of this litigation.

Detective Joseph Diliberto and other members of the Metropolitan Police Department
Government of the District of Columbia

Metropolitan Police Department
300 Indiana Avenue, N.W.
Washington, D.C. 20001
(202) 727-4218
Detective Diliberto was involved in the police investigation of the February 14, 2007 incident. He possesses knowledge of the incident and the investigation of the incident.

Marie-Lydie Y. Pierre-Louis, M.D.
Government of the District of Columbia
Office of the Chief Medical Examiner
1910 Massachusetts Avenue, S.E., Building 27
Washington, D.C. 20003
(202) 698-9000
Chief Medical Examiner -- knowledge of the autopsy report.

Fiona J. Couper, Ph.D.
Government of the District of Columbia
Office of the Chief Medical Examiner
1910 Massachusetts Avenue, S.E., Building 27
Washington, D.C. 20003
(202) 698-9000
Chief Toxicologist -- knowledge of the toxicology report.

Juliet Lees, M.D., Anthony Jones, M.D., Jeremy Brown, M.D.,
Paul Delporto, M.D., Miriam Baker, R.N., Brooke Visser, R.N.,
Kathleen Wahlgren, R.N., Maxine Hutson, and other emergency
room doctors and nurses
George Washington University Hospital Emergency Room
900 23rd Street, N.W.
Washington, D.C. 20037
(202) 715-4000
Mrs. Schoenborn's healthcare providers at the emergency room at George Washington University Hospital.

John Doe(s)
Unknown members of the District of Columbia Fire and Emergency
Medical Services Department involved in responding to the scene of the
February 14, 2007 incident.
Fire and Emergency Medical Services Department
Government of the District of Columbia
1923 Vermont Avenue, N.W., Suite 201
Washington, D.C. 20001
(202) 673-3331

       Knowledge of the medical care and transport of Mrs. Schoenborn at the scene of the February 14, 2007 incident to George Washington University Hospital Emergency Room.

       John Doe(s)
       Unknown witnesses to the February 14, 2007 incident.

       Deborah Platt Majoras, Chairman
       Federal Trade Commission
       600 Pennsylvania Avenue, N.W.
       Washington, D.C. 20580
       (202) 326-2222
       Knowledge of Mrs. Schoenborn's employment with the Federal Trade Commission.

       Maryanne Kane, Esquire
       Timothy Muris, Esquire
       O'Melveny & Myers, L.L.P.
       1625 Eye Street, N.W.
       Washington, D.C. 20006
       (202) 383-5300
       Knowledge of Mrs. Schoenborn's potential future employment.

(B)    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

       Plaintiff incorporates all documents and things previously provided to Defendant, including a copy of the Metropolitan Police Department traffic accident report for the February 14, 2007 incident; a copy of the National Archives Building surveillance recording of the February 14, 2007 incident; photographs from the autopsy by the D.C. Medical Examiner; autopsy report of the D.C. Medical Examiner; and medical records from George Washington University Hospital Emergency Room.

       Further, Plaintiff attaches hereto as Exhibit 1 a copy of the record from D.C. Emergency Medical Services, reflecting the medical care and transport of

        Mrs. Schoenborn from the scene of the incident to George Washington University Hospital Emergency Room, and a copy of the bill from George Washington University Hospital Emergency Room.

(C)    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**Medical expenses to date:**

| | |
|---|---|
| D.C. Fire and Emergency Rescue Services | $ Unknown |
| George Washington University Hospital ER | $ 870.00 |
| **Total** | **$ 870.00** |

**Additional economic and non-economic damages remain to be determined.**

(D)    For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

    Not applicable.


Respectfully submitted,

GREGORY E. SCHOENBORN

By:   /s/   Peter C. Grenier
        Peter C. Grenier (D.C. Bar No. 418570)
        Bode & Grenier, L.L.P.
        1150 Connecticut Avenue, N.W.
        Ninth Floor
        Washington, D.C.  20036
        (202) 828-4100
        (202) 828-4130 (fax)
        *Counsel for Plaintiff*

Dated: July 3, 2007

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of July, 2007, I served a true and correct copy of the foregoing Plaintiff's Initial Disclosures by electronic filing to:

>Kathleen A. Carey, Esq.
>Jeffrey C. Seaman, Esq.
>Washington Metropolitan Area Transit Authority
>Assistant General Counsel
>600 5th Street, N.W. Room 2B-11
>Washington, D.C. 20001
>*Counsel for Defendant*

/s/   Peter C. Grenier
Peter C. Grenier

**District Of Columbia Fire And EMS Department** (PRESS FIRMLY)

Location: Pennsylvania Ave NW

Patient Last Name: Doe
First: Jane
Today's Date: 02/16/2007

Chief Complaint: CPR → Trauma → Ped Struck

Narrative: A/O STF: BLS performing CPR on a ?yr/o female struck by a Metrobus @ an unknown speed. B2... pt has obvious deformities to [illegible] head. Apneic. Resp. obvious [illegible] to C/Breath. Intubated c 7.5 ETT. [illegible] systole. Administered (1) [illegible] via ET tube. Continued CPR Enroute to HO WHMC [illegible]...



**The George Washington University**
MEDICAL FACULTY ASSOCIATES
2150 Pennsylvania Ave.
Washington, DC 20037

ADDRESS SERVICE REQUESTED

CAREFIRST FEP # R27904256

Telephone Inquiries: 202-741-3560

| | MASTERCARD | | VISA | | AMERICAN EXPRESS |
|---|---|---|---|---|---|
| CARD NUMBER | | | | AMOUNT | |
| SIGNATURE | | | | EXP. DATE | |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 03/09/07 | 870.00 | 3417092 |
| DUE DATE | SHOW AMOUNT PAID HERE $ | |

ADDRESSEE:

MARTHA SCHOENBORN    3417092
3209 RAVENSWOARTH PL
ALEXANDRIA, VA 22302

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

REMIT TO:

THE GEORGE WASHINGTON UNIVERSITY
MEDICAL FACULTY ASSOCIATES
P.O. BOX 37056
BALTIMORE, MD 21297-3056

**STATEMENT**   PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE OF SERVICE/ TRANSACTION | INVOICE | | DESCRIPTION OF SERVICES | CHARGES/ PAYMENTS/ ALLOWANCES | PAYMENTS FROM PATIENT | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|---|
| | 9756152 | | PATIENT SEEN BY JEREMY BROWN MD | | | |
| 02/14/07 | | 99291 | CRITICAL CARE, 1HR | 460.00 | | 460.00 |
| | 9783914 | | PATIENT SEEN BY PAUL F DANGERFIELD MD | | | |
| 02/14/07 | | 500 | ENDOTRACHEAL INTUBATION | 410.00 | | 410.00 |

| BILL DATE:* | PATIENT NAME: | ACCOUNT #: | PLEASE PAY THIS BALANCE |
|---|---|---|---|
| 03/09/07 | MARTHA SCHOENBORN | 3417092 | 870.00 |

* PAYMENTS RECEIVED AFTER BILL DATE WILL APPEAR ON YOUR NEXT STATEMENT.