UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY E. SCHOENBORN,<br>Individually and as Personal<br>Representative of the Estate of<br>Martha Stringer Schoenborn, Deceased<br><br>               Plaintiff,<br><br>      v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>               Defendant. | CIVIL ACTION NO. 07-CV-544(RMU/JMF) |

**JOINT MOTION FOR AN EXTENSION OF TIME
TO FILE RULE 26(a)(2)(B) STATEMENTS**

Plaintiff Gregory E. Schoenborn, ("Plaintiff"), by and through undersigned counsel, and joined by Defendant Washington Metropolitan Area Transit Authority ("Defendant"), hereby move this Court to extend the time for the parties to file their respective Rule 26(a)(2)(B) statements. Both parties seek a 45 day extension to file their Rule 26(a)(2)(B) statements. In support thereof, Plaintiff and Defendant state:

    1.    No previous extensions of time have been granted.

    2.    Granting this motion will have no effect on the other existing deadlines in this case.

    3.    The parties propose that the deadline for Plaintiff's Rule 26(a)(2)(B) statement be set for September 10, 2007 and the deadline for Defendant's Rule 26(a)(2)(B) statement be set for November 1, 2007.

    4.    On June 19, 2007, this Court held an initial scheduling conference and issued a

scheduling Order. Pursuant to the June 19, 2007 scheduling Order, the deadline for Plaintiff's Rule 26(a)(2)(B) statement was set for July 27, 2007, and the deadline for Defendant's Rule 26(a)(2)(B) statement was set for September 17, 2007.

5. Since before the date of the scheduling conference, the United States Attorney's Office for the District of Columbia, the District of Columbia Metropolitan Police Department, and the District of Columbia Fire and Emergency Medical Services Department have not timely provided records and documents which both parties need for the preparation of their Rule 26(a)(2)(B) statements.

6. By mailing dated July 6, 2007, and received by Plaintiff on July 9, 2007, the United States Attorney's Office for the District of Columbia finally provided records and documents which both parties believe will assist preparations of their Rule 26(a)(2)(B) statements. Since that date, the parties have used these documents to prepare Rule 26(a)(2)(B) statements and/or to pursue additional evidence necessary for their Rule 26(a)(2)(B) statements. Because this information was only available to the parties within the last two weeks, the parties seek additional time in which to prepare their Rule 26(a)(2)(B) statements.

7. Additionally, by discovery responses dated July 12, 2007 and received by Plaintiff on July 16, 2007, Defendant provided Plaintiff with responses to Plaintiff's May 25, 2007 request for production of documents. Since that date, Plaintiff has used these documents to prepare his Rule 26(a)(2)(B) statement and to pursue additional evidence necessary for his Rule 26(a)(2)(B) statement. Because this information was only available to Plaintiff two days ago, Plaintiff seeks additional time in which to prepare his Rule 26(a)(2)(B) statement.

8. The parties respectfully submit that extending the time for the parties to submit their Rule 26(a)(2)(B) statements for 45 days, or until September 10, 2007 and November 1,

2007, respectively, will not cause any undue delay in this action, will not alter any other existing deadlines, and that even with such an extension of time, all of the discovery will be completed by the close of discovery, set for November 30, 2007.

Respectfully submitted,

*Peter C. Grenier /s/*_____
By:  Peter C. Grenier (D.C. Bar No. 418570)
     Bode & Grenier, L.L.P.
     1150 Connecticut Avenue, N.W.
     Ninth Floor
     Washington, D.C.  20036
     (202) 828-4100
     (202) 828-4130 (fax)
     *Counsel for Plaintiff*


Jeffrey Seaman /s/_____
By:  Jeffrey C. Seaman (D.C. Bar No. 466509)
     Assistant General Counsel
     Washington Metropolitan Area Transit Authority
     600 5th Street, N.W.
     Washington, D.C. 20001
     *Counsel for Defendant WMATA*

Dated: July 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July 2007, I served a true and accurate copy of the foregoing Joint Motion for Extension of Time to File Rule 26(a)(2)(B) Statements, by electronic case filing upon:

      Kathleen A. Carey, Esq.
      Jeffrey C. Seaman, Esq.
      Washington Metropolitan Area Transit Authority
      Assistant General Counsel
      600 5th Street, N.W. Room 2B-11
      Washington, D.C. 20001
      *Counsel for Defendant WMATA*

                                      *Peter C. Grenier /s/*
                                      Peter C. Grenier

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY E. SCHOENBORN,<br>Individually and as Personal<br>Representative of the Estate of<br>Martha Stringer Schoenborn, Deceased<br><br>    Plaintiff,<br><br>  v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 07-CV-544(RMU/JMF)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Joint Motion For an Extension of Time to File Rule 26(a)(2)(B) Statements, it is, by the Court, this _____ day of _____, 2007:

ORDERED:   That the deadlines for the parties to file their Rule 26(a)(2)(B) statements be reset as follows: Plaintiff's Rule 26(a)(2)(B) statement is now due on or before September 10, 2007 and Defendant's Rule 26(a)(2)(B) statement is now due on or before November 1, 2007.

SO ORDERED.

_____
Judge Ricardo Urbina

Dated: _____