**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| GREGORY E. SCHOENBORN, Individually and as Personal Representative of the Estate of Martha Stringer Schoenborn, Deceased ) ) ) ) ) ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 07-CV-544(RMU/JMF) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ) ) ) ) | |
| Defendant. ) ) | |

## NOTICE OF FILING

Attached hereto is Plaintiff's Proposed Order denying Defendant's Motion to Consolidate Cases. Please accept this Proposed Order as Attachment 1 to docket entry number 13, "Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Consolidate Cases," filed yesterday, July 26, 2007.

        Respectfully submitted,

        GREGORY E. SCHOENBORN,
        Individually and as Personal Representative of the
        Estate of MARTHA S. SCHOENBORN, Deceased

By:   /s/ Peter C. Grenier
        Peter C. Grenier, Esq., D.C. Bar #418570
        BODE & GRENIER, L.L.P.
        1150 Connecticut Avenue, N.W.
        Ninth Floor, Connecticut Building
        Washington, D.C. 20036-0000
        (202) 828-4100
        (202) 828-4130 – facsimile

Dated: July 27, 2007

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of July, 2007 I served a true and correct copy of the foregoing Plaintiff's Notice of Filing and the attached Proposed Order upon:

<u>Via U.S. Mail, postage prepaid upon:</u>
Patrick M. Regan, Esq.
Paul J. Cornoni, Esq.
REGAN ZAMBRI & LONG, PLLC
1919 M Street, N.W., Suite 350
Washington, D.C.  20036
*Counsel for Plaintiff Blasko*

<u>Via electronic filing upon:</u>
Kathleen A. Carey, Esq.
Jeffrey C. Seaman, Esq.
Washington Metropolitan Area Transit Authority
Assistant General Counsel
600 5th Street, N.W. Room 2B-11
Washington, D.C. 20001
*Counsel for Defendant WMATA*

                                          /s/ Peter C. Grenier
                                          Peter C. Grenier

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY E. SCHOENBORN,<br>Individually and as Personal<br>Representative of the Estate of<br>Martha Stringer Schoenborn, Deceased<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 07-CV-544(RMU/JMF)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant's Motion to Consolidate Cases and Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Consolidate Cases, it is, by the Court, this _____ day of _____, 2007:

ORDERED:   That Defendant's Motion to Consolidate be denied.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Judge Ricardo Urbina

Dated: _____