UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOLLY M. BLASKO, as Personal Representative of the Estate of SALLY DEAN McGHEE, Deceased, | : : : : | |
| Plaintiff, | : : | Civil Action No.: 07-0833 (RMU) |
| v. | : : | Document No.:   6 |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | : : : | |
| Defendant. | : : | |

| | | |
|---|---|---|
| GREGORY E. SCHOENBORN, as Personal Representative of the Estate of MARTHA S. SCHOENBORN, Deceased, | : : : : | |
| Plaintiff, | : : | Civil Action No.: 07-0544 (RMU) |
| v. | : : | Document No.:   11 |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | : : : | |
| Defendant. | : : | |

## ORDER

**GRANTING PLAINTIFF BLASKO'S PARTIAL CONSENT MOTION FOR CONSOLIDATION;
GRANTING IN PART AND DENYING IN PART THE DEFENDANT'S
MOTION FOR CONSOLIDATION**

For the reasons stated in the accompanying Memorandum Opinion, it is this 8th

day of August, 2007,

**ORDERED** that Plaintiff Blasko's partial motion to consolidate for discovery

purposes is **GRANTED**; and it is

**FURTHER ORDERED** that the defendant's motion for consolidation is **GRANTED in part** and **DENIED in part**, without prejudice.

**SO ORDERED**.

RICARDO M. URBINA  
United States District Judge