UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY E. SCHOENBORN,
Individually and as Personal
Representative of the Estate of                            1:07 CV 00544 (RMU)
MARTHA S. SCHOENBORN, Deceased.

           Plaintiff

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY


           Defendant

and

MOLLY M. BLASKO
Individually and as Personal
Representative of the Estate of                            1:07 CV 00833 (RMU)
SALLY D. MCGHEE, Deceased

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY


**JOINT REPORT TO THE COURT**
**IN COMPLIANCE WITH LOCAL RULE 16.3**

      COME NOW the Plaintiff, GREGORY E. SHOENBORN, Individually and as the

Personal Representative of MARTHA S. SCHOENBORN, Deceased, by and through

counsel, Peter C. Grenier, Bode & Grenier, LLP, and the Defendant, WASHINGTON

METROPOLITAN AREA TRANSIT AUTHORITY, by and through counsel, Kathleen A.

Carey and Jeffrey C. Seaman, and MOLLY BLASKO, Individually and as the Personal

Representative of SALLY D. MCGHEE, Deceased, by and through counsel, Patrick M. Regan, and Paul J. Cornoni, Regan, Zambri and Long, PLLC, to submit this report in compliance with Local Rule 16.3 of the Rules of the United States District Court for the District of Columbia.  Counsel for both plaintiffs have conferred and participated in drafting this Joint Report, assuming that based upon the consolidation of the cases by Court Order for the purposes of discovery, the dates to be entered by the Court on the currently scheduled August 28, 2007 status conference, will now apply to both matters.  Counsel, therefore, state that they have agreed as follows:

1.      The parties anticipate the possibility of filing dispositive motions following the close of discovery.

2.      The parties do not contemplate joining any additional parties or filing any amendments to the pleadings at this juncture.  The parties note that there is a pending motion to intervene filed by Kim Pifer, the daughter of the decedent, Martha S. Schoenborn.

3.      The parties do not wish to assign this case to a Magistrate Judge.

4.      At this point it is too early to determine the prospects for settlement. Counsel for the parties will be open to settlement discussions after the close of discovery.

5.      At this point, the parties do not know if Alternative Dispute Resolution procedures would be useful. As discovery progresses, however, and the parties begin settlement discussions, assistance from the Court might help the parties. The parties will let the Court know if an ADR referral would be helpful.

6.      The parties request that the following deadlines be established regarding

summary judgment:

    a)    Motions for Summary Judgment - on or before February 15, 2008;

    b)    Oppositions to Motions for Summary Judgment on or before - February 29, 2008; and

    c)    Replies to those motions on or before March 5, 2008.

7.    The parties agree to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on or before fourteen (14) days following the Court's Scheduling Conference (September 11, 2007).

8.    The parties request that discovery remain open through January 31, 2008.

9.    The parties agree as to the following timing for the exchange of expert witness reports:

    a)    Plaintiff's Expert Designation deadline -    10/15/2007

    b)    Defendant's Expert Designation deadline -    12/1/2007

10.    The parties agree that Protective Orders may be necessary due to the pendency of a criminal investigation into the incident that forms the basis of the complaints in both cases.

11.    The parties agree that at this time, it appears that the trial and/or discovery should not be bifurcated.

12.    The parties request that the Court set a Pre-Trial Conference 45 days after the close of discovery and suggest March 14, 2008.

13.    The parties request that the Court set a trial date after any ruling on Summary Judgment motions and after the Pre-Trial Conference is held.

    Respectfully submitted,

**Bode & Grenier, LLP**

/s/
By: Peter C. Grenier
Unified Bar No: 418570
1150 Connecticut Avenue, N.W.
9th Floor, Connecticut Building
Washington, D.C. 20036
202- 828 -4100
Counsel for Plaintiff Schoenborn

**Regan Zambri and Long, PLLC**

/s/
By: Patrick M. Regan
Unified Bar No: 336107
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036
202-463-3030
Counsel for Plaintiff Blasko

**Washington Metropolitan Area Transit Authority**

/s/
By: Kathleen A. Carey
Unified Bar No: 357990
Assistant General Counsel


/s/
Jeffrey C. Seaman
Unified Bar No: 466509
Assistant General Counsel
600 5th Street, N.W. Room
Washington, D.C. 20001
202-962-1856
Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GREGORY E. SCHOENBORN,

| | |
|---|---|
| Individually and as Personal Representative of the Estate of MARTHA S. SCHOENBORN, Deceased. | 1:07 cv 00544 (RMU) |

        Plaintiff,

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

        Defendant.

and

| | |
|---|---|
| MOLLY M. BLASKO Individually and as Personal Representative of the Estate of SALLY D. MCGHEE, Deceased | 1:07 CV 00833 (RMU) |

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

## SCHEDULING ORDER

UPON CONSIDERATION of the Joint Report to the Court in Compliance with Local Rule 16.3 and the Initial Scheduling Conference before this Court on August 28, 2007, it is, by the Court, this ____ day of _____, 2007, hereby

ORDERED THAT:

    1.    The parties shall make their Fed. R. Civ. P. 26(a)(1) initial disclosures on or before September 11, 2007.

2. All amendments to the pleadings or joinder of new parties shall be filed on or before the ___ Day of _____, 2007.

3. Plaintiffs shall serve their Rule 26(a)(2) Statements and expert reports by October 15, 2007.

4. Defendant shall file its Rule 26(a)(2) Statements and expert reports by December 1, 2007.

5. All discovery shall be completed by January 31, 2008. Each party shall be permitted to take 10 depositions of each party's witnesses and serve 25 interrogatories on any other party.

6. All dispositive motions shall be filed on or before February 15, 2008, with oppositions thereto due on or before February 29, 2008, and replies to oppositions due on or before March 5, 2008.

7. The pretrial conference shall be held on March 14, 2008.

_____
Judge Ricardo Urbina
 U.S. District Court for the District of Columbia

Copies to:
Peter C. Grenier, Esq.
BODE & GRENIER, L.L.P
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036

Patrick M. Regan
Paul J. Cornoni
Regan, Zambri and Long, PLLC
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036

Kathleen A. Carey
Jeffrey C. Seaman
WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY
600 5th Street, N.W.
Second Floor
Washington, D.C. 20001