UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GREGORY E. SCHOENBORN, Individually and as Personal Representative of the Estate of Martha Stringer Schoenborn, Deceased )<br><br>Plaintiff, )<br><br>v. )<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY )<br><br>Defendant. ) | CIVIL ACTION NO. 07-CV-544(RMU/JMF) |

**PLAINTIFF'S RENEWED OPPOSITION TO KIMBERLY PIFER'S
MOTION TO INTERVENE AND RENEWED REQUEST FOR ORAL HEARING**

As the Partial Consent Motion to Intervene states, Kimberly Pifer has re-filed her motion after having attempted and failed to correctly file the motion in July 2007. Although the original motion was never docketed, a copy of the motion and memorandum in support were served on Plaintiff. On July 26, 2007, Plaintiff filed a Memorandum of Points and Authorities in Opposition to the Motion to Intervene, along with a Declaration of Peter C. Grenier in Support and proposed Order. (Docket # 15).

The re-filed motion and memorandum are nearly identical to the original motion and memorandum to which Plaintiff responded on July 26, 2007. The only apparent difference between the two versions is that Ms. Pifer's counsel have attempted to correct their error of repeatedly referring to Gregory Schoenborn as "George" throughout the original motion and memorandum. However, when substituting the word "Gregory" for "George" in the re-filed

- 2 -

memorandum, Ms. Pifer's counsel erroneously changed the citation for the case *Jones v. Prince George's County* to *Jones v. Prince Gregory's County*. (*See* Mem. of Points and Auth. (8/31/07) at 5, 11.)

Given that the re-filed motion and memorandum is identical in substance to the versions to which Plaintiff originally responded, Plaintiff adopts and incorporates his July 26, 2007 submissions in renewed opposition to the Motion to Intervene. Plaintiff also renews his request for an oral hearing on this motion pursuant to Local Civil Rule 7(f).

           Respectfully submitted,

           */s/ Peter C. Grenier*
By:   Peter C. Grenier (D.C. Bar No. 418570)
      Bode & Grenier, L.L.P.
      1150 Connecticut Avenue, N.W.
      Ninth Floor
      Washington, D.C. 20036
      (202) 828-4100
      (202) 828-4130 (fax)

           *Counsel for Plaintiff*

Dated: September 4, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September 2007, I served a true and accurate copy of the foregoing Plaintiff's Renewed Opposition to Kimberly Pifer's Motion to Intervene and Renewed Request for Oral Hearing via Electronic Case Filing upon:

>William P. Lightfoot, Esq.
>KOONZ, McKENNEY, JOHNSON,
>DePAOLIS & LIGHTFOOT, L.L.P.
>2001 Pennsylvania Avenue, N.W.
>Suite 450
>Washington, D.C. 20006
>
>*Counsel for Proposed Intervenor Kimberly Pifer*
>
>- and -
>
>Kathleen A. Carey, Esq.
>Jeffrey C. Seaman, Esq.
>Washington Metropolitan Area Transit Authority
>Assistant General Counsel
>600 5th Street, N.W. Room 2B-11
>Washington, D.C. 20001
>
>*Counsel for Defendant WMATA*

>*/s/ Peter C. Grenier*
>    Peter C. Grenier

- 3 -