UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY E. SCHOENBORN, Individually and as Personal Representative of the Estate of Martha Stringer Schoenborn, Deceased <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY <br><br> Defendant. | CIVIL ACTION NO. 07-CV-544 (RMU/JMF) |
| MOLLY M. BLASKO, As Personal Representative of the Estate of Sally Dean McGhee, Deceased <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY <br><br> Defendant. | CIVIL ACTION NO. 07-CV-833 (RMU/JMF) |

**CONSENT MOTION FOR AN EXTENSION OF
TIME TO FILE RULE 26(a)(2)(B) STATEMENTS**

Plaintiffs Gregory E. Schoenborn and Molly M. Blasko, ("Plaintiffs"), by and through undersigned counsel, and with the consent of Defendant Washington Metropolitan Area Transit Authority ("Defendant"), hereby move this Court to extend the time for the parties to file their

respective Rule 26(a)(2)(B) statements. All parties seek brief 14 day extensions to file their respective Rule 26(a)(2)(B) statements. In support thereof, Plaintiffs state:

1. No previous extensions of time have been granted since these cases were consolidated for discovery purposes. Prior to consolidation, Plaintiff Schoenborn and Defendant jointly sought an extension of time to file Rule 26(a)(2)(B) statements, and this extension was granted. After that extension, the above cases were consolidated, and a new scheduling order was written.

2. Granting this motion will have no effect on the other existing deadlines in this case.

3. The parties propose that the deadline for Plaintiffs' Rule 26(a)(2)(B) statements be set for October 29, 2007 and the deadline for Defendant's Rule 26(a)(2)(B) statement be set for December 17, 2007.

4. The parties seek these brief 14 day extensions in part due to the schedules of the respective counsel. In particular, counsel for Plaintiff Blasko has a trial beginning in United States District Court in Maryland later in October. Additionally, since these cases were consolidated, Plaintiffs and Defendant have been working together to schedule depositions to determine some of the information needed to file Rule 26(a)(2)(B) statements, and due to the busy schedules of all counsel, these depositions are still ongoing, and will continue into at least next week.

5. An additional 14 days will allow Plaintiffs and Defendant necessary time to conduct additional depositions and finalize their respective Rule 26(a)(2)(B) statements.

6. The parties respectfully submit that extending the time for the parties to submit their Rule 26(a)(2)(B) statements for 14 days, or until October 29, 2007 for Plaintiffs and

2

December 17, 2007 for Defendant, will not cause any undue delay in this action, will not alter any other existing deadlines, and that even with such an extension of time, all of the discovery will be completed by the close of discovery.

Respectfully submitted,

*Peter C. Grenier /s/*
By:   Peter C. Grenier (D.C. Bar No. 418570)
      Bode & Grenier, L.L.P.
      1150 Connecticut Avenue, N.W.
      Ninth Floor
      Washington, D.C. 20036
      (202) 828-4100
      (202) 828-4130 (fax)
      *Counsel for Plaintiff Schoenborn*

*Patrick M. Regan /s/*
By:   Patrick M. Regan (D.C. Bar No. 336107)
      Regan Zambri & Long, PLLC
      1919 M Street, N.W. Suite 350
      Washington, D.C. 20036
      (202) 463-3030
      (202) 463-0667 (fax)
      *Counsel for Plaintiff Blasko*

Dated: October 3, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October 2007, I served a true and accurate copy of the foregoing Consent Motion for Extension of Time to File Rule 26(a)(2)(B) Statements, by electronic case filing upon:

>Kathleen A. Carey, Esq.
>Jeffrey C. Seaman, Esq.
>Washington Metropolitan Area Transit Authority
>Assistant General Counsel
>600 5th Street, N.W., Second Floor
>Washington, D.C. 20001
>*Counsel for Defendant WMATA*
>
>Patrick Regan, Esq.
>Paul Cornoni, Esq.
>Regan Zambri & Long, PLLC
>1919 M Street, N.W. Suite 350
>Washington, D.C.  20036
>*Counsel for Plaintiff Blasko*

                                                _____*Peter C. Grenier /s/*_____
                                                          Peter C. Grenier

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY E. SCHOENBORN,<br>Individually and as Personal<br>Representative of the Estate of<br>Martha Stringer Schoenborn, Deceased<br><br>           Plaintiff,<br><br>           v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 07-CV-544 (RMU/JMF)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| MOLLY M. BLASKO,<br>As Personal Representative of the Estate of<br>Sally Dean McGhee, Deceased<br><br>           Plaintiff,<br><br>           v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 07-CV-833 (RMU/JMF)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Consent Motion For an Extension of Time to File Rule 26(a)(2)(B) Statements, it is, by the Court, this _____ day of _____, 2007:

ORDERED:   That the deadline for the parties to file their Rule 26(a)(2)(B) statements be reset as follows: Plaintiffs' Rule 26(a)(2)(B) statement is now due on or before October 29, 2007; Defendat's Rule 26(a)(2)(B) statement is now due on or before December 17, 2007.

SO ORDERED.

_____
Judge Ricardo Urbina

Dated: _____