UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| GREGORY E. SCHOENBORN,  )<br>Individually and as Personal  )<br>Representative of the Estate of MARTHA )<br>S. SCHOENBORN, Deceased  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>WASHINGTON METROPOLITAN  )<br>TRANSIT AUTHORITY  )<br>  )<br>Defendant.  )<br>_____) | 1:07 CV 00544 (RMU) |

### SUPPLEMENT TO KIMBERLY PIFER'S MOTION TO INTERVENE

COMES NOW, Kimberly Pifer, by and through the undersigned counsel, files this Supplement to Kimberly Pifer's Motion to Intervene. Attached as Exhibit 1 is an Affidavit from Kimberly Pifer. Ms. Pifer asks that the Court consider the attached Affidavit when ruling on the Motion to Intervene.

Respectfully submitted,

KOONZ, McKENNEY, JOHNSON,
DePAOLIS & LIGHTFOOT, L.L.P.

By:___/s/ William P. Lightfoot___
William P. Lightfoot #313593
Paulette E. Chapman #416437
Kelly J. Fisher #488431
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20006
(202) 659-5500
(202) 785-3719 Facsimile

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October 2007, a copy of the foregoing Supplement to Kimberly Pifer's Motion to Intervene was served via electronic filing, to the following counsel:

Peter C. Grenier
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
9th Floor, Connecticut Building
Washington, D.C. 20036

Kathleen A. Carey
Jeffrey C. Seaman
Washington Metropolitan Transit Authority
600 5th Street, N.W.
Washington, D.C. 20001

                                          /s/ William P. Lightfoot
                                          William P. Lightfoot

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GREGORY E. SCHOENBORN,<br>Individually and as Personal<br>Representative of the Estate of<br>Martha Stringer Schoenborn, Deceased<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 07-CV-544 (RMU/JMF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared Kimberly Pifer, who, after being duly sworn, deposes and says as follows:

1. That shortly after the accident of February 14, 2007, I became aware Gregory Schoenborn intended to seek legal action regarding my mother's death.

2. That in early March, 2007, Gregory Schoenborn became aware I intended to seek my own representation in connection with claims arising as a result of my mother, Martha Schoenborn's, death.

3. That on March 21, 2007, after being referred to a WTOP online article, I first became aware of a lawsuit filed on behalf of my mother by Gregory Schoenborn.

4. That at no point prior to March 21, 2007, did Gregory Schoenborn advise me he was filing the lawsuit.

5. That at no point prior to March 21, 2007, did Peter Grenier advise me he intended to petition the court to appoint Gregory Schoenborn as the personal representative of the Estate of Martha Schoenborn.

6. That at no point prior to March 21, 2007, did Peter Grenier advise me he had filed a lawsuit on my mother's behalf.

7. That I did not retain counsel until March 23, 2007.

8. That on April 2, 2007, I advised Gregory Schoenborn that I had retained counsel.

9. That since April 2, 2007, Gregory Schoenborn has not returned any phone messages or emails or made any effort to communicate with me regarding the pending litigation involving my mother's claim.

10. That I am seeking to intervene in this case, not my attorneys.


_____
KIMBERLY PIPER
2634 Oberlin Road
Raleigh, NC 27608


STATE OF North Carolina

COUNTY OF Harnett, To-Wit:


Subscribed and sworn to before me this 28th day of September, 2007.


_____
NOTARY PUBLIC
My Commission expires: October 22nd, 2008