# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY E. SCHOENBORN,** )<br>**Individually and as Personal** )<br>**Representative of the Estate of** )<br>**Martha Stringer Schoenborn, Deceased** )<br> )<br>**Plaintiff,** )<br> )<br>**v.** )<br> )<br>**WASHINGTON METROPOLITAN** )<br>**AREA TRANSIT AUTHORITY** )<br> )<br>**Defendant.** ) | CIVIL ACTION NO. 07-CV-544 (RMU/JMF) |

| | |
|---|---|
| **MOLLY M. BLASKO,** )<br>**As Personal Representative of the Estate of** )<br>**Sally Dean McGhee, Deceased** )<br> )<br>**Plaintiff,** )<br> )<br>**v.** )<br> )<br>**WASHINGTON METROPOLITAN** )<br>**AREA TRANSIT AUTHORITY** )<br> )<br>**Defendant.** ) | CIVIL ACTION NO. 07-CV-833 (RMU/JMF) |

## PLAINTIFF'S PRELIMINARY RULE 26(a)(2) DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(2), Plaintiff Gregory E. Schoenborn, by undersigned counsel, hereby preliminarily discloses to all parties the identities and opinions of the following expert witnesses whom they anticipate will be called to testify on their behalf at the trial of this matter: Richard B. Edelman, Ph.D.; Richard M. Restak, M.D.; David A. Stopper; and Barbara C. Wolf, M.D.

Richard B. Edelman, an economist and economic analyst, is expected to provide expert testimony concerning, *inter alia*, the cause and extent of the economic injuries and damages to Martha Schoenborn and Plaintiff. A copy of Dr. Edelman's written report is attached hereto as Exhibit 1 and incorporated herein per the requirements of Rule 26(a)(2)(B). Dr. Edelman's billing rate, a listing of his prior testimony, and his curriculum vitae are included with his report.

Richard M. Restak, M.D., a neurologist and neuropsychiatrist, is expected to provide expert testimony concerning, *inter alia*, the cause and extent of the pre-impact neurological and neuropsychiatric injuries and damages related to the pre-impact fear or fright of Martha Schoenborn. A copy of Dr. Restak's written report is attached hereto as Exhibit 2 and incorporated herein per the requirements of Rule 26(a)(2)(B). Dr. Restak's curriculum vitae and a listing of his prior testimony are included with his report.

David A. Stopper, a motor carrier safety expert and an accident investigator/reconstructionist, is expected to provide expert testimony concerning, *inter alia*, the incident that is the subject of this litigation, including the cause and circumstances of the incident, as well as expert testimony regarding the bus involved in this incident, including but not limited to the structure, features, and measurements of the bus. A copy of Mr. Stopper's written report, including copies of pictures of the bus, is attached hereto as Exhibit 3 and incorporated herein per the requirements of Rule 26(a)(2)(B). Mr. Stopper's curriculum vitae, a listing of his prior testimony, and a listing of his publications are included with his report.

Barbara C. Wolf, M.D., a medical examiner and forensic pathologist, is expected to provide expert testimony concerning, *inter alia*, the cause and extent of the injuries and damages to Martha Schoenborn, including but not limited to her pre-death conscious pain and suffering, the necessity of the medical care she received, and the amount of and reasonableness of the costs

related thereto.  A copy of Dr. Wolf's written report is attached hereto as Exhibit 4 and incorporated herein per the requirements of Rule 26(a)(2)(B).  Dr. Wolf's curriculum vitae and a listing of her prior testimony are included with her report.

Each of the aforementioned reports is based upon the factual information available, and thus may require supplementation to the extent that additional pertinent information is produced or discovered.

Plaintiff reserves the right to offer qualified opinion testimony from individuals who provided medical services to Plaintiff, but have not been retained by Plaintiff to provide expert testimony in this case.  These individuals were identified in Plaintiff's Initial Disclosures, as well as in the medical records produced by Plaintiff to the parties.

Plaintiff also reserves the right to designate rebuttal expert witnesses in response to the designations of testifying expert witnesses by the parties.  Plaintiff also reserves the right to call to testify at trial, and/or to rely on the testimony or report(s) of, any expert witness(es) designated by any of the parties.

Plaintiff also reserves the right to call any of the following persons to testify at trial for the presentation of evidence under Rules 702, 703, or 705 of the Federal Rules of Civil Procedure:

    (1)    Detective Joseph Diliberto
            Metropolitan Police Department
            Government of the District of Columbia
            300 Indiana Avenue, N.W.
            Washington, D.C.  20001

    (2)    Marie-Lydie Y. Pierre-Louis, M.D.
            Chief Medical Examiner
            Government of the District of Columbia
            Office of the Chief Medical Examiner
            1910 Massachusetts Avenue, S.E., Building 27
            Washington, D.C.  20003

(3)     Fiona J. Cooper, Ph.D.
        Chief Toxicologist
        Government of the District of Columbia
        Office of the Chief Medical Examiner
        1910 Massachusetts Avenue, S.E., Building 27
        Washington, D.C.  20003

(4)     Designated Representative of The National Archives Building
        The National Archives Building
        700 Pennsylvania Avenue, N.W.
        Washington, D.C.  20408


                    Respectfully submitted,


            By:     /s/ Peter C. Grenier
                    Peter C. Grenier (D.C. Bar No. 418570)
                    Bode & Grenier, L.L.P.
                    1150 Connecticut Avenue, N.W.
                    Ninth Floor
                    Washington, D.C.  20036
                    (202) 828-4100
                    (202) 828-4130 (fax)
                    *Counsel for Plaintiff Schoenborn*

Dated: October 29, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October, 2007, I served a true and correct copy of the foregoing Plaintiff's Rule 26(a)(2) Disclosures by electronic filing upon:

Kathleen A. Carey, Esquire
Jeffrey C. Seaman, Esquire
Assistant General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C.  20001
*Counsel for Defendant*

Patrick M. Regan, Esquire
Paul J. Cornoni, Esquire
Regan Zambri & Long, PLLC
1919 M Street, N.W.
Suite 350
Washington, D.C.  20036
*Counsel for Plaintiff Blasko*

/s/ Peter C. Grenier
Peter C. Grenier

# Richard B. Edelman, Ph.D.
Economic Analysis for Litigation Support • www.economic-analysis.com

8515 Whittier Boulevard
Bethesda, MD 20817-6816
(301) 469-9575 • (800) 257-8626
Fax (301) 469-9598
E-Mail Richard@economic-analysis.com

July 17, 2007

Mr. Eric Mitchell
Attorney at Law
Bode & Grenier
Ninth Floor
1150 Connecticut Ave. NW
Washington, D.C.  20036-4129

re: Mrs. Martha Schoenborn

Dear Mr. Mitchell:

Per your request, I have performed a valuation of Mrs. Schoenborn's lost income, benefits, retirement income and household services assuming continued employment by the Federal Government through the end of her career.  The loss, in July 2007 dollars less personal consumption expenditures, is **$747,872** and is summarized below:

| Element of Loss | July 2007 Present Value |
|---|---|
| Lost Income and Benefits | $614,523 |
| Lost Household Services | $133,348 |
| **Total Loss.............** | **$747,872** |

The calculation means that if **$747,872** is invested at prevailing interest rates, the past loss is immediately replaced and the future loss can be withdrawn each year over Mrs. Schoenborn's life time.  At the end of that time, the investment is depleted.

Thank you.

Sincerely,

Dr. Richard B. Edelman

**VALUATION OF LOST INCOME, BENEFITS, RETIREMENT INCOME
AND HOUSEHOLD SERVICES**
Mrs. Martha Schoenborn


By

Dr. Richard B. Edelman
Professor Emeritus of Finance
The American University
Washington D.C. 20016


Prepared for


Mr. Eric Mitchell
Attorney at Law
Bode & Grenier
Ninth Floor
1150 Connecticut Ave. NW
Washington, D.C.  20036-4129


July 2007

## VALUATION OF LOST INCOME, BENEFITS, RETIREMENT INCOME
## AND HOUSEHOLD SERVICES
Mrs. Martha Schoenborn

This paper is a valuation of Mrs. Martha Schoenborn's lost income, benefits, retirement earnings and household services assuming she had remained employed by the Federal Government for the remainder of her career, retired and received pension benefits thereafter. The report briefly reviews the background of the case, explains the methodology used and presents the loss. The loss, in July 2007 dollars less personal consumption expenditures, is **$747,872**.

### BACKGROUND

Mrs. Schoenborn was a white female resident of Virginia born on October 11, 1947. She held a high school diploma and was employed by the Federal Government as a GS 13 step 8 staff assistant with the Federal Trade Commission. Her service date was March 18, 1982 and she was a CSRS Offset retirement plan participant.

On February 14, 2007, at the age of fifty-nine years and four months, Mrs. Schoenborn passed away after a traffic accident. As a result of her passing, there has been a loss of active income, benefits, retirement income and household services.

It is the purpose of this paper to calculate the present value of this loss using conservative economic assumptions. Documentation provided includes OPM Notification of Personnel Action Forms for various periods from 1992 through 2007, Mrs.

Schoenborn's resume, 2005 through 2007 Leave and Earnings
Statements, 2003 through 2005 tax returns, the 2006 W-2 form,
various documents from Mrs. Schoenborn's personnel file, a page
received from Counsel on July 16, 2007 outlining the number of
hours of household services that Mr. Schoenborn indicates were
provided by Mrs. Schoenborn, a FTC web page showing the term
length of Chairman Majoras, the Complaint, the July 26, 2006
Social Security Statement and answers to questions asked of Mr.
Schoenborn by this analyst.

**METHODOLOGY**

The methodology to develop the value of the loss is in four
parts.  First, life and work life expectancy are discussed.
Second, lost monetary income is calculated based on (1) the
income Mrs. Schoenborn would have earned as an active and retired
employee had she survived, continued working for the Federal
Government and eventually retired.  All values include (1) cost-
of-living adjustments, (2) fringe benefits and (3) CSRS Offset
retirement income (less FICA payments when eligible to receive
those payments).  Future values are reduced by (1) personal
consumption expenditures and (2) survival probabilities.  Third,
lost survival-weighted household are calculated.

Finally, the July 2007 present value is calculated using a
portfolio that contains no default or interest rate risk.  That
portfolio, reflecting current interest rates and consisting of
short, intermediate and long-term securities, returns an amount

sufficient to replace past and future losses *with absolute certainty* and pay taxes on earned interest[1].  The present values are totaled and the total is the loss in current dollars.

## 1. LIFE AND WORKLIFE EXPECTANCIES

### A. Life Expectancy

The U.S. Department of Health and Human Services reports in the U.S. Decennial Life Tables: Virginia that a fifty-nine to sixty year old white female resident has a life expectancy of twenty-four years through age eighty-three in 2030 [9].

Although age eighty-three was Mrs. Schoenborn's expected lifetime, it is possible that she would not have survived to retirement or to her life expectancy because of unrelated accidents or illnesses.  Alternatively, she could have survived well beyond her life expectancy.  That is, the life expectancy age is an average date of death and not the absolute age of death.  For this reason, the appropriate treatment of life expectancy is to reduce all future figures by the probabilities of survival over Mrs. Schoenborn's actuarial lifetime.  The probabilities from 2007 forward are derived from the life tables[2] [9].

---

[1]Because the loss occurred in 2007, no prejudgment interest is applied to past losses.  If future revisions are done, past losses will be brought to present value using the historic rate of change in the Consumer Price Index (CPI).

[2]There is no indication that Mrs. Schoenborn's life expectancy was different than that of the normal population. Note that survivor's benefits received by Mr. Schoenborn are reduced by his survival probabilities.

## B. Worklife Expectancy

Although employees often intend to retire at sixty-five, the number of years remaining in the work force may vary because of illness, desire to continue or discontinue working, periodic layoffs, qualifying for full retirement benefits at a younger age, working longer to provide income for special needs or enhance retirement benefits, economic cycles, the inability to perform the physical or intellectual demands of a job or a variety of other factors.

Mr. Schoenborn indicates that his wife intended to work for another ten years.  However, intentions are not always realized for some or all of the reasons listed above.   In order to produce a conservative valuation of the loss, the work life expectancy age is used in this report.  For a fifty-nine year old female with a high school diploma and actively employed, six years through age sixty-five remain in the work force [5].

## 2. LOST MONETARY INCOME AND BENEFITS

### A. Expected Monetary Income:

### 1. Active Government Employment:

At the time of her passing, Mrs. Schoenborn's OPM Notification of Personnel Action Form indicated that she was earning $97,926 as a GS 13 step 8 on the Washington locality pay table.  That amount is the basis of her lost Government income through retirement at age sixty-five.

4

**2. Post-Incident Income:**

It is indicated to this analyst that Mr. Schoenborn will receive a survivor's annuity of $32,460 per year. Counsel advises that this amount is a collateral source through the time Mrs. Schoenborn would have normally retired from the Federal Government (e.g,, age sixty-five in October 2012). After that time, these payments offset the loss.

**3. CSRS Offset Retirement Income:**

CSRS retirement income is accumulated at the rate of 1.5 points for the first five years of service, 1.75 points for the next five years and 2.0 points for each year of service thereafter [3]. If Mrs. Schoenborn remained with the Federal Government and retired at age sixty-five, she would have completed 30.8 years of service and earned 57.8 points. Based on her high-three income[3], her CSRS annual retirement income would have been $68,657 in 2012 dollars.

Because Mrs. Schoenborn was a CSRS-Offset employee, the amount of her CSRS benefit is reduced at age sixty-six by the Social Security benefit earned during Federal employment. The 2006 Social Security Statement shows that had Ms. Schoenborn applied for Social Security benefits at age sixty-six (e.g., her first year of full eligibility), she would have earned $1,938 per month. Using the offset formula, Mrs. Schoenborn's reduction in

---

[3]$118,887.

CSRS benefits at age sixty-six would have been $17,878[4] in 2006 dollars.

## B. Income Growth

Salaries for government workers are increased in compensation for (1) cost-of-living (COLA) according to the consumer price index (CPI-W) for urban wage earners and clerical workers, (2) within-grade step increases and promotions to higher grades and (3) locality adjustments.

## a. Active Federal Employee

## 1. Cost of Living (COLA)

If Mrs. Schoenborn remained with the Federal Government, the future COLA would have been realized. After 2007, cost of living adjustments are one-half of one percent below the increase in the prior year's change in overall average compensation [3].

The Social Security Administration produces forecasted rates of change in compensation. These rates, as shown by Social Security in April 2007, are [7]:

| Year | Projected Increase |
|------|--------------------|
| 2008 | 4.6% |
| 2009 | 4.3% |
| 2010 | 4.2% |
| 2011 | 4.1% |
| 2012 | 4.2% |

Future Government cost-of-living adjustments are based on these rates less one-half of one percent.

---

[4]([$1,938 x (30.8 / 40)] x 12).  This reduction also applies to survivor's benefits when Mr. Schoenborn reaches age sixty-six. See [3, pp. 142 and 167].

**2. In-Grade Step Increases and Promotions**

Had Mrs. Schoenborn remained with the Federal Government, it is expected that she would have become a step 9 in 2009 and a step 10 in 2012[5]. Step increases generate a salary increase of 3.0 percent [3]. In order to produce a conservative valuation of the loss, no promotions beyond a grade 13 are assumed.

**3. Government Locality Increases**

There has been substantial uncertainty surrounding the amount and frequency of the Government's locality adjustments. Hence, none are included in Mrs. Schoenborn's remaining time with the Federal Government.

**b. CSRS Retirement and Survivor's Income**

For retired employees and survivor's receiving CSRS payments, the annual cost of living adjustment is the prior year's change in the Consumer Price Index (CPI) [3].

The Social Security Administration produces forecasted rates of change in the CPI. The forecast as shown by Social Security in April 2007 is [7]:

| Year | Projected CPI Increase |
|------|------------------------|
| 2008 | 2.4% |
| 2009 | 2.7% |
| After 2009 | 2.8% |

All future CSRS payments after 2007 are adjusted for cost of living at the above rates.

---

[5]Increases to steps nine and ten occur at every 152 weeks of service [3].

## C. Fringe Benefits

There are a wide variety of non-monetary fringe benefits that are included as compensation in addition to monetary income. The Statistical Abstract reports that these benefits typically include sick leave, annual leave, paid holidays, medical insurance, life insurance, pension contributions and various legally required items [8].

As a CSRS employee, the Government makes no automatic contribution to fund the Thrift Savings Plan (TSP) and this benefit is not considered lost.

Because CSRS is a defined benefit plan and the actual payments after retirement are valued in this paper, Government contributions made to fund the plan during Mrs. Schoenborn's active employment are not included as a fringe benefit. To do so would be double counting. However, Mrs. Schoenborn's contribution into the CSRS Offset plan (e.g., .8 percent of monetary income [3]) is deducted from the loss). Annual leave and holiday pay is part of lost monetary income and is not included in lost fringe benefits.

## D. Personal Consumption Expenditures

Expenditures that Mrs. Schoenborn would have made solely for herself (e.g., food, clothing, entertainment, transportation) will no longer be required and are not part of the loss. That is, the loss shown in this paper is the amount that would have been left to the family.

The size of the consumption deduction is a function of not

8



**Figure 1**

only family income but also the number of adults in the home, gender and number of children [11].

The joint tax returns show no significant income earned by Mr. Schoenborn and, therefore, Mrs. Schoenborn's income is the family income. Her 2007 income (e.g., $97,926) converted to 2001 dollars (based on the historic rates of change in the CPI) is

9

$83,879[6]. For a married female with this level of family income, the personal consumption expenditure made on herself is 19.4 percent of family income[7]. Future income is reduced by the this personal consumption rate.

Figure 1 shows the future values of the lost income and benefits less personal consumption expenditures and survival probabilities.

### 3. LOST HOUSEHOLD SERVICES

When household services can no longer be provided, a replacement must be made by hiring an employee at the market rate of pay. Alternatively, if family members provide these services, an opportunity cost is created since these family members are not

---

[6]2001 dollars are used because the consumption percentages derived in the Ruble study [4] and used in this paper are based on 2001 levels of income. The conversion was made using rates of change in the CPI of 2.7, 1.4, 2.2, 2.6, 3.5 and 3.3 percent in 2001 through 2006 respectively [7].

[7]Ruble et. al. [4] report that personal consumption expenditures for a female are explained by a non-linear function transformed to the linearity assumption by using the natural logarithmic form. That form is: LN(PC) = LN(Bo) + (LN(Income) x B1). The intercept, slope coefficients and coefficients of determination (R-Squared) for various family sizes are as follows:

| Family Size | Intercept | Slope Coefficient | R-Squared |
|---|---|---|---|
| 2 | 9.887773 | 0.610722 | 99.59% |

(The coefficient of determination is significant at the .01 level.) It is certainly possible that the ultimate family size would have been greater than two people. However, a larger family size would reduce the personal consumption expenditure and produce a higher loss. Therefore, the personal consumption presumption used in this paper that assumes a family size no greater than two people is both reasonable and conservative.

able to pursue activities of higher value to themselves.

A. Lost Hours

Mr. Schoenborn indicates that prior to the accident, Mrs. Schoenborn performed an average of 18.0 hours of household services per week.  Those services included cleaning, washing, gardening, cooking, shopping and laundry.  This amount of hours is consistent with the studies showing hours of services provided by females and is both reasonable and conservative [2].

B. Duration of the Loss

No loss is shown in the last five years of Mrs. Schoenborn's life in order to reflect the declining ability to provide household services with aging.

C. Valuation of Household Hours

There are two philosophies regarding the valuation of lost household hours.  The first philosophy holds that since all household tasks fall into the Department of Labor's employment category known as "private service providing", then the average hourly rate paid to all service workers applies.  The Employment and Earnings shows that this average wage was $16.62 per hour in mid-2007 [12].

A more conservative philosophy regarding the valuation of household hours is based on the Walker and Gauger study [15].  In that study it was found that an average set of household tasks were worth from $1.65 per hour to $2.50 per hour and averaged $2.00 per hour (in 1971 dollars).  (These amounts were slightly above minimum wage rates.)  Given these numbers and subsequent

11



**Figure 2**

cost-of-living adjustments in average wages, the 2007 cost of household replacement labor used in this paper is $10.01 per hour. This rate is consistent with blue collar jobs in the Washington-Baltimore-Maryland-West Virginia areas that are

12

similar in nature to household services[8].

D. Growth in Value

Future growth in the cost of household services is based on changes in the CPI forecasted by the Social Security Administration [7] shown in the previous section of this paper (e.g., "Income Growth").

Figure 2 shows the survival-weighted household services.


## 4. PRESENT VALUE CALCULATIONS

Since income and services are streams of payments over time, those streams must be discounted in order to find their value in July 2007. The discounted value, usually called present value, is a lump sum amount that if invested in July 2007 would immediately replace the past loss and earn the loss in future years. That is, the present value is an amount in July 2007 that is equivalent to the past and future loss[9].

A key factor in the discounting of future values is the selection of the appropriate discount (or interest) rate [1]. The discount rate is based on current interest rates derived from

---

[8]Some of these jobs are: cooks ($10.05 per hour), dishwashers ($9.46 per hour), janitors ($12.48 per hour), clerical workers ($15.99 per hour), stock clerks ($10.79 per hour) and laundry workers ($10.60 per hour). Based on this information provided by the Federal Government, the $10.01 per hour value used in this paper is both reasonable and conservative. See U.S. Department of Labor, "Washington-Baltimore, DC-MD-VA-WV National Compensation Survey", April 2006, Bulletin 3135-35.

[9]Because the loss began in 2007 and this report was written in 2007, no prejudgment interest is applied to past losses.

a portfolio of short, intermediate and long-term risk-free securities that contains no default or interest rate risk.  That is, if a maturity-matched portfolio[10] of risk-free securities is purchased that will return an amount each year sufficient to replace future losses *with absolute certainty* and pay taxes on earned interest, the current after-tax rate of interest is 4.15 percent[11] [14].

## RESULTS

Table 1 shows the July 2007 present value of the lost income and benefits less personal consumption expenditures if Mrs. Schoenborn had remained with the Government through the end of her work life expectancy.  That loss is **$614,523**.  Table 2 shows the value of the lost household services.  That value is **$133,348**[12].  The total loss is **$747,872** and is summarized below:

---

[10]Maturity-matching means that the timing of the cash flow withdrawals from the portfolio match the timing of the maturity of securities within the portfolio.  By constructing a portfolio that accomplishes this matching, interest rate risk is avoided. Since the portfolio contains riskless Federal securities, there is no default risk and the required annual cash flow is provided with certainty.

[11]Business Week, "Investment Figures of the Week", July 23, 2007.  The pre-tax rate is 5.05 percent.  Note that the discount rate does not rely on historic rates no longer available to investors.  Nor is it a "real" rate that assumes historic and general growth rates in wages without consideration for the growth rates anticipated in wages for the job at issue and an adjustment to pay taxes on earned interest.  Such rates are inappropriate because they reflect neither the facts of the case nor current financial market conditions.

[12]The value of each hour of household services lost every week for life is $7,408 If, for example, the loss was ten more

(continued...)

14

| Element of Loss | July 2007 Present Value |
|---|---|
| Lost Income and Benefits | $614,523 |
| Lost Household Services | $133,348 |
| **Total Loss..............** | **$747,872** |

---

[12](...continued)
hours per week for life, the total loss increases by $74,080
(e.g., $7,408 times 10).

TABLE 1

PRESENT VALUE OF LOST INCOME AND BENEFITS:
REMAINS WITH THE GOVERNMENT THROUGH WORK LIFE EXPECTANCY
Reduced by Personal Consumption and Survival Probabilities

<--------- July 2007 Present Values -------->

<------- No Incident -------->

| Year | Age | Survival Prob. | Grade/Step | Income | Post Incident Income | Net Lost Income | Cumulative Net Lost Income |
|------|-----|------|------|------|------|------|------|
| 2007 | 60 | 99.29% | 13/8 | $68,641 | $0 | $68,641 | $68,641 |
| 2008 | 61 | 98.49% | 13/8 | $78,403 | $0 | $78,403 | $147,045 |
| 2009 | 62 | 97.61% | 13/9 | $80,029 | $0 | $80,029 | $227,074 |
| 2010 | 63 | 96.63% | 13/9 | $79,013 | $0 | $79,013 | $306,086 |
| 2011 | 64 | 95.54% | 13/9 | $77,864 | $0 | $77,864 | $383,950 |
| 2012 | 65 | 94.34% | 13/10->Retires | $70,387 | $5,687 | $64,700 | $448,651 |
| 2013 | 66 | 93.02% | Retired | $30,667 | $26,565 | $4,101 | $452,752 |
| 2014 | 67 | 91.58% | Retired | $26,007 | $25,814 | $193 | $452,945 |
| 2015 | 68 | 90.02% | Retired | $25,301 | $25,045 | $256 | $453,201 |
| 2016 | 69 | 88.35% | Retired | $24,585 | $24,260 | $325 | $453,526 |
| 2017 | 70 | 86.55% | Retired | $23,858 | $23,459 | $399 | $453,925 |
| 2018 | 71 | 84.64% | Retired | $23,117 | $22,641 | $476 | $454,401 |
| 2019 | 72 | 82.61% | Retired | $22,361 | $14,655 | $7,706 | $462,107 |
| 2020 | 73 | 80.47% | Retired | $21,586 | $9,962 | $11,624 | $473,731 |
| 2021 | 74 | 78.21% | Retired | $20,790 | $9,557 | $11,233 | $484,964 |
| 2022 | 75 | 75.82% | Retired | $19,972 | $9,144 | $10,828 | $495,792 |
| 2023 | 76 | 73.28% | Retired | $19,134 | $8,723 | $10,412 | $506,204 |
| 2024 | 77 | 70.57% | Retired | $18,278 | $8,292 | $9,987 | $516,190 |
| 2025 | 78 | 67.71% | Retired | $17,405 | $7,851 | $9,554 | $525,744 |
| 2026 | 79 | 64.69% | Retired | $16,513 | $7,404 | $9,109 | $534,853 |
| 2027 | 80 | 61.55% | Retired | $15,600 | $6,953 | $8,647 | $543,500 |
| 2028 | 81 | 58.31% | Retired | $14,663 | $6,502 | $8,162 | $551,661 |
| 2029 | 82 | 54.99% | Retired | $13,707 | $6,051 | $7,655 | $559,317 |
| 2030 | 83 | 51.59% | Retired | $12,736 | $5,603 | $7,133 | $566,450 |
| 2031 | 84 | 48.13% | Retired | $11,758 | $5,159 | $6,599 | $573,048 |
| 2032 | 85 | 44.62% | Retired | $10,778 | $4,722 | $6,056 | $579,104 |
| 2033 | 86 | 41.09% | Retired | $9,801 | $4,292 | $5,509 | $584,614 |
| 2034 | 87 | 37.56% | Retired | $8,831 | $3,871 | $4,960 | $589,574 |
| 2035 | 88 | 34.02% | Retired | $7,874 | $3,461 | $4,413 | $593,987 |
| 2036 | 89 | 30.53% | Retired | $6,941 | $3,065 | $3,876 | $597,863 |
| 2037 | 90 | 27.13% | Retired | $6,046 | $2,688 | $3,358 | $601,221 |
| 2038 | 91 | 23.86% | Retired | $5,201 | $2,334 | $2,868 | $604,089 |
| 2039 | 92 | 20.74% | Retired | $4,409 | $2,002 | $2,407 | $606,496 |
| 2040 | 93 | 17.79% | Retired | $3,675 | $1,696 | $1,980 | $608,476 |
| 2041 | 94 | 15.05% | Retired | $3,009 | $1,415 | $1,594 | $610,069 |
| 2042 | 95 | 12.54% | Retired | $2,418 | $1,165 | $1,254 | $611,323 |
| 2043 | 96 | 10.31% | Retired | $1,907 | $945 | $962 | $612,286 |

16

TABLE 1 (Continued)

PRESENT VALUE OF LOST INCOME AND BENEFITS:
REMAINS WITH THE GOVERNMENT THROUGH WORK LIFE EXPECTANCY
Reduced by Personal Consumption and Survival Probabilities

<---------- July 2007 Present Values -------->

<------- No Incident -------->

| Year | Age | Survival Prob. | Grade/Step | Income | Post Incident Income | Net Lost Income | Cumulative Net Lost Income |
|------|-----|----------------|------------|--------|----------------------|-----------------|----------------------------|
| 2044 | 97  | 8.35% | Retired | $1,473 | $755 | $718 | $613,003 |
| 2045 | 98  | 6.65% | Retired | $1,113 | $594 | $519 | $613,523 |
| 2046 | 99  | 5.21% | Retired | $823 | $459 | $364 | $613,887 |
| 2047 | 100 | 3.99% | Retired | $595 | $347 | $248 | $614,135 |
| 2048 | 101 | 3.00% | Retired | $421 | $257 | $164 | $614,299 |
| 2049 | 102 | 2.21% | Retired | $291 | $187 | $104 | $614,403 |
| 2050 | 103 | 1.59% | Retired | $196 | $133 | $63 | $614,465 |
| 2051 | 104 | 1.13% | Retired | $128 | $93 | $35 | $614,500 |
| 2052 | 105 | 0.78% | Retired | $81 | $63 | $18 | $614,518 |
| 2053 | 106 | 0.53% | Retired | $50 | $42 | $8 | $614,526 |
| 2054 | 107 | 0.35% | Retired | $29 | $28 | $2 | $614,528 |
| 2055 | 108 | 0.22% | Retired | $17 | $17 | ($1) | $614,527 |
| 2056 | 109 | 0.14% | Retired | $9 | $11 | ($2) | $614,525 |
| 2057 | 110 | 0.08% | Retired | $5 | $6 | ($2) | $614,523 |

Totals: $908,499    $293,976    $614,523

17

TABLE 2

PRESENT VALUE OF HOUSEHOLD SERVICES
Reduced by Survival Probabilities

July 2007
<--- Present Values --->

| Year | Age | Loss | Cumulative Loss |
|------|-----|------|-----------------|
| 2007 | 60 | $7,819 | $7,819 |
| 2008 | 61 | $8,718 | $16,536 |
| 2009 | 62 | $8,523 | $25,059 |
| 2010 | 63 | $8,334 | $33,393 |
| 2011 | 64 | $8,141 | $41,534 |
| 2012 | 65 | $7,946 | $49,480 |
| 2013 | 66 | $7,747 | $57,227 |
| 2014 | 67 | $7,545 | $64,771 |
| 2015 | 68 | $7,340 | $72,111 |
| 2016 | 69 | $7,132 | $79,243 |
| 2017 | 70 | $6,921 | $86,165 |
| 2018 | 71 | $6,706 | $92,871 |
| 2019 | 72 | $6,487 | $99,358 |
| 2020 | 73 | $6,262 | $105,620 |
| 2021 | 74 | $6,031 | $111,652 |
| 2022 | 75 | $5,794 | $117,446 |
| 2023 | 76 | $5,551 | $122,997 |
| 2024 | 77 | $5,303 | $128,299 |
| 2025 | 78 | $5,049 | $133,348 |
| 2026 | 79 | $0 | $133,348 |
| 2027 | 80 | $0 | $133,348 |
| 2028 | 81 | $0 | $133,348 |
| 2029 | 82 | $0 | $133,348 |
| 2030 | 83 | $0 | $133,348 |

Total: $133,348

18

# REFERENCES

1.   Eugene F. Brigham, <u>Financial Management: Theory and Practice</u>, Dryden Press, 2001.

2. David Ciscel and David Sharpe, "Household Labor by Family Type", <u>Journal of Forensic Economics</u>, 8(2), 1995.

3. Don Mace and Eric Yoder, <u>Federal Employees Almanac</u>, Federal Employees News Digest, Inc., 2007.

4. Michael R. Ruble, Robert T. Patton and David M. Nelson, "Patton-Nelson Personal Consumption Tables 2000-2001", Journal of Forensic Economics, Fall 2002.

5. Gary Skoog and James Ciecka, "The Markov (Increment-Decrement) Model of Labor Force Activity: Extended Tables of Central Tendency, Variation and Probability Intervals, <u>Journal of Legal Economics</u>, Spring/Summer 2001.

6. <u>Stocks, Bonds, Bills and Inflation</u>, Ibbotson Associates, Chicago: 2007.

7. "The 2007 Annual Report of the Boards of Trustees of the Federal Old-Age and Survivors Insurance and Disability Insurance Trust Funds", <u>Communication from The Board of Trustees, Federal Old-Age and Survivors Insurance and Disability Insurance Trust Funds</u>, April 2007.

8. U.S. Department of Commerce, <u>Statistical Abstract of the United States</u>.

9. U.S. Department of Health and Human Services, <u>U.S. Decennial Life Tables: Virginia</u>, 1998.

10. U.S. Department of Labor, <u>Compensation and Working Conditions</u>, Spring 1997 and BLS website: http://stats.bls.gov/3ecthome.htm: Employment Cost Index - December 2006.

11. U.S. Department of Labor, <u>Consumer Expenditure Survey</u>, March 2006.

12. U.S. Department of Labor, <u>Employment and Earnings</u>, December 2006 and ftp://ftp.bls.gov/pub/suppl/empsit.ceseeb2.txt.

13. U.S. Department of Labor, www.bls.gov/news.release/ecec.t9.htm, December 2006.

**REFERENCES** (Continued)

14. U.S. Treasury, Internal Revenue Service, SOI Bulletin, Spring 2003.  See http://ftp.fedworld.gov/pub/irs-soi/00-index.txt and www.taxfoundation.org/individualincometaxrates.html.

15. Katherine E. Walker and William H. Gauger, "Time and its Dollar Value in Household Work", <u>Family Economics Review</u>, Fall 1973.

Signature Page

Future analysis and testimony will be billed at $300 per hour.

Richard B. Edelman                    Date

# DOCUMENTATION REQUIRED FROM WITNESSES BY THE FEDERAL COURTS

## Dr. Richard B. Edelman

Attachments Include:

- A Listing of Testimony

- Education and Employment

- Publications

### EXPERT WITNESS TESTIMONY
Dr. Richard B. Edelman

| Case | Type | Status |
|------|------|--------|
| Lost Income - Brewster v Mortazavi | Wrongful Death | Trial 7/07 Prince William 61548 |
| Lost Income - Hylind v Xerox | Discrimination | Trial 6/07 Federal: S. MD PJM-03-116 |
| Lost Income - Sharpe v Merida | Personal Injury | Trial 6/07 Howard 13C0666211 |
| Lost Income - Sehmonmasihi Brodies Trucking | Personal Injury | Trial 5/07 Federal: Mid. PA 3:06-0390 |
| Lost Income - Brewster v Mortazavi et. al. | Wrongful Death | Deposed 4/07 Prince William 61548 |
| Lost Income - Kontkanen v Death by Stereo | Personal Injury | Trial 4/07 Montgomery VA CL05016745-00 |
| Lost Income - Der Sarkissian v West Virginia University | Wrongful Discharge | Trial 4/07 Federal: WV 1-05-CV-144 |
| Lost Income - Boddie v Goodweather | Personal Injury | Deposed 4/07 DC Superior 05-ca-2390 |
| Lost Income - Kontkanen v Death by Stereo | Personal Injury | Deposed 3/07 Montgomery VA CL05016745-00 |
| Lost Income - Kerr v Britt et. al. | Wrongful Death | Deposed 3/07 Fairfax 2005-6900 |
| Lost Services - Everette v Schwartz et. al. | Wrongful Death | Trial (Video) 3/07 Arlington At Law 03-27 |
| Lost Income - Jacobson v Costanzo | Personal Injury | Trial 3/07 Montgomery 259729 |
| Lost Income - Johnson/Cristwell v Zonozi, et. al. | Wrongful Death | Trial 3/07 DC Superior CA 01-0008557 |
| Lost Income - Dworkin v McBreen | Wrongful Death | Trial 2/07 DC Superior CA 04-0005085 |
| Lost Income - Puskarich v Harford Memorial Hospital | Wrongful Death | Trial 1/07 Harford MD 12C05-448 |
| Lost Income - Hill, D. v Walrath | Wrongful Death | Trial 1/07 Baltimore City #24-C-05-004253 |

| | | |
|---|---|---|
| Lost Income - Hyland v<br>Xerox | Discrimination | Deposed 1/07 Federal: S. MD<br>PJM-03-116 |
| Lost Income - Chambers v<br>The District of Columbia | Personal Injury | Trial 12/06 DC Superior<br>CA03-6686 |
| Lost Income - Harrington/Proctor v<br>Childrens Medical Center | Wrongful Death | Deposed 11/06 DC Superior<br>05-0005836 |
| Lost Income - Sharer/Law v<br>Tandberg | Wage Dispute | Deposed 11/06 Federal: E. VA<br>106CV626 (JCC/LO) |
| Lost Income - Rampersaud v<br>Financial Management Systems | Wrongful Discharge | Trial 10/06 Montgomery<br>260540-V |
| Lost Income - Roark v<br>United States | Personal Injury | Trial 9/06 Federal: W. VA<br>6:05CV00041 |
| Lost Income - Booker v<br>Robert Half International | Wrongful Discharge | Hearing 7/06 AAA, Wash. D.C.<br>16 160 00583 05 |
| Lost Income - Weker v<br>McDonalds | Personal Injury | Deposed 6/06 Worcester MD<br>23C 04-0008850C |
| Lost Income - Konoza v<br>Choi | Personal Injury | Trial 6/06 Alexandria<br>CL05001327 |
| Lost Income - Smith v<br>TSS | Wrongful Discharge | Trial 6/06 Prince Georges<br>CAL05-06419 |
| Lost Income - Flaherty v<br>Legum & Norman Realty | Wrongful Death | Deposed 6/06 Federal: E. VA<br>1:05cv1429b |
| Lost Income - Hall v<br>Sullivan | Contract | Deposed 6/06 Federal: S. MD<br>WDQ 04-CV-2846 |
| Lost Income - Hill v<br>Walrath | Wrongful Death | Deposed 5/06 Balt. City<br>#24-C-05-004253 |
| Lost Income - Clark v<br>Bramati et. al. | Wrongful Death | Trial 4/06 Fairfax<br>CL 2005 2594 |
| Lost Income - Milner v<br>Sibley Memorial Hospital | Personal Injury | Deposed 3/06 DC Superior<br>0004765-04 |
| Lost Income - Reibsome/Guy v<br>Glenn et. al. | Wrongful Death | Trial (Video) 3/06 St. Marys<br>18-C-04-001084 OC |
| Lost Income - Boyd v<br>Trivedi | Wrongful Death | Trial 3/06 Fairfax<br>At Law 223295 |

| | | |
|---|---|---|
| Lost Income - Rice v Haddock | Personal Injury | Deposed 3/06 Anne Arundel 02-C-05-106645 |
| Lost Income - Coleman/Smith v The District of Columbia | Wrongful Death | Deposed 3/06 DC Superior CA-05-0000283 |
| Lost Income - Shaya v Howard University | Wrongful Discharge | Trial 2/06 DC Superior CA-02-0091 |
| Lost Income - Sherman v Transmed Industries | Wrongful Death | Trial 2/06 Arlington CA03-181 |
| Lost Income - Sue v United States of America | Personal Injury | Trial 2/06 Federal: D.C. 1:05CV01355 (Video) |
| Investment Returns - Singer v Browne | Divorce | Mediation 1/06 Fairfax 191894 |
| Lost Income - Buckle v McBreen | Wrongful Death | Deposed 1/06 DC Superior 04ca005085 |
| Lost Income - Suggs v Bahmanyar | Wrongful Death | Trial (Video) 1/06 Prince Georges 03-25824 |
| Life Care Valuation - Marlette Emergency Medical Assoc. PA, PC | Personal Injury | Trial 12/05 Fairfax 216003 |
| Lost Income - Guy v Glenn et. al. | Wrongful Death | Deposed 12/05 St. Marys 18-C-04-001084 OC |
| Lost Business Income - Crane v Penn Insurance et. al. | Contract Dispute | Deposed 11/05 Balt. County 03-C-03-006406 |
| Lost Income - Cooper v Caroline County | Wrongful Discharge | Deposed 11/05 Caroline Caroline L04CV82 |
| Lost Income - Runnels v Caroline County | Wrongful Discharge | Deposed 11/05 Caroline Caroline L04CV82 |
| Lost Income - Datta v Galaxosmithkline | Wrongful Discharge | Deposed 11/05 DC Superior 04-008524 |
| Lost Income - Small v Godbey | Wrongful Death | Deposed 10/05 Federal: D.C. 02-1503 J.C.K.K. |
| Lost Income - Harris v Wachovia Bank | Discrimination | Trial 9/05 DC Superior 03-CA-007705 |
| Lost Income - Murry v Bur. of Nat. Affairs | Discrimination | Deposed 8/05 DC Superior 04-008324 |

25

| | | |
|---|---|---|
| Lost Income - Hakenson v<br>Burgess | Personal Injury | Trial 8/05 Alexandria<br>CL04001042 |
| Life Care Valuation - Deitsch<br>INOVA | Personal Injury | Trial 8/05 Fairfax<br>At Law 205187 |
| Lost Income - Hakenson v<br>Burgess | Personal Injury | Deposed 8/05 Alexandria<br>CL04001042 |
| Lost Income - Azdham v<br>Leahy | Personal Injury | Trial (Video) 6/05 Montgomery<br>24599-V |
| Lost Income - Bharadwaja v<br>City of Baltimore | Discrimination | Deposed 6/05 Federal: MD<br>RDB 04-3826 |
| Lost Income - Vogel v<br>Columbia Hospital | Personal Injury | Trial (Video) 6/05 DC Sup.<br>CA 00-005637 |
| Lost Income - Jackson v<br>Okie Dokie | Wrongful Death | Trial (Video) 6/05 DC Sup.<br>CA 03-001471 |
| Lost Income - Larrimore v<br>Bowen | Personal Injury | Deposed 6/05 Talbot<br>20-C04-005093 |
| Medical Expense Valuation -<br>Jacqueline "R," v DC | Personal Injury | Trial 5/05 Federal: D.C.<br>CA 03-1724 (RWR). |
| Lost Income - Hill v Kia<br>Motors | Personal Injury | Deposed 5/05 Prince Georges<br>CAL04-02511 |
| Lost Income - Kravitz v<br>Holy Cross Hospital | Wrongful Discharge | Deposed 5/05 Montgomery<br>CA252891 |
| Lost Income - Reynaud v<br>Medstar Georgetown | Wrongful Death | Deposed 5/05 DC Superior<br>03CA005266 |
| Lost Income - Walker v<br>Fiduciary Investment | Personal Injury | Deposed 5/05 DC Superior<br>04-003564 |
| Lost Business Income - Claytor v<br>Roanoke Housing Authority | Real Estate | Deposed 4/05 Roanoke<br>CL02-186 |
| Lost Income - Miller, D. v<br>Prince Security | Discrimination | Trial 4/05 Montgomery<br>CA251370-V |
| Lost Support - Smith, K. v<br>GEICO | Wrongful Death | Trial 4/05 Prince Georges<br>CAL04-02898 |
| Lost Income - Massac v<br>Howard University | Wrongful Discharge | Deposed 3/05 DC Superior<br>04CA-0003160 |

| | | |
|---|---|---|
| Lost Income - Miller, D. v<br>Prince Security | Discrimination | Deposed 3/05 Montgomery<br>251370-V |
| Lost Income - Coursey v<br>Cronson | Personal Injury | Trial 3/05 Charles (MD)<br>08C0300084 |
| Lost Income - Melgar v<br>Ramseur | Personal Injury | Deposed 2/05 Federal: S. MD<br>AW-02-734 |
| Lost Business Income - James v<br>Saks | Employment | Trial 1/05 Arlington<br>Chancery 03-802 |
| Lost Income - Montgomery<br>Anne Arundel County | Wrongful Death | Trial 1/05 Federal: N. MD<br>MJG-02-CV-2621 |
| Lost Income - Wade v<br>WMATA | Discrimination | Deposed 1/05 Federal: D.C.<br>01CCV00334TFH |
| Lost Income - Johnson, T. v<br>Proctor | Personal Injury | Deposed 1/05 DC Superior<br>04CA0000239 |
| Lost Business Income - James v<br>Saks | Employment | Deposed 12/04 Arlington<br>03-802 |
| Lost Income - Kalkunte v<br>AP, DVI | Wrongful Discharge | Hearing 12/04 OHSA D.C.<br>2004 SOX 0056 |
| Lost Income - Helal v<br>Radice | Deportation | Deposed 12/04 Montgomery<br>251293 |
| Lost Income - Hundley v<br>District of Columbia | Wrongful Death | Trial 11/04 Federal: D.C.<br>CA-02-0638 (HHK) |
| Lost Income - Whittaker v<br>Brinks | Personal Injury | Trial (Video) 11/04 Arlington<br>03-717 |
| Lost Income - Whittaker v<br>Brinks | Personal Injury | Deposed 11/04 Arlington<br>03-717 |
| Lost Income - Pate et. al. v<br>Pep Boys | Defamation | Hearing AAA 11/04 DC<br>16-160-300056-04 |
| Lost Income and Life-Care -<br>Williams v Trenton Park | Personal Injury | Deposed 11/04 DC Superior<br>CA03-0009826 |
| Lost Income - Leahy v<br>NEASO | Wrongful Discharge | Deposed 10/04 DC Superior<br>04-ca000378 |
| Lost Income - Briggs (Derringer)<br>v WMATA | Wrongful Death | Deposed 9/04 Federal: D.C.<br>01-CV-1876 (RCL/JMF) |

| | | |
|---|---|---|
| Lost Income - Gooch v<br>Direct Response | Wrongful Discharge | Deposed 8/04 Federal: E. VA<br>04-CV72 |
| Lost Value - Funes v<br>Samons | Personal Injury | Deposed 8/04 Fairfax<br>At Law 214144 |
| Lost Income - Jones v<br>Value Village | Personal Injury | Trial (Video) Prince Georges<br>CAL03-04909 |
| Lost Income - Persaud v<br>Northstar BWI Management | Wrongful Discharge | Trial 8/04 Anne Arundel<br>C-2003-87411 |
| Lost Income - Honesty v<br>P & H Investment | Personal Injury | Trial 8/04 Fairfax<br>216307 |
| Lost Income - Sterling v<br>Atlantic Automotive | Wrongful Discharge | Trial 7/04 Montgomery<br>235718-V |
| Lost Income - Reise v<br>Damascus VFD | Wrongful Discharge | Deposed 7/04 Montgomery<br>246349-V |
| Lost Business Income - Audiotext v<br>AT&T | Contract Dispute | Deposed 7/04 Federal: E. PA<br>00-CV-5010JF; 02-CV-6937JF |
| Lost Income - Betters v<br>Passman | Legal Malpractice | Trial 7/04 D.C. Superior<br>02ca004366 |
| Lost Income - Naughton v<br>Irey | Personal Injury | Trial 6/04 Fairfax<br>206021 |
| Lost Income - Vitikacs v<br>American Legion | Wrongful Discharge | Deposed 6/04 D.C. Superior<br>02ca010202 |
| Lost Income - Pullen   v<br>American Legion | Wrongful Discharge | Deposed 6/04 DC. Hum. Rights<br>02-011-P(CN) |
| Lost Income - Harrison v<br>Restaurant Associates | Personal Injury | Trial 6/04 Federal: D.C.<br>01-1766 |
| Lost Income - Spellman v<br>Owens | Personal Injury | Deposed 6/04 Cecil<br>07-C-00-000053 |
| Lost Income - Naughton v<br>Irey | Personal Injury | Deposed 5/04 Fairfax<br>206021 |
| Lost Income - Ramsay v<br>Home Depot | Personal Injury | Deposed 4/04 Montgomery<br>C-03-1105 |
| Settlement Valuation - Ray<br>v Queen | Wrongful Death | Trial 4/04 D.C. Superior<br>96-CA7437 |

28

| | | |
|---|---|---|
| Lost Income - Montgomery/Ross v<br>v U.S. Trans Logistics, Inc. | Wrongful Death | Deposed 3/04 D.C. Superior<br>03-0003774 |
| Lost Income - Collazo v<br>v Schultz | Personal Injury | Deposed 3/04 Federal: MD<br>JFM-03-CV-494 |
| Lost Income - Montgomery v<br>Anne Arundel County | Wrongful Death | Deposed 3/04 Federal: MD<br>MJG-02-CV-2621 |
| Lost Income - Conner v<br>VA Dept. of Corrections | Wrongful Death | Deposed 2/04 Federal: E. VA.<br>3:03CV747 |
| Lost Income - Sherman v<br>Transmed Industries | Wrongful Death | Trial 2/04 Arlington<br>CA03-181 |
| Lost Income - West v<br>Millar Elevator | Personal Injury | Deposed 2/04 Montgomery<br>Civil 225146 |
| Lost Business Income - Specialized<br>v 1750 K LLC | Contract Dispute | Deposed 1/04 D.C. Superior<br>02-CA-7731 |
| Lost Income - Sherman v<br>Transmed Industries | Wrongful Death | Deposed 1/04 Arlington<br>CA03-181 |
| Lost Income - Mabini v<br>Vasquez | Wrongful Death | Trial 1/04 Fairfax<br>211935 |
| Lost Income - Jackson v<br>Okie Dokie | Wrongful Death | Deposed 1/04 D.C. Superior<br>03-CA001471 |
| Lost Income - Pearson v<br>Supervalue | Personal Injury | Trial 10/03 Prince Georges<br>CAL02-25112 |
| Lost Income - Sterling v<br>Atlantic Auto Group | Wrongful Discharge | Deposed 10/03 Montgomery<br>235718-V |
| Lost Income - Pearson v<br>Supervalue | Personal Injury | Deposed 9/03 Prince Georges<br>CAL02-25112 |
| Lost Income - Yanes v<br>Kleinerman | Wrongful Death | Trial 9/03 D.C. Superior<br>98-CA005106 |
| Life Care Valuation - Yanes v<br>Kleinerman | Personal Injury | Trial 9/03 D.C. Superior<br>98-CA005106 |
| Lost Income - Dyson v<br>Pharmacia | Wrongful Death | Trial 9/03 Federal: D.C.<br>1:97CV01666 |
| Lost Income - Skinner v<br>WMATA | Personal Injury | Deposed 9/03 Federal: E. VA.<br>CA-03-285-A |

| | | |
|---|---|---|
| Lost Income - Cobb v<br>Howard Univ. Hospital | Wrongful Death | Trial 9/03 D.C. Superior<br>01-0002465 |
| Lost Income - Bourne v<br>Rivers | Personal Injury | Trial 9/03 Alexandria<br>At Law No. CL020386 |
| Lost Income - Rizkallah v<br>Garland | Personal Injury | Trial 8/03 Montgomery<br>230458 |
| Lost Income - Rizkallah v<br>Garland | Personal Injury | Deposed 8/03 Montgomery<br>230458 |
| Lost Income - Vogel v<br>Columbia Hospital | Personal Injury | Deposed 7/03 D.C. Superior<br>00ca005637 |
| Lost Income - Johnson v<br>Wash. Convention Center | Discrimination | Trial 7/03 D.C. Superior<br>01-0004677 |
| Lost Income - McKelvy v<br>Bailey | Personal Injury | Deposed 7/03 Prince Georges<br>CAL-02-2477 |
| Lost Income - Graham, V. v<br>Belfast Valley Contractors | Wrongful Death | Deposed 6/03 Federal: N. MD<br>L021627 |
| Lost Income - Graham, J. v<br>Belfast Valley Contractors | Wrongful Death | Deposed 6/03 Federal: N. MD<br>L021628 |
| Lost Income - Vasquez v<br>National Academy of Sciences | Wrongful Discharge | Deposed 6/03 D.C. Superior<br>02ca004722 |
| Lost Income - Garner v<br>Finzi | Medical Mal. | Deposed 6/03 Prince Georges<br>CAL02-08462 |

**RICHARD BRUCE EDELMAN**
515 Whittier Boulevard
West Bethesda, Maryland 20817-6816


**TELEPHONE/EMAIL:**

**Bethesda Office**:  301-469-9575; 1-800-257-8626;  (FAX: 301-469-9598)
**Website**:                www.economic-analysis.com


## EMPLOYMENT

Professor Emeritus, Department of Finance and Real Estate, The American University, January 2004 - Present.

Professor of Finance, Department of Finance and Real Estate, The American University, September 1983 - December 2003.  (Chairman 1985 - 1987; Tenure granted in 1987.)

Director of Economic and Regulatory Research, Communications Satellite Corporation, Washington, D.C., 1980 - 1983.

Associate Professor of Finance, Department of Finance, University of Hawaii, 1978 - 1980. (Tenure granted in 1980.)

Assistant Professor of Finance, Department of Finance, University of Hawaii, 1975 - 1977.

Instructor of Finance, University of Maryland, 1970 - 1975.


## EDUCATION

Doctor of Business Administration, 1975, University of Maryland.
   Major Area: Financial Economics.  Dissertation Area: Public Utility Financial Economics.

Master of Business Administration, 1970, University of Maryland.
   Major Area: Finance.

Bachelor of Science with High Honors, 1968,  University of Maryland.
   Major: Business Administration - Finance.

31

**RESUME**
**RICHARD BRUCE EDELMAN**


**PUBLICATIONS**

The Effect of Announcements of Corporate Misconduct and Insider Trading on Shareholder Returns, Business and Professional Ethics, Spring 1999.

The Market Reaction to Discontinuing Regular Stock Dividends, The Financial Review, November 1997.

The Impact of Implementing the Airline Deregulation Act on Stock Returns, Journal of Economics and Finance, Spring 1996.

Competition Versus Consolidation of Order Flow: Common Stock Listing on Dual Domestic Exchanges, Quarterly Journal of Business and Economics, Autumn 1995.

The Post-Dual Listing Anomaly, Journal of Economics and Business, October 1994.

The Post-Listing Returns Anomaly Revisited, Quarterly Journal of Business and Economics, Spring 1994.

Listing Effects on Short Sales, Southern Business Review, Fall 1993.

The Impact of Company Pre-Listing Attributes on the Market Reaction to New York Stock Exchange Listing, Financial Review, August 1993.

AMEX-to-NYSE Transfers: Market Microstructure and Shareholder Wealth, Financial Management, Winter 1992. Abstracted in The CFA Digest, Summer 1993.

The Decision to Change a Stock's Listing from AMEX to NYSE: Impact on Price and Volume, Western Decision Sciences Institute Proceedings, Spring 1992.

The Effect on Bid-Ask Spreads of Switching to the NASDAQ National Market System, The Financial Analysts Journal, January/February 1992. Abstracted in Bowne's Review for CFO's and Investment Bankers, June 1992.

The Signaling Effects of AMEX Listing, Akron Business and Economic Review, Summer 1991. Abstracted in Bowne's Review for CFO's and Investment Bankers, September 1991.

**RESUME**
**RICHARD BRUCE EDELMAN**


**PUBLICATIONS** (Continued)

OTC Market Switching and Stock Returns: Some Empirical Evidence,
Journal of Financial Research, Winter 1990.

Valuation Implications of AMEX Listings: A Joint Test of the Liquidity
and Managerial Signalling Hypothesis, Quarterly Journal of Business
and Economics, Winter 1990.

Liquidity and Stock Exchange Listing, Financial Review, May 1990.

The Relationship Between Inclusion on the National Market System and
Stock Returns: An Empirical Investigation (Abstract), Proceedings:

The Relationship Between Inclusion on the National Market System and
Stock Returns: An Empirical Investigation (Abstract), Proceedings:
Washington Consortium Schools of Business Annual Forum, May 1990.

Delisting Effects on Common Stock Prices, Southern Business Review,
Spring 1989.

The Market Reaction to AMEX Listings: A Test of the Informational Value
Hypothesis,(Abstract), Proceedings: Washington Consortium Schools of
Business Annual Forum, May 1989.

Merger, Disinvestment and the Limit to Diversification: An Empirical Study
of Mergers,(Abstract), Proceedings: Washington Consortium Schools of
Business Annual Forum, May 1989.

A Survey of Management Views on Dividend Policy, Advances in Business
Financial Management: A Collection of Readings, Dryden Press, 1989.

The Dynamics of Neglect and Return (Abstract), The CFA Digest, Spring
1988.

Reply: The Dynamics of Neglect and Return, The Journal of Portfolio
Management, Winter 1988.

The Dynamics of Neglect and Return, The Journal of Portfolio Management,
Fall 1987.

**RESUME**
**RICHARD BRUCE EDELMAN**


**PUBLICATIONS** (Continued)

Corporate Dividends: Views of the Policymakers, <u>Akron Business and Economic Review</u>, Winter 1986.

A Survey of Management Views on Dividend Policy (Abstract), <u>The CFA Digest</u>, Spring 1986.

Properties of Utility Company Betas, <u>Akron Business and Economic Review</u>, Spring 1986.

A Survey Of Management's Views on Dividend Policy, <u>Financial Management</u>, Fall/Winter, 1985.

An Analysis of Public Utility Dividend Policy in the Changing Regulatory Environment (Abstract), <u>The Financial Review</u>, August 1985.

Public Utility Dividend Policy: A Survey and Recommendations for Change, <u>Public Utilities Fortnightly</u>, February 21, 1985.

An Analysis of Issues Involving Corporate Dividend Policy (Abstract with H. Kent Baker and Gail Farrelly), <u>The Financial Review</u>, June 1984.

Telecommunications Betas: Are They Stable and Unique?, <u>The Journal of Portfolio Management</u>, Fall 1983.

Rate Base Valuation and Its Effect on the Rate-of-Return in the Electric Utility Industry, <u>Public Utility Fortnightly</u>, September 2, 1982.

A Note on the Use of Beta in Regulatory Proceedings: An Empirical Examination, <u>Proceedings of the Eastern Finance Association</u>, July 1982.

A Note on Using Principle Component Analysis to Rate Bonds, <u>Review of Business and Economic Research</u>, Spring 1982.

Rate Base Valuation and Its Effect on the Rate-of-Return, <u>Proceedings: Pacific Telecommunications Conference</u>, Spring 1981.

A New Approach to Ratings on Utility Bonds: Reply, <u>The Journal of Portfolio Management</u>, Summer 1980.

**RESUME**
**RICHARD BRUCE EDELMAN**

**PUBLICATIONS** (Continued)

A Numerical Rating System for Eurobonds Issued by U.S. Firms (Abstract), <u>Eastern Finance Association Proceedings</u>, April 1979.

A New Approach to Ratings on Utility Bonds, <u>The Theory and Practice of Bond Portfolio Management</u>, Volume II, Institutional Investor Books: New York, 1980.

A New Approach to Ratings on Utility Bonds, <u>The Journal of Portfolio Management</u>, Spring 1979.

The Impact on Electric Utility Bond Ratings When Substituting Debt for Preferred Stock, <u>Financial Management</u>, Spring 1979.

Handbook of Wealth Management (Review), <u>Journal of Finance</u>, May 1978.

An Objective Technique to Score Publicly Issued Bonds (Abstract), <u>Eastern Finance Association Proceedings</u>, April 1978.

A Filter Rule Program for the Undergraduate Investment Course, <u>Journal of Financial Education</u>, Fall 1977.

Predicting Common Stock Price Appreciation in Efficient Markets: Cross Section Screening Tests of Historical and Perfectly Predicted Accounting Information, <u>Southern Business Review</u>, Fall 1977

Using Statistical Models to Rate Municipal Bonds, <u>Proceedings: Creating Investor Confidence for Municipal Bonds</u>, Lincoln Institute of Land Policy, June 1977.

Underwriters' Commissions on Utility Securities from 1970 to 1976, <u>Public Utilities Fortnightly</u>, March 3, 1977.

Hawaiian Electric Company: A Rate of Return Case Study, <u>Intercollegiate Case Clearing House</u>, February 1977.

The Relationship Between Bond Ratings and Preferred Stock Financing in the Electric Utility Industry, <u>American Institute of Decision Sciences Proceedings</u>, November 1976.

NEUROLOGY ASSOCIATES. P.C.

NEUROLOGY AND NEUROPSYCHIATRY

*Richard M. Restak, M.D.*

DIPLOMATE. AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY

**Send all Mail and Correspondence to the D.C. Office at:**
1800 R Street, N.W.
Suite C-3
Washington, D.C. 20009
(202) 462-0455

**Suburban Office:**
9135 Piscataway Road
Suite 330
Clinton, MD 20735
(202) 462-0455

DATE: OCTOBER 16, 2007

RE: SCHOENBORN CASE

At the request of attorney Michael Hibey I reviewed the following materials;

1. Complaint
2. Answer to Complaint
3. Video of the February 14, 2007 Incident captured by surveillance camera
4. Autopsy Report
5. Autopsy Photographs
6. Record from George Washington University Hospital Emergency Room
7. Bill from George Washington University Hospital Emergency Room
8. Metropolitan Police Department Amended Traffic Light Accident Report
9. Partial Deposition of Brenda Seay pages 21-24
10. Deposition of Mohmmed Cheema pages 1-80

Review of the deposition of Mohammed Cheema establishes that Martha Schoenborn was aware of the bus coming towards her just before striking her. According to the witness she had a "scared expression on her face." He strongly believes that Ms. Schoenborn saw the bus. As far as I am aware this is the only confirmation that Martha Schoenborn was aware of and expressed the emotion of fear prior to being struck by the bus. In that instant I believe the amygdala the primary fear receptor in the limbic system was activated. The other witness Brenda Seay did not see the pedestrians.

Based solely on the testimony of Mohammed Cheema I believe that it can be asserted within a reasonable degree of medical certainty that there was some awareness on the part of Martha Schoenborn that she was about to be struck by the bus and that this triggered a fear response just prior to her being struck and killed by the bus. I would not be able to testify as to how long this lasted, but it would be my assumption that it was not more than a few seconds at most.

There are no exhibits planned at this point to support my opinion.



**FELLOW AMERICAN ACADEMY OF NEUROLOGY**                    **FELLOW AMERICAN PSYCHIATRIC ASSOCIATION**

My qualifications included over thirty years of neurology and neuropsychiatry practice. Appended is a list of my publications and my Curriculum Vitae.

The compensation that I am to be paid for my work would be $250 per hour and the time allotted for my testimony will be in the area of $3000 to $5000 depending on the time required.

Enclosed is the list of other cases, which I've testified as an expert at either trial or by deposition within the proceeding four years.

I reserve the right to modify this opinion, if additional information should become available.

Richard M. Restak, M.D.

RMR: rh

Curriculum Vitae
Richard M. Restak, M.D.

International Brotherhood of Magicians
(International Membership No. 40671)

Philosophical Society of Washington

Georgetown Clinical Society 1974-1984,
President, 1983-1984

## COMMITTEES

| | |
|---|---|
| 2003-2006 | Board of Advisors<br>School of Philosophy<br>The Catholic University of America |
| 1997-1998 | Board of Trustees,<br>The Krasnow Institute for Advanced<br>Study George Mason University |
| 1997-Present | Member, The Dana Alliance for Brain<br>Initiatives |
| 1991-2002 | American Neuropsychiatric Association<br>Program Committee |
| 1990-1992 | Advisory Council of the National<br>Foundation for Brain Research (NFBR) |
| 1990-1997 | Scientific Advisory Committee, National<br>Brain Tumor Foundation, San Francisco,<br>California |
| 1989-1995 | Board of Directors,<br>The Washington Foundation for Psychiatry, |
| 1985-1987 | Visiting Committee to the Research Center<br>for Language and Semiotic Studies, Indiana<br>University |
| 1974-1975 | Research Advisory Committee, National<br>Institutes of Health |

5

Curriculum Vitae
Richard M. Restak, M.D.

## GRAND ROUNDS

| | |
|---|---|
| May 31, 2006 | George Washington University Hospital and Medical Center Neurology Grand Rounds: The Alice In Wonderland Syndrome and Migraine |
| October 5, 2004 | Laureate Psychiatric Hospital Tulsa, Oklahoma. Psychiatric Grand Rounds: Neuropsychiatry. |
| February 13, 2002 | George Washington University Hospital and Medical Center Neurology Grand Rounds: Fronto-Temporal Dementia vs. Alzheimer's |
| September 15, 2000 | Montgomery General Hospital Medical Grand Rounds: Migraine Co-morbidity, Diagnosis and Treatment. |
| December 6, 1999 | St Elizabeth's Hospital Grand Rounds, Department of Psychiatry: The Neuropsychiatric Aspects of Migraine. Washington D.C. |
| November 12 1999 | Arlington Hospital. Medical Grand Rounds: Migraine and Comorbid Disorders. Arlington, Virginia. |
| June 30 1999 | George Washington University Medical Center and Hospital, "Lewis Carroll's Migraine and Other Neuropsychiatric Aspects of Migraine. |
| January 13, 1999 | Nova Fairfax Hospital, Department of Psychiatry. "Neuropsychiatry" |
| April 24 1996 | George Washington University Medical Center and Hospital, "Neuropsychiatry of Frontal Lobe Disorders" |

6

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| April 21 1995 | George Washington University Medical School and Hospital, "Temporal Lobe Epilepsy" |
| December 21 1994 | George Washington University Medical School, "The Neurology of Violence" |
| February 23 1994 | George Washington University Medical School and Hospital, "Tourettes and Obsessive/Compulsive Disorder -- A Continuum" |
| December 6 1990 | St.Vincent's Hospital and Medical Center, New York, Joint Psychiatry/Neurology, Departmental Grand Rounds, "Psychiatric Presentations of Temporal Lobe Epilepsy" |
| June 6 1990 | National Institute of Mental Health, Neuroscience Center (William A. Whitre Research Center), Washington D.C. |
| May 20 1988 | Suburban Hospital, Bethesda, Maryland Department of Psychiatry, "Medicine in the Year 2000" |
| May 17 1988 | University of Maryland, Neuropsychology course, Professor Paul Fedio, "Neurology of the Temporal Lobe" |
| September 26 1986 | Alexandria Hospital, Alexandria, VA, Department of Psychiatry, "The Neurological Behavior of Temporal Lobe Epilepsy" |
| April 12 1986 | Boulder Psychiatric Institute, Boulder, Colorado, "The Brain...Toward the Integration of the Mind and Body" |
| April 9 1986 | Veterans Administration Hospital, Washington D.C., Department of Neurology, "Temporal Lobe Epilepsy" |
| December 18 1986 | Veterans Administration Hospital, Washington D.C., Department of |

7

Curriculum Vitae
Richard M. Restak, M.D.

|  | Psychiatry, "Neuropsychiatry of the Temporal Lobe" |
|---|---|
| December 19 1985 | Department of Health and Human Services, National Institute of Mental Health, St. Elizabeth's Hospital "Epilepsy: What the Psychiatrist Needs to Know" |
| September 28 1983 | Roosevelt Hospital, New York, New York Department of Psychiatry "Neurobehavior" |
| February 22 1983 | Walter Reed Hospital, Washington D.C. Department of Psychiatry "Temporal Lobe Epilepsy" |
| July 7 1982 | Ohio State University, Columbus, Ohio Department of Psychiatry "Temporal Lobe Epilepsy" |

## LECTURESHIPS AND INVITED PRESENTATIONS

| October 4, 2007 | Smithsonian Institution.Smithsonian Associates Advances in Brain Science: The Internal Frontier "Why Did My brain Do That: The Cognitive Unconscious?" |
|---|---|
| January 17, 2007 | Smithsonian Institution. Smithsonian Associates "Brain Research and the Emerging Neurosociety |
| April 18-May 23,2006 | Smithsonian Institution. Smithsonian Associates Program "The Brain: Structure, Functions, and Abilities. 6 Lectures. |
| June 17, 2005 | The Brookings Institution Washington D.C Annual Seminar on "Science and Technology Issues, Policies and Debates" |
| May 21, 2005 | The 14th Annual Lecture Robert M. Bird Library Society at University of Oklahoma Health Sciences Center, Oklahoma City, Ok. |
| March 8, 2005 | The 92nd St. Y New York City "Dr. Richard Restak on Understanding Anxiety" |

8

Curriculum Vitae
Richard M. Restak, M.D.

March 1, 2005        The 16th Annual Meeting of The American
                     Neuropsychiatric Association. Presidential
                     Address: "Neuropsychiatry from the 1960s to
                     The Millennium: A Personal Perspective.

February 9, 2005     Smithsonian Institution. Smithsonian
                     Associates lecture: "Richard Restak on the
                     Anxiety Effect".

November 19, 2004    Fall Lecture Series Catholic University
                     Of America School of Philosophy: "Weakness
                     Of the Will: A Neurologist's
                     Perspective".

October 30, 2004     The American Place Theatre's Literature To
                     Life. "If Brains Could Talk: The Science of
                     Arts Education". The Riverside Church, New
                     York City.

October, 13,2004     National Security Agency and The Center for
                     International and Security Studies at Maryland
                     School of Public Policy. Lecture: "How Is The
                     Millennial Mind Different?"

March 10, 2004       FBI's National Center for the Analysis of
                     Violent Crime in Quantico Virginia. Four hour
                     Seminar: "The Brain of the Murderer".

March 2, 2004   The Library of Congress. Lecture: The New Brain.

February 27, 2004    The Johns Hopkins University Applied Physics
                     Laboratory Colloquium: Brain and Technology

February 24, 2004    American Neuropsychiatric Association 15th
                     Annual Meeting Bal Harbour, Florida.
                     Controversies in Neuropsychiatry: Post traumatic
                     Stress Disorder.

Curriculum Vitae
Richard M. Restak, M.D.

January 15,2004  The Cosmos Club. Book and Author Supper
                 The New Brain: How the Modern Age Is Rewiring
                 Your Mind

August 4, 20003  The Museum Of Natural History, The Baird
                 Auditorium, The Smithsonian Associates "The New
                 Brain: How the Modern Age Is Rewiring Your Mind"

July 20, 20003   Athenaeum Mozart Festival, La Jolla
                 California.  Pre-concert Lecture "Genius and
                 the Superior Performance – Are we all
                 Capable?"  Concert by Gustavo Romero

May 30-June 1,2003 XXII Annual Conference *Cosmos & Creation*.
                 Loyola College, Baltimore, Maryland.
                 "The Brain: Playground For Mind, Emotion,
                 Intelligence & Spirituality." Two Lectures and
                 three discussion periods.

February 16, 2003   Smithsonian Institution: Discussion: "Keeping
                    Your Brain Young" with Guy McKhann and
                    Marilyn Albert

February 4, 2003    American Neuropsychiatric Assocoation, 14th
                    Annual Meeting, Honolulu, Hawaii.
                    Controversies in Neuropsychiatry: Chronic
                    Fatigue Syndrome.

October 24, 2002    American Academy of Child & Adolescent
                    Psychiatry 49th Annual Meeting. San
                    Francisco. Opening Plenary Address : New
                    Insights into the Child and Adolescent
                    Brain.

March 14, 2002      Pacific Science Center, Seattle, Washington
                    Public Lecture: The Secret Life of The Brain

March 12, 2002      American Neuropsychiatric Association,
                    13th Annual Meeting, La Jolla, California.
                    Controversies in Neuropsychiatry: Adult

                                                              10

                                                              10

Curriculum Vitae
Richard M. Restak, M.D.

Attention Deficit Disorder.

| | |
|---|---|
| March 10, 2002 | Oregon Health & Science University, Neurological Sciences Institute. Brain Awareness Week Keynote Lecture |
| March 5, 2002 | The New York Academy of Sciences. Lecture: "The Adolescent Brain." |
| March 1,2002 | Mind Science Foundation, San Antonio, Texas. Lecture: "The Mind" |
| January 24, 2002 | 92nd St. Y New York City. "Mozart's Brain and the Fighter Pilot" |
| December 3, 2001 | Smithsonian Institution. Lecture: Unleashing Your Brain's Potential. |
| November 13, 2001 | Society for Neuroscience meeting in San Diego. Presidential Reception. Remarks about "The Secret Life of the Brain". |
| October 24,2001 | National Academy of Sciences. Washington D.C. Remarks about "The Secret Life of the Brain" |
| October 23,2001 | Smithsonian Institution. Smithsonian Associates Lecture: "The Secret Life of the Brain" Washington D.C. |
| July 13,2001 | National Museum of Natural History. The Baird Auditorium, Washington D.C. "The Mindful Brain: What We have Learned from Brain Science about the Mind" |
| February 27, 2001 | American Neuropsychiatric Association 12th Annual Meeting, Fort Meyers, Florida. Controversies in Neuropsychiatry: Hysteria Vs.Malingering. |
| April 24,2000 | Harvard Club of New York. Harvard Hall "The Craft and Career of Writing: Dual Careers. |

11

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| February 25, 20000 | Wisconsin Alliance for Arts Education 25th Year Anniversary. University of Wisconsin at Madison. <u>The Mind, Machine and Learning</u> "New Insights from Brain Research on Learning and Enhanced Mental Performance Over the Life Span." |
| February 22,2000 | American Neuropsychiatric Association 11th Annual Meeting, Fort Meyers, Florida. "Controversies in Neuropsychiatry: Psychopathy" with Robert Hare, Adrian Raine and Paul Babiak |
| December 10,1999 | Seminar for trainees at the National Center for the Analysis of Violent Crime (NCAVC) FBI Academy, Quantico, Virginia |
| June 5,1999 | Cosmos Club Colloquium "Is Peace Possible? Washington D.C. |
| April 28-<br>June 2 1999 | Smithsonian Associates. Six-week course: "TheHuman Brain's Structure, Functions and Abilities". Washington D.C |
| March 20, 1999 | The Seventh Cosmos Symposium: "Civility" The Cosmos Club, Washington D.C. "Civility in Medicine" |
| February 25,1999 | Medical, Neurodevelopmental and Educational Intervention for Medically Challenged Children Sponsored by Primary Children's   Medical Center Salt Lake City, Utah. Keynote address: Advances in Neuroscience: The Decade of the Brain" |
| February 2, 1999 | The American Neuropsychiatric Association Tenth Annual Meeting, New Orleans. Moderator and Discussant: Cognitive Retraining. |
| November 21 1998 | The American Association for Adult Continuing Education Annual Conference. Phoenix, Arizona  "The Brain and Adult |

12

Curriculum Vitae
Richard M. Restak, M.D.

Learning"

| | |
|---|---|
| November 12,1998 | Smithsonian Institution in Conjunction with the Library of Congress Exhibition Sigmund Freud: Conflict and Culture with Michael Roth, Sherry Turkle, Jonathan Lear, Peter Kramer and Kenneth Gergen "Technological Insights Into the Nature of the Self" |
| Oct 20-<br>Nov 4, 1998 | Smithsonian Resident Associate Program, The Smithsonian Institution.  "The Human Brain's Structure, Function, and Abilities". |
| Sept 24, 1998 | The Lighthouse Foundation 1998 Pisart Vision Award. Keynote Speaker St Regis Hotel, New York City. |
| July 16, 1998 | The Brain -Body Symposium sponsored by the Brain-Body Institute. Beau-Rivage Palace Hotel-Lausanne, Switzerland. |
| July 11, 1998 | AARP convention in Minneapolis "Successful Aging" |
| March 19, 1998 | 92nd Street Y NYC. Public Forum on "Successful Aging" with David Mahoney and Mike Wallace. |
| March 17, 1998 | Smithsonian lecture How to Live to 100 Using the Brain-Body Connection with David Mahoney and Art Buchwald. |
| December 4, 1997 | Neuropsychiatric Seminar, Abbott Laboratories, Washington D.C. "Non-Epileptic Uses for Epileptic Drugs" |
| September 29, 1997 | The Schooler Lecture, Muskingum College New Concord, OH "Biological Basis of Personal Identity" |

13

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| August 23, 1997 | Southern Clinical Neurological Society 1st Kingsmill Family Neurology Update Williamsburg, VA "AEDs and Their Many Uses" |
| July 30, 1997 | Smithsonian Institution, Washington D.C. Resident Associate Program: <u>Older & Wiser</u> |
| March 17, 1997 | Psychopharmacology Training Program Schenectady, NY |
| November 29 1995 | Smithsonian Institution, Washington D.C. "Understanding the Mind's Brainscapes" |
| November 6 1995 | FBI Academy, Quantico, VA Senior Seminar with FBI Trainees |
| October 14 1995 | Symposium "Neuropsychiatry in the Courtroom" Moderator and discussant at the Seventh Annual Meeting of the American Neuropsychiatric Association |
| September 11 1995 | FBI Academy, Quantico, VA Senior Seminar with FBI Trainees |
| July 6 1995 | Learning Styles Network, New York City, NY 18th Annual Learning Styles Leadership Institute, Keynote Address |
| May 12 1995 | The Philosophical Society of Washington; The 64th Annual Joseph Henry Lecture: "Designer Brain:  Receptor-Neurotransmitter Research, the Social-Ethical Implications" |
| November 22 1994 | FBI Academy, Quantico, VA Senior seminar with FBI trainees |
| Oct 31- Nov 4 1994 | Woodrow Wilson Traveling Fellow, Saint Olaf College, Northfield, MN |
| September 1 1994 | FBI Academy, Quantico, VA |

14

Curriculum Vitae
Richard M. Restak, M.D.

|  |  |
|---|---|
|  | Senior seminar with FBI trainees |
| July 22 1994 | Chair, Session on Subcortical Neuropsychiatric Disorders at the Sixth Annual Meeting of the American Neuropsychiatric Association, Newport, RI |
| June 27 1994 | The Women's National Democratic Club Discussion and signing for "The Modular Brain" |
| May 25 1994 | The American Psychiatric Association "Neuropsychiatric Aspects of Excitotoxins and Other Environmental Hazards," part of a symposium "Mental Health and the Environment" |
| May 13 1994 | FBI Academy, Quantico, VA "A Neuropsychiatric Analysis of Serial Killer Dayton Leroy Rogers" |
| April 25 1994 | The Fourth Annual "New Gettysburg Address," Gettysburg College, Gettysburg, PA |
| April 20 1994 | The Joseph A. Nopolitano Memorial Lecture: "The Consequences of Technology: The Brain and the Control of Human Behavior." Adelphi University, Garden City, NY |
| November 12 1993 | FBI Academy, Quantico, VA Senior Seminar with FBI Trainees |
| October 20 1993 | Drexel University, Philadelphia, PA "Creativity and the Human Brain" |
| September 17 1993 | FBI Academy, Quantico, VA Senior Seminar with FBI Trainees |
| May 21 1993 | FBI Academy, Quantico, VA "Violence in America," a lecture |
| March 27 1993 | The Cosmos Club, Washington D.C. Symposium on Creativity with Daniel Boorstin and Maya Angelou. |

15

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| March 18 1993 | Rochester Arts and Lectures Series with Carlos Fuentes, Tobias Wolff, Lorene Cary, Molly Ivins and William Styron |
| February 7 1993 | "Violence and the Brain," part of a series of discussions on "The Epidemic of Violence" sponsored by Medical Center of the University of Virginia and the Virginia Foundation for the Humanities and Public Policy |
| December 10 1992 | The Harvard Club, New York City.  A Public Lecture: "In the Brain of the Beholder" |
| November 2 1992 | FBI Academy, Quantico, VA "Brain Damage and Violence," a lecture to the FBI Police Fellowship Retraining In-Service |
| September 11 1992 | Université de Toulouse, Toulouse, France "Le Cerveau De L'Enfant" |
| August 13 1992 | Chautauqua Literary & Scientific Circle, Chautauqua Institution, Chautauqua, NY Featured Presentation and Readings from "The Brain Has a Mind of its Own" |
| August 12 1992 | Chautauqua Institution, Chautauqua, NY "The Brain Has a Mind of its Own" |
| July 9 1992 | The Franklin Institute Science Museum, Philadelphia, PA.  "Exploring Innerspace" |
| May 3 1992 | American Neuropsychiatric Association/ American Psychiatric Association Meeting: "The Future of Neuropsychiatry." |
| February 27-28 1992 | Center for Health Policy Research, The George Washington University, Washington D.C.  Workshop: "Neuroscience and the Emerging Adjudication of Drug Abuse" Paper: "Violence, Drug Abuse and the Brain" |

16

Curriculum Vitae
Richard M. Restak, M.D.

February 21 1992          National Brain Tumor Foundation
                         Conference, San Francisco, CA.  Featured
                         Speaker. "The Brain and the New Genetics"

October 24 1991          Knight Center for Specialized Journalism,
                         College of Journalism, University of
                         Maryland, College Park, MD.  Keynote
                         speaker for the seminar:  "The Brain"

October 17 1991          Fourth Annual Intermountain Health Care
                         Rehabilitation Conference, Salt Lake City,
                         Ut.  Keynote: "Mind, Brain and the Future"

September 26-27 1991     Lilly Clinical Scholar and Visiting
                         Professor, Lilly Research Laboratories,
                         Indianapolis, IN

May 7 1991               Sheppard Pratt Centennial Founder's Day
                         Program.  Keynote:  "The Mind, The Brain,
                         The Future: Celebrating The Human Spirit"

May 3 1991               Cooper Union Great Hall in New York City.
                         The Reality Club Lecture: "The Violent
                         Brain"

April 15 1991            FBI Academy, Behavioral Science Unit,
                         Quantico, VA.  "The Neuropsychiatry of
                         Murder and Violent Crime"

October 30 1990          The XII World Congress of Social
                         Psychiatry. "Brain, Emotions and
                         Behavior."  Washington  D.C.

August 9 1990            Symposium on Creativity.  The Nathan
                         Mayhew Seminars with Jerome Kagan, Robert
                         Brustein, Charles Guggenheim and Wilton
                         Dillon.  Vineyard Haven, Martha's
                         Vineyard, MA

June 22 1990             The National Center on Institutions and
                         Alternatives Conference.  Reaffirming,
                         Rehabilitation II.  "Public Debate on the
                         Topic:  The Roots of Violence:  Debate and
                         Discussion."  Washington D.C.

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| June 15 1990 | Decade of the Brain Symposium:  Brain Imaging, Research, Behavior.  Keynote, "A Nineties Perspective: Brain/Mind Research and Clinical Practice."  Pittsburgh, PA |
| June 7 1990 | The Women's National Democratic Club, Washington D.C.  Keynote lecturer:  "The Brain and the Creative Arts" |
| February 12 1990 | Eighth Annual Southwestern Head Injury Conference, Sedona, Arizona, Featured Speaker |
| February 9 1990 | National Brain Tumor Foundation Conference, San Francisco, CA. Keynote Speaker |
| November 17 1989 | Roland Pinkham Memorial Lecture, Swedish Hospital, Seattle, WA.  Moderator of a panel on Cognitive Neuroscience |
| July 27 1989 | The Summer Lecture Series by Martha's Vineyard Authors.  The Nathan Mayhew Seminars, Vineyard Haven, MA., "The Brain and the Creative Arts" |
| July 14 1989 | Fourteenth Annual Meeting of the Semiotic Society of America. Indianapolis, IN. Keynote address:  "Lying, Liars, Prevarication, Deception and the Brain" followed by a panel discussion with Umberto Eco and Thomas Sebeok. |
| June 13 1989 | Book and Author Dinner, The Cosmos Club. Topic:  "The Mind" |
| April 11 1989 | University of Alaska, Fairbanks  "The Brain" |
| November 19 1988 | Miami Book Fair International.  A Public Lecture:  "The Mind" |
| October 22 1988 | Symposium on Interrelations Between Depression, the Immune System and the |

Curriculum Vitae
Richard M. Restak, M.D.

|  | Endocrine System, sponsored by the Department of Psychiatry and Behavioral Sciences, New York Medical College and Eli Lilly and Company, "The Brain, Depression and the Immune System," Charleston, SC |
|---|---|
| October 8 1988 | Next Steps that Will Revolutionize Psychiatry in the Twenty-first Century, St. Moritz Hotel, New York City, sponsored by the Department of Psychiatry and Behavioral Sciences, New York Medical College, "The Brain, Depression and the Immune System" |
| September 16 1988 | International Congress on Cerebral Dominances sponsored by International Society on Cerebral Dominances, Munich, West Germany, "Brain and Endocrine Immune System Interaction" |
| May 16 1988 | National Aeronautics and Space Administration (NASA) Engineering Colloquia, Goddard Space Flight Center. "Why the Brain is not a Computer" |
| April 16 1988 | Smithsonian Symposium on Creativity with Jerome Kagan, Judith Viorst, Marshall Niremberg and Jacob Lawrence |
| March 21 1988 | The Cosmos Club, Washington D.C., Monday Evening Lecture Series, "Why the Brain is not a Computer" |
| May 17 1987 | American Psychiatric Association, Chicago, IL.  Invited Presentation. "The Brain and the Quantum Physics of Consciousness" |
| January 27 1987 | 92nd Street Y, New York City.  The Human Mind Symposium.  "The Brain and Behavior: An Overview" |
| November 15 1986 | Neurobehavioral Disorders and Sleep Symposium. Georgetown University Medical School; paper, "Bizarre Behavior and Sleep" |

19

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| October 18 1986 | Semiotic Society of America, 11th Annual Meeting, San Francisco.  "Presenting Semiotics to the Professions:  A Roundtable Discussion" |
| October 17 1986 | Semiotic Society of America, 11th Annual Meeting, San Francisco, "The Brain and Semiotics" |
| June 6-7 1986 | Smithsonian Institution, Resident Associate Program, "The Brain and the New Physics:  Intensive Course with Richard Restak and Fred Alan Wolf" |
| May 6-9 1986 | Special Smithsonian Symposium, Front Royal, VA and Washington D.C., Man and Beast Revisited "Consciousness and Human Brains" |
| March 11, 1986 | Faculty Bioethics Seminar, Georgetown University School of Medicine, Division of Health and Humanities, "AIDS: Protecting the Community Versus Individual Freedom" |
| December 19, 1985 | St Elizabeth's Hospital Overholser Division of Training.  A lecture, "Epilepsy: What The Psychiatrist Needs to Know" |
| November 6, 1985 | Fall Humanities Program sponsored by the Committee on Cultural and Social Affairs of the Johns Hopkins Medical Institutions, Baltimore, MD, "Semiotics and the Brain" |
| November 1, 1985 | Philosophical Society of Washington John Wesley Powell Auditorium, Cosmos Club, "Neurology of Will:  Contribution of Modern Brain Research to Understanding of Autonomy and Freedom" |
| September 18, 1985 | Society of Statesmen, U. S. Capitol, Washington D.C., "Public Health Policy" |

20

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| May 10 1985 | National Aeronautics and Space Administration (NASA) Scientific Colloquia, Goddard Space Flight Center, "Exploring Inner Space" |
| March 12, 1985 | Science Museum of Minneapolis, MN, "Frontiers in Brain Research" |
| October 21, 1984 | The Ford Hall Lecture, Ford Hall, Boston, MA, "The Human Brain" |
| December 7-10 1983 | The Smithsonian Institution, Eighth International Symposium: "The Road After 1984: High Technology and Human Freedom" |
| October-December 1983 | The Smithsonian Institution, Resident Associate Program, "The Human Brain" |
| March 23, 1983 | The Smithsonian Institution, Resident Associate Program, "Understanding the Human Brain," the Baird Lecture |
| November 19, 1982 | George Washington University, Department of Education, "The Brain: Implications for Education" A Symposium and Colloquium with Paul D. MacLean |
| September 10, 1982 | National Security Agency, National Cryptologic School, "The Brain" |
| May 7, 1982 | The Smithsonian Institution, Resident Associate Program, "Brain and Mind: A Neuropsychiatric Approach" |
| November 14, 1981 | Conference on Student Learning Styles and Brain Behavior, New Orleans, Louisiana, "The Brain: The Last Frontier" |
| October 30, 1981 | American Society for Cybernetics, Washington D.C., "Mind, Brain and Machines" |

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| October 9, 1981 | Washington School of Psychiatry, Washington D.C., a Behavioral Neurology Course |
| September 8, 1981 | The Third Annual Holistic Health Conference Walter Reed Army Medical Center "The Brain: The Last Frontier" |
| March 28, 1981 | Department of Mathematical Sciences and The Philosophy Department, Loyola University of Chicago, "Symposium on Artificial Intelligence," Featured Speaker. |
| March 4, 1980 | National Institues of Health, Annual Lecture Sponsored by the Committee on Science and Human Values, "Modern Thoughts on the "Mind/Brain Matter" |
| Spring 1980 | Department of Philosophy, Georgetown University |
| Spring 1980 | Central Intelligence Agency, Senior Seminar |
| Spring 1980 | University of Maryland Combined Colloquium Astronomy-Physics and Laboratory of Chemical Evolution |
| Spring 1980 | Pentagon |
| Spring 1980 | National Institutes of Health Annual Lecture, Sponsored by the Committee on Science and Human Values |
| Summer 1979 | Chatauqua Lecturer during Science Week at Chatauqua Institute |
| November 14, 1976 | The National Immunization Conference sponsored by the Department of Health, Education and Welfare. "Health Awareness and Public Awareness" |
| Spring 1976 | Department of State, Foreign Service Institute, Washington D.C. |

22

22

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| Fall 1975 | The National War College |
| Spring 1975 | Ohio State University and the Ohio Committee for Public Programs in the Humanities |
| Spring 1975 | Wright State University School of Medicine, Dayton, OH |

### AWARDS and RECOGNITION

| | |
|---|---|
| 2005 | American Council for Headache Education ACHE) Lecture Award of the American Headache Society. |
| 2005 | International Who's Who of Authors and Writers 2006. 21st Edition |
| 2003 | President-Elect American Neuropsychiatric Association |
| 2002 | Foreward Magazine Book of the Year Award in Health/Medical category for The Secret Life of The Brain |
| 1998 | Honorary Degree Gettysburg College May 16,1998  DSci |
| 1998 | Marquis Who's Who in the World, Fifteenth Edition. |
| 1997,1999 | International Authors and Writers Who's Who, Fifteenth, Sixteenth Seventeenth Editions |
| March 21, 1997 | The Washington Psychiatric Foundation Community Service Award |
| 1997-1998 | Marquis Who's Who in Medicine and Healthcare, First Edition |

23

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| November 4, 1995 | The Linacre Medal for Humanity in Medicine conferred by Georgetown University Medical School |
| September 26, 1992 | Recipient of "Decade of the Brain Award" conferred by the Chicago Neurosurgical Center |
| 1985 | Distinguished Alumni Award, Gettysburg College |
| 1976 | The Claude Bernard Science Journalism Award given by the National Society for Medical Research |
| 1976 | National Endowment for the Humanities, Summer Fellowship, Stanford University |

Curriculum Vitae
Richard M. Restak, M.D.

CLUBS

The National Press Club (1986 – 2001)
Cosmos Club (elected July 29, 1986)
Vineyard Haven Yacht Club

PUBLICATIONS

**BOOKS**

2006    The Naked Brain: How the Emerging Neurosociety is Changing How We Live, Work, and Love. Harmony Books.

2004    Poe's Heart and the Mountain Climber: Exploring the Effects of Anxiety on Our Brains and Our Culture. Harmony Books.

2003    The New Brain: How The Modern Age Is Rewiring Your Mind. Rodale.

2001    Mozart's Brain and the Fighter Pilot: Unleashing Your Brain's Potential. Harmony Books.

2001    The Secret Life of the Brain. A Co-Publication of the Dana Press and Joseph Henry Press.

2000    Mysteries of The Mind        National Geographic Press

1998    The Longevity Strategy (with David Mahoney). John Wiley & Sons, Inc.

1997    Older & Wiser:  How to Maintain Peak Mental Ability for as Long as You Live. Simon & Schuster, An Alternate Selection, The Book of the Month Club (BOMC), An Alternate of the Quality Paperback Book Club

1995    Brainscapes, Hyperion.

1994    The Modular Brain, Lisa Drew Books/ Charles Scribner's Sons,

25

25

Curriculum Vitae
Richard M. Restak, M.D.

1994    Receptors. Bantam Books , An Alternate Selection, The
        Book of the Month Club (BOMC), An Alternate of the
        Quality Paperback Book Club

1991    The Brain Has a Mind of Its Own. Harmony, An Alternate
          Selection of the Book of the Month Club (BOMC); an
          Alternate Selection of the Quality Paperback Book
          Club

1988    The Mind. Bantam Books, A Main Selection of the Book of
        the Month Club, (BOMC), A Main Selection of the Quality
        Paperback Book Club

1986    The Infant Mind Doubleday & Co,

1984    The Brain. Bantam Books. An Alternate Selection, the
        Book of the Month Club (BOMC), An Alternate of the
        Quality Paperback Book Club

1982    The Self Seekers Doubleday & Co.

1979    The Brain:  The Last Frontier, Explorations of the
        Human Mind and Our Future. Doubleday & Co. Psychology
        Today selection as one of the "Best Behavior Books" in
        1979

1975    Premeditated Man:  Bioethics and the Control of Future
        Human Life. Viking Press. Selected by The New York
        Times as one of the "Notable Books of 1975"

                        ANTHOLOGIES and CONTRIBUTIONS

2007    Foreword to BODY The Complete Human National
        Geographic

2003    Violent Acts and Violentization edited by Lonnie
        Athens and Jeffrey T. Ulmer JAI An Imprint of Elsevier
        Science

26

Curriculum Vitae
Richard M. Restak, M.D.


1999    Reasoning and Writing Well Second Edition by Berry
        Mattix Dietsh, Mayfield Publishing Company. An essay
        "The Other Difference Between Boys and Girls".


1996    Classical,Renaissance, and Post Modernist Acts of the
        Imagination, University of Delaware Press; Associated
        University Press, edited by Arthur F. Kinney. An essay
        Commemorating O.B. Hardison, Jr.


1996    Medication of the Mind, Henry Holt & Co, by Scott
           Veggeberg, Forward by Richard M. Restak, MD, A
           Scientific American Focus Book


1995    Triumph of Discovery: An Chronicle of Great Adventures
        in Science, "The Brain: Sense from Nonsense",
        Scientific American


1995    Frontline of Discovery: Science on the Brink of
        Tomorrow, "The Brain", National Geographic


1992    Reading and Writing Short Arguments, by William
           Vesterman, "AIDS: In Plagues, Civil Rights Aren't The
           Issue", Mayfield Publishing Company


1993    Creativity, The Reality Club,
        #4, edited by John Brockman, an Essay entitled, "The
        Creative Brain." A Touchstone Book, Simon and Schuster


1991    Writing and Reading Across the Curriculum Fourth
        Edition edited by Laurence Behrens and Leonard J.
        Rosen. Harper Collins.


1991    Man and Beast Revisted, edited by Michael H. Robinson
        and Lionel Tiger, an Essay entitled "The Brain as a
        Super Computer", Smithsonian Institution Press


1990    The Power to Heal: Ancient Arts and Modern Medicine
        an Essay entitled, "The Brain and Its Mysteries",
        Prentice Hall Press


1989    Criminal Law and Its processes, Fifth Edition, by
        Kadish and Schulhofer, "The Fiction of the Reasonable
        Man", Little Brown & Company

Curriculum Vitae
Richard M. Restak, M.D.

1989   Current Therapy in Psychiatry by Steven Dubovsky, MD,
       and James A Shore, MD, "Evaluation and Treatment of
       Psychiatric Syndromes Associated with Epilepsy" B.C.
       Decker,

1988   Taking sides:  Clashing Views on Controversial
       Psychological Issues, Publishing Group; Joseph
       Rubenstein and Brent Slife, "Is Free Will Fraud",
       Dushkin

1988   Insanity on Trial, Edited by Norman J. Finkel, "The
       Fiction of the Reasonable Man", Plenum Press

1988   The Best of Science: Readings in Human Behavior,
       Edited by Allen L. Hammond and Philip G. Zimbardo,
       "Newborn Knowledge", Scott,Foresman & Company

1988   Elements of Argument:  A Text and Reader, Edited by
       Annette T. Rottenberg, "AIDS:  In Plagues, Civil Rights
       Aren't the Issue", St. Martin's Press

1986   The Psychiatric Clinics of North America:
       "Neuropsychiatry", Guest Editor: Richard Restak, MD

1985   High Technology and Human Freedom, edited by Lewis H.
       Lapham, "Media Darwinism" Smithsonian International
       Symposia Series.

1984   Empathy I, edited by Lichtenberg,
       Bornstein and Silver, "Possible Neurophysiological
       Correlates of Empathy" Analytic Press

1982   Norton Sampler:  Short Essays for Composition, Second
       Edition, by Thomas Cooley, reprinted "The Other
       Difference Between Boys and Girls" W.W. Norton & Co.

1982   The Compleat Computer, Van Tassel and Van Tassel,
       "Smart Associated, (IVM) Machines Learn to See, Talk,
       Listen Even 'Think' for Us", SRA, Science Research

1976   The Shapes of Prose:  A Rhetorical Reader for College
       Writing, by Charles M. Cobb, reprinted "What is
       Death?", Holt Rinehart-Winston

28

28

Curriculum Vitae
Richard M. Restak, M.D.


1976    Mind and Supermind, edited by Albert Rosenfeld,
        Reprited, "Jose Delgado-Exploring Inner Space", Holt
        Rinehart-Winston

1975    Who Controls the Controllers? by James. S. Edenrod,
        reprinted "The Promise and Peril of Psychosurgery",
        Allyn & Bacon, Inc.



## TECHNICAL WRITING


Current Opinion in Psychiatry
Volume 10, No. 1, January, 1997.   "Forensic
Neuropsychiatry"

Seminars in Clinical Neuropsychiatry
Volume 2, No. 3, July, 1997.   "Neuropsychiatry of Minor
Head Injury", Guest Editor

Seminars in Clinical Neuropsychiatry
Volume I, No. 3, July, 1996.   "Brain Damage and Legal
Responsibility", Guest Editor

Psychiatric Times
Volume XII, No. 9, September, 1995.   "Complex Partial
Seizures Present Diagnostic Challenge"

Journal of Neuropsychiatry and Clinical Neurosciences,
Volume 7, No. 1, Winter 1995, by Schuster, Thienhaus,
Focal, Restak, Tucker.   "Cost- Effective Inpatient Care
of Neuropsychiatric Patients"

Archives of Neurology, Volume 50, August 1993.   "The
Neurological Defense of Violent Crime: Insanity Defense
Retooled"

Integrative Psychiatry, Volume 7, Nos.3-4, 1991.
"Models for New Ways of Thinking"

Journal of Clinical Psychiatry, Volume 50, May, 1989.
"The Brain, Depression and the Immune System"

Curriculum Vitae
Richard M. Restak, M.D.

International Journal of Neurosciences, 1988, Volume
45, page 182.  "Brain/Endocrine/Immune System
Interaction"

Psychiatric Clinics of North America:  Neuropsychiatry,
W. B. Saunders Company, June, 1986.  Guest Editor

Journal of Nervous and Mental Disease, Volume 155, page
72-75,1972.  "Pseudotumor Cerebri, Psychosis and
Hypervitaminosis A"

Empathy I, edited by Joseph Lichtenberg, Bornstein and
 Silver.  "Possible Neurophysiological Correlates of
Empathy", Analytic Press, 1984


**ENCYCLOPEDIAS**


Encyclopaedia Britannca, Medical & Health Annual 1999
"Alice in Migraineland"

World Book Multimedia Encyclopedia, 1996 CD-ROM
Consultant

Encyclopaedia Britannica, 1996 Medical and Health
Annual, "Guide Dogs for the Blind"

Encyclopaedia Britannica, 1994 Medical and Health
Annual, "The Curious Phenomena of the Double"

The World Book Encyclopedia, 1995 Edition,
"Hypothalamus"

Encyclopaedia Britannica, 1995 Annual
"Special Report: Prozac"

Encyclopedia of Neuroscience, Supplement 3 1993 -
"Neuropsychiatry"

Encyclopaedia Britannica, 1992  Medical and Health
Annual,  "Memories are Made of This"

30

Curriculum Vitae
Richard M. Restak, M.D.

Compton's Encyclopedia, 1990 Edition, "The Brain and Spinal Cord"

The World Book Encyclopedia, 1990 Edition, "The Brain", Revised, 1995

The Encyclopedia of Bioethics - 1978 Edition, "Electroconvulsive Therapy" (Shock Therapy Chapter)

**MAGAZINES**

| | |
|---|---|
| Spring 2006 | The American Scholar "The Future of the Brain" |
| Spring 2005 | Cerebrum Review of The Future of The Brain by Steven Rose |
| January 2005 | Cosmos 2004 "Make It Quick!" |
| January-February 2004 | The Futurist "The New Brain" |
| January-February 2002 | Modern Maturity "All in Your Head" |
| Summer 2001 | Cerebrum The Mind of the Terrorist: Profile or Preconception. |
| Winter 2001 | Cerebrum Review of The Seven Sins of Memory by Daniel Schacter. |
| Spring 2000 | Cerebrum The Great Cerebroscope Controversy |
| Summer 1999 | The Wilson Quarterly. Review of Brain Policy by Robert H. Blank |
| Spring 1999 | Cerebrum. Reviews of The Science Times Book of the Brain Edited by Nicholas Wade and Brain Fitness by Robert Goldman with Ronald Klatz And Lisa Berger. |

31

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| Summer 1998 | The Wilson Quarterly, <u>Making Sense of Illness: Science, Society, and Disease</u> by Robert Aronowitz, Cambridge University Press, 1998 |
| November 1998 | Cerebrum. Review of <u>Blaming the Brain: The Real Truth About Drugs and Mental Health</u> by Elliot S. Valenstein, The Free Press |
| Sept-Oct 1996 | BrainWork, Review of <u>Darwin's BlackBox</u>, by Michael Behe |
| Spring 1996 | <u>The Wilson Quarterly</u>, "The Enchanted World of Sleep" |
| September-October 1993 | <u>The Sciences</u>, "Designing the Brain" |
| February 1993 | <u>The World and I</u>, "Programmed for Addiction?" |
| Summer 1992 | <u>Current Books</u>, Excerpt <u>The Brain Has a Mind of its Own</u> |
| July-August 1992 | <u>The Sciences</u>, "See No Evil" |
| June 1992 | <u>The World and I</u>, "Wired for Evolution" |
| March 1992 | <u>Self</u>, "How to Outsmart Your Brain" |
| March 1992 | <u>Cosmos - A Journal of Emerging Issues</u>, "If you're suffering from information overload" |
| December 1990 | <u>The World and I</u>, "The Way we Live and Die" |
| May 1987 | <u>Publisher's Weekly</u>, "The Enduring Washington " page 142 |
| August 1987 | <u>Vogue</u>, "Glut Responses: Overload, Creativity, Stress and Relaxation" |

32

32

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| 1985 | <u>Semiotica</u>, 55-3/4 (1985), "The Unconscious: An Update" Winter |
| 1984 | <u>The Wilson Quarterly</u>, "The Mind:  Is This Cat Necessary?" |
| November 1984 | <u>Science Digest</u>, "Master Clock of the Brain and Body" |
| September-October 1984 | <u>The Sciences</u>, "Machine Dreams" |
| June 1984 | <u>Science Digest</u>, "Special Report:  People with Multiple Minds" |
| October 1983 | <u>Science Digest</u>, "Is Freewill a Fraud?" |
| Fall 1983 | <u>The Wilson Quarterly</u>, "Psychiatry in America" |
| Summer 1982 | <u>The Wilson Quarterly</u>, "The Brain" |
| July 1992 | <u>The World & I</u>, "Wired for Evolution," essay review of <u>Bright Air, Brilliant Fire:  On the Matter of the Mind</u> by Gerald Edelman, 1992 |
| May 1982 | <u>Science '82</u>, "Islands of Genius" |
| May 1982 | <u>Science Digest</u>, "Medicine Avenue" |
| April 1982 | <u>Readers Digest</u>, "Spotting the Next Killer," page 143 |
| January-February 1982 | <u>Science '82</u>, "Newborn Knowledge" |
| December 1982 | <u>Science Digest</u>, "Assassin" |
| October 1981 | <u>Science Digest</u>, "Trial by Science" |
| March 1981 | <u>Science Digest</u>, Brain Power:  A New Theory" |
| March 1980 | <u>Smithsonian Magazine</u>, "Smart Machines" |

33

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| December 1979 | Psychology Today, "The Sex-Change Conspiracy" |
| November 1979 | Science Digest, "Brain or Mind - Which Came First?" |
| May 12,1979 | Saturday Review, "The Origins of Violence" |
| March 1979 | Psychology Today, "Brain Potentials: Signaling Our Inner Thoughts" |
| March 5, 1977 | Saturday Review, "The Brain Makes Its Own Narcotics" |
| November 27 1976 | Saturday Review, "The Great Vaccination Flap: Meatcleaver or Scalpel" |
| September 1975 | Psychology Today, "The Danger of Knowing Too Much" |
| August 9 1975 | Saturday Review, "Jose Delgado - Exploring Inner Space" |
| Sept 25 1973 | Saturday Review, "The Promise and Peril of Psychosurgery" |

## NEWSPAPERS

| | |
|---|---|
| January 4,2004 | The Washington Post - Outlook - The Habit In Our Heads |
| January 11,1994 | U.S.A. Today - "Doctors, Don't be Pushed Around!" |
| April 25, 1993 | The Washington Post - Outlook - "The Ranch Apocalypse Drama" |
| February 5, 1991 | U.S.A. Today - "Caution: Watching Too Much War May be Hazardous to Your Health" |

34

34

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| April 29, 1990 | The Washington Post - Outlook - "The Brain on Trial" |
| October 31, 1989 | Newsday - Observations - "A Father, A Son, A Coma" |
| June 27, 1989 | Newsday - Observations - "Isolated in Freedom" |
| May 23, 1989 | Newsday - Observations - "A Tree to Tame the 'Monkey Mind'" |
| April 11, 1989 | Newsday - Observations - "Worshiping at the Altar of Fitness" |
| January 10, 1989 | Newsday - Observations - "Looking Into the Windows of the Soul" |
| December 27, 1988 | Newsday - Observations - "A Dream Machine and Must My Speed" |
| December 11, 1988 | Washington Post - Outlook - "Do We Want a Left-handed President?" |
| November 29, 1988 | Newsday - Observations - "Smiles are More Than Lip Service" |
| October 23, 1988 | Washington Post - Outlook - "Drug Deaths and Pavlov's Dogs" |
| October 18, 1988 | Newsday - Observations - Dreams - Through a Glass Darkly |
| October 11, 1988 | Newsday - Observations - "The Elasticity and Tyranny of Time" |
| August 30, 1988 | Newsday - Observations - "The Delights of Life's Improbabilities" |
| July 26, 1988 | Newsday - Observations - "Recognizing our 'Self'" |
| July 5, 1988 | Newsday - Observations - "Desk Top Drumming and All That Jazz" |

35

Curriculum Vitae
Richard M. Restak, M.D.

June 14, 1988            <u>Newsday - Observations</u> - "A Puzzling
                         Patient From the Bowery"

April 12, 1988           <u>Newsday - Observations</u> - "Market
                         Adjustments"

March 27, 1988           <u>The Washington Post - Outlook</u> - "Your
                         Brain Has a Mind of Its Own"

March 1, 1988            <u>Newsday - Observations</u> - "Writing as a
                         Release"

February 7, 1988         <u>The Washington Post - Outlook</u> - "The
                         Case of the Disappearing Doctor"

December 30, 1987        <u>The Los Angeles Times</u> - "Requiring
                         Doctors to Treat AIDS Victims Invites
                         Flawed and Hostile Care"

November 17, 1987        <u>Newsday - Observations</u> - "When the
                         Doctor or the Patient Poses a Risk"

October 13, 1987         <u>Newsday - Observations</u> - "Uncovering the
                         Man Behind the Beard"

September 27, 1987       <u>Washington Post - Outlook</u> - "Doctors,
                         Patients and the Deadly Dilemma of AIDS"

September 8, 1987        <u>Newsday - Observations</u> - "Crash
                         Specialists"

July 14, 1987            <u>Newsday - Observations</u> - "Letting Go
                         With a Kite"

May 26, 1987             <u>Newsday - Observations</u> - "Faster Fast
                         Talk"

May 17, 1987             <u>Washington Post - Outlook</u>, "The Fiction
                         of the 'Reasonable Man'"

April 28, 1987           <u>Newsday - Observations</u>, "A Proper Form
                         for Everything"

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| March 31,1987 | Newsday - Observations, "The Peril of Self" |
| February 24, 1987 | Newsday - Observations, "Our Own Worlds" |
| January 27, 1987 | Newsday - Observations, "Violence as News" |
| January 18, 1987 | The Washington Post - Outlook, "Reagan and the Age Issue" |
| January 6, 1987 | Newsday - Observations, "Real Memories" |
| December 2, 1986 | Newsday - Observations, "Body Signals" |
| November 4, 1986 | Newsday - Observations, "Mapping the Spaces a Mind Can Enter" |
| November 2, 1986 | The Washington Post - Outlook, "The Endless Levels of the Mind" |
| October 26, 1986 | The Washington Post - Outlook, "Pigging Out for Peace" |
| October 7, 1986 | Newsday - Observations, "When Words Trigger an Emotional Response" |
| September 23, 1986 | Newsday - Observations, "Cases of Mind Murder" |
| August 26, 1986 | Newsday - Observations, "Limits to Dialogue" |
| July 29, 1986 | Newsday - Observations, "When a Pet Grows Old" |
| July 8, 1986 | Newsday - Observations, "The Mind: Mirror of the Brain" |
| June 3, 1986 | Newsday - Observations, "Love-Hate Equation" |
| May 13, 1986 | Newsday - Observations, "Physics and the Mind" |

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| April 27, 1986 | The Washington Post Outlook, "We Need Doctors We Can Pay Less and Boss More - Namely, Women."  Reprinted in The Washington Post National Weekly Edition, May 26, 1986 |
| April 20, 1986 | The Washington Post Education Review "Why Some Children Don't Learn. Scientists Look for Answers Within the Brain" |
| April 8, 1986 | Newsday - Observations, "Bytes on the Brain" |
| March 23, 1986 | New York Times Book Review, "Words that Heal - Doctors Talk about Their Writing" |
| March 11, 1986 | Newsday - Observations, "Meaning and Creativity" |
| February 11, 1986 | Newsday - Observations, "A Secondary Opinion" |
| December 29, 1985 | Washington Post - Outlook, "Quarantine Klutzes:  They're Killing Us With Their Clumsiness" |
| December 17, 1985 | Newsday - Observations, "The After Life" |
| November 17, 1985 | Washington Post, Education Review, "Remembering an Old Rival" |
| November 5, 1985 | Newsday - Observations, "Pondering the Brain" |
| October 1, 1985 | Newsday - Observations, "Reality in Focus" |
| September 8, 1985 | Washington Post - Outlook, "Worry about Survival of Society First" |
| September 3, 1985 | Newsday - Observations, "Dealing With AIDS" |

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| July 30, 1985 | <u>Newsday - Observations</u>, "Truth and the Brain" |
| July 14, 1985 | <u>Washington Post - Outlook</u>, "Bad News About Doctors' Bad News" |
| June 25, 1985 | <u>Newsday - Observations</u>, "The Ethics of Diagnosis" |
| May 28, 1985 | <u>Newsday - Observations</u>, "Thinking About Knowing" |
| April 30, 1985 | <u>Newsday - Observations</u>, "The Walkman Dispute:  Is It Technology's Best or Worst?" |
| March 26, 1985 | <u>Newsday - Observations</u>, "Reality of the Mind" |
| February 26, 1985 | <u>Newsday - Observations</u>, "Rooting Out Klutziness" |
| January 29, 1985 | <u>Newsday - Observations</u>, "Logic and Intuition" |
| November 27, 1985 | <u>Newsday - Observations</u>, "Proof, But Not Absolutely" |
| October 30, 1984 | <u>Newsday - Observations</u>, "Predicting What Was" |
| October 2, 1984 | <u>Newsday - Observations</u>, "Disease of the Intellect" |
| July 29, 1984 | <u>The Washington Post - Outlook</u>, "The Jim Fixx Neurosis: Running Yourself to Death" |
| June 7, 1984 | <u>The Washington Times</u> - Commentary Page, "Salvaging Battered Children" |
| March 23, 1983 | <u>The Washington Post</u> - Op. Ed. Pg., "They Sue Psychiatrists, Don't They?" |

39

Curriculum Vitae
Richard M. Restak, M.D.

| | |
|---|---|
| January 21, 1979 | The New York Times - Ideas and Trends, "Birth Defects and Behavior, a New Study Suggests a Link" |
| October 22, 1978 | The Washington Post - Outlook, "Strenuous Exercise May Be Dangerous to Your Health" |
| September 4, 1977 | The New York Times - Ideas and Trends, Op. Ed. Pg., "M.D. (Mutual Distrust) - A Plea for a Cure" |
| September 4, 1977 | The New York Times - Ideas and Trends, "Complex Legal Issue Raised by Sam Case" |
| December 12, 1976 | The New York Times - Ideas and Trends, "Some Drugs Are Clarifying the Mind" |
| August 15, 1976 | The New York Times - Ideas and Trends, "Will Hypnosis Entrance the Police" |
| May 23, 1976 | The Washington Post - Outlook, "Swine Flu Shots for 200 Million" |
| April 5, 1976 | The Washington Post - Op. Ed. Pg., "Karen Quinlan - Legal Answers to a Moral Question" |
| February 22, 1976 | The New York Times - Ideas and Trends, "What Happens in Brainwashing is Only Vaguely Understood" |
| January 25, 1976 | The New York Times - Ideas and Trends, "The Hemispheres of the Brain Have Minds of Their Own" |
| October 12, 1975 | The Washington Post - Outlook, "The Fertility Business, an Interim Report" |
| July 20, 1975 | The New York Times - Op. Ed. Pg., "Experimentation on People Without Dehumanization" |
| January 12, 1975 | The New York Times - Ideas and Trends, "Psychiatry in Search of Identity" |

Curriculum Vitae
Richard M. Restak, M.D.


July 7, 1974          The New York Times - Ideas and Trends,
                      "Brain `Pacemakers' Would Watch More
                      Than the Brain"

December 17, 1972     The Washington Post - Outlook, "The
                      Living Dead"

## BOOK REVIEWS

The American Scholar Autumn 2007 What Is Intelligence: Beyond the
Flynn Effect. By James R. Flynn. Cambridge University Press 2007.

The American Scholar Spring 2007 Muses, Madmen, and Prophets:
Rethinking the History, Science, and Meaning of Auditory
Hallucination by Daniel B. Smith The Penguin Press. 2007

The Washington Post Book World. December 17,2006 The Emotion
Machine: Commonsense Thinking, Artificial Intelligence and the
Future of the Human Mind by Marvin Minsky. Simon &Schuster 2006.

The Wilson Quarterly Autumn 2006 Second Nature: Brain Science and
Human Knowledge by Gerald M. Edelman. Yale University Press 2006

The Washington Times. October 2,2005. A Most Damnable Invention:
Dynamite, Nitrates, and the Making of the Modern World by Stephen
R. Bown. Thomas Dunne Books. St Martin's Press.

The Washington Times. October 17, 2004. The Robot's Rebellion:
Finding Meaning in the Age of Darwin by Keith E. Stanovich. The
University of Chicago Press

The Washington Times. September 5 2004. A Brief Tour of
Human Consciousness by V.S. Ramachandran. Pi Press

The Washington Times. January 11, 2004. Jung: A Biography by
Deidre Bair. Little, Brown and Company.

The Washington Times. July 13, 2003. Better Than Prozac: Creating
The Next Generation of Psychiatric Drugs by Samuel H. Barondes.
Oxford University Press.

The Washington Times. May, 5 2003. Hatred: The Psychological
Descent Into Violence by Willard Gaylin. Public Affairs.

The Washington Times. April 20,2003. Remembering Trauma by

41

41

Curriculum Vitae
Richard M. Restak, M.D.


Richard J. McNally. The Belknap Press Of Harvard University Press.

The Washington Times. August 18,2002 The Road To Malpsychia: Humanistic Psychology and Our Discontents by Joyce Milton. Encounter Books.2002.

The Washington Times. March 17,2002, The Creation of Psychopharmacology by David Healy. Harvard University Press

The Washington Times. June, 10,2001, Out Of Its Mind: Psychiatry in Crisis by J. Allan Hobson and Jonathon A. Leonard. Perseus

The Washington Times. April 15,2001, Border Crossing by Pat Barker. Farrar,Strauss & Giroux.

The Washington Times. June 11, 2000,An Anatomy of Thought: The origin and machinery of the Mind by Ian Glynn. Oxford Press

The New York Times Book Review. November 21, 1999, Within Reason: Rationality and Human Behavior by Donald B.Calne, Pantheon Books.

The Washington Times. September 26,1999 Why They Kill by Richard Rhodes, Alfred A. Knopf Publishers 1999

The Washington Post Book World August 29,1999, The Undiscovered Mind by John Horgan, The Free Press, 1999

The Washington Post Book World August 29, 1999 What Counts: How Every Brain Is Hardwired For Math by Brian Butterworth, The Free Press, 1999

The Washington Post Book World August 29,1999 The Missing Moment: How the Unconscious Shapes Modern Science by Robert Pollock, Houghton Mifflin Company, 1999.

The Washington Post Book World August 29, 1999, Origins Of Genius by Dean Simonton, Oxford University Press, 1999

The Washington Post Health September 11,1998, Tangled Minds: Understanding Alzheimer's Disease and Other Dementias by Muriel R. Gillick, Dutton.

Curriculum Vitae
Richard M. Restak, M.D.


The Washington Times July 5, 1998, Born That Way:
Genes,Behavior,Personality by William Wright. Knopf 1998


The Washington Times Feb 15 1998, The Antidepressant Era by
David Healy, Harvard University Press 1998

The New York Times Book Review, June 22, 1997
The Talking Cure, the Science Behind Psychotherapy,
by Susan V. Vaughan, G P Putnam's Sons

The Washington Times, June 15, 1997
In the Theater of Consciousness:  The Workspace of the Mind,
By Bernard J. Baars, Oxford University Press

The Washington Times, December 15, 1996
Evil:  Inside Human Violence and Cruelty, by Roy F.
Baumeister, W H Freeman

The New York Times Book Review, November 24, 1996
The Emotional Brain, by Joseph LeDoux, Simon & Schuster

The Washington Post Book World, October 7 1996
I Want to Thank My Brain for Remembering Me, by Jimmy Breslin,
Little, Brown

The Washington Times, August 25 1996
The Wing of Madness:  The Life and Work of R.D. Laing, by Daniel
        Burston, Harvard University Press

The Washington Times, May 5 1996
High Hopes:  The Clinton Presidency and the Politics of
Ambition by Stanley Renshon, New York University Press

The Washington Post Book World, October 1 1995
The Magic Daughter by Jane Phillips, Viking Press, 1995

The Washington Times, "The Last Word", August 13 1995
A Man Must Fight by Gene Tunney

The Washington Post Book World, May 8 1995
Knotted Tongues:  Stuttering in History and the Quest for A Cure,
        by Benson Bobrick.  Simon & Schuster, 1995

The Washington Times, June 5 1994

43


43

Curriculum Vitae
Richard M. Restak, M.D.


Brainmakers: How Scientists are Moving Beyond Computers to
        Create a Rival to the Human Brain, by David Freedman.
        Simon and Schuster, 1994

The Washington Post Book World, December 29 1993
Feral Children & Clever Animals: Reflections on Human
Nature, by Douglas Keith Candland.  Oxford, 1993


The Washington Times, December 26 1993
        The Psychosomatic Delusion: Why the Mind is Not the
        Source of All Our Ills, by Robert Dantzer.   The Free
        Press, 1993 and
        From the Mind Into the Body: The Cultural Origins of
        Psychosomatic Symptoms, by Edward Shorter.   The Free
        Press, 1993

The Washington Post Book World, November 7 1993
        The Runaway Brain: The Evolution of Human Uniqueness,
        by Christopher Wills.  Basic Books, 1993

The Washington Post Book World, December 27 1992
        Madness and Modernism: Insanity in the Light of Modern
        Art, Literature, and Thought, by Louis Sass.  Basic
        Books, 1992

The New York Times, November 22 1992
        A Chorus of Stones: The Private Life of War by Susan
        Griffin.  Doubleday, 1992

The Washington Times, October 25 1992
        A History of the Mind by Nicholas Humphrey.   Simon and
        Schuster, 1992

The Washington Post Book World, March 22 1992
        Food of the Gods: The Search for the Original Tree of
        Knowledge by Terrance McKenna. Bantam Books 1992
        Fire in the Brain: Clinical Tales of Hallucination by
        Ronald K. Siegel. Dutton 1992

The Washington Times, November 17 1991
        Evolution of Consciousness/of Darwin, Freud and Cranial
        Fire by Robert Ornstein.  Prentice Hall Press.

44

Curriculum Vitae
Richard M. Restak, M.D.


The New York Times Book Review, October 13 1991
        Lila:  An Inquiry into Morals by Robert M. Persig.
        Bantam Books, 1991

The Washington Post Book World, April 14 1991
        The Saturated Self:  Dilemmas of Identity in
        Contemporary Life, by Kenneth J. Gergen.  Basic Books,
        1991

Newsday, Books, February 17 1991
        In the Palaces of Memory:  How We Build the World
        Inside our Heads, by George Johnson.  Knopf, 1990

The Washington Times, July 16 1990
        Marking Time, by Herbert Rappaport.  Simon and
        Schuster, 1990

The Washington Times, July 2 1990
        Zen in The Art of Writing:  Essays on Creativity, by
        Ray Bradbury, Capra Press, 1990

The Washington Post Book World, June 24 1990
        A Natural History of the Senses, by Diane Ackerman.
        Random House

The Washington Times, May 7 1990
        The Medical Triangle, by Eli Ginzberg.  Harvard
        University Press


The Washington Post Book World, November 5 1989
        The Improbable Machine, What the Upheavals
        In Artificial Intelligence Research Revealed about How
        the Mind Really Works, by Jeremy Campbell.  Simon and
        Schuster

The Washington Times, July 17 1989
        White Bears and Other Unwanted Thoughts:  Suppression,
        Obsession and the Psychology of Mental Control, by
        Daniel Wegner.  Viking Press

The Washington Times, June 22 1989
        Alone with the Devil:  Famous Cases of a Courtroom
        Psychiatrist, by Ronald Markman, M. D. and Dominick
        Bosco.  Doubleday

45

Curriculum Vitae
Richard M. Restak, M.D.


The New York Times Book Review, May 28 1989
    Unstable Ideas:  Temperament, Cognition and Self, by
    Jerome Kagan.  Harvard University Press

The Washington Post Book World, June 19 1988
    In Praise of Imperfection:  My Life and Work, by Rita
    Levi-Montalcini.  Translated from the Italian by Luigi
    Attardi. Basic Books

The Washington Times, May 30 1988
    Medicine and Culture:  Varieties of Treatment in the
    United States, England, West Germany and France, by
    Lynn Payer.  Henry Holt

The Washington Post Book World, December 27 1987
    Mind Waves:  Thoughts on Intelligence, Identity and
    Consciousness, by Colin Blakemore and Susan Greenfield
    Basil Blackwell
    The Oxford Companion to the Mind, by Richard L. Gregory
    with the assistance of O. L. Zangwill.  Oxford
    University Press

The Washington Times, December 21 1987
    The Care of Strangers:  The Rise of America's Hospital
    System, by Charles E. Rosenberg.  Basic Books

The Washington Post Book World, February 22 1987
    Molecules of the Mind:  The Brave New Science of
    Molecular Psychology, by Jon Franklin.  Atheneum
    Explorers of the Black Box:  The Search for the
    Cellular Bases of Memory, by Susan Allport.  Norton

The Washington Post Book World, January 26 1986
    The Social Brain:  Discovering the Networks of the
    Mind, by Michael S. Gazzaniga.  Basic Books, 1985

The Washington Post Book World, March 24 1985
    Neuronal Man, by Jean-Pierre Changeux.  Pantheon Books,
    1985

The New York Times Book Review, January 20 1985
    Brain and Psyche:  The Biology of the Unconscious, by
    Jonathan Winson.  Anchor Press/Doubleday, 1984

Curriculum Vitae
Richard M. Restak, M.D.

Mind, Brain, Body:  Toward a Convergence of Psychoanalysis and Neurobiology, by Morton F. Reiser, M.D.  Basic Books, 1984
Star Wave:  Mind Consciousness and Quantum Physics, by Fred Alan Wolf.  McMillan Publishing Company, 1984

The Washington Post Book World, November 24 1984
The Insanity Defense and the Trial of John W. Hinckley, Jr., by Lincoln Caplan.  David R. Godine, 1984

The Sciences, September-October 1984
The Oxford Book of Dreams, chosen by Steven Brook Oxford. University Press, 1983

The Sciences, September-October 1984
Landscapes of the Night:  How and Why We Dream, by Christopher Evans.  (Edited and completed by Peter Evans.) The Viking Press, Summer 1984

Zygon Journal of Religion and Science, September 1984
Meaning and Purpose in the Intact Brain:  A Philosophical Psychological, Biological Account of Conscious Processes, by Robert Miller.  Oxford:  The Clarendon Press, 1981

The Washington Post Book World, August 12 1984
The Birth of Neurosis:  Myth, Malady and the Victorians, by George Frederick Drinka.  Simon & Schuster, 1984

The Washington Post Book World, August 12 1984
Endorphins:  New Waves in Brain Chemistry, by Joel Davis. Dial Press, 1984

The Washington Post Book World, August 12 1984
Napoleon's Glands and Other Ventures in Biohistory, by Arno Karlen.  Little, Brown & Company, 1984

The Washington Post Book World, August 12 1984
The Broken Brain:  The Biological Revolution in Psychiatry, by Nancy C. Andreason.  Harper & Row, 1984

The Washington Post Book World, August 12 1984

47

Curriculum Vitae
Richard M. Restak, M.D.

Stranger in My Bed, by Beverly Slater with Frances
Spatz Leighton.  Arbor House, 1984

The Washington Post Book World, March 18 1984
The Freudian Fallacy:  An Alternative View of Freudian
Theory, by E. M. Thornton.  Doubleday, 1984

Science Digest, January 1984
States of Mind, by Jonathan Miller, Pantheon Books,
1983 New York Times Book Review, April 24 1983

Promethean Fire:  Reflections on the Origin of Mind, by
Charles J. Lumsden and Edward O. Wilson.  Harvard
University Press, 1983

Science Digest, February 1983
The Vital Probe:  My Life as a Brain Surgeon, by
I. S. Cooper, M.D.  W. W. Norton, 1982

The Wilson Quarterly, Winter 1982
A New Science of Life:  The Hypothesis of Formative
Causation, by Rupert Sheldrake.  Blond & Briggs, London

Science 1982, July-August
Mind in Science:  A History of Explanation in
Psychology and Physics, by Richard Gregory.  Cambridge
University       Press

The Washington Post Book World, July 11 1982.
The Turning Point:  Science, Society and the Rising
Culture, by Fritjof Capra.  Simon & Schuster

New York Times Book Review, March 7 1982
Windows on the Mind:  Reflections on the Physical Basis
of Consciousness, by Erich Harth.  William Morrow & Co.
The Universe Within:  A New Science Explores the Human
Mind, by Morton Hunt.  Simon & Schuster
The Enchanted Loom:  Mind in the Universe, by Robert
Jostrow.  Simon & Schuster

The Washington Post Book World, June 7 1981
Genes, Mind and Culture:  The Coevolutionary Process,
by Charles J. Lumsden and Edward O. Wilson.  Harvard
University Press, 1981

48

Curriculum Vitae
Richard M. Restak, M.D.


The Washington Post Book World, June 7 1981
    The Expanding Circles:  Ethics and Sociobiology, by
    Peter Singer.  Farrar, Straus & Girous, 1981

The Washington Post Book World, July 13 1980
    The Powers of Psychiatry, by Jonas Robitscher.
    Houghton Mifflin Company, 1980

The Washington Post, October 9 1979
    Patienthood:  The Art of Being a Responsible Patient,
    by Miriam Siegler and Humphrey Osmond.  McMillan, 1979

The Washington Post, October 9 1979
    Anatomy of an Illness:  As Perceived by the Patient, by
    Norman Cousins.  W. W. Norton, 1979

The New York Times Book Review, July 15 1979
    Brain Surgeon:  An Intimate View of His World, by
    Lawrence Shainberg, J. B. Lippincott Company

Psychology Today, September 1977
    Playing God:  Genetic Engineering and the Manipulation
    of Life, by June Goodfield.  Random House, 1977
    Biohazard, by Michael Rogers.  Alfred A. Knopf, 1979.
    The People Shapers, by Vance Packard.  Little, Brown,
    1977

The New York Times Book Review, May 29 1977
    The Dragons of Eden:  Speculations on the Evolution of
    Human Intelligence,  Random House

The New York Times Book Review, March 2 1975
    The Shattered Mind:  The Person After Brain Damage, by
    Howard Gardner.  Alfred A. Knopf

The New York Times Book Review, March 31 1974
    The Conscious Brain, by Steven Rose.  Alfred A. Knopf
    The Brain Changers:  Scientists and the New Mind
    Control, by Maya Pines.  Harcourt Brace and Jovanovich
    The Brain Revolution:  Frontiers of Mind Research, by
    Marilyn Ferguson.  Taplinger Publishing Company

The Washington Post, December 18 1972

49

Curriculum Vitae
Richard M. Restak, M.D.

The Making of a Psychiatrist, by David S. Viscott.
Arbor House

The Washington Post, August 1 1972
Nutrition and Your Mind:  The Psychochemical Response,
by George W. Watson.  Harper & Row

The Washington Post, April 24 1972
In a Darkness, by James Wechsler with Nancy F. Wechsler
and Holly W. Karpf.  W. W. Norton, 1972

### NATIONAL PUBLIC RADIO COMMENTARIES

November 16 1989        Morning Edition, Interview

April 15 1989           Morning Edition, "Dark Glasses"

February 16 1988        Morning Edition, "Blushing"

November 17 1987        Morning Edition, "The Mind and the Brain,
                        the Same or Different?"

### NATIONAL TELEVISION AND RADIO APPEARANCES

| | |
|---|---|
| September 23, 2007 | John McLaughlin: One on One |
| December 1, 20004 | The Diane Rehm Show NPR |
| October 27,20003 | The Diane Rehm Show NPR |
| August 7,2003 | The Diane Rehm Show NPR |
| January 19,2002 | NPR Weekend Edition |
| January 9,2002 | Good Morning America |
| December 4, 2001 | The Diane Rehm Show NPR |
| April 15,2001 | John McLaughlin: One on One. |
| November 10, 1999 | The Today Show |
| April 14, 1999 | The Diane Rehm Show |
| May 16, 1998. | Larry King Weekend |
| April 9, 1998 | Good Morning America |
| August 21, 1997 | Prime Time Radio |
| August 21, 1997 | The Diane Rehm Show |
| August 21, 1997 | News Channel 8, Springfield VA |
| August 5, 1997 | CBS Radio Network, The Osgood File |
| August 5, 1997 | Good Morning America |
| December 3, 1996 | The Discovery Channel (Canada) |
| December 18, 1995 | The Diane Rehm Show |
| October 3, 1995 | Voice of America |

50

Curriculum Vitae
Richard M. Restak, M.D.


| | |
|---|---|
| August 29, 1994 | The Jim Bohanon Show |
| April 5, 1994 | The Charlie Rose Show |
| March 11, 1993 | The Jim Bohanon Show |
| September 3, 1993 | Talk of the Nation (NPR) |
| November 16, 1991 | The Jim Bohanon Show |
| November 4, 1991 | The Tom Snyder Radio Show (KABC Talk Radio Network, Los Angeles) |
| July 27, 1990 | The Today Show |
| January 1, 1989 | Morning Edition, (NPR) |
| December 31, 1988 | Desert Island Disks with Robert Aubrey Davis, WETA-FM 91 |
| October 27, 1988 | The Tom Snyder Radio Show (KABC Talk Radio Network, Los Angeles) |
| October 27, 1988 | The Michael Jackson Show (KABC Talk Radio Network, Los Angeles) |
| October 27, 1988 | Sonya Live in L. A. (CNN) |
| October 14, 1988 | Good Morning America |
| October 12, 1988 | Nightwatch (taped) |
| October 8, 1988 | The Jim Bohanon Show |
| February 27, 1987 | Nightwatch |
| February 20, 1987 | Nightwatch |
| December 2,1986 | The Today Show |
| November 24, 1986 | The Michael Jackson Show (KABC TALK-RADIO Network, Los Angeles) |
| November 22, 1986 | The Jim Bohanon Show |
| January 7, 1986 | Morning Edition (NPR) |
| September 11, 1985 | All Things Considered (NPR) |
| June 25, 1985 | CBS Morning News |
| June 24, 1985 | Nightwatch |
| February 28, 1985 | CBS Morning News Nightwatch |
| December 10, 1984 | Merv Griffin Show (aired) |
| November 15, 1984 | Merv Griffin Show (taped) |
| October 17, 1984 | The Today Show |
| October 3, 1984 | The Larry King Show |
| | Good Morning America |
| April 1, 1981 | The Today Show |
| | McNeil-Lehr News Hour |
| | Charley Rose Show |
| | Martin Agronsky |
| | Panorama |
| | Mid-Morning L.A People Are Talking |
| June 1979 | The Larry King Show |

Curriculum Vitae
Richard M. Restak, M.D.


(Current as of October 2007)

**Dr. Richard Restak has testified, been deposed, or provided neuropsychiatric opinions for:**

People of State of California v. Joseph Lyle Menendez and Erik Galen Menendez January 1995 (Prosecution)

Commonwealth of Virginia v Aimal Kasi Commonwealth of Virginia Case # 79148 (Defense)

Terry Butera -United States District Court District of Columbia October 13, 1999 Case #98CV02794 (JLG) (plaintiff)

State of Maryland v. Richard Wayne Spicknall II testified March 3,2000 Kent County Circuit Court Case #5121 (Prosecution)

United States v. Riddick Lamont Bowe, Sr. 3 :98CRl17MU (testified) April 8, 2000 United States Court of North Carolina (Defendant)

HARLING vs Pepco et al August 2000 (plaintiff)

Virginia Calindo Maldonado v. Woman's Comprehensive Health Center 1999 (Defendant )

John Smith et al vs. Textron et 2000 (Plaintiff)

United States vs Everette Jennings F-4515-00 ( Defendant) 2001

State of Maryland vs Timothy Chang 1999 ( Defendant) 05DOO084131

Hicks vs Physician Memorial Hospital (Defendant) 1999

Marjorie Koch vs Geico 2000 (Defendant)

State of Virginia vs Gregory Murphy (Defendant) 2000

Sandra Price vs Washington Metropolitan Transit Authority 1999 (Plaintiff) case 96 CA-009680

State of Maryland vs Jeffrey Moore (Defendant) criminal case

State of Maryland vs Albert Sims, criminal (Defense)

State of Florida vs Willie Monroe 98-016736-CF10A 2000 (Defendant)

State of Florida vs Thomas Brown 99-020246-CS10A 2000 (Defendant)


State of Florida vs William Coday   97-021145-CF10A (Defendant)

Michael Smith Sr. vs George Washington University (Defendant)

Freda Hogue vs Sams Club  et al U.S. District Court  8W99-1893 (Defendant) 2001

State of Maryland v. Frederic Salter  U.S. Federal Courthouse Baltimore MD
Case #WMN-98-0428 (Defendant)  2000

Gloria Rogers V. David Pearle, M.D.  Case 00495-01 (defense)

Enrique Calva-Cerqueira vs. United States of America Case No. 1-99CV01198 (defense)

State of New Jersey vs Jayson Williams Indictment No.:  025-00107-1 (defense)

Todd A. Blodgett  vs.  The University Club  civil action no.:  01-1754 (defense)


Enrigue Calva-Cerqueira v. United States of American Civil Action No. 99-237 (RU)
(defense)

State of Maryland v. Clarence Mack Criminal Case Defense Witness

State v. Edmund Smythe , DP-04-06-06, Criminal, (Defense)
April, 2004

Robert A. Everett vs. Melvin Lee Glover and Waste Management of Virginia, Inc., Civil,
(Defense)
Case Number At Law Number CL-02-1847

Schmitt v. Spann and Birditt and Todd Issermeyer, Circuit Court of Fairfax County,
Virginia
Civil Case (Defense)
April, 2004

Irwin McQueen v. The Walsh Group, Ltd., Walsh Construction Company of Illinois,
Archer Western Contractors, Ltd., & Robert Pode, 2318AE139567 Civil (Defense)

Floyd Abston v. Verizon, Maryland
03-CV-646, Civil (Defense)

Belinda Lambert v. Mullenax Refrigerated Transport
Civil Action 03-CV-000885 (Defense)

State of Maryland vs. Gail Hariston DP- 04- 19-06
Office of Public Defender

Steven P. Washer vs. Mike Perdue Et AL. In Circuit Court for the City of Virginia. At
Law No. CLO5TOO610-OO

Amy J. Rofman vs. Robert A. VanGorder & USAA

Loretta Offutt v. Montgomery County, et al Circuit Court for Montgomery County
Civil No. 257688

Joy Hill v. Alfred Neumann Case No. 05ca002530

Dmitri Mavreshko, et al v. Resorts USA, Inc, et al United States District Court – Middle
District of Pennsylvania Civil No. 04-CV-457

Natalya Owen v. Peter B. Collis, M.D. & USAA

Joseph L. Peyton v. Perrigo Company

Edward Phillips v. Byers & Balla

Roberta Preston v. Susan Murphy & The Carpenter Company
At law No. CL03-196

Thaphne Riley v. Lisa Scovotti
Court File No. 223882

State of Maryland v. Evan Smythe
Office of the Public Defender

State of Maryland v. Kevin Johns
Office of the Public Defender
DP-04-38-08

Joan G. Bartlett v. Charles E. Smith Commercial Realty, L.P., et al
Circuit Court of Arlington County Claim No. 186LRC 5N5474 H

Nathan Burd v. Tri-County Energy Systems, Inc. et al
Case No. 08-C-04-001317

Marilyn Copeland v. Werner Enterprises, Inc., et al.
Hanover County Circuit Court—At Law No. CL04-135

Michael J. Dunbar, et al v. Joseph Gothard, et al.

Aziz F. Eslamiah v. Parliament II Disposal Systems, Inc.
File No. 0490.2004013

Ugochilydis Ahumaraeze v. LaFayette Properties RLLLP, et al.
Fairfax County Circuit Court Law No. 225924
Claim No. 186 LR AVA1586T

Nancie Monroe v. Virginia Excavating, et al
Prince William Circuit Court
Law No. 61108

Thomas M. Kerns v. CSX Transportation
Case No. 04-15179CA10

Rose Neuben v. Grady Management, et al. (plaintiff)

Sonya Muldrow v. Re-Direct, Inc.
Civil Action No. 1:01CV02537

Kevin Irvin v. The United States of America 05/797 (PLF)

Pantazes v. Jackson
Civil Action # 04/01056

United States vs. Kenneth McFarlane
Crim. No. M-154-06

State of Maryland v. Ellen Griever
Criminal number: 105692
Office of the Public Defender

Marilin Preston-Killingham v. WMATA
Civil Action No. 1:06-CV-00074

Lynn Zoll v. Werner Enterprises, Inc. et al.
CL.05-27

Patrick Griffin v. David Welgos

David Siden et als. v. Brand Scaffold Rental & Erection, et als.



MOTOR CARRIER SAFETY * HIGHWAY COLLISION RESEARCH

**STOPPER**

WASHINGTON, D.C.

**& ASSOCIATES** _LLC_

October 23, 2007

Mike Hibey & Peter Grenier
Bode & Grenier
1150 Connecticut Avenue, NW
Washington, DC   20036
202-862-4307 FAX 202-828-4130

RE:  Schoenborn v. WMATA
Date of Collision February 14, 2007

Dear Mr. Hibey & Grenier

As you requested, I have reviewed the following materials pursuant to my preliminary analysis of the above referenced matter:

- Washington, DC Metropolitan Police Department Traffic Accident Report
- Surveillance Video, Pennsylvania Avenue & 7th St, NW, Washington, DC
- Metro Street Supervisor Report
- WMATA Street Supervisor Accident Report
- District of Columbia Fire And EMS Department Report #1024730
- U.S. Department of Justice Disclosure Documents; Letter dated 07/06/07 with redacted MPD documents, statements and reports
- Scene Photo Report, D. Michael Grossnickle & Assoc, taken 03/09/07
- Stopper & Associates, LLC examination of Bus #2124; 07/09/07
- Examination and forensic mapping of the collision scene 04/29/07
- Examination of accident scene 07/09/07
- U.S. DOT Federal Motor Carrier Safety Administration's Carrier Snapshot for WMATA
- DC Commercial Driver's License Manual
- Federal Highway Administration Interpretations of 49 CFR Part 383, Commercial Driver's License Standards:  Requirements & Penalties, Based on regulatory text as revised through February 8, 1991
- Federal Motor Carrier Safety Regulations (49 CFR, Parts 382, 387, 390-399, 40)

Mike Hibey & Peter Grenier
RE: Schoenborn v. WMATA
October 23, 2007
Page 2

- Interpretations – Federal Motor Carrier Safety Regulations ( 49 CFR parts 382, 387, 390-399, 40) – J.J. Keller & Associates
- Safety Annual Report – Out, October 12, 2006, Metro Customer Service, Operations and Safety Committee, http://content.wmata.com/board_gm/board_docs/101206_4aCOMPILED.pdf
- http://wmata.com/about/MET_NEWS/PressReleaseDetail.cfm?ReleaseID=1547 Metro Press Release, February 18, 2007, 'Region Focuses on Pedestrian Safety After Woman Fatally Struck by Bus.'
- 'Review Finds Metrobus in Decay, Outside Experts Say System Needs Investment,' By Lyndsey Layton, June 17, 2005, http://www.washingtonpost.com/wp-dyn/content/article/2005/06/16/AR2005061601274_pf.html
- http://www.wmata.com/about/rac/030707_minutes.pdf Riders Advisory Council Meeting, March 7, 2007
- http://www.apta.com/services/safety/model_bus_program.cfm Model Transit Bus Safety and Security Program
- Deposition of Brenda Seay, 09/14/07

After a review of the above-listed information, I offer the following opinions within a reasonable degree of scientific and professional certainty in the field of commercial vehicle investigations, collision reconstruction, accident cause analysis, driver training and applicability of the Federal Motor Carrier Safety Regulations, the Commercial Driver's License Standards, and safe operating practices of motor vehicles.

In forming these opinions I utilize over 30 years of experience and specialized training which include but are not limited to certification as an accident reconstructionist in 1985, as well as continued education to the present time as outlined in my Curriculum Vitae.

I have developed as well as taught CMV collision investigation and reconstruction courses for the University of North Florida's Institute of Police Technology and Management (IPTM) as well as the Texas A&M University System – Texas Engineering and Extension Service (TEEX). I continue to lecture at professional accident reconstruction seminars and courses in Commercial Motor Vehicle (CMV) Safety, CMV collision reconstruction, Advanced CMV collision reconstruction. I have taught CMV investigation and reconstruction courses to national and international collision reconstruction investigators including Federal, State Police as well as local law enforcement agencies since 1986.

I hold a Commercial Drivers License (CDL) for all classes of CMVs, including buses. I regularly operate CMVs in the course of my work and collision research activities. I regularly attend professional and motor carrier industry seminars as well as review professional publications to keep my education and experience current.

**STOPPER**

MOTOR CARRIER SAFETY * HIGHWAY COLLISION RESEARCH

6200 EVERGREEN MOUNTAIN ROAD, BROAD RUN, VA 20137

**& ASSOCIATES, LLC**

Mike Hibey & Peter Grenier
RE: Schoenborn v. WMATA
October 23, 2007
Page 3

## The Collision

This double fatality pedestrian collision was reported to have occurred at 6:25 p.m. on Wednesday, February 14, 2007, on Pennsylvania Avenue, 5 feet west of its intersection with 7th Street, NW, in Washington, D.C. This 4-legged, signalized intersection includes pedestrian crosswalks across each of the intersecting roadways. Signal support poles are mounted on the sidewalks on each of the 4 intersection corners as well as on the ends of each center island crosswalk on Pennsylvania Avenue. Pedestrian signal boxes are mounted on these poles below the traffic signal boxes. The pedestrian signal boxes are of the new "countdown" style. These signals flash a countdown in large digital LED numbers to alert pedestrians to the amount of time remaining before the cross sequence will expire and the traffic light will change. This pedestrian crossing was observed to have a 25 second countdown. The edges of the pedestrian crosswalks are lined with concrete, making them easily distinguishable from the asphalt surface of the pavement.

Pennsylvania Avenue runs predominantly northeast to southwest at an acute angle to its intersection with 7th Street, which runs due north to due south in this location. Pennsylvania Avenue, a main thoroughfare through the middle of the city, is comprised of 4 lanes in each direction and opposing lanes are divided by a concrete center median that is flush with the pavement. This center median also serves to provide refuge for pedestrians out of the travel way when crossing the intersection in this location. There is both heavy pedestrian traffic as well as heavy vehicle traffic, especially in the hours just before, during and just after rush hour. Pennsylvania Avenue's lanes and the left turn radii are defined by white dash lines for traffic turning left from 7th Street. 7th Street, NW, at this intersection, is comprised of 2 lanes in each direction.

The weather was clear and cold with ice and snow from a recent snowfall on the sidewalks. The pavement on these two roadways was clear but wet. Surface weather condition reports recorded temperature range from 35 degrees to 21 degrees with rain, drizzle, freezing drizzle, snow, and ice pellets as the precipitation for the day. At 6:25 p.m. lighting conditions were dark and the crosswalks were not well lit. Video footage from a surveillance camera observing the intersection reveals the crosswalk across Pennsylvania Avenue was illuminated and free of snow or ice. Traffic was traversing the intersection without evidence of any loss of traction. The posted speed limit at the intersection was 25 mph.

Mike Hibey & Peter Grenier
RE: Schoenborn v. WMATA
October 23, 2007
Page 4

The police report narrative describes the collision as follows:

> *On Wednesday, February 14, 2007, at approximately 1825 hours,*
> *pedestrian #2 and pedestrian #3 was walking northbound in the crosswalk*
> *in the 700 block of Pennsylvania Avenue, NW when they were struck by a*
> *Metro Transit Bus. Pedestrian #2 was pronounced dead at the scene by*
> *DC Medical Examiner Technician S. Jamison at 2110 hours. Pedestrian*
> *#3 was transported to George Washington Hospital were she was*
> *pronounced dead by Dr. Lee at 1909 hours.*

The police report diagram depicts the northbound Metro Transit Bus was turning left onto westbound Pennsylvania Avenue from 7th Street and struck the pedestrians in the crosswalk as they walked northbound in the crosswalk across Pennsylvania Avenue. The reports indicate Sally McGee was walking slightly ahead of Martha Schoenborn when they were struck.

Stopper & Associates, LLC conducted an examination and forensic mapping of this fatal collision scene 04/29/07 approximately 8 am to 4:30 pm. The forensic mapping was conducted with a SOKKIA® SET530R3 total station, professional laser survey instrument. Photographs of the scene were taken with a Nikon S1 digital camera on that date. Orange paint markings were found that corresponded to the final rest positions of the bodies as well as the bus at the "Archives-Navy Memorial" Metro stop.

### Analysis of Security Video

A video surveillance security camera mounted on the Archives Of The United States Building on the southwest corner of Pennsylvania Ave. & 7th St. NW recorded the fatal collision. The sequence provided began with a time stamp of February 14, 2007 at 18:39:00 (6:39 PM and continues for 21 minutes. The recorded time stamp differs with the times reported on the MPD and WMATA reports, however, the event clearly is consistent with the witness statements and factual data. It is apparent the recording is of this fatal collision. The recording displays the video with date and time markers at one second intervals. The following observations were made after review of the security video while comparing it to a scale diagram created from the forensic mapping of the intersection. They include but are not limited to:

18:39:00      Sequence begins – Pennsylvania Ave traffic flowing with green light; 7th St. has red light. No cars stopped between Indiana Ave. & Pennsylvania Ave..
S/B 6+ cars and 1 bus (WMATA Bus 9785) stopped just north of Indiana Ave.

18:39:17      Traffic light changes to green for north & southbound 7th Street; Pennsylvania Ave traffic stops. S/B traffic proceeds from Indiana Ave. light.

Mike Hibey & Peter Grenier
RE: Schoenborn v. WMATA
October 23, 2007
Page 5

18:39:21      Two pedestrians are seen walking north crossing Pennsylvania Ave.; One in dark coat, one in white coat.

18:39:29      WMATA Bus 2124 comes into view N/B on 7th St with left turn signal activated to turn W/B on Pennsylvania Ave. (operator Victor Kolako).

18:31:31      WMATA Bus 9785 S/B on 7th St. stops on 7th St. between Indiana Ave. & Pennsylvania Ave. (witness bus operator Brenda Seay).

18:39:32      WMATA bus 2124 stops N/B 7th St. for traffic waiting to make left turn

18:39:35      Two pedestrians crossing center island – Walk still green

18:39:35      WMATA bus 2124 begins to make left turn; 6th car S/B on 7th St. thru lane passing S/B stopped bus. WMATA bus 2124 cuts in front of 6th & 7th cars (S/B)

18:39:39      WMATA bus 2124 turning left into path of S/B 6th car; Two pedestrians crossing 3rd of 4 E/B lanes of Pennsylvania Ave.

18:39:40      First impact with pedestrians. Pedestrian in dark coat struck with front of bus; pedestrian in white coat hit with left front at headlamp area. Pedestrian crossing sign begins red "clearance interval" warning flash.

Pedestrian in white coat thrown approximately 25 feet west and run over with left front wheel. Pedestrian in dark coat dragged approximately 44 feet west and run over.

18:39:43 WMATA bus 2124 bounces over bodies with rear wheels, no brake lights

18:39:45 WMATA bus 2124 continues W/B; Brake lights first activated (The bus continued approximately 130 feet from the point of impact to the bus stop at the Navy Memorial on Pennsylvania Ave.).

18:39:47  7th St. traffic receives amber clearance signal

18:39:52  7th St. traffic receives red signal

18:39:55  WMATA Bus 9785 advances to corner of 7th St.; two subjects exit and run to injured pedestrians.

18:42:00  First Police vehicle (unmarked) arrives; stops behind unknown WMATA bus on S/B 7th St., exits vehicle then runs to injured pedestrians.

Mike Hibey & Peter Grenier
RE: Schoenborn v. WMATA
October 23, 2007
Page 6

## Vehicle, Driver and Pedestrians

**Unit 1** was a 2000 Orion transit bus owned by Washington Metropolitan Area Transit Authority (WMATA) and operated by WMATA employee Victor Zayzay Kolako of Washington, DC. It was identified and displayed bus #2124 operating on the 54 Route. A review of U.S. DOT's vehicle recall database reveals there were several recalls on the Orion models II, V and VI, none of which obscured the driver's forward or side visibility. These recalls all involved defects which would not affect the operation of the vehicle except for one recall, on the Orion V equipped with Eaton power steering pumps, that involved the power assist hydraulic steering. There is no report or evidence of steering problems contributing to the collision Mr. Kolako possessed a valid District of Columbia CDL and was governed by the rules and standards pursuant to a commercial vehicle operator.

Stopper & Associates, LLC inspected, weighed and measured WMATA Bus 2124 07/09/07. Photographs were taken with a NIKON Coolpix 5000 digital camera. The bus was weighed with our Intercomp PT-300 digital portable scales. The bus was identified by the Federal Motor Vehicle Safety Standard plate to the left of the driver's position:

> Manufactured by Orion Bus Industries, Oriskany, NY.
> The Gross Vehicle Weight Rating 40,600 lbs
> Gross Axle Weight Rating Rear 26,000 lbs
> Front Axle Weight Rating 14,600 lbs.
> Date of Manufacture: March 2000
> Vehicle Identification No: 1VH5H3A20Y6500883
> Type: Bus

Additional observations included but are not limited to:

- Current Odometer Reading:  378262.0
- Vehicle is equipped with an Allison Automatic Transmission.
- Transmission controls are push button to the left of the driver seat.
- The door control; master and engine switch is the left of the driver;
- Turn signals are foot operated push button switches, left and right, and high beam, low beam are left foot operated.
- Accelerator and brake pedal are to the right of center of the steering column.
- No clutch pedal (automatic transmission).
- Headlamps – 4 rectangular Quartz Halogen – outer 2 low beam/inner 2 high beam
- The bus is equipped with anti-lock brake system.
- Front axle brakes are Type 24 long stroke chambers with 5.5" Haldex® Automatic Brake Adjusters.
- Brake shoes & drums are in excellent condition.



Mike Hibey & Peter Grenier
RE: Schoenborn v. WMATA
October 23, 2007
Page 7

- Rolling radius of the front tires are 20";
- Front axle is equipped with a Goodyear G358 radial tire and it's a 305/75 R 24.5
- Rear Axle is equipped with Type 36/30 brake spring chambers
- Type 36 service brakes and 5.5" Haldex® Automatic Brake Adjusters, 16.5" drums
- Rear axle brakes and drums appear to be in excellent condition
- The rear is equipped with dual tires Goodyear B305/75 R 24.5 tires,
- 20.5" rolling radius.
- The engine is a rear mounted "pusher" Detroit Diesel® Series 50;
- 320 horsepower at 2100 RPM
- Engine Unit No: 04R0031755
- Date of Manufacture: February 2000

**Weighing:**

Intercomp® PT-300 digital portable scales rated at 20,000 lbs each (+/-20 lbs):

With driver, no passengers

L1 = 5,080 lbs
　　　　　> = Axle 1 = 10,260 lbs
R1 = 5,180 lbs

L2 = 9,520 lbs
　　　　　> = Axle 2 = 19,380 lbs
R2 = 9,860 lbs

　　　　　Total = 29,640 lbs

**Measurements:**

**Using rear bumper as zero reference point from rear to front:**

9' 9" - Axle 2

13'1" to 15' 10" – Rear door, right side

33'1" – Axle 1

36'0" to 39'8" – Front door, right side

40' 5" - Front of bus body

Mike Hibey & Peter Grenier
RE: Schoenborn v. WMATA
October 23, 2007
Page 8

40'10" – Front bumper

41' 7" – Bicycle rack, folded upright – Height 3'11"

**Front measurements:**

8'3" - Front bumper width

1'4" to 2'1" Height of front bumper

2'4" to 2'8" Headlamps (above front bumper) from ground

10 ½" Protection plate under right front bumper corner for "kneeling bus"

9' 9" – Front top height from ground

10' 0" – LED amber light bar on front of bus - from ground

5'1" - Bottom of front windshield from ground

5'6" – Bottom of left driver position window (closed)

5'4 ½" - Bottom of left driver position window (open)

8'3" Top of left driver's window

5'10" Steering wheel from ground

7'0" Top of driver's seat back

5'3" to 6'2" Height of left rearview mirror

8'2" to 8'8" Approximate driver's view to ground measured from the front bumper

**Pedestrians** were identified as Martha Schoenborn of 3225 Ravensworth Place and Sally McGee of 3235 Ravensworth Place in Alexandria, Virginia. Videotaped footage taken by a surveillance camera at the intersection shows these two pedestrians were walking in the crosswalk with a green walk signal. Both Ms. Schoenborn and Ms. McGee were struck by the bus as they fully occupied the crosswalk. Ms. McGee died at the scene, and Ms. Schoenborn was transported to George Washington Hospital where she died later from her injuries.



MOTOR CARRIER SAFETY * HIGHWAY COLLISION RESEARCH

STOPPER

6200 EVERGREEN MOUNTAIN ROAD, BROAD RUN, VA 20137

& ASSOCIATES, LLC

Mike Hibey & Peter Grenier
RE: Schoenborn v. WMATA
October 23, 2007
Page 9

## Washington Metropolitan Area Transit Authority

**Washington Metropolitan Area Transit Authority (WMATA)**, U.S. DOT No. 36845, is domiciled at 600 Fifth Street, NW, Washington, DC 20001, (202) 962-1814. An intrastate, non haz-mat carrying, motor carrier of passengers, according to records of the FMCSA, WMATA has 1,864 buses and 2,581 drivers. The U.S. DOT database known as the 'Safer Web' shows WMATA recorded 2 fatal accidents in the 24 months preceding 4/17/07. This is inaccurate and appears to have under reported the number of fatal collisions. The current information indicates a 50% out of service rate for vehicle inspections, typically mechanical violations.

WMATA is a bus and rail transit operation serving Washington, DC, Maryland and Virginia commuters and other passengers. The bus operations are the fifth largest network in the country, operating 335 routes on 176 lines. Its bus operators are subject to the Commercial Driver's License regulations pursuant to 49 CFR Part 383. U.S. DOT has also issued interpretations of the Commercial Driver's License Standards holding such driver to a higher standard of conduct than other motorists.

Operation of CMVs is defined as a "Safety Sensitive Function" (49 CFR 382.107) placing additional responsibilities and duties on the drivers and motor carriers that assign drivers to operate CMVs in interstate and intrastate commerce, including substance abuse testing (49 CFR §382).

The Federal Highway Administration, Office of Motor Carrier Standards published in the February 8, 1991 Interpretations of 49 CFR Part 383 which stated:

> *"Because of the greater potential for loss of life, serious injury, and significant property damage in accident involving CMV's, the FHWA's regulations (in 49 CFR Part 383) hold drivers of these vehicles to a higher standard of conduct than other highway users."*

## Driver Training

The Federal Transit Administration, in partnership with American Association of State Highway and Transportation Officials (AASHTO), the American Public Transit Association, (APTA), and the Community Transportation Association of America (CTAA), has developed a Model Transit Bus Safety and Security Program which offers safety program elements that all transit providers are urged to implement. The recommendations offered by this partnership are voluntary. Elements include

STOPPER

MOTOR CARRIER SAFETY • HIGHWAY COLLISION RESEARCH

6200 EVERGREEN MOUNTAIN ROAD, BROAD RUN, VA 20137

*& ASSOCIATES, LLC*

Mike Hibey & Peter Grenier
RE: Schoenborn v. WMATA
October 23, 2007
Page 10

procedures directed toward driver and employee safety issues, as well as the safety issues peculiar to the transit industry. The driver training element is described as:

> **Driver/Employee Training:** Once qualified candidates are identified and hired, initial and on-going training is critical to insure proper operations and adherence to the transit providers' rules and regulations. Proper qualification of operating and maintenance personnel is a vital part of a safe transit environment. Driver training should address specific safety-related issues appropriate to the type of vehicle and driving assignment including fitness for duty.

Our research has shown that WMATA provides an 8-week training course for newly hired drivers, instructing Metro's policies and procedures for bus operators, in addition to technical bus driver training which should include hands-on behind the wheel instruction. All operators then receive regular 'refresher' classes on dealing with customers in addition to accident prevention procedures.

### Commercial Driver Standards

Various driving skills are addressed in the DC Commercial Drivers License Manual, including 'Seeing.' The skills and knowledge section of the manual applies to all commercial drivers, whether the operate trucks or buses. Drivers are instructed that safe driving includes knowing what's going on all around your vehicle. CDL drivers are instructed to look 12 to 15 seconds ahead, or what would be equivalent to the distance of a city block.

Left turns are also addressed and drivers are instructed to 'reach the center of the intersection before you begin your turn.' Another important instruction contained in the manual is to be cautious on wet or icy roadways and drivers are told to reduce their speed in such conditions. When the temperature falls below freezing, a very real probability in February in Washington, DC, wet roads become slick and there is a danger of black ice forming on the pavement. This issue is of utmost importance to the commercial driver who drives at night in the city where there is plenty of potential for conflict with other vehicles, changing light conditions, visual clutter and with pedestrians crossing the roadway at intersections. Less light means impaired visual acuity and objects in the path of travel may be indistinguishable from the background. Making turns in such conditions becomes especially problematic and drivers are admonished to make turns as gently as possible and to operate at slower speeds. Drivers are told that posted speed limits are maximum speeds and may not be safe speeds if conditions deteriorate.

Mike Hibey & Peter Grenier
RE: Schoenborn v. WMATA
October 23, 2007
Page 11

The Commercial Driver's Manual also contains a section devoted specifically to bus operators and a subsection therein instructs drivers on 'Avoiding Crashes.' Drivers are urged to 'Use caution at intersections, even if a signal or stop sign controls the intersection. Bus crashes often happen at intersections.'

## Summary

It is clear from viewing the surveillance camera record as well as forensic examination of the scene and the bus that Mr. Kolako violated several of the most basic CMV/CDL standards of care. My preliminary analysis leads me to the following observations and opinions:

- WMATA driver, Mr. Kolako had a green light as he approached the intersection
- The pedestrians had a green walk signal giving them the right of way in a designated crosswalk.
- The green pedestrian "countdown" walk signs were within the WMATA driver Mr. Kolako's field of view. This should have alerted him to the probability of pedestrians still crossing Pennsylvania Ave.
- WMATA driver, Mr. Kolako stopped in the center of the intersection, but he then made the turn directly into the path of two oncoming cars.
- The two approaching cars braked and barely missed hitting the right side of the WMATA bus as he swung into their path.
- The rapid acceleration and turn of WMATA bus 2124 show there was no problem with traction or steering on the pavement as a result of the adverse weather conditions
- The WMATA bus struck both pedestrians within the crosswalk.
- There were no visual obstructions which would have prevented WMATA driver, Mr. Kolako from observing the pedestrians or the oncoming traffic.
- There is no evidence WMATA driver Mr. Kolako attempted to avoid the pedestrians by steering around them nor did he attempt to apply the brakes to stop before impact.
- WMATA driver Mr. Kolako continued to the next bus stop which is consistent with a witness account (Seay) where Kolako was not aware he had run over two pedestrians
- WMATA driver, Mr. Kolako's failed to yield right of way to approaching traffic.
- WMATA driver Mr. Kolako failed to yield right of way to the pedestrians lawfully in the crosswalk
- The pedestrians were observed by witnesses before the impact and should have been observed by the WMATA bus driver Mr. Kolako

**STOPPER**

MOTOR CARRIER SAFETY * HIGHWAY COLLISION RESEARCH

6200 EVERGREEN MOUNTAIN ROAD, BROAD RUN, VA 20137

& ASSOCIATES, LLC

Mike Hibey & Peter Grenier
RE: Schoenborn v. WMATA
October 23, 2007
Page 12

- I estimate approximately 20 mph speed of the WMATA bus at impact, comparing the surveillance video to the forensic map for time/distance/acceleration calculations
- An attentive CMV/CDL bus driver operating in a proper manner would observed the pedestrians and not continued to make a left turn until the crosswalk was clear.

This was a preventable accident but for the actions of this driver and the lack of effective safety management controls by Washington Metropolitan Area Transit Authority.

Preventable accident is defined pursuant to the FMCSR's as:

**49 CFR §385.3:**

Preventable accident on the part of a motor carrier means an accident (1) that involved a commercial motor vehicle, and (2) that could have been averted but for an act, or failure to act, by the motor carrier or the driver.

I reserve the right to edit, supplement and amend these opinions in the event additional information is brought forth for my review.

Sincerely,

David A. Stopper
Director

Mike Hibey & Peter Grenier
RE: Schoenborn v. WMATA
October 23, 2007
Page 13

EXPERT RULE 26 DISCLOSURE:

I am compensated at a rate of $200 per hour up to a maximum of 8 hours a day, plus expenses.

A copy of my current Curriculum Vitae, testimony at trial or deposition and publications is attached.

Sincerely,

David A. Stopper,

Director

STOPPER

MOTOR CARRIER SAFETY * HIGHWAY COLLISION RESEARCH

6200 EVERGREEN MOUNTAIN ROAD, BROAD RUN, VA 20137

& ASSOCIATES, LLC







07.09.2007





07.09.2007












# CURRICULUM VITAE
# DAVID A. STOPPER

**DIRECTOR**
Stopper & Associates, LLC
Motor Carrier Safety – Highway Collision Research
6200 Evergreen Mountain Road
Broad Run, Virginia 20137-1907
(540) 347-0702

**LEAD INSTRUCTOR (1989-2001)**
Commercial Vehicle Accident Reconstruction Program
Texas A & M University System, TEEX
Texas Engineering Extension Service
Riverside Campus, College Station, Texas

## AREAS OF SPECIALIZED EXPERTISE

Originally developed skills and training in commercial vehicles and accident investigation/reconstruction during his 17-year law enforcement career in Fairfax County, Virginia (the largest municipal law enforcement agency in Virginia). The majority of his career was spent in traffic and truck enforcement with his last two years on the police academy staff in charge of all traffic, motor carrier safety, and accident investigation training. His duties included response to major motor vehicle and truck accidents with the newly formed Motor Carrier Safety Team and Accident Reconstruction Units.

Developed several courses instructing senior and recruit law enforcement officers which prompted local motor carriers to solicit his expertise in developing training programs for the trucking industry through the Northern Virginia Community College. In 1986 he was invited by the University of North Florida's Institute of Police Technology and Management to join its adjunct staff to develop and instruct for its Commercial Vehicle Inspection/Accident Investigation courses. These courses were taught nationally as well as on campus in Jacksonville, Florida. In 1989 Mr. Stopper was recruited to become an adjunct instructor at Texas A & M University System (TEEX), where he continued as staff instructor through 2001, to teach the classes he developed to law enforcement officials, engineers, as well as investigators from local, state, federal, national and international agencies.

Mr. Stopper holds a commercial driver's license (CDL) for all classes of commercial motor vehicles (CMV) and is subject to as well as trained in the application of the CDL and Federal Motor Carrier Safety Regulations. He has conducted hundreds of heavy truck, tractor trailer and motor coach vehicle tests including vehicle dynamics, emergency braking dynamics, air brake vehicle systems, Electronic Control Module (ECM – "Black box"), and crash experiments. He has taught commercial vehicle driver safety courses and conducted hundreds of investigations and reconstructions involving heavy trucks, tractor trailers and buses. Stopper & Associates, LLC, Motor Carrier Safety/Highway Collision Research, was established in 1986 to facilitate teaching, safety consulting, research, accident reconstruction projects and related investigation services.

1

## EXPERIENCE

- 1989–2001* Lead Instructor/Course Director, Commercial Vehicle Accident Investigation/Reconstruction Level I and Level II, Texas Engineering Extension Service, Riverside Campus, Texas A & M, College Station, Texas. *(continuing to lecture periodically on the subject).

- 1986–1987 RADAR Instructor at University of North Florida, adjunct staff.

- 1986–1989 Commercial Vehicle Inspection and Commercial Vehicle Accident Reconstruction Instructor at University of North Florida, adjunct staff.

- 1979–1988 Instructed Advanced Accident Investigation, Accident Reconstruction and Radar instructor courses, Northern Virginia Criminal Justice Academy.

- 1985–1998 Adult Education Instructor/Motor Carrier Driver Safety, Northern Virginia Community College, Institute for Heavy Truck and Transportation Safety. Appointed Program Director in January 1988.

- 1985–1987 Academy Staff and Instructor, Fairfax County Public Safety Academy, Lead Instructor for Traffic Enforcement, Accident Investigation, Advanced Accident Investigation and Motor Carrier Safety Investigation courses (Police and Sheriff's Academy).

- 1983–1984 Crime Prevention Office and part-time police academy instructor.

- 1982–1983 Master Police Officer, assigned to McLean District as Field Training Officer, District Accident Investigation Unit. Assisted in the development of the full-time Accident Reconstruction Team and Motor Carrier Safety Unit. Worked to draft and present state legislation to authorize the Fairfax County Motor Carrier Safety Unit.

- 1973–1982 Appointed as Police Officer, Fairfax County, Virginia. Various Assignments included Traffic and Truck Enforcement/Accident Investigation and Motor Carrier Safety/Truck Weight Enforcement.

- 1971–1973 Police Cadet, Fairfax County, Virginia. Various assignments included Traffic Safety and evidence technician.

## PROFESSIONAL TRAINING

- Northern Virginia Police Academy (1973)

- Accident Investigator Unit Course, Northern Virginia Police Academy (1975)

- Advanced Accident Investigation, Virginia Commonwealth University (based on Northwestern Traffic Institute's course presented at Northern Virginia Police Academy) (1978)

- Moving RADAR Seminar, Kustom Electronics (1978)

- Moving Radar Seminar, M.P.H. Industries (1979)

- RADAR Instructor Course, Virginia Military Institute, Department of Electrical Engineering, Lexington, Virginia (1980)

- Field Training Officer, Northern Virginia Criminal Justice Academy (1980)

- Advanced Accident Investigation, Northern Virginia Criminal Justice Academy (1980)

- RADAR Speed Measurement Seminar, Northern Virginia Criminal Justice Academy (1982)

- Crisis Management, Level I, Northern Virginia Criminal Justice Academy, James Ahrens and Associates (1983)

- Narcotics and Dangerous Drug Enforcement, Drug Enforcement Administration, Washington, D.C. (1984)

- Accident Reconstruction Certification Course, Institute of Police Technology and Management, University of North Florida at Fairfax, Virginia (1985)

- Motor Carrier-Vehicle Inspection Course, U.S.D.O.T. Bureau of Motor Carrier Safety (1985)

- Environmental Design for Crime Prevention, Virginia Crime Prevention Association (1985)

- Traffic Homicide Investigations, Institute of Police Technology and Management, University of North Florida (1986).

- Advanced Traffic Accident Investigation, Institute of Police Technology and Management, University of North Florida (1986)

- Motor Carrier-Vehicle Inspector Recertification Course, U.S.D.O.T. Bureau of Motor Carrier Safety at Fairfax County (1986)

- Motor Carrier-Vehicle Inspection Instructor, U.S.D.O.T. Bureau of Motor Carrier Safety at the Virginia State Police Academy (1986)

- Investigation of Commercial Accident, Institute of Police Technology and Management, University of North Florida (1986 & 1987)

- Accident Reconstruction (Special Problems – Auto Anti-Lock Brakes – Truck Brakes), Regional Police Academy, Passaic, New Jersey (1986)

- Commercial Vehicle Accident Investigation, Institute of Police Technology and Management, University of North Florida (1987)

- Truck Air Brake School, Rockwell International at Fairfax County Public Safety Academy (1987)

- Special Problems in Accident Reconstruction Institute of Police Technology and Management, University of North Florida (1987)

- Transmission Failure Analysis/Maintenance, Eaton Corporation, Charlotte, North Carolina (1987)

- Hazardous Materials Course, National Fire Academy (1987)

- Hazardous Materials Pesticide Challenge, National Fire Academy (1987)

- Traffic Commanders Conference, Monmouth County Police Academy, New Jersey (1987)

- Training, Licensure, and Monitoring of Drivers of Large Trucks, 20th Annual Workshop, Human Factors in Transportation, Transportation Research Board (1987)

- Traffic Safety Conference, The University of Kansas and Kansas Department of Transportation, Office of Traffic Safety (1987)

- Special Problems in Accident Reconstruction Institute of Police Technology & Management, University of North Florida (1988)

- Tow Truck Driver Training Program, Towing and Recovery Association of America, Inc. (1988)

- Special Problems in Traffic Accident Reconstruction, Institute of Police Technology & Management, University of North Florida, Jacksonville, Florida (1988)

- Virginia Division of Motor Vehicles Driver Improvement Instructor Certification at Northern Virginia Community College (National Safety Council Member) (1989)

- Commercial Vehicle Accident Reconstruction Investigators Seminar, National Transportation Safety Board, San Antonio, Texas (1991)

- AAA Driver Improvement Program Instructor's Course, Master Instructor Leader Certification Course (1993)

- National Transportation Safety Board sponsored Computer Aided Drafting for Accident Reconstruction, Arlington, Texas (1993)

- Sokkia's MAP and CONTOUR software for Traffic Highway Research and Investigation (1994)

- Collision Dynamics:  Issues and Answers Seminar, Louisville, Kentucky (1994)

- NASA Tire/Runway Friction Workshop at NASA's Wallops Flight Facility, Wallops Island, Virginia (1994)

- National Transportation Safety Board Investigative Conference: "Mobile Collision Warning Technology for Low Visibility/Low Awareness Conditions," Arlington, Virginia (1995)

- NASA Tire/Runway Friction Workshop at NASA's Wallops Flight Facility, Wallops Island, Virginia (1995).

- NASA Tire/Runway Friction Workshop at NASA's Wallops Flight Facility, Wallops Island, Virginia (1997)

- TAARS, SOAR, WATAI Combined Conference: Truck air brakes, truck/car crash tests, forensic use of professional "Total Station" survey equipment (1993)

- TAARS, SOAR, WATAI Combined Conference: Truck air brakes, truck rollovers and truck/car crash tests (1994)

- Commercial Vehicle Accident Conference, Pittsburgh, Pennsylvania, presented by the Pennsylvania Department of Education's Traffic Institute for Police Services, PENNDOT's Highway Safety & Traffic Engineering, U.S. DOT's Office of Motor Carriers, NTSB (1995)

- TAARS, SOAR, WATAI Combined Conference, College Station, Texas (1997)

- Conference on Reconstruction Safety on the Highway, Texas A & M University (1997)

- Rec-Tec, Advanced Accident Reconstruction Seminar, Cocoa Beach, Florida (1997)

- Special Problems in Accident Reconstruction of Commercial Vehicles in Collisions, Pennsylvania Traffic Institute for Police Services, State College, Pennsylvania (1998)

- Master Driver Course, Bill Scott Raceway (BSR, Inc.), Summit Point, West Virginia (1999)

- Commercial Vehicle Collision Reconstruction, sponsored by NATARI, MATAI, NAPRS, NJAAR, NYSTAIS, Allentown, Pennsylvania (October 6-8, 1999)

- Performance Based Brake Testing at Radlinski & Associates, East Liberty, Ohio (2001)

- International Association of Accident Reconstruction Specialists, Kansas City, Kansas (July 7-11, 2003)

- Performance Based Brake Testing at Radlinski & Associates, East Liberty, Ohio (2001)

- Land Rover Driving School, 4x4 Instruction (March 7, 2003)

- International Association of Accident Reconstruction Specialists (I.A.A.R.S), Kansas City, Kansas (July, 2003)

- REC-TEC & SMACK Reconstruction Analysis Software Training Seminar, New Orleans, Louisiana (September 2003)

- Sokkia Forensic Mapping Course, Sokkia North American Headquarters, Olthe, Kansas (October 2003)

- Society of Automotive Engineers / National Transportation Safety Board - Highway Vehicle Event Data Recorder Symposium;  Ashburn, VA - NTSB Training Academy June, 2004

- Bendix 2004 Heavy Vehicle Stability Workshop, Heavy truck rollover demonstration. Introduction of new Electronic Stability Control system and new Bendix Air Disc Brake Systems, Kansas City, MO  October 2004

- Commercial Motor Vehicle Safety Alliance (CVSA), Annual Safety Conference; Safety Standards & Performance Based Brake Tester Workshop, April, 2005

- NASA – 12th Annual Runway / Highway Pavement Friction Workshop, Wallops Island, VA, May, 2005.

- ARC Network – Collision Science Institute Conference; Las Vegas, NV; Commercial Motor Vehicle ECM/EDR, Crash Tests; Automobile Data Recorders; June 2005

- Texas Association of Accident Reconstruction Specialists; Commercial Motor Vehicle ECM/EDR systems; Cummins, Caterpillar, Mercedes, Detroit Diesel engines; June 2005

- Performance Based Brake Testing of Commercial Motor Vehicles; National Transportation Safety Board, Federal Motor Carrier Safety Administration presentation; Washington, DC; December 2005

- Investigating Human Fatigue Factors; National Transportation Safety Board Academy, George Washington University, Ashburn, VA  April 2006

- F³T² (Forensics, Factors, Formula, Technology Training) Combined Conference; Houston Texas September 2006

- SATAI (Southwestern Association of Traffic Accident Investigators) Conference, San Diego, CA November, 2006

- SCARS – South Carolina Accident Reconstruction Specialists.  Lectures with test track vehicle dynamics & crash testing.  July, 2007 Annual Conference.  Charleston, SC

- Highway Vehicle Event Data Recorder Symposium.  National Transportation Safety Board; Society of Automotive Engineers; NTSB Ashburn, VA  September 2007

- TAARS Conference.  Austin, TX  September 2007

6

## PROFESSIONAL AFFILIATIONS

- Associate Membership in the Maintenance Council (TMC)/American Trucking Associations, Inc.
- Texas Association of Accident Reconstruction Specialists (TAARS)
- The National Association of Professional Accident Reconstruction Specialists, Inc.
- Society for Automotive Engineers
- Professional Society of Forensic Mapping
- Commercial Vehicle Safety Alliance (CVSA) Member and Sponsor
- California Association of Accident Reconstruction Specialists
- American Society for Testing & Materials (ASTM)
- S.C.A.R.S. (South Carolina Association of Reconstruction Specialists)

## AWARDS/RECOGNITIONS

- 1978 – Worked with the National Highway Traffic Safety Administration in creation of the first national traffic RADAR training and equipment standards. First instructor in the United States to utilize this training program while still in draft form to improve the proper use of traffic RADAR for enforcement purposes.

- 1981 – Received Fairfax County Police Department Certificate of Appreciation for the qualities and dedication that reflect the highest traditions of police service presented for contributions assisting other officers in serious and fatal accident investigations, training and numerous successful prosecutions.

- 1981 – Award-winning Eastern Regional Motorcycle Competition rider and instructor (over 160,000 miles of motorcycle operations).

- 1984 – Member of the award-winning Crime Prevention Unit of the Year (Fairfax County Police Department) in the award category for service population over 500,000 awarded by the International Society of Crime Prevention Practitioners.

- 1985 – Received the Fairfax County School Board's <u>Excellentiae Gratia</u> for his chairmanship of the Fairfax County Washington Regional Alcohol Program Committee, which managed one of the nation's first "Project Graduation" programs to twenty-three county high schools. He was commended, "in the last two years since Project Graduation has been in operation, for the first time in 15 years there has not been a single serious accident, injury, or death related to student drinking and driving during the prom and graduation season."

- 1985 – Received William A. Hazel Resource Institute Certificate of Recognition for the "contribution in furthering the concepts of education, training, and safety within the William A. Hazel and Tri County Asphalt Companies."

- Prepared and presented to the Virginia Highway Commission a proposal to extend DOT/Motor Carrier inspector authority to County police officers. This resulted in the 1985 amendment to the Virginia State law, which mandated that authority (Virginia Code §46.1-279.01(C)).

7

- 1986 – Initiated and drafted a change in the Virginia Code through the Honorable Delegate James F. Almand (47th District), with the support of the American Automobile Association, which required minimum standards for training of RADAR operators and the equipment utilized for enforcement purposes. This was adopted under House Bill 627, January 31, 1986, with subsequent changes to Virginia Code §2.1-446 (radar equipment standards) and §46.1-198(e) (training of operators and use of proper RADAR equipment).

- 1987 – Received Fairfax County, Virginia Public Safety Academy Certificate of Appreciation with the "whose generous contributions on behalf of this Academy have strengthened and enhanced the standards of progressive public safety training in the Commonwealth of Virginia" (Presented on the occasion of leaving county service).

- 1975 – Licensed to operate heavy trucks, tractor trailers, and buses. Holds a current Commercial Driver's License (CDL).

- 1896, 1987 – Certified as a state certified Law Enforcement Instructor by the Virginia Department of Criminal Justice Services.

- Trained in video production techniques. Has produced and been featured in several training videos, television specials, and news interviews involving traffic safety issues.

- 1992 – Worked with the National Transportation Safety Board during the development and testing of new techniques for estimating the braking ability of air braked vehicles. Conducted and supervised hundreds of heavy truck braking and vehicle dynamics tests (1992 NTSB - Heavy Vehicle Brake Study).

- 1994 – Guest speaker at The Insurance Institute for Highway Safety. Conducted highway friction testing at its Test Facility, Charlottesville, Virginia.

- 1989–2001 – Developed and instructed - Commercial Vehicle Accident Investigation & Reconstruction, Level I & II, Texas A & M University.

## LECTURES AND PRESENTATIONS (PARTIAL LISTING)

- Commercial Vehicle Collision Reconstruction Course – Presented by National Transportation Safety Board & David A. Stopper for Transport Canada and Ontario Provincial Police.  Toronto, Canada  September 2007.

- Commercial Vehicle Collision Reconstruction – "Update on Air Brakes for the Reconstructionist" – Anti Lock Brakes, Stability Control, Evaluating Air Disc Brakes.  TAARS Conference.  Austin, TX  September 2007.

- Handling the Trucking Case in Texas: Lessons Learned from The School Of Hard Knocks -Loriman seminar.  Presentation for motor carriers, defense & trial lawyers. Dallas, TX August 1, 2007

- Commercial Vehicle Collision Reconstruction – "Update on Air Brakes for the Reconstructionist" – Anti Lock Brakes, Stability Control & "Tire Stamping" vs "Skip Skids". Lecture & demonstration.  South Carolina Accident Reconstruction Specialists Annual Conference, Charleston, SC July, 2007.

- Interview by Anna Werner, San Francisco CBS 5, regarding tanker truck accident on Oakland's MacArthur Maze, May 2, 2007.

- Commercial Motor Vehicle Collision Litigation Seminar - Guest Speaker, Greenbelt, Maryland, March, 2007.

- Heavy Air Brake Vehicle, Collision Reconstruction Analysis, Commercial Motor Vehicle (CMV) Differences in Calculating Deceleration Rates Depending on Equipment Design, Weight & Available Brake Force; SATAI (Southwestern Association of Traffic Accident Investigators) Conference, San Diego, CA November, 2006

- Conspicuity Issues In Commercial Motor Vehicle Collisions; SATAI (Southwestern Association of Traffic Accident Investigators) Conference, San Diego, CA November, 2006

- F³T² (Forensics, Factors, Formula, Technology Training) Combined Conference; Houston Texas September 2006 – Air Brake Vehicle – Advances in Braking Systems, ABS Air Brake CMV Testing - demonstrations, Tire "Stamping" - Interpreting Air Brake Vehicle Tire Marks.

- Air Brake Vehicle Operation & Failure Analysis for Accident Reconstruction.  Alvin, Texas September, 2006

- Handling the Trucking Case in Texas: Lessons Learned from The School Of Hard Knocks.  Loriman seminar.  Presentation for motor carriers, defense & trial lawyers. Dallas, TX August 1, 2006

- Commercial Motor Vehicle Collision Reconstruction Course and ABS CMV Testing; Pflugerville, TX; December 2005

- Performance Based Brake Testing of Commercial Motor Vehicles; National Transportation Safety Board, Federal Motor Carrier Safety Administration presentation; Washington, DC; December 2005 (Presentation panel member)

- Air Brake Failure-Automatic Slack Adjuster (ASA) - Air Brake Chamber Failure Analysis; ARC Network – Collision Science Institute Conference; Las Vegas, NV; June 2005

- Demonstration of Performance Based Brake Tester (PBBT); NASA – 12th Annual Runway / Highway Pavement Friction Workshop, Wallops Island, VA, May, 2005.

- Demonstration of Detroit Diesel DDEC IV Electronic Control Module (ECM) recording and download. Society of Automotive Engineers / National Transportation Safety Board - Highway Vehicle Event Data Recorder Symposium; Ashburn, VA - NTSB Training Academy June, 2004

- "Performance Based Brake Tests (PBBT), Considering Air Brake Adjustment Analysis, Weight & Push Rod Stroke Relative to Predicting Brake Force in Collision Reconstruction," IAARS Conference, Kansas City, Kansas, July 2003.

- Advanced Commercial Motor Vehicle Collision Reconstruction, Missouri & Kansas Hwy Patrol Crash Teams; MO Highway Patrol Academy, Jefferson City, Missouri, December 2002.

- Advances in CMV Air Brake Systems & Demonstration/Testing of PBBT Performance Based Brake Tester. South Carolina Accident Reconstruction Specialists (SCARS), Charleston, South Carolina, June 2002.

- "Reconstruction of Fatal Bus Crash, Air Brake Failure, Rollover, and DOT Safety Regulations Issues," RMITS Conference, University of Colorado, May 2002.

- World Reconstruction Exposition 2000 (WREX2000) – Heavy Truck & Bus Drag Factor Friction Testing – (Full scale drag testing on heavy vehicle tires and sliding of overturned vehicles), College Station, Texas, September 24-29, 2000.

- ABC 20/20 "Driver Beware-Falling Truckloads a Highway Danger"; Airdates 2/11/00 and 8/7/00.

- Commercial Motor Vehicle Collision Reconstruction:  Topics: 1) Friction, Acceleration, Deceleration & Braking of Heavy Air Braked Vehicles; 2) Drivers Hours of Service & Fatigue Study, 1999 Annual Joint Conference (NATARI, NAPARS, et al.), Allentown, Pennsylvania, 1999.

- Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service, Texas A & M University, Mesquite, Texas, September 1999.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Engineering Extension Service, Texas A & M University, Mesquite, Texas, August 1999.

- Commercial Vehicle Inspection/Accident Investigation, Engineering Extension Service, Texas A & M University, Forsythe, Georgia, June 1999.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, April 1999.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University, Cincinnati, Ohio, April 1999.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service, Texas A & M University, Houston Regional Training Center, February 1999.

- Conference on Reconstruction and Safety on the Highway, Heavy Truck Skid and Crash Tests; 1998, Texas A & M University, College Station, Texas, 1998.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University for California Highway Patrol, - San Diego, California, September 1998.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University, College Station, Texas April 1998.

- Investigated, reconstructed for Indiana State Prosecutor's Office, and assisted ABC's 20/20 in related segment on fatal bus accidents, "The Serious Safety Problems of Some Charter Buses," Air date December 18, 1997.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, State Police Academy Texas Engineering Extension Service, Texas A & M University, - Helena, Montana, November 1997.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, April 1997.

- Commercial Vehicle Inspection/Accident Investigation, Texas A & M University – TEEX Houston, Texas, March 1997.

- Crash '97, Conference on Reconstruction and Safety on the Highway, Texas A & M University, College Station, Texas, 1997.

- Continuing Changes in the Commercial Vehicle Safety Environment, Heavy Construction Contractors Association, Virginia, 1996.

- Commercial Vehicle Rollover, Commercial Vehicle Accident Investigation, Pittsburgh, Pennsylvania, December 1996.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Michigan State Police Academy, Texas A & M University – TEEX; September 1996.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, August 1996.

- Commercial Vehicle Inspection/Accident Investigation, Level I & II, Texas A & M University – TEEX;South Carolina Highway Patrol Academy, May 1996.

11

- Commercial Vehicle Inspection/Accident Investigation, Texas A & M University – TEEX; Springdale, Arkansas, June 1996.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service, Texas A & M University, March 1996.

- Commercial Vehicle Inspection/Accident Investigation, Texas A & M University – TEEX; Denton, Texas, December 1995.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas A & M University – TEEX; Jefferson Community College, Louisville, Kentucky, July 1995.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, August 1995.

- Truck Brake Systems and Failure Analysis, Pennsylvania Traffic Institute for Police Services, USDOT/OMCS,NTSB, Pittsburgh, Pennsylvania, 1995.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, May 1995

- Accident Reconstruction, State Bar of Texas, Preparing, Trying, and Settling Auto Collision Cases Seminar, Commercial Motor Vehicle Collisions, 1995.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, February 1995.

- "Conspicuity" in commercial motor vehicles, Iowa Association of Legal Assistants Seminar, 1994.

- Advanced Commercial Vehicle Accident Investigation, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, September 1994.

- Demonstrative Evidence Seminar, Maryland Trial Lawyers Association, 1994.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, March 1994.

- Commercial Fleet Safety Management/DOT Compliance, Virginia, 1993.

- Advanced Commercial Vehicle Accident Investigation & Reconstruction, Texas Engineering Extension Service, Texas A & M University, College Station, Texas, August 1993.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service Texas A & M University, College Station, Texas, May 1993.

- Transportation Safety & Commercial Vehicles, Philadelphia Trial Lawyers Assn., 1992.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service Texas A & M University, College Station, Texas, October 1992.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service Texas A & M University, College Station, Texas, October 1991.

- Commercial Vehicle Inspection/Accident Investigation, Texas Engineering Extension Service Texas A & M University, College Station, Texas, October 1990.

- Commercial Vehicle Inspection, Media, Pennsylvania, June 1989.

- Commercial Vehicle Investigation & Inspection, Needham, Massachusetts, June 1988.

- Inspection and Investigation of Commercial Vehicles in Accidents, IPTM, University of North Florida, April 1988.

- Aspects of Truck Braking in Accident Investigation & Reconstruction, National Association of Traffic Accident Reconstructionists and Investigators, 1988.

- Investigating Commercial Vehicle Wrecks, Accident Reconstruction Conference, Normal, Illinois, 1988.

- "Federal Regulations and Drivers Logs for Large Trucks," Institute of Police Technology and Management, 1988.

- Special Problems in Traffic Accident Reconstruction Conference, Florida, 1988.

- Commercial Vehicle Inspection/Accident Investigation, IPTM, University of North Florida, August 1988.

- Commercial Vehicle Inspection/Accident Investigation, IPTM, University of North Florida, February 1988.

- Commercial Vehicle Inspection/Accident Investigation, IPTM, University of North Florida, Law Enforcement Training Center, Needham, Massachusetts, November – December 1987.

- Commercial Vehicle Inspection/Accident Investigation, IPTM, University of North Florida, February 1987.

- Commercial Vehicle Inspection/Accident Investigation, IPTM, University of North Florida, February 1986.

- Certified Master Driver Improvement Instructor, American Automobile Association, 1986.

Updated 10/15/07

Based on best available information culled from case files, the following is a listing of cases for which David A. Stopper has been deposed or testified in court for the last 4 years. This list is believed to be accurate but not guaranteed:

- Stephanie Henderson, Individually and as Administratrix of the Estate of Michael Todd Henderson; and Stephanie Henderson, Guardian/Conservator of the Estates of Michael Christopher Henderson, Andrew Shayne Henderson and Christian Nicholas Henderson, & Sabrina Loving and Martin Loving v. Four Seasons Heating & Air Conditioning, Inc.; Larry D. Morton; Scott Waste Services, LLC, d/b/a Scott Waste Management, LLC; and Gregory S. Renfrow; Warren Circuit Court Division No. II, Civil Action No. 02-C1-1916; Deposition: 10/3/03 Reston, VA.

- Josephine Anne Marshall v. Fremont Contract Carriers, Inc., Tom R. Cushman, OIX, Inc., Sherman Godsy, Jr., Bell Creek, Inc.; In the Circuit Court of Jackson County at Kansas City; Case No: 01CV209304, Division 18; Trial, 10/14-15/03; Kansas City, MO.

- Cirila Perez Librado and Francisco Manuel Perez, Individually and as representatives of the Estate Victor Manuel Perez, and Juan Cipriano Marcos, Individually, and Francisca Maye Ocana, Individually and as next friend of Juan Daniel Cipriano Maye, a minor v. M.S. Carriers, Inc. and Michael Keith Nichols, Swift Transportation Co., Inc., a Nevada Corporation, and Swift Transportation Co., Inc., an Arizona Corporation; In the U.S. District Court for the Northern District of Texas, Dallas Division, Civil Action No. 3-02CV2095-D; Deposition 10/20/03.

- Janice Gail Hopkins, Individually, And as Independent Executor of the Estate of Evelyn Louise Hopkins, Deceased; and Jean Williams; Wanda Jones; Brenda Royal; and Larry Hopkins v. Sharkey Transportation, Inc., Specialty Trailer Leasing, Inc. and Darren Ray Graham; In the District Court Morris County, Texas, 76/276[th] Judicial District; Deposition 10/27/03.

- Norma Patricia Rodriguez, individually, as next friend of Noe Rodriguez III and on behalf of the Estate of Noe Rodriguez, Jr., Noe Rodriguez, Sr., and Guadalupe V. Rodriguez, individually v. Key Energy Services, Inc; Brooks Well Services, Inc. and Javier Matias Calvillo; Cause No. C-1097-02-B; 93rd Judicial District Court, Hidalgo County, Texas; Deposition 1/9/04.

- Robin H. Miller, as Personal Representative of the Estate of Rory Miller v. Cobra Transporting, Inc. et al C.A. No. 2002-CP-25-376; Debra Negus, as Personal Representative of the Estate of David Negus v. Cobra Transporting, Inc et al, C.A. 2002-CP-25-377; LuAnne Fesperman, as Personal Representative of the Estate of Jonathan Blake Hall v. Cobra Transporting, Inc. et al C.A. 2002-CP-378; Terry Trull and Angela Trull, as Co-Personal Representatives of the Estate of Tiffany Tooley v. Cobra Transporting, Inc. et al C.A. No. 2002-CP-25-379; State of South Carolina, County of Hampton, In the Court of Common Pleas; Hampton, Deposition 1/14/04.

1

- Patricia West, Individually and on Behalf of and As Legal Heir of the Estate of Nathan Gary Condor v. USA Truck, Inc. and Donald Ray Jones, Sr., CV 33626, In the District Court of Hopkins County, Texas, Trial 2/23/04.

- Peggy S. Heidlage, Individually and as Next Friend of Kenneth L. Heidlage v. Terra Renewal Services, Inc., Christopher R. King, Elbert Cantrell, Simmons Foods, Inc., West-Ark Truck Leasing, Inc. and River Associates, LLC Case No. 3:03-CV-5008-SOW, U. S. District Court for the Western District of Missouri, Trial 3/15/04.

- Angie Stiles, Carol Stiles and Alan Stiles, Sr., personally and as Co-Personal Representatives of the Estate of Alan Stiles, Jr. v. Waste Corporation of Florida, Inc., a Florida corporation and Aldo Jose Marin, Case No. 02-006987 AD, Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, Deposition 4/16/04.

- Mearl Baker and Eleanor Baker v. Charles C. Crego, Case No. 00-L-165, Circuit Court, Tenth Judicial Circuit of Illinois, County of Tazewell, Deposition 4/23/04.

- Samantha D. Bowman v. Ronnie Lee Vest and Fleetline, Inc., d/b/a "Dart Transit Company", Case No. 02-02524, District Court, 68th Judicial District, Dallas County, Texas, Trial May 20, 2004.

- Susan Clarke v. APAC-Florida, Inc., a Delaware corporation, Successor by Merger to J. B. Coxwell Contracting, Inc., a Florida corporation, and Johnny Joe Addison, Case No. 2003-CA-002939, Circuit Court of the Fourth Judicial Circuit of the State of Florida, In and For Duval County, Deposition 5/28/04.

- Brandon Tyler Lambert, a Minor under the age of Fourteen (14) Years, by his Guardian ad Litem, Kenneth Dean Lambert v. U.S. Xpress Enterprises, Inc., Isaac Wolfe and Carl Edward Crowder, CA No. 02-CP-46-816, In the Court of Common Pleas, State of South Carolina, Deposition 7/30/04.

- Andrew Robert Downs v. Billy Gene Bolden, Powell Trucking Company, Inc., et al, CV-03-59-C, In the Circuit Court of Clarke County Alabama, Civil Division, Deposition 8/16/04.

- Neal and Maria Raimo and James A. and Patricia Hauad v. Stanley Norwood Waddy, et al, Civil Action No. 03-3792, In the United States District Court for the Eastern District of Pennsylvania, Deposition 8/26/04.

- Kathy M. Branford Woods, as Personal Representative of the Estate of Edward L. Russell, deceased v. Glasscock Company, Inc., et al, Civil Action No. 03-CP-43-0370, In the Court of Common Pleas, State of South Carolina, Deposition 9/10/04.

2

- Rosa Chacon, Individually and as Representative and Legal Heir of the Estate of Mario Chacon, eceased, et al v. USA Truck, Inc, et al, Cause No. 2002-CVE-001717-D4, In the District Court of the 406th Judicial District, Webb County, Texas, Deposition 9/17/04.

- John Cudd v. Donald B. Barnes and Carrera Transport, Inc., No. 03-4950-A, In the District Court of Nueces County, Texas, 28th Judicial District, Texas, Deposition 9/20/04.

- James A. Keene, et al v. Wesley Steve Henry, et al, Civil Action Number CV-03-3673, In the Circuit Court for the Tenth Judicial Circuit, Jefferson County, Alabama, Deposition 10/1/04.

- James A. Keene, et al v. Wesley Steve Henry, et al, Civil Action Number CV-03-3673, In the Circuit Court for the Tenth Judicial Circuit, Jefferson County, Alabama, Follow-up Deposition 10/27/04.

- Charles E. Scruggs v. Andre Hudson and Naegeli Transportation, Inc., No. 02-03-07702, In The District Court of Bosque County, Texas, 220th Judicial District, Deposition 11/1/04.

- Maria Martinez, et al v. F.F.E. Transportation Services, Inc., Deposition 11/3/04.

- James Cook v. Sysco Food Services of Columbia, LLC, Civil Action No. 03-CP-10-895, In the Court of Common Pleas for the Ninth Judicial Circuit, State of South Carolina, County of Charleston, Deposition 11/22/04.

- Anita L. Glasscock, as Mother and Next Friend of Shannon D. Barnes, a minor child v. Steven Eugene Hammett, Jonas Barnett, et al, Civil Action No. CV-03-0470, In the Circuit Court of Jefferson County, Alabama, Deposition 11/29/04.

- William Ward, individually, as Administrator of the Estate of James Ward, Deceased, et als v. H.C. Parrish Truck Services, Inc. et al, Cause No. 04-3020, In the United States District Court, Western District of Arkansas, Harrison Division, Deposition 12/28/04.

- Central Trucking, Inc. v. Libraison Rapide Paguin, Inc. and Dennis Des Jardins, Cause No. CIV-0201701F, In the United States District Court for the Western District of Oklahoma, Deposition 2/25/05.

- Greg Gilley and Daniel Barnett, Individually, and as Co-Special Administrators of the Estate of Andrea Barnett, Deceased v. John Rivera, Individually and as the Agent and/or Employee of My Type, Inc., et als, No. 02 L 003419, In the Circuit Court of Cook County, Illinois, County Department, Law Division, Deposition 2/28/05.

- Clara K. Merklinger v. Reed Contracting Services, Inc., Civil Action Case Number CV 04-1003-LIIL, In the Circuit Court of Madison County, Alabama, Deposition 3/16/05.

3

- Cindy Korus, as Special Administrator of the Estate of Diane L. Kuck, Deceased v. Michael D. Elmer, Individually and as Agent of R.F. Trucking of Dane County, LLC, Case No. 04-C-50024, United States District Court, Northern District of Illinois, Western Division, Deposition 3/21/05.

- Walter David Pershing, et al, v. F.O. Day Company, Inc., et al, Civil #252866-V, In the Circuit Court for Montgomery County, Maryland, Deposition 3/25/05.

- Florence LeBel, et al vs. Michael J. Tacinelli, et al, CV 03 0520321 S, In the Superior Court, Judicial District of New Britain, Connecticut, Deposition 4/29/05.

- Dawn Martin Crizer v. DeWayne John Diffin and A & L LaVigne Trucking, Inc., Case No. 02-C-26, In the Circuit Court of Greenbrier County, West Virginia, Deposition 5/20/05.

- Kevin Johnson As Administrator for the Estate of Debra Gillespie and as Guardian and Next Friend of Kevin O'Bryan Johnson and Keisha Johnson, Minors v. William C. King, et al, , Civil Action No. 04-CI-01333, In the Circuit Court for Floyd County, Kentucky, Deposition 7/11/05.

- Thomas W. Schleisman and Janice L. Schleisman, individually on their own behalf and as duly appointed Guardians and Conservators of, and on behalf of, Thomas S. Schleisman, a minor, et als, Case No. 04CV82695, In the Circuit Court of Platte County, Missouri, Deposition 8/1/05.

- Kendra Miller v. Karl Edmund Nehr and Sun Air Transport Corporation, et al, At Law No. 04-99, In the Circuit Court of Frederick County, Virginia, Deposition 8/18/05.

- James Mark Johnson, Individually and as natural child of and as representative of the Estate of James Hoyt Johnson, Deceased, et als v. "Western Excavation" being sued in trade name "Western Excavation and Drilling", et als, Cause No. C200200240, In the District Court, 413th Judicial District Court, Johnson County, Texas, Deposition 9/6/05.

- Elisa D. Thompson, Administratrix for the Estate of Damon Scott Thompson, and Elisa D. Thompson, Individually v. Heuerman Brothers Trucking and Karl J. Wernsing, Civil Action No. 1:04-CV-191-M, United States District Court for the Western District of Kentucky at Bowling Green, Deposition 9/9/05.

- Kester Ray Kelly, Jr., et al v. Commercial Carrier Corporation, et al, Case No. 03-672-CA-53, In the Circuit Court of the Seventh Judicial Circuit, In and For Putnam County, Florida, Deposition 9/30/05.

- Tina Johnson and Catherine Strain v. Pacific Motor Transport, et al, Cause No. 03C0570-202, District Court of Bowie County, Texas, 202nd Judicial District, Deposition 10/13/05.

4

- Eduardo Macias Morales, et al v. Averitt Express, Inc. et al, Cause No. 05-01-10133-DCVAJA, District Court Dimmit County, Texas 365th Judicial District, Deposition 10/24/05.

- Diana Laura Perez, et al v. Werner Enterprises, Inc., et al, Cause No. 2004-CVQ-001307-D1, District Court 49th Judicial District Webb County, Texas, Deposition 10/26/05.

- Walter Phillips v. Roberto Diaz, et al, Case No. 04 CA 1807, Division C, In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, State of Florida, Deposition 11/7/05.

- Arvil Steele, Jr., Administrator and Personal Representative of the Estate of Arvil Steele, Sr. v. Jack Teets, et al, Civil Action No. 04-C-708-S, In the Circuit Court of Mercer County, West Virginia, Deposition 11/11/05.

- Ralf Heidler v. Hans Werner Calhoun, et al, Cause No. 04-CV-137253, In the District Court, Fort Bend County, Texas, 400th Judicial District, Deposition 11/14/05.

- Napoleon Tejada, et als v. The Port Authority of New York & New Jersey, et al, Docket No. UNN-L-001284-03, Superior Court of New Jersey, Law Division – Union County, Deposition 11/18/05.

- Robert L. Lawson v. Larry A. Blizzard v. Commercial Carriers Corp. and John Doe, Case No. CL05000002-00, In the Circuit Court for Brunswick County, Virginia, Deposition 12/27/05.

- Florence LeBel, et al v. Michael J. Tacinelli, et al, Docket No. CV-03-0520321-S, In the Superior Court, Judicial District of New Britain, Connecticut, Trial 1/13/06.

- Napoleon Tejada, et als v. The Port Authority of New York & New Jersey, et al, Docket No. UNN-L-001284-03, Superior Court of New Jersey, Law Division – Union County, Trial 1/25/06.

- Greg Gilley, individually and as Special Administrator of the Estate of Andrea Barnett, et al v. John Rivera, individually and as the agent and/or employee of My Type, Inc., et al, No. 02 L 003419, In the Circuit Court of Cook County, County Department, Law Division, Trial 2/14/06.

- Michael P. Mayer and Gail Mayer v. Francisco Escobedo, Fedex Freight East, Inc., and Fedex Freight System, Inc., Cause No. 2004-CL-15419, In the District Court, Bexar County, Texas, Deposition 2/27/06.

- Ernesto Sandoval, et als v. Earthgrains Baking, Inc.,et al, No. 2004-44359, In the District Court of Harris County, Texas, 190th Judicial District, Deposition 3/13/06.

- George Collet v. Schneider National Bulk Carriers, Inc. and James Ardoin, Number 1033146, In the 18th Judicial District Court, Parish of West Baton Rouge, State of Louisiana, Division "A", Deposition 3/17/06.

- Maria Luisa Sotelo, Individually and as Representative of the Estate of Francisco Javier Sotelo, et als v. Coastal Chemical Company, et al, Cause No. 2004-60255, In the District Court of Harris County, Texas, 133rd Judicial District, Deposition 3/20/06.

- Gail Zuber, et al v. Cross Sound Ferry Services, Inc., et al, CV 05-3256 (ADS)(JO), In the United States District Court, Eastern District of New York, Deposition 3/24/06.

- Susan Vandeusen, et al v. CRST Malone, Inc., et al, Case No. 04-CV-235222, In the Circuit Court of Jackson County, Missouri at Kansas City, Deposition 3/27/06.

- Anita L. Glasscock, as mother and next friend of Shannon D. Barnes, a minor child, v. Steven Eugene Hammett, et als, Civil Action CV 2003-470, In the Circuit Court of Jefferson County, Alabama, Deposition 4/14/06.

- Jeanne Jurek v. Eugene Hubbs, Emerson Electric Co., et al, No. 00-CI-00041, Hart Circuit Court, Kentucky, Deposition 4/21/06.

- Kendall Barlock, et al v. Stanton Equipment, et al, Case No. HHD-CV-01-0806713-S, In the Superior Court J.D. of Hartford at Hartford, Connecticut, Deposition 4/28/06.

- Robert L. Lawson v. Larry A. Blizzard, Commercial Carrier Corp. and John Doe, Case No. CL05000002-00, In the Circuit Court for Brunswick County, Virginia, Trial 5/1/06.

- Celeste Lamberth v. Mission Petroleum Carriers, Inc. & David Wayne Tips, No. 05-507-C26, In the District Court, 26th Judicial District, Williamson County, Texas, Deposition 5/1/06.

- Ashby M. Green, Jr., et als v. Lynn's Transport, LLC, et als, No. 05-C-28-S, In the Circuit Court of McDowell County, West Virginia, Deposition 6/19/06.

- Mary Ann Pelton, individually as surviving spouse of David Monroe Pelton, et als v. Liberty Waste Solutions, et al, No. CV 2004-010789, In the Superior Court of the State of Arizona in and for the County of Maricopa, Deposition 6/23/06.

- Fay Shoup, et als v. Iron Mountain, et als, No. CV 2005-009093, In the Superior Court of the State of Arizona in and for the County of Maricopa. Deposition 6/27/06.

- Walter Phillips v. Roberto Diaz, et als, Case No. 04 CA 1807, Division C, In the Circuit Court of the Thirteenth Judicial Circuit In and For Hillsborough County, State of Florida, Civil Division, Trial 7/25/06.

- Jeff Miller and wife, Janice Miller, et al v. Beaty Lumber, Inc., et als, Case No. 8012 v. James D. Shelton, et als, Case No. 8009 (Consolidated Cases), In the Circuit Court of Fentress County, Tennessee, Eighth Judicial District at Jamestown, Tennessee, Deposition 8/14/06.

- Mark Irsik and Vicki Irsik v. Estate of Emily A. Douglas, et als, No. 03-CV-225495 Division 10, In the Circuit Court of Jackson County, Missouri at Kansas City, Deposition 9/1/06.

- Roy E. Wallace v. Thomas F. Casey and Avondale Mills, Inc., C/A No. 4:05-1576-TLW, United States District Court for the District of South Carolina, Florence Division, Deposition 10/6/06.

- Maria Teresa Cruz, as Personal Representative of the Estate of Alejandro Cruz v. Rogeli A. Rodriguez, et als, Case No: 04-1587, Division B, In the Circuit Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida, Civil Division, Deposition 11/17/06.

- Rose L. James and Leroy T. James v. Kelly Trucking Company and Alvino C. Hymes, C.A. No. 3:05-CV-02996-JFA, In the United States District Court for the District of South Carolina, Columbia Division, Deposition 11/20/06.

- Brenda Brackett, individually and as Representative of the Estate of Charles Brackett, et als v. Illinois National Insurance Co., et als, File No. 05-VS-086598A, In the State Court of Fulton County, State of Georgia, Deposition 11/27/06.

- Jeff Miller & Janice Miller v. Beaty Lumber, Inc., et al, Docket Nos: 8009, 8012, Consolidated Fentress County Circuit Court, Trial 12/12/06.

- Lonnie Jones, Sr. v. Andrew J. Perry & Atlantic Wood Industries, Inc., Case No. CL05-148, Accomack Circuit Court, VA, Deposition 12/18/06.

- Gomez, et al v. Republic Services of Virginia, et al, CA No. 06-644; Gonzales, et al v. Republic Services of Virginia, et al, CA No. 06-645; Gamboa, et al v. Republic Services of Virginia, et al, CA No. 06-646, Circuit Court of Arlington County, VA, Deposition January 10, 2007.

- Anil Yadav, M.D., et als v. Kedrick Jones, et als, No. 003451 in the Court of Common Pleas, Philadelphia County, Pennsylvania, Trial 1/16-18/07.

- Edward Marcisz, Executor of the Estate of Anne Elizabeth Marcisz v. Oberweis Dairy, Inc., et al, No. 03-L-304D in the Circuit Court of Cook County, Illinois, County Department, Law Division, Deposition 1/30/07.

- Johnson Elliott v. Debra Lynn Simpson, et als, Case Nos. 03-CP-04-1043, In the Court of Common Pleas Tenth Judicial Circuit Court, State of South Carolina, Deposition 2/1/07.

- Diana Denmon v. ABC Coke-Division of Drummond Company, Inc., et al, Civil Action No. CV 200601946, In the Circuit Court of Jefferson County, Alabama, Deposition 2/9/07.

- Pedro Terrazas-Cruz v. Reggie Phillips, BFI Waste Services, LLC, et al, Case No. 39803J-02,  In the Circuit Court for the City of Newport News, Virginia, Deposition 3/2/07.

- Nubiya H. Hill, et al v. Lin Television Corporation, et al, At Law No. CL03-701, In the Circuit Court for the City of Portsmouth, Virginia, Deposition 3/6/07.

- Lance Foster, et al v. Phoenix Fuel Co., Inc. et als, No. CV2005-004717, In the Superior Court of the State of Arizona In and For the County of Maricopa, Deposition 3/12/07.

- Robert E. Lee, et al v. Wesley C. Walton, et als, Case No. 06CA-CV01278, In the Circuit Court of Cass County, Missouri, Deposition 3/16/07.

- Paul Dahlgren, as Personal Representative of the Estate of David and Mary Dahlgren v. Jerry Muldrow and Schneider Specialized Carriers, Inc., Case No. 1:06-cv-00065-MP-AK, United States District Court, Northern District of Florida, Gainesville Division, Deposition 4/30/07.

- Alberto De Hoyos, et al vs. Tornado Technologies, Inc., et al, Cause No:  C-1518-06-G, In the 370th District Court of Hidalgo County, Texas, Deposition 5/7/07.

- Landair Transport, Inc. v. Burgess Trucking Co., Inc. & Betty Jean Pierce, Counter-Plaintiff, et als v. Landair Transport, Inc. and Robert L. Brewer, Counter Defendants, Case No. 3:06CV773, In the United States District Court, Eastern District of Virginia, Richmond Division, Deposition 5/10/07.

- Fuad Kovac, wife Senada Kovac v. Freightliner, L.L.C, et als, Cause No. 052-01-569, Missouri Circuit Court, Twenty-Second Judicial Circuit, St. Louis City, Deposition 5/18/07.

- Thomas Palenchar, et al v. Terrence Eli Jarrett, et al, Civil Action No:  1:06-cv-2998, In the United States District Court for the District of Maryland, Deposition 5/25/07.

- Claude J. Smith, et al v. Harold M. Williams, Yellow Transportation, Inc., et al, C.A. No. 05C-10-30-307 PLA, In the Superior Court of the State of Delaware, In and For New Castle County, Deposition 6/1/07.

- Vicki Dunn v. USF Bestway, Inc, et als, Case No. 2-06CV-157, In the United States District Court for the Eastern District of Texas, Marshal Division, Deposition 6/6/07.

- Michael Martin, et al v. Maria Del Carmen Contreras and KV Trucking, Inc., et al v. KV Trucking, Inc., et al, Case Nos 4:04CV369 and 4:04CV398, United States District Court, Eastern District of Texas, Sherman Division, Deposition 6/18/07.

- Brian Patrick McAchran, et al v. Knight Transportation, Inc., et als, No. CV2006-003562, In the Superior Court of the State of Arizona, County of Maricopa, Deposition 6/29/07.

- John L. Pickens, et als v. Joseph A. Holley, as individual; Anchor Tours, Inc., et als, Civil Action No. B2005-049, Deposition 7/11/07.

- Stephen Conley, et al v. Delta Recycling Corp., et al, Case No. 01-14636 CA-23, In the Circuit Court of the 11th Judicial Circuit In and For Miami-Dade County, Florida, Deposition 8/6/07.

- Vicki Dunn, Plaintiff, v. USF Bestway, Inc. and YRC Worldwide, Inc., F/K/A Yellow Roadway Corp., Case No. 2-06CV-157, United States District Court for the Eastern District of Texas, Marshall Division, Trial, 8/10/07.

- Josef Konikov v. Curtis Lee Williams, Jr.& Roadway Express, Case No. 2005-31990-CICI, In the Circuit Court of the Seventh Judicial Circuit In and For Volusia County, Florida, Deposition 9/7/07.

- Rachel Ludlow v. Jesse Nolan Daniels, et al, No. GIC 875012, Superior Court of the State of California, County of San Diego Central Division, Deposition 10/4/07.

- J. Morgan Kearse, et al v. Collum's Trucking Company, LLC, et als, C/A#:06-CP-03-114, In the Court of Common Pleas, State of South Carolina, County of Allendale, Deposition 10/15/07.

9

**Publications/Articles**

Featured in and assisted in news articles by Thomas Content, *USA Today*, December 16, 1999, "Truckers give safety gear a big 10-4" and "Pilot-inspired safety training pays off for truck drivers."

Featured in and assisted in news article co-authored Fred Bayles and Jayne O'Donnell, *USA Today*, May 26, 1999, "Charter Buses: Gambling with riders' safety?"

"Commercial Vehicle Safety . . . Training, Communication, & Enforcement," Presented to the University of Kansas' 1987 Traffic Safety Conference, David A. Stopper.

"Reconstructing Truck/Bus Wrecks 'Speckling & Air Valves'," Illinois State University Accident Reconstruction Conference 1988, David A. Stopper.

"'I Lost My Brakes' Determining the Effectiveness of Air Brakes," Presented to Accident Reconstruction Conference, Louisville, KY, March 1994. David A. Stopper.

"The Effects of Air Pressure on Push Rod Stroke Measurements", Presented at the Commercial Vehicle Accident Conference which was sponsored by Pennsylvania Department of Educations Traffic Institute for Police Services, PennDOT's Highway Safety & Traffic Engineering & U.S. DOT's Office of Motor Carriers, NTSB, October 10-12, 1995, Pittsburgh, PA., David Stopper

"Heavy Air Braked Vehicle Accident Reconstruction - Determining When A Wheel Is Capable of Locking and Estimating Air Lag Time Based On Vehicle Weight," Illinois Association of Traffic Accident Investigators, September 1998; Springfield, Illinois, David A. Stopper.

"Consideration of Statutory Truck Weight Limit When Reconstructing Commercial Motor Vehicle Collisions," Texas A&M University, 2000, David A. Stopper.

"Air Braked Commercial Motor Vehicles – Problems Solved, Problems Created," Presented at the South Carolina Accident Reconstruction Conference, March 2001, David A. Stopper.

"Case Study: Accident Investigation-Fatal Intercity Coach Bus Accident-Indianapolis, Indiana: 10/14/95," Presented at University of Colorado-RMITS Conference, May 2002 and South Carolina Accident Reconstruction Specialists Conference, Charleston, SC June 2002.

"Performance Based Brake Tests (PBBT), Considering Air Brake Adjustment Analysis, Weight & Push Road Stroke Relative in Predicting Brake Force in Collision Reconstruction," Presented at the 23rd Annual IAARS Conference, July 2003, David A. Stopper.

**Videotapes**

"Airbrakes - Check 'Em" Centurion Video, 1988

"Indianapolis Police Department - Training, Inspection of Commercial Vehicles at Accident Scenes"

"DOT Level 1 Inspection," featured in and produced with ATA Associates, Inc., Houston, TX, 1999.

BARBARA C. WOLF, M.D.
12501 Allendale Circle
Fort Meyers, Florida 33912
Phone: (239) 561-7179
Fax: (239) 561-7504

October 26, 2007

Michael K. Hibey, Esq.
Bode & Grenier, LLP
1150 Connecticut Avenue, NW
Washington, DC  20036-4129

RE:    Martha Stringer Schoenborn (deceased)

Dear Mr. Hibey:

As you requested, I have reviewed the materials that you forwarded to me pertaining to the death of Martha Stringer Schoenborn.  These materials include:

1. Report of the postmortem examination performed on the body of Martha Schoenborn by the Office of the Chief Medical Examiner, District of Columbia

2. Autopsy photographs

3. Medical record of Martha Schoenborn from the George Washington University Hospital Emergency Room dated February 14, 2007

4. Report of the District of Columbia Fire and EMS Department

5. Complaint

6. Answer and Jury Demand

7. Metropolitan Police Department, Washington, D.C., Traffic Accident Report

8. Washington Metropolitan Area Transit Authority  (WMATA) Street Supervisor Accident Report

9. Surveillance video, Pennsylvania Avenue & 7th Street N.W., Washington, DC

10. Expert report of David A. Stopper, Director, Stopper & Associates, LLC, dated October 23, 2007

11. Excerpts of the deposition transcripts of Brenda Seay, Mohammad Cheema, Jody Shegan, Michael Puglisi, and Darlene Nelson

12. Photographs of the front of a bus that bears the writing "metrobus 2124"

RE:    Martha Stringer Schoenborn (deceased)
October 26, 2007

Martha Stringer Schoenborn was 59 years old at the time of her death on February 14, 2007 after she was struck by a Washington Metropolitan Area Transit Authority (WMATA) bus. She had been walking in a crosswalk with another pedestrian, Sally McGhee, crossing Pennsylvania Avenue N.W. at the intersection with 7th Street N.W. in Washington D.C. when a bus that was making a left turn at the intersection struck both women. According to the Metropolitan Police Department Traffic Accident Report, the accident occurred at 6:25 p.m. The roadway was partially snow covered and iced, but the crosswalk was clear. The women were crossing the street with a green traffic signal and a pedestrian walk sign. Ms. McGee was pronounced dead at the scene. Ms. Schoenborn, whose body had come to rest on her left side in a fetal position, was taken to the George Washington University Hospital Emergency Room where she was found to be unresponsive and pulseless, with a Glasgow Coma Scale of 3. Resuscitation efforts were unsuccessful, and the medical record indicates that Ms. Schoenborn was pronounced dead at 7:03 p.m.

The incident was observed by Mohamed Cheema, who in his deposition testimony indicated that he was clearly watching both pedestrians and the bus. Mr. Cheema further stated that the victims were looking at the bus prior to being struck, knew the bus was coming toward them and, in his judgment, they had scared expressions on their faces. Jody Shegan, a police officer who arrived after the bus struck Ms. Schoenborn and Ms. McGee, indicated that Ms. Schoenborn was unresponsive at that point and that she could not feel a pulse. Firefighter Michael Puglisi attempted to ventilate Ms. Schoenborn. He also did not feel a pulse, nor did he observe the victim to be breathing. Darlene Nelson, a paramedic, subsequently assessed Ms. Schoenborn, but was unable to determine whether she was breathing because cardiopulmonary resuscitation was being performed at that time, although Ms. Nelson did indicate that she believed that Ms. Schoenborn had a very faint pulse that she felt from the carotid artery.

According to the report of the postmortem examination performed on the body of Martha Schoenborn by Marie-Lydie Y. Pierre-Lewis, M.D., Ms. Schoenborn died of multiple blunt impact and crushing injuries due to her having been hit and run over by the bus. The body showed multiple abrasions, contusions, and lacerations of the scalp and face, as well as abrasions and contusions of the torso and extremities. Of particular note, there were abrasions of the knees bilaterally, with an avulsion of the skin of the left knee located 18 inches above the heel and a fracture of the left femur located 29 inches above the heel. The skull showed linear fractures of the left squamotemporal region, the orbital plates and the left petrous bone. Subarachnoid hemorrhage was present over the base of the brain. There were multiple rib fractures as well as fractures of the vertebral column, pelvis and the left femur. Her internal injuries included contusions and lacerations of the lungs, heart, liver and spleen, and contusions of the esophagus and trachea. The postmortem examination revealed no evidence of pre-existing natural disease processes that would have limited her lifespan or impaired her level of consciousness. No drugs or alcohol were detected in toxicologic studies performed on postmortem blood.

RE:    Martha Stringer Schoenborn (deceased)
October 26, 2007

**Opinions and the Basis and Reasons Therefore**

My opinions in this matter are based on my review of the above-listed materials, as well as my training and experience in medicine and in the subspecialty of forensic pathology.

It is my opinion, to a reasonable degree of medical certainty and in agreement with the report of the postmortem examination, that the cause of Martha Schoenborn's death was multiple blunt impact and crushing injuries, that the manner of death was accidental, and that Ms. Schoenborn was indeed hit and run over by the WMATA bus. It is further my opinion, based on the measurements taken at autopsy of the heights of the injuries on her legs, the photographs of the bus and the measurements of the bus provided in the report of David A. Stopper, that the bus initially contacted Ms. Schoenborn's lower extremities. The crushing injuries to her torso are consistent with her subsequently having been run over by the bus. The left-sided temporal and petrous bone skull fractures are consistent with the left side of her head striking the ground and with the position in which her body came to rest after the incident.

It is therefore further my opinion, to a reasonable degree of medical certainty, that Martha Schoenborn experienced a brief interval of conscious pain and suffering after the initial impact of the front of the bus with her legs. There were no injuries that would have impaired her consciousness prior to her head impacting the pavement. This period of conscious pain and suffering is in addition to the period of terror observed by Mr. Cheema as Ms. Schoenborn observed the bus turning toward her and recognized the situation that she was in.

**My Qualifications**

I am a physician, licensed to practice medicine in the state of Florida. I also hold inactive licenses in the states of Massachusetts, New York, and New Jersey. I am currently employed as an Associate Medical Examiner in Florida's District 21, serving Lee, Hendry and Glades counties. I am Board Certified in the specialties of anatomic pathology, hematopathology and in forensic pathology. I have previously served as the Director of the Divisions of Anatomic Pathology and Hematopathology in the

Department of Pathology and Laboratory Medicine at the Albany Medical Center, and I was an adjunct full Professor of Pathology at the Albany Medical College. Between 1991 and 2001 I also served up to 20 counties in upstate New York as a coroner's pathologist. I resigned from the directorship position at Albany Medical Center in 1996 to pursue fulltime forensic pathology. In 1997 I took the position of Chief Medical Examiner for Rensselaer County, New York, and in 1991 I became the Director of Forensic Medicine for the Medicolegal Investigation Unit of the New York State Police. I relocated to Palm Beach County, Florida in 2001 where I served as the Deputy Chief Medical Examiner prior to moving to my current position in November 2001. In

RE:    Martha Stringer Schoenborn (deceased)
October 26, 2007

November of this year I will assume the position of Chief Medical Examiner for Florida's
District 5, serving Lake, Sumter, Marion, Hernando and Citrus Counties.

As part of my duties as a forensic pathologist I perform postmortem examinations
in cases where death was not known to be caused by a natural disease process.  In my
career to date I have performed in excess of 7,000 autopsies, including many autopsies of
pedestrians who were struck by motor vehicles.    Additionally, I also on occasion
conduct review of cases for the purpose of providing expert forensic pathology opinion.  I
have provided testimony in both civil and criminal matters in trials, hearings and
depositions in excess of 400 proceedings in many states.   I also have testified before the
United States Congress pertaining to my work in the examination of the remains of
victims found in mass graves in Bosnia and Croatia.   I am enclosing a copy of my
current Curriculum Vitae and a listing of my testimonies over the past four years.

As a forensic pathologist, my expertise includes the evaluation of injuries to the
body.  This in some cases includes the evaluation of potential conscious pain and
suffering incurred by individuals who have suffered injuries prior to their deaths.

## My Compensation in this Matter

For purposes of reviewing this case, preparation of my report and deposition
testimony, I bill at the rate of $350.00 per hour.  Should future work on this case
necessitate travel, I anticipate billing at the rate of $3,500.00 per day plus expenses.  To
date I have received a retainer of $3,000.00.

Please feel free to contact me if I can be of further assistance.

Sincerely,

Barbara C. Wolf, M.D.
Forensic Pathologist

BCW/pmd
Enclosure

<u>CURRICULUM VITAE</u>

Barbara C. Wolf, M.D.

Office of the Medical Examiner
District 5, State of Florida
809 Pine Street
Leesburg, FL 34748

Phone:  (352) 326-5961
FAX:  (352) 365-6438

<u>EDUCATION:</u>

College/
Medical School:

Boston University Six Year Program in Liberal Arts and Medical Education, Boston University School of Medicine, Boston, MA  1978 A.B., 1980 M.D.

<u>POSTGRADUATE TRAINING:</u>

Residency:

Anatomic Pathology, Mallory Institute of Pathology and Boston Veterans Administration Hospital, Boston, MA 1980-1982

Anatomic Pathology, New England Deaconess Hospital, Boston, and Lahey Clinic Medical Center, Burlington, MA, 1982-1984

Clinical Pathology (Hematology), New England Deaconess Hospital, Boston, MA 4/1984-6/1984

Fellowship:

Hematopathology, Mallory Institute of Pathology, under the direction of Dr. Richard S. Neiman, 1984-1985

<u>LICENSURE:</u>

State of Florida (# ME 83748)
Commonwealth of Massachusetts (# 53067-inactive)
State of New York (# 1821841-inactive)
State of New Jersey (# 61810-inactive)

CERTIFICATIONS:                              American Board of Pathology, Forensic Pathology,
                                             May 31, 1994

                                             American Board of Pathology, Hematology,
                                             May 26, 1987

                                             American Board of Pathology, Anatomic Pathology,
                                             November 17, 1984

                                             National Board of Medical Examiners,
                                             July 1981


PROFESSIONAL POSITIONS:

Nov-2007-present                             Chief Medical Examiner, District 5, State of Florida

Nov-2004-Oct, 2007                           Associate Medical Examiner, District 21, State of
                                             Florida

Oct, 2001-Oct, 2004                          Deputy Chief Medical Examiner, District 15, State of
                                             Florida

1999-2001                                    Director of Forensic Medicine, Medicolegal
                                             Investigation Unit, New York State Police

1997-2001                                    Chief Medical Examiner, Rensselaer County, NY

1991-2001                                    Coroner's Pathologist, Albany, Clinton, Columbia,
                                             Delaware, Dutchess, Essex, Franklin, Fulton, Greene,
                                             Herkimer, Montgomery, Oneida, Orange, Saratoga,
                                             Schenectady, Schoharie, St. Lawrence, Ulster, Warren
                                             and Washington Counties

1996-1998                                    Staff pathologist, Albany Medical Center (part time)

1991-1996                                    Director of Anatomic Pathology, Albany Medical Center

1990-1995                                    Director of Hematopathology Division and
                                             Hematopathology Fellowship Program, Albany Medical
                                             Center

1992-1993                                    Director, Autopsy Service, Albany Medical Center

1990                                         Director of Hematopathology Division, Mallory Institute
                                             of Pathology

1989                                         Assistant Director, Mallory Institute of Pathology, in
                                             charge of educational activities

1986-1989                                    Staff Pathologist, Mallory Institute of Pathology and
                                             Research Pathologist, New England Deaconess Hosital

1985-1986                                    Staff Pathologist, New England Deaconess Hospital

2

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 1998-2001 | Adjunct Professor of Pathology and Laboratory Medicine, Albany Medical College |
| 1996-1998 | Professor of Pathology and Laboratory Medicine, Albany Medical College |
| 1990-1996 | Associate Professor of Pathology and Laboratory Medicine, Albany Medical College |
| 1990 | Associate Professor of Pathology, Boston University School of Medicine |
| 1986-1990 | Assistant Professor of Pathology, Boston University School of Medicine |
| 1985-1986 | Instructor in Pathology, Harvard Medical School |
| 1984-1985 | Instructor in Pathology and Biology of Disease, Boston University School of Medicine |
| 1982-1984 | Clinical Fellow in Pathology, Harvard Medical School |
| 1980-1982 | Instructor in Pathology and Biology of Disease, Boston University School of Medicine |

## SCIENTIFIC APPOINTMENTS AND COMMITTEES:

| | |
|---|---|
| 2007-present | Member, Grants Committee, American Kennel Club Canine Health Foundation |
| 2006-present | Member, Genetics and Health Committee, Akita Club of America |
| 2005-present | Consultant, Royal Barbados Police Force |
| 2005-present | Member, District 21 Child Death Review Team |
| 2004 | Member, Palm Beach County Fetal and Infant Mortality Review Team |
| 2004 | Member, Palm Beach County Child Fatality Review Team |
| 2001-present | Consultant in Forensic Pathology, Medicolegal Investigation Unit, New York State Police |
| 1993-2001 | Member, Albany County Task Force on Child and Sexual Abuse |

3

| | |
|---|---|
| 1998-2001 | Member, Warren and Washington Counties Child Death Review Committee |
| 1994-2001 | Member, Albany County Child Death Review Committee |
| 1997-2001 | Member, Montgomery County Child Death Review Committee |
| 1998-2001 | Member, Dutchess County Child Death Review Committee |
| 1993-2001 | Member, Albany County Task Force on Child and Sexual Abuse |
| 1994-2001 | Member, Albany County Child Death Review Committee |
| 1997-2001 | Member, Montgomery County Child Death Review Committee |
| 1998-2001 | Member, Dutchess County Child Death Review Committee |
| 1998-2002 | Member, Warren and Washington Counties Child Death Review Committee |
| 1991-1995 | Pathology Chairman, Eastern Cooperative Oncology Group |
| 1989-1991 | Pathology Co-chairman, Eastern Cooperative Oncology Group |
| 1987-1995 | Director, Pathology Coordinating Office and Central Histology Laboratory, Eastern Cooperative Oncology Group |
| 1991-1995 | Faculty Senate, Academic Governing Council, Operating Room Committee, Executive Committee, Infection Control Committee, Albany Medical Center |
| 1991-1994 | Chairman, Surgical Review Committee, Albany Medical Center |
| 1987-1989 | Pathology Chairman, Gastrointestinal Cancer Consortium |
| 1986-1990 | Review Pathologist, National Surgical Adjuvant Project for Breast and Bowel Cancer. |
| 1986-1989 | Chairman, Head and Neck Pathology Subcommittee, Eastern Cooperative Oncology Group |

4

| | |
|---|---|
| 1985-1995 | Hematopathology Subcommittee, Eastern Cooperative Oncology Group |
| 1989-1990 | Quality Assurance Committee, Mallory Institute of Pathology |
| 1989-1990 | Tissue Committee, University Hospital |
| 1987-1990 | Tumor Committee, Boston City Hospital |

GOVERNMENT APPOINTMENTS:

| | |
|---|---|
| 1993-2001 | Commission on Quality of Care for the Mentally Disabled Medical Review Board |
| 1994-2001 | Commission on Corrections Medical Review Board |
| 2004-present | Member, Florida Child Abuse Death Review Team |

HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1990-1998 | Pathologist, Albany Medical Center |
| 1987-1990 | Associate Scientist, Research Staff, New England Deaconess Hospital, Boston |
| 1986-1990 | Pathologist, Mallory Institute of Pathology, Boston City and University Hospitals, Boston |
| 1985-1986 | Pathologist, New England Deaconess Hospital, Boston |
| 1985-1986 | Pathologist, New England Baptist Hospital, Boston |

RESEARCH ACTIVITIES AND GRANTS:

| | |
|---|---|
| 1982-1983 | American Cancer Society Regular Clinical Fellowship |
| 1984-1986 | American Cancer Society Junior Faculty Fellowship |
| 1986 | Aid for Cancer Research Award of laminar flow hood |
| 1986 | Biochemical Research Support Grant, "Non-Hodgkin's Lymphomas of the Gastrointestinal Tract", NIH |

5

| | |
|---|---|
| 1986-1990 | NIH NCI PO1 CA4470405 "The Pathology of Colorectal Cancer" (Glenn Steele, Jr, M.D., Principal Investigator) 6.1.875.31.90 |
| 1986-1995 | NCI CA2111514 "The Eastern Cooperative Oncology Group" (Douglass Tormey, M.D., Ph.D, Principal Investigator) |
| 1991-1995 | NIH NCI R01 CA5551801 "AIDS Related Lymphomas Clinical and Biologic Studies" (Leo Gordon M.D., Principal Investigator) 7.16.917.15.94 |

## EDITORIAL REVIEW BOARDS:

| | |
|---|---|
| 1989-present | *Human Pathology (guest editor)* |
| 1989-1994 | *American Journal of Clinical Pathology* |
| 2003-present | *American Journal of Forensic Medicine and Pathology* |
| | *Journal of Forensic Sciences* |
| 2004-2006 | Guest Editor |
| 2007-present | Member, Editorial Review Board |

## AWARDS AND HONORS:

| | |
|---|---|
| 1974 | Presidential Scholar |
| College: | National Merit Scholarship, 1974 |
| | Graduation with Honors (Summa Cum Laude), 1978 |
| Medical School: | Elizabeth K. Moyer Award for Excellence in Anatomy, 1977 |
| | Graduation with Honors (Magna Cum Laude), 1980 |
| | Dean Eleanor Tyler Memorial Award for Excellence in Six Year Program in Liberal Arts and Medical Education, 1980 |
| | American Medical Women's Association Achievement Award, 1980 |

## PROFESSIONAL SOCIETIES:

| | |
|---|---|
| 1978-present | Phi Beta Kappa |
| 1979-present | Alpha Omega Alpha |
| 1988-1995 | Society for Hematopathology |
| 1987-present | American Society of Clinical Pathologists |
| 1988-present | College of American Pathologists |
| 1986-1995 | New England Society of Pathologists |
| 1987-present | US/Canadian Academy of Pathology |
| 1989-present | Arthur Purdy Stout Society of Surgical Pathologists |
| 1990-1995 | European Association for Haematopathology |
| 1991-present | Association of Directors of Anatomic and Surgical Pathology (Emeritus member since 1995) |
| 1991-1995 | New England Cancer Society |
| 1992-1995 | American Society of Clinical Oncology |
| 1994-2001 | New York State Association of County Coroners and Medical Examiners |
| 1994-present | National Association of Medical Examiners |
| 1993-present | American Academy of Forensic Sciences (Fellow since 2004) |
| 2001-present | Florida Associatoin of Medical Examiners |
| 2006-present | Florida Medical Association |

## WORKSHOPS AND INVITED LECTURES:

| | |
|---|---|
| 1990-1995 | Course Director, United States/Canadian Academy of Pathology short course "Disorders of the Spleen" |
| 1991 | Propp/Olson Symposium, Albany Medical College, New Immunohistologic and Molecular Techniques in the Diagnosis of Lymphoproliferative Disorders" |
| 1992 | National Society for Histotechnology, "Topics in Forensic Pathology" |

| | |
|---|---|
| 1992-1995 | Workshop Director, American Society of Clinical Pathologists workshop "Applications of DNA Ploidy and Cell Cycle Analysis in Surgical Pathology" |
| 1993 | New York State Association of County Coroners and Medical Examiners, "Acquired Immunodeficiency Syndrome" |
| 1993 | New York State Association of County Coroners and Medical Examiners, "Medicolegal Investigation of Child Abuse" |
| 1993 | New York State Association of Public Health Laboratories, "Disorders of the Spleen" |
| 1993 | New York State Police Academy Major Crimes Seminar, "Child Abuse and Sex Related Deaths" |
| 1993-1997 | Moderater of Child Abuse seminar required for licensure for New York State physicians |
| 1994 | New York State Police Academy Sex Offense Seminar, "Sex Related Deaths" |
| 1994 | New York State Association of County Coroners and Medical Examiners, "Transportation Fatalities" |
| 1994 | Marist College symposium on Forensic Sciences, "Child Abuse" and "Traffic Fatalities", Poughkeepsie, NY |
| 1994 | State University of New York, University of Albany, "Forensic Pathology" |
| 1995,1997,1998 | Crime Scene and Evidence Technician Course, Capital Region Police Departments |
| 1995, 1998 | Annual Tri-State Identification Association Educational Conference and Training Seminar |
| 1995,1997 | Course Director, United States/Canadian Academy of Pathology short course, "Forensic Sciences and the Pathologist" |
| 1995 | New Jersey Medical Examiner Office, "AIDS-Related Deaths", Newark, NJ |
| 1995 | Colby College Forensic Sciences Seminar, "Forensic Serology", Waterville, ME |
| 1995 | Evidence Collection/Forensics Regional Information Sharing Conference, Albany, NY, "The Changing Role of the Medical Examiner at the Scene" |
| 1995 | New York State Police Henry F. Williams Homicide Seminar, "DNA in Criminal Investigations" |

8

| | |
|---|---|
| 1995-1996 | Seminar Co-director, Illinois County Coroners' Association |
| 1995 | Quinnipiac School of Law, "Forensic Evidence in Sexual Assaults and Other Crimes" |
| 1995 | Commission on Security and Cooperation in Europe (U.S. Congress Helsinki Commission), "Mass Graves and Other Atrocities in Bosnia", Washington, DC |
| 1996 | University of New Haven Forensic Science Program Arnold Markle Symposium, "Post-mortem Changes and Time of Death" |
| 1996 | New York State Association of County Coroners and Medical Examiners, "Time of Death, Exhumations and DNA" |
| 1996 | State University of New York Conference Telemedicine Reality and Virtual Reality II, "New Developments in the Forensic Sciences", Syracuse, NY |
| 1996,1998 | New York State Attorney General's Inspectors, "Investigation of Deaths and Injuries" |
| 1996 | New York State Division of Criminal Justice Services Crime Scene Course, "Death Investigation" |
| 1996 | Philadelphia Center for Legal Education Conferences on Expert Witnesses, Bermuda |
| 1996 | Florida Inspector General's Training Workshop, "Forensic Pathology" |
| 1997 | Basic Crime Scene Evidence Technician Course, "Forensic Pathology Overview" and "Time of Death", Poughkeepsie, NY |
| 1997 | Washington County Mandated Reporter's Conference, "Child Abuse" |
| 1997-2001 | Capital District Forensic Officers' Group Course, "Death Investigation and DNA", Albany, NY |
| 1997 | Massachusetts Academy of Trial Attorneys, "The Use of Expert Witnesses", Boston, MA |
| 1997 | Seminar Lecturer, Indiana State Coroner's Association |
| 1997 | Massachusetts Academy of Trial Attorneys, "Cross Exam of Experts", Boston, MA |
| 1998 | New York State Police Major Crimes Seminar "Forensic Pathology" |

| | |
|---|---|
| 1998 | National Association of Criminal Defense Lawyers, "Forensic Pathology: New Tools for the Defense", Santa Monica, CA |
| 1998 | SEAK National Expert Witness and Litigation Seminar, "Collection and Control of Trace Evidence", Hyannis, MA |
| 1998 | New York State Defender's Association Annual Conference, "Forensic Pathology: New Tools for the Defense", Corning, New York |
| 1998-2003 | New York State Police Henry F.Williams Homicide Seminar, "Child Deaths" |
| 1998 | MAGLOCLEN Information Sharing Conference, "The Changing Role of Forensic Science", Albany, NY |
| 1998 | New York State Correctional Health Care Symposium, "The Sudden In-Custody Death Syndrome", Saratoga, NY |
| 1999 | New York State Sexual Assault Nurse Examiners' Association Symposium, "Patterns of Injury," Albany, NY |
| 1999 | New York State Association of County Coroners and Medical Examiners Spring Conference, "The Crime Scene and Trace Evidence", Saranac Lake, NY |
| 1999 | Indiana State Coroners' Association Conference, "Child Abuse," Evansville, IN |
| 1999 | New York Prosecutors Training Institute Seminar, "Use of the Medical Examiner to Enhance Domestic Violence Prosecution," Syracuse, NY |
| 1999 | New York State Association of County Coroners and Medical Examiners Fall Conference, "Gunshot Wounds", Albany, NY |
| 2000 | Warren & Washington Counties Multidisciplinary Team Conference, "Child Abuse Injuries and Photographic Documentation," Glens Falls, NY |
| 2001 | 2000 New York State Association of County Coroners and Medical Examiners Fall Conference, "Kendall Francois; The Story of a Serial Killer", Queensbury, NY |
| 2001 | Practical Homicide Investigation Advanced Course, "Forensic Pathology," Columbus, Ohio |
| 2002 | Henry C. Lee Symposium, "Sex-Related Homicides", New Orleans, LA |

| | |
|---|---|
| 2002 | Asian Association of Chiefs of Police conference, "The Abused and Battered Child, " New Orleans, LA |
| 2006 | Seminole County Child Protection Conference, "The Forensic Pathology of Child Abuse, " Orlando, FL |
| 2007-present | Course Director, United States/Canadian Academy of Pathology short course, "Fundamentals of Forensic Pathology: A Case-Based Approach" |
| 2007 | Florida Department of Law Enforcement Crimes Against Children, "Sudden Unexplained Infant Death Investigation," Jacksonville, FL |
| 2007 | Naval Air Station, :"Child Abuse: Physical Injuries and Sudden, Unexplained Infant Death Investigation, Jacksonville, FL |
| 2007 | Florida Department of Law Enforcement Crimes Childrten, "The Forensic Pathology of Child Abuse, " Fort Myers, FL and Pensacola, FL |

## VISITING PROFESSORSHIPS:

| | |
|---|---|
| November, 1990 | Hartford Hospital, Hartford CT |
| October, 1992 | Melrose-Wakefield Hospital, Melrose MA |
| October, 1992 | Nassau County Medical Center, NY |
| April, 1994 | Baystate Medical Center, Springfield, MA |

## STUDY SECTIONS:

| | |
|---|---|
| 1992 | NIH/NCI Specialized Programs of Research Excellence in Breast Cancer |
| 1993 | NIH/NCI RFA for Breast Cancer Tumor Registry |

11

# BIBLIOGRAPHY

## ORIGINAL REPORTS:

1.      Wolf BC, Luevano E, Neiman RS:  Evidence to suggest that the human fetal spleen is not a hematopoietic organ. Am J Clin Pathol 80:140-145, 1983.

2.      Medeiros LJ, Wolf BC:  Traumatic rupture of an adrenal myelolipoma.  Arch Pathol 107:500, 1983.

3.      Berard CW, Issacson PG, Neiman RS, Peiper SG, Watanabe S, Wolf BC, Wright DH: Symposium on histiocytic or large cell lymphomas. In: Malignant Lymphomas.  A Pathology Annual Monograph. New York: Appleton Century Crofts, pp. 109-169, 1983.

4.      Wolf BC, Neiman RS: Myelofibrosis with myeloid metaplasia: Pathophysiologic implication of  the correlation between bone marrow changes and progression of splenomegaly. Blood 65:803-808, 1985.

5.      Narang S, Wolf BC, Neiman RS:  Malignant lymphoma presenting with prominent splenomegaly:  A clinicopathologic study with special reference to intermediate cell lymphoma. Cancer 55:1948-1957, 1985.

6.      Medeiros LJ, Wolf BC, Balogh K, Federman M: Adrenal pheochromocytomas: A clinicopathologic review of 60 cases, Human Pathol 16:580-589, 1985.

7.      Travis WD, Balogh K, Wolf BC, Doos WG, Abraham JL: Silicone induced endocarditis: A complication of transvenous cardiac pacing catherization. Arch Pathol 110:51-54, 1986.

8.      Wolf BC, Kumar A, Vera JC, Neiman RS:  Bone marrow morphology and immunology in systemic amyloidosis. Am J Clin Pathol  86:84-88, 1986.

9.      Wolf BC, Neiman RS: Splenic filtration and the pathogenesis of  extramedullary hematopoiesis  in agnogenic myeloid metaplasia. Hematologic Pathol 1:77-78, 1987.

10.     O'Murchadha MT, Wolf BC, Neiman RS:  The histologic features of hyperplastic ARC lymphadenopathy are not specific. Am J Surg Pathol 11:94-99, 1987.

11.     Sherman ME, Albrecht M, DeGirolami PC, Kirkley S, Wolf BC, Eliopoulos GM, Rohrer RJ, Monaco AP:  Lactobacillius: An unusual case of splenic abscess and sepsis in an immunocompromised host. Am J Clin Pathol 88:659-662, 1987.

12.     Karlson KJ, Wolf BC, Neptune WB: Symptomatic carotid stenosis secondary to an intraluminal web. Vascular Surg 21:422-425, 1987.

13.     Daneker GW Jr, Guerra L, Wolf BC, Salem RR, Bagli DJ, Mercurio AM, Steele GD Jr, Laminin expression in colorectal carcinomas varying in degree of differentiation. Arch Surg 122:1470-1474, 1987.

14.     Ravikumar TS, Wolf BC, Chen LB, Salem RR, Cocchiaro C, Li HK, Steele GD Jr: Expression of epidermal growth factor receptor (EGFr) and mutant RAS p21 correlates with metastatic behavior in human colorectal cancer. Surgical Forum 38:398-400, 1987.

15.     Salem RR, Bleday R, Daneker GW, Wolf BC, Thomas P, Zamcheck N, Sears HF, Chen LB, Steele G, Jr:  Production and evaluation of a monoclonal antibody to non-CEA producing colorectal cancers.  Surgical Forum 38:408-410, 1987.

16.     Wolf BC, Banks PM, Mann RB, Neiman RS:  Splenic hematopoiesis in polycythemia vera: A morphologic and immunohistologic study.  Am J Clin Pathol 89:69-75, 1988.

17.     Wolf BC, Khettry U, Leonardi HK, Neptune WB, Bhattacharyya AK, Legg MA:  Benign lesions mimicking malignant tumors of the esophagus.  Human Pathol 19:148-154, 1988.

18.     Gilchrist KW, Harrington DP, Wolf BC, Neiman RS:  Statistical and empirical evaluation of histopathological reviews for  quality assurance in the Eastern Cooperative Oncology Group. Cancer 62:861-868, 1988.

19.     Sheahan K, Wolf BC, Neiman RS:  Inflammatory pseudotumor of  the spleen:  A clinicopathologic study of three cases.  Human Pathol 19:1024-1029, 1988.

20.     Wolf BC, Neiman RS:  The bone marrow in myeloproliferative and dysmyelopoietic syndromes. Hematol/Oncol Clin North Am 2: 669-694, 1988.

21.     Wolf BC, Gilchrist KW, Mann RB, Neiman RS:  Evaluation of  pathology review of malignant lymphomas and Hodgkin's disease in cooperative clinical trials the Eastern Cooperative Oncology Group experience. Cancer 62:1301-1305, 1988.

22.     Salem RR, Wolf BC, Sears HF, Thomas P, Bollinger B, Zamcheck N, Saravis CA, Chen LB, Steele G, Jr.: A cell surface glycoprotein expressed by colorectal carcinomas including poorly differentiated, noncarcinoembryonic antigen producing colorectal tumors. Cancer Res 48:7257-7263, 1988.

23.     Ravikumar TS, D'Emilia J, Cocchiaro C, Wolf BC, King V,  Steele G, Jr.:  Experimental liver metastasis: Implications of clonal proclivity and organ specificity. Arch Surg 124:49-54, 1989.

24.     Talarico L, Wolf BC, Kumar A, Weintraub LR:  Reversal of bone marrow fibrosis and subsequent development of polycythemia in patients with myeloproliferative disorders. Am J Hematol 30:248-253, 1989.

25.     Ben-Ezra J, Burke JS, Swartz WG, Brownell MD, Brynes RK, Hill R, Nathwani BN, Oken MM,      Wolf BC, Woodruff R, Rappaport H: Small lymphocytic lymphoma:  A clinicopathologic analysis of  268 cases.  Blood 73:579-587, 1989.

26.     O'Keane JC, Wolf BC, Neiman RS:  The pathogenesis of splenic extramedullary hematopoiesis  in metastatic carcinoma. Cancer  63:1539-1543, 1989.

27.     Ravikumar TS, Wolf BC, Cocchiaro C, D'Emilia J, Steele G, Jr.:  Ras gene activation and epidermal growth factor receptor expression in colon cancer.  J Surg Res 47:418-422, 1989.

28.     Wolf BC, Salem RR, Sears HF, Horst DA, Lavin PT, Herlyn M, Itzkowitz SH, Schlom J, Steele GD, Jr.: The expression of colorectal carcinoma associated antigens in the normal colonic mucosa: An immunohistochemical analysis of regional distribution. Am J Pathol 135:111-119, 1989.

29.     D'Emilia J, Bulovas K, D'Ercole K, Wolf BC, Steele G, Jr, Summerhayes IC: Expression of the cerbB2 gene product (p185) at different stages of neoplastic progression in the colon. Oncogene 4:1233-1239, 1989.

30.     Wolf BC, Neiman RS: The pathology of malignant lymphomas and Hodgkin's disease. Curr Opin Oncol 1:10-16, 1989.

31.     Wolf BC, D'Emilia JC, Salem RR, DeCoste DD, Sears HF, Gottlieb LS, Steele GD, Jr.: Detection of the tumor associated glycoprotein antigen (TAG-72) in premalignant lesions of the colon. J Natl Cancer Inst 81:1913-1916, 1989.

32.     Wagner HE, Thomas P, Wolf BC, Rapoza A, Steele G, Jr.: Inhibition of sialic acid incorporation prevents hepatic metastases. Arch Surg 125:351:354, 1990.

33.     Wolf BC, Martin AW, Ree HJ, Banks PM, Smith S, Neiman RS: Non-Hodgkin's lymphomas of the gastrointestinal tract: An evaluation of paraffin section immunostaining. Am J Clin Pathol 93:233-239, 1990.

34.     Wolf BC, Martin AW, Neiman RS, Janckila AJ, Yam LT, Caracansi A, Leav BA, Winpenny R, Schultz DS, Wolfe HJ: The detection of Epstein-Barr virus in hairy cell leukemia cells by in-situ hybridization. Am J Pathol 136:717-723, 1990.

35.     Wolf BC, Brady K, O'Murchadha MT, Neiman RS: An evaluation of immunohistologic stains for immunoglobulin light chains in bone marrow biopsies in benign and malignant plasma cell proliferations. Am J Clin Pathol 94:742-746, 1990.

36.     Wagner HE, Thomas P, Wolf BC, Zamcheck N, Jessup JM, Steele GD Jr: Characterization of the tumorigenic and metastatic potential of a poorly differentiated human colon cancer cell line. Invasion Metastasis 10:253-266, 1990.

37.     Wu SSH, Brady K, Anderson JJ, Vezina R, Skinner M, Neiman RS, Wolf BC: The predictive value of bone marrow morphologic characteristics and immunostaining in primary (AL) amyloidosis. Am J Clin Pathol 96:95-99, 1991.

38.     D'Emilia JC, Mathey-Prevot B, Jaros K, Wolf B, Steele G Jr: Preneoplastic lesions induced by myc and src oncogenes in a heterotopic rat colon. Oncogene 6:303-309, 1991.

39.     Martin AW, Brady K, Smith SI, DeCoste D, Page DV, Malpica A, Wolf B, Neiman RS: Immunohistochemical localization of human immunodeficiency virus p24 antigen in placental tissue. Hum Pathol 23:411-414, 1992.

40.     Neiman RS, Cain K, Ben Arieh Y, Harrington D, Mann RB, Wolf BC: A comparison between the Rappaport classification and Working Formulation in cooperative group trials: The ECOG experience. Hematol Pathol 6:61-70, 1992.

41.     Wolf BC, Sheahan K, DeCoste D, Variakojis D, Alpern HD, Haselow RE: Immunohistochemical analysis of small cell tumors of the thyroid gland: An ECOG study. Hum Pathol 23:1252-1261, 1992.

14

42.    Salem RR, Wolf BC, Sears HF, Lavin PT, Ravikumar TS, DeCoste D, D'Emilia JC, Herlyn M, Schlom J, Gottlieb LS, Steele GD Jr: Expression of colorectal carcinoma associated antigens in colonic polyps. J Surg Res 55:249-255, 1993.

43.    Kiessling AA, Crowell RC, Brettler D, Forsberg A, Wolf BC: HIV detection and differential leukocyte counts are accurate and safer with formaldehyde fixed blood. Blood 81:864-865, 1993.

44.    Friedenberg WR, Anderson J, Wolf BC, Cassileth PA, Oken MM Modified vincristine, doxorubicin, and dexamethasone regimen in the treatment of resistant or relapsed chronic lymphocytic leukemia. An Eastern Cooperative Oncology Group study. Cancer 71:2983-2989, 1993.

45.    Kiessling AA, Yin HZ, Purohit A, Kowal M, Wolf B. Formaldehyde-fixed semen is suitable and safer for leukocyte detection and DNA amplification. Fertility and Sterility 60:576-581, 1993.

46.    Remick SC, McSharry JJ, Wolf BC et al. Novel oral combination chemotherapy in the treatment of intermediate and high grade AIDS-Related non-Hodgkin's lymphoma. J Clin Oncol 11:1691-1702, 1993.

47.    Abdulla M, Bui HX, del Rosario AD, Wolf BC, Ross JS: Renal angiomyolipoma: DNA content and immunohistochemical study of classic and multicentric/malignant variants. Arch Pathol Lab Med 118:735-740, 1994.

48.    Ballouk F, Ross J, Wolf BC. Ovarian endometriotic cysts: an analysis of cytologic atypia and DNA ploidy patterns. Am J Clin Pathol 102(4): 415-419, 1994.

49.    Purdy S, Farrell M, Dervan P, Wolf BC: Primary intracranial lymphomas: An overview. Progress Surg Pathol (in press).

50.    Nazeer T, Wolf BC. Diagnostic problems in the spleen. Pathology Annual 30 (2): 283-329, 1995.

51.    Nazeer T, Burkart P, Pipito S, Jennings TA, Wolf BC: Blastic transformation of hairy cell leukemia: Report of a distinctive case and review of the literature. Arch Pathol 121: 707-713, 1997.

52.    Rosano T, Meola J, Wolf B, Guisti L, Jindal S: Benztropine identification and quantitation in a suicidal overdose. J Anal Tox 18:348-353, 1994.

53.    Wolf BC: The changing role of the medical examiner. Quinnipiac Health Law 1:23-31, 1996.

54.    Jennings TA, Okby NT, Schroer KR, Wolf BC, Mihm MC Jr: Parotid involvement by desmoplastic melanoma. Histopathol 29:165-170, 1996.

55.    Tran TA, Kallakury BVS, Carter J, Wolf BC, Ross JS: Coexistence of granular cell tumor and ipsilateral infiltrating ductal carcinoma of the breast. Southern Med J 90:1149-1151, 1997.

56.    Leaf AN, Wolf BC, Kirkwood J, Haselow RE: Phase II study of etoposide in patients with thyroid cancer with no prior chemotherapy: An Eastern Oncology Group Study (E1385). Med Oncol 17:47-51, 2000.

57.     Kucuk O, Young ML, Habermann TM, Wolf BC, Jimeno J, Cassileth PA: Phase II trial of didemnin B in previously treated non-Hodgkin's lymphoma: An ECOG study. Am J Clin Oncol 23:273-277, 2000.

58.     Person TLA, Lavezzi WA, Wolf BC. Co-sleeping and sudden unexpected death in infancy. Arch Pathol Lab Med 126:343-345, 2002.

59.     Lavezzi WA, Keough KM, Der'Ohannesian P, Person TLA, Wolf BC.  The use of pulmonary interstitial emphysema as an indicator of live birth.  Am J Forensic Med Pathol 24:87-91, 2003.

60.     Wolf BC, Lavezzi WA, Sullivan L, Flannagan LM.  Methadone-related deaths in Palm Beach county. J Forensic Sci  49:375-378, 2004.

61.     Flannagan LM, Wolf BC.  Sudden death associated with food and exercise. J Forensic Sci 49:543-544, 2004.

62.     Lavezzi WA, McKenna BJ, Wolf BC. The significance of pulmonary interstitial emphysema in live birth determination. J Forensic Sci 49:546-552, 2004.

63.     Wolf BC, Lavezzi WA, Sullivan L, Flannagan LM.  172 deaths involving the use of oxycodone in Palm Beach County. J Forensic Sci 50:192-195, 2005.

64.     Wolf BC, Lavezzi WA, Sullivan L., Middelberg R, Flannagan LM. Alprazolam-related deaths in Palm Beach County.  Am J Forensic Med Pathol 26:24-27, 2005.

65.     Wolf BC.  Review of: forensic aspects of chemical and biological terrorism.  J Forensic Sci 50:1262, 2006.

66.     Harding BE, Wolf BC.  Alligator attacks in southwest Florida.  J Forensic Sci  51:674-677, 2006.

67.     Wolf BC, Harding BE.  Investigative and autopsy finding in sport aircraft-related deaths in southwest Florida.  Am J Forensic Med Pathol (in press).

68.     Harding BE, Wolf BC.  Case report of suicide by inhalation of nitrogen gas.  Am J Forensic Med Pathol (in press).

69.     Wolf BC, Lavezzi WA.  Pulmonary interstitial emphysema and live birth determination. Am J Forensic Med Pathol (in press).

70.     Wolf BC, Lavezzi WA.  Paths to destruction: the lives and crimes of two serial killers.  J Forensic Sci 52:199-203, 2007.

71.     Wolf BC, Harding BE.  Patterns of Injury in a fatal BASE jumping accident.  Am J Forensic Med Pathol (in press).

72.     Hamilton RA, Wolf BC.  Accidental boric acid poisoning following the ingestion of household pesticide. J Forensic Sci 52:706-8, 2007.

73.     Hamilton RA, Sullivan L, Wolf BC.   Sudden cardiac death due to giant cell inflammatory processes.  J Forensic Sci 52:943-950, 2007.

74.     Wolf BC, Harding BE.  Parasailing fatalities in southwest Florida.  Am J Forensic Med Pathol (in press).

75.         Harding BE, Wolf BC.  Independence day explosion on Lovers Key. J Forensic Sci 52:1186-9, 2007.

TEXTS:

1.         Wolf BC, Neiman RS:  Disorders of the Spleen.  Philadelphia: WB, Saunders 1989.

BOOK CHAPTERS:

1.         Wolf, BC:  Benign lymphadenopathy.  In Bick RL et al (ed) Hematology: Clinical and Laboratory Practice St Louis: CV Mosby, 1993.

2.         Wolf BC, Neiman RS:  Morphology of the myeloproliferative disorders. In: Bick RL et al (ed) Hematology: Clinical and Laboratory Practice. St Louis: CV Mosby, 1993.

3.         Neiman RS, Wolf BC:  Disorders of the spleen.  In: Bick RL et al (ed)  Hematology: Clinical and Laboratory Practice. St. Louis: CV Mosby, 1993.

4.         Wolf BC, Neiman RS: Histopathologic manifestations of lymphoproliferative and myeloproliferative disorders involving the spleen. In: Knowles D (ed). Neoplastic Hematopathology.  Baltimore: Williams and Wilkins, 1992.

5.         Remick SC, Boguniewicz A, Wolf B: Solid tumors in HIV-infected patients other than AIDS-defining neoplasms.  In: Friedman H, Klein TW, Specter S (eds).  Drugs of Abuse, Immunity, and AIDS. New York, Plenum Press, 1993.

6.         Wolf BC, Farhi DC: The spleen.  In: Weidner N (ed). The Difficult Diagnosis in Surgical Pathology.  Philadelphia: WB Saunders 1996.

ABSTRACTS:

1.         Wolf BC, Luevano E, Neiman RS: The human fetal spleen is not a hematopoietic organ. Lab Invest 46:90A, 1982.

2.         Narang S, Wolf BC, Neiman RS: Intermediate cell lymphoma presenting with prominent splenomegaly: It's relationship to so-called primary splenic lymphoma. Lab Invest 46:60A, 1982.

3.      Wolf BC, Neiman RS:  Bone marrow changes in myelofibrosis with myeloid metaplasia: A sequential study. Lab Invest 48:95A, 1983.

4.      Wolf BC, Neiman RS: The pathology of the spleen in polycythemia vera. Lab Invest 48:95A, 1983.

5.      Travis WD, Balogh K, Wolf BC, Abraham JL: Silicone-related pathology: A review.  Am J Clin Pathol 81:806,1984.

6.      Medeiros LJ, Wolf BC, Balogh K: Adrenal pheochromocytomas: A clinicopathologic review of 60 cases. Lab Invest 50:39A, 1984.

7.      Wolf BC, Legg MA: Primary pulmonary malignant lymphomas. (Presented at the 1984 fall meeting of the American Society of Clinical Pathologists).

8.      Wolf BC, Kumar A, Vera JC, Neiman RS: The clonality of marrow plasma cells in amyloidosis.  Lab Invest 52:77A, 1985.

9.      Neiman RS, Cain K, BenArie J, Wolf BC, Mann R: A comparison between the Working Formulation and the Rappaport classification of nonHodgkin's lymphomas. Lab Invest 54:47A, 1986.

10.     Wolf BC, Banks PM, Mann RB, Neiman RS: The spleen in polycythemia vera An ECOG study. Blood 68 (Suppl 1): 207A, 1986.

11.     Gilchrist K, Harrington D, Wolf BC, Neiman RS: Evaluation Of histopathological review for quality assurance in cooperative clinical cancer trials-the ECOG experience. Lab Invest 56:27A, 1987.

12.     Daneker GW, Guerra BS, Wolf BC, Salem RR, Bagli DJ, Meraurio AM, Steele G Jr.: Laminin expression of colorectal carcinomas varying in degree of differentiation. J Cell Biochem Suppl 11D:107, 1987.

13.     O'Keane JC, Wolf BC, Neiman RS: The pathogenesis of splenic EMH in metastatic carcinoma. Lab Invest 58:69A, 1988.

14.     Sheahan DK, Wolf BC, Neiman RS: Inflammatory pseudotumor of the spleen: A clinicopathologic study of three cases. Lab Invest 58:83A, 1988.

15.     Wolf BC, Gilchrist K, Mann RB, Neiman RS: Evaluation of pathology review of lymphomas and Hodgkin's disease in cooperative clinical trials the ECOG experience. Lab Invest 58:105A,1988.

16.     Ben-Ezra J, Burke J, Swartz W, Brownell M, Brynes R, Hill R, Nathwani B, Oken M, Wolf BC, Woodruff R, Rappaport H: Small lymphocytic lymphoma: A clinicopathologic analysis of 286 cases. Lab Invest 58:9A, 1988.

17.     D'Emilia J, Bulovas K, Wolf BC, Steele G Jr., Summerhayes IC: Expression and localization of the cerbB2 protein product in colonic neoplasia. Br J Surg 75:1239, 1988.

18.     Salem RR, Wolf BC, Sears HF, Horst DA, Falchuk ZM, Ravikumar TS,  Steele  G  Jr.: Expression of colorectal carcinoma (CRC)-associated antigens in the normal colon. Gastroenterology 94:A395, 1988.

19.     Wolf BC, Salem RR, Sears HF, Thomas P, Bollinger B, Zamcheck N, Chen LB, Steele GD: A monoclonal antibody reactive with poorly differentiated colorectal carcinomas.

Abstracts of the XV11 International Congress of the International Academy of Pathology, Dublin, September 1988.

20.     Wolf BC, Martin AW, Ree J, Banks PM, Smith S, Neiman RS: Non-Hodgkin's lymphomas of the gastrointestinal tract: An evaluation of paraffin section immunostaining. An ECOG study. Abstracts of the XVII International Congress of the International Academy of Pathology, Dublin, September 1988.

21.     Wolf BC, Martin AW, Purdy S, Yam LT, Neiman RS, Thorley Lawson D, Wolfe HJ: The detection of Epstein Barr virus in hairy cell leukemia cells by filter and in-situ hybridization. Lab Invest 60:106A, 1989.

22.     Wagner HE, Thomas P, Zamcheck N, Wolf BC, Steele G Jr.: Differentiation and CEA production of human colorectal cancer (HCRC) cell lines influence tumor growth and spread after intrasplenic injection in nude mice. FASEB J 3:A639, 1989.

23.     Wolf BC, Salem RR, Sears HF, Lavin PT, DeCoste D, D'Emilia J, Herlyn M, Schlom J, Gottlieb LS, Steele GD Jr.: The expression of colorectal carcinoma associated antigens in colonic polyps. Gastroenterology 96:A549, 1989.

24.     Salem RR, Wolf BC, Lavin P, Sears HF, Steele G, Jr.: Alteration of colorectal carcinoma-associated antigen expression in colonic polyps. AACR Proc 30:411, 1989.

25.     WU SSH, Brady K, Skinner M, Neiman RS, Wolf BC: The predictive of bone marrow morphology immunology in primary amyloidosis. Lab Invest 62:109A, 1990.

26.     Friedenberg W, ㄴAnderson J, Oken M, Wolf BC, Cassileth P: Modified VAD in the treatment of resistant or relapsing chronic lymphocytic leukemia (CLL): An ECOG study. ASCO Proc 9:210, 1990.

27.     Epshteyn L, Purdy S, Blanco R, Wolf BC, Cooley T, Smith S, Neiman RS: Peripheral blood abnormalities in patients with Acquired Immunodeficiency Syndrome/AIDS Related Complex (AIDS/ARC): A morphologic and cytochemical study. Lab Invest 64:71A, 1991.

28.     Remick S, McSharry J, Wolf BC, Blanchard C, Gorman P, Slaga J, Wgner H, Harper G. Horton J, Ruckdeschel J: Novel oral combination chemotherapy (CT) in the management of AIDS-related nonHodgkin's lymphoma (NHL) ASCO Proc 10:32, 1991.

29.     Boguniewicz A, Mudgil A, O'Neil K, Weiss R, Remick S, Wolf B: Cytopathologic and epidemiologic findings in HIV seropositive women. Lab Invest 66:24A, 1992.

30.     Patel A, McSharry J, Dunn H, Herman D, Wolf B, Remick S. Detection of p24 antigen in peripheral blood mononuclear cells (PBMC) and bone marrow mononuclear cells in HIV seropositive patients. Lab Invest 66:93A, 1992.

31.     Abdulla M, Bui H, Kahn M, Del Rosario A, Wolf B, Ross J: Angiomyolipomas: DNA content and immunohistochemical studies of classic and giant multicentric "malignant" variants. Lab Invest 66:2A, 1992.

32.     Ballouk F, Ross JS, Wolf BC: DNA aneuploidy in endometriosis: An image analysis study. Am J Clin Pathol 98:352, 1992.

33.     Ballouk F, Vigna P, Kotylo P, Axiotis C, Neiman RS, Wolf BC: P-Glycoprotein expression and DNA ploidy in multiple myeloma. Mod Pathol 6:86A, 1993.

34.     Nazeer T, Vigna P, Remick S, Wolf B: Kaposi's sarcoma in HIV patients: DNA ploidy by image analysis and correlation with clinicopathologic parameters.  Am J Clin Pathol 100:349, 1993.

35.     Nazeer T, Patel A, Remick S, Wolf BC: Non-Hodgkin's lymphoma in AIDS: Clinicopathologic features, ploidy and SPF analysis of 15 cases.  Am J Clin Pathol 100:348, 1993.

36.     Amato C, Nazeer T, Vigna P, Ballouk F, Remick S, Wolf BC: p53 Immunostaining in HIV-associated Kaposi's sarcoma and correlation with clinicopathologic parameters. Am J Clin Pathol 100:349, 1993.

37.     Amato C, Ballouk F, Vigna P, Nazeer T, Kotylo P, Neiman RS, Wolf BC: p53 Immunostaining and its relationship to P-glycoprotein expression in multiple myeloma. Am J Clin Pathol 100:338, 1993.

38.     Burkart P, Eastman A, Lorch C, Wolf B, Harrison B, Ross J: Chronic myelogenous leukemia (CML) with an unusual variant philadelphia chromosome, t(16;22)(p13;q11) and chloroma. Abstracts of the International Society of Haematology, 489, 1993.

39.     Nazeer T, Daas M, Wolf BC:  Is AIDS associated myelodysplasia related to HIV infection?  Flow cytometric analysis of p24 positive bone marrow mononuclear cells. Am J Clin Pathol (in press).

40.     Jennings TA, Okby NT, Schroer KR, Wolf BC, Mihm MC:  Desmoplastic malignant melanoma (DMM) involving the parotid.  Lab Invest 72:102A, 1995.

41.     Wolf B, Baden M:  The value of exhumation in criminal investigation.  Presented at the 1994 International Forensic Science Synposium, Taipei.

42.     Kucuk O, Young M, Hochster H, Haberman T, Wolf B, Cassileth P:  Phase II trail of didemnin B (DDB) in previously treated non-Hodgkin's lymphoma (NHL):  An Eastern Cooperative Oncology Group (ECOG) Study (Est 1489).  ASCO Proc (in press)

43.     Baden MM, Wolf BC:  Identifying characteristics of tattoos.  Proceedings of the 14th Meeting of the International Association of Forensic Sciences, page 122, 1996.

44.     Wolf BC, Baden MM:  Patterned skin changes in death investigation.  Proceedings of the 14th Meeting of the International Association of Forensic Sciences, page 122, 1996.

45.     Hida C, Scalzo D, Remick S,  Dunn H, Purdy S, Lorch C, Wolf B, Nazeer T:  A cytogenetic evaluation of HIV associated-myelodysplasia. Modern Pathol 10:127A, 1997.

46.     Lavezzi W, Wolf BC:  Dispelling the myth of "sudden in-custody death syndrome." Proceedings of the 2000 Meeting of the American Academy of Forensic Sciences, page 189, 2000.

47.     Lavezzi W, Keough K, Der'Ohannesian P, Person T, Wolf BC.  Pulmonary interstitial emphysema as an indicator of live birth.  Proceedings of the 2001 Meeting of the American Academy of Forensic Sciences, page 195, 2001.

48.     Person TLA, Lavezzi W, Wolf BC.  Co-sleeping and sudden unexpected death in infancy.  Proceedings of the 2001 Meeting of the American Academy of Forensic Sciences, page 208, 2001.

49.    Lavezzi WA, Wolf BC, McKenna BJ.  Changing morbidity and mortality in the HIV population: an autopsy study.  Modern Pathol 15:7A, 2002.

50.    Lavezzi WA, Wolf BC.  The significance of pulmonary interstitial emphysema in fetal and infant autopsies.  Proceedings of the 2002 Meeting of the American Academy of Forensic Sciences, page 173, 2002.

51.    Wolf BC, Lavezzi WA, Flannagan LM.  Methadone-related deaths in Palm Beach County.  Proceedings of the 2003 Meeting of the American Academy of Forensic Sciences, page 222, 2003.

52.    Wolf BC, Lavezzi WA.  The atypical serial killer.  Proceedings of the 2006 Meeting of the American Academy of Forensic Sciences, page 20, 2006.

53.    Hamilton RA, Sullivan L, Wolf BC.  Death by giant cells: report of two cases of sudden cardiac death due to giant cell inflammatory processes.  Proceedings of the 2007 Meeting of the American Academy of Forensic Sciences, page 287, 2007.

54.    Harding BE, Wolf BC.  Independence day explosion on Lovers Key.  Proceedings of the 2007 Meeting of the American Academy of Forensic Sciences, page 290. 2007.

CRIMINAL TESTIMONIES  2004-2007

| DATE | CASE PEOPLE VS. | COUNTY/ STATE | TRIAL OR G.J. | PROSECUTOR | DEFENSE ATTRNY | DECEASED./ INJURED | TESTIFY FOR Prosecution or defense |
|------|-----------------|---------------|---------------|------------|----------------|--------------------|-----------------------------------|
| 01/30/04 | Clifford Jackson | Palm Beach | T | Stacey Ibarra | Jeff Richards | James Tabor | P |
| 02/12/04 | Christopher Coates | Palm Beach | T | John Burton | | Luther E. Childs, IV | P |
| 03/04/04 | Tyrone Cole | Albany, NY | T | David Rossi | Ray Kelly | Steven Panza | P |
| 03/05/04 | Roy Thompson | Palm Beach | T | Angela Miller | Ron Chapman | Raymond Robb | P |
| 03/08/04 | | Palm Beach | depo | Kirk Volker | Douglas Duncan | Obel Stvil | P |
| 03/16/04 | | Palm Beach | G.J. | Mary Ann Duggan | | Melissa Kinney | P |
| 04/04/04 | Richard Bruch | Palm Beach | depo | | Jack Fuchs | April Dean | P |
| 04/13/04 | | Palm Beach | depo | | Ron Chapman | Larry Lark | P |
| 05/11/04 | | Palm Beach | depo | Jeffrey Jones | Jonathan Kaplan | Quinshala Gray | P |
| 05/14/04 | Ernest Johnson | Palm Beach | T | Bunnie Lenhardt | Nellie King | Reginald Gwinn | P |
| 05/28/04 | | Palm Beach | depo | Tara McIntosh | Sam Marshall | David Walker | P |
| 8/5/2004 | | Palm Beach | depo | Angela Miller | Carey Haughwout | Cassarubias,Cortez,Logan | P |
| 8/5/2004 | Saul Ajpop | Palm Beach | T | Ettie Feistmann | Robert Gershman | Jaun Ramirez Fernandez | P |
| 8/24/2004 | | Palm Beach | depo | | Carey Haughwout | Nadir Basheeri | P |
| 9/21/2004 | | Palm Beach | depo | | Philip Massey | Melissa Kinney | P |
| 10/1/2004 | | Palm Beach | depo | | Doug Duncan | Douglas Caramagna | P |
| 10/13/2004 | | Palm Beach | depo | Dan Gallo | David Pleasanton | Glenmore Saunders | P |
| 10/13/2004 | Felix Martinez | Palm Beach | T | Al Johnson | Mike Hanrahan | Jude Joseph | P |
| 10/19/2004 | | Palm Beach | depo | Ellen Roberts | Mark Seiden | Laura Maness | P |
| 12/3/2004 | Kevin Cherry | Albany, NY | T | James Clark | Fernand Rosetti | F.Winston & R. Leon-Velez | P |
| 12/8/2004 | Shirley Petittfrere | Palm Beach | T | John Martz | Franklin Prince | Simon Sands | P |

| DATE | CASE PEOPLE VS. | COUNTY/ STATE | TRIAL OR G.J. | PROSECUTOR | DEFENSE ATTORNEY | DECEASED./ INJURED | TESTIFY FOR Prosecution or defense |
|---|---|---|---|---|---|---|---|
| 2/8/2005 | | Palm Beach | T | Craig Williams | Carey Haughwout | Nadir Basheeri | P |
| 4/6/2005 | Andre Clarke | Palm Beach | T | Dan Galo | Michael Bernstein | Larry Lark | P |
| 4/20/2005 | Antonio Perez | Palm Beach | T | Jeffrey Jones | | Ezequiel Perez | P |
| 6/29/2005 | | Palm Beach | depo | Kirk Volker | Robert Gershman | James Ryan, Fredrick Smith | P |
| 7/7/2005 | William Rosati | Palm Beach | depo | Bunnie Lenhardt | Elizabeth Ramsey | Nicholas Sidoti | P |
| 8/9/2005 | William Rosati | Palm Beach | T | Bunny Lenhardt | Elizabeth Ramsey | Nicholas Sidoti | P |
| 9/14/2005 | Rashe Proby | Palm Beach | T | Kirk Volker | Robert Gershman | Frederick Smith, James Ryan | P |
| 11/16/2005 | Waymon Jenkins | Palm Beach | T | Jeffrey Jones | Jonathan Kaplan | Quinshala Gray | P |
| 12/21/2005 | Boris Bortesky | Middlesex, NJ | T | Nicholas Sewitch | Joseph Benedict | Saoule Moukhametova | D |

| DATE | CASE PEOPLE VS. | COUNTY/ STATE | TRIAL OR G.J. | PROSECUTOR | DEFENSE ATTORNEY | DECEASED/ INJURED | TESTIFY FOR Prosecution or defense |
|---|---|---|---|---|---|---|---|
| 1/23/2006 | | Schenectady | T | Paul Clyne | Mark Sacco | James Holland | P |
| 2/7/2006 | Melissa Harton | Howard Co, M | T | Dario Broccolino | Miriam Seddiq | Natasha Bacchus | D |
| 2/14/2006 | Kenneth Chubbuck | Lee, FL | depo | Earl Fechter | Katherine Fitzgeorge | Payton King Parrish | P |
| 3/29/2006 | Kenneth Chubbuck | Lee, FL | T | Earl Fechter | Katherine Fitzgeorge | Payton King-Parrish | P |
| 4/5/2006 | | Lee, FL | GJ | Scott Cupp | | Michelle Fontanez | P |
| 5/17/2006 | | Lee, FL | depo | Besty Biffl | Cindy O'Shea | Jaime Watkins | P |
| 8/16/2006 | Mickey T. Kidd, Jr. | Palm Beach | T | Dan Galo | John Garcia | William Fleming | P |
| 9/16/2006 | Jeffrey Lamb | Palm Beach | T | Craig Williams | Richard Lubin | Cathy Lamb | D |
| 9/25/2006 | Sandrac nelson | Palm Beach | depo | Kirk Volker | Elizabeth Ramsey | Marie Viard | P |
| 10/5/2006 | Sandrac Nelson | Palm Beach | T | Kirk Volker | Elizabeth Ramsey | Marie Viard | P |
| 10/18/2006 | Mickey T. Kidd, Jr. | Palm Beach | T | Dan Galo | John Garcia | William Fleming | P |
| 11/14/2006 | Shahkene Joseph | Albany, NY | T | Mark Harris | Joseph McCoy | Shawndell Smith | P |
| 12/14/2006 | Toby Coppler | Glades | depo | Dennis Wallace | Montgomery Jackson | Kevin Osceola | P |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| DATE | CASE PEOPLE VS. | COUNTY/ STATE | TRIAL OR G.J. | PROSECUTOR | DEFENSE ATTORNEY | DECEASED/ INJURED | TESTIFY FOR Prosecution or defense |
|------|-----------------|---------------|---------------|------------|------------------|-------------------|-------------------------------------|
| | | | | | | | |
| 11/7/2007 | Jarvis McBride | Lee | T | Robert Lee | Robert Hines | Gregory Hart | P |
| 1/18/2007 | Thomas Sebald | Greene, NY | T | Terry Wilhelm | Stephen Coffey | Peter Shine | D |
| 2/5/2007 | Scott Robinson | Ocean, NJ | T | Deborah Hanlon- | Steven Altman | Thomas Robinson | D |
| 5/14/2007 | Fred Kretzmer | Palm Beach | depo | Angela Miller | Shari Vrod | Linda Fishman | P |
| 6/8/2007 | Toby Coppler | Glades | T | Dennis Wallace | Montgomery Jackson | Kevin Osceola | P |
| 6/18/2007 | Vince Wardlow | Lee | T | Ron Smith | Joseph Bodiford | Jermaine Thompson | P |
| 6/27/2007 | Kenneth Krinsky | Lee | depo | Linda Smith | Ian Mann | Regina Krinsky | P |
| 6/28/2007 | Amy Matsumoto | Lee | depo | Linda Smith | William Miskovich | Sierra Gant | P |
| 8/1/2007 | Nilton Diaz | Lake, FL | depo | William Gross | Jose Baez | Noeris Vasquez | P |
| 8/1/2007 | Umberto Ramirez | Lee | T | | | Oscar Maldonado | P |
| 9/24/2007 | Shakene Joseph | Albany, NY | T | David Rossi | Yorden Huban | Shawndell Smith | P |
| | | | | | | | |
| | | | | | | | |

CIVIL DEPOSITIONS  2003-2007

| DATE | CASE | VENUE | CASE # | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | EXPERT PLAINTIFF OR DEFENSE |
|---|---|---|---|---|---|---|
| 3/11/2003 | Lorraine Weiner v. P7S Tours | Ft. Lauderdale, FL | | Louis Battista | Bruce Trybus, Cooney, Mattson et al, Ft. Lauderdale, FL | D |
| 7/16/2003 | Bouchard v Forester | DeKalb Co, GA | 01 CV 6909 5 | Malcolm Smith | Sharon Neal | P |
| 7/23/2003 | Avera v Simo | Palm Beach | 03-02095 AI | Michael Mandeville, Morgan, Colling & Gilbert, Orlando, FL | Jay Chimpoulis, Ft Lauderdale, FL | P |
| 2/24/2004 | Patricia Donovan | Palm Beach | | Harry Chevin | Heather Bush, Gordon, Hargrove & James, Ft. Lauderdale, FL | D |
| 2/27/2004 | Drewes v Levin | Palm Beach | | John McGovern, Montgomety and Larson | Daniel Bachi, Sellars, Marion & Bachi | P |
| 4/21/2004 | Tucker v Delray Medical Center | Palm Beach | | David Dudgeon, Petosa & Associates, Boca Raton, FL | Timothy Lewis, McIntosh, Sawran et al, Ft. Lauderdale, FL | P |
| 5/28/2004 | Abraham Liebowitz | Palm Beach | | Alan Rothberg, John Incorvia, P.A., Miami, FL | Robert Tanner, Fowler, White & Burnett, Ft. Lauderdale, FL | P |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/4/2004 | Alice Reilly | Palm Beach | | Walter Jones | Robert Glassman, Capito & Polk, West Palm Beach, FL | P |
| 10/8/2004 | Maurice McFarlane | Palm Beach | | David Prather, Lytal, Reiter et al. Palm Beach, FL | David Herman, Murray, Marin & Herman, Coral Gables, FL | P |
| 12/13/2004 | Jennifer Baker | Palm Beach | | Bart Cozad, Peterson Bernard, West Palm Beach, FL | | P |
| 1/24/2005 | Charles & Kellem Turner | Palm Beach | | Matthew Levy, Metnick & Levy, Delray Beach, FL | | P |
| 2/16/2005 | Paula Kalosky | CT | | Stephen Reck, Trebisacci & Reck, Pawcuttuck, CT | Averum Sprecher | D |
| 3/1/2005 | Chaj v. Bridgestone et al | Palm Beach | | Jorge Reynardus, Holland and Knight,Miami, FL | | P |
| 6/22/2006 | Skiba v. Tuma et al | NJ | MID-L-10441-02 | Daryl Zaslow, Blume, Goldfadden et al, Chatham NJ | Meeghan Walsh, Dughi & Hewitt, Cranford, NJ | P |
| 7/13/2006 | Special v. Bauk et al | Palm Beach, FL | | Gary Cohen, Grossman, Roth et al, Ft. Lauderdale, FL | Eugene Ciotoli, Bobo, Ciotoli et al, North Palm Beach, FL | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CIVIL TESTIMONIES   2003-2007

| DATE | CASE | VENUE | CASE # | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | EXPERT FOR PLAINTIFF OR DEFENSE |
|------|------|-------|--------|--------------------|------------------|--------------------------------|
| 4/10/2003 | De La Rosa v Skory et al | Schenectady NY | 2598/2000 | Andrew Rosner | Concetta Lomanto, Maynard, O'Connor et al this is a test | D |
| 4/28/2003 | Hilda Heim v Rosenfield | Greene Co, NY | | George Szary, DeGraff, Foy et al | Scott Johnson | P |
| 6/17/2003 | Judith Beckert v James Schneider, M.D. | Kingston, NY | 01-1505 | David Clegg, Kingston, NY | Maureen Bonnani | P |
| 11/15/2005 | Reilly, Alice v Laabs, Richard | Palm Beach, FL | | Walter C. Jones, Palm Beach Gardens, FL | Robert Glassman, Capito & Polk | P |
| 11/7/2006 | Peltz & Vahey v. Sears et al | Philadelphia PA | | David Kwass, Saltz Mongeluzzi et al, Philadelphia | Ms. Doherty | P |
| 2/13.2007 | Drewes v. Levin | West Palm Beach, FL | 2003 CA 01-2339 ONAG | John McGovern, Montgomery & Larson, W. Palm Beach, FL | Sellers, Marion & Bachi, W Palm Beach, FL | P |
| 6/12/2007 | Hausmann v. Driber | Burlington, NJ | BUR-L-003186-04 | Robert Mongeluzzi, Saltz, Mongeluzzi et al, Philadelphia, PA | Anthony Young, Marlton, NJ | P |
| 7/23/2007 | Kroening v. NYSEG et al | Niagara Falls, NY | | Donald Chiari,Brown Chiair, Lancaster, NY | | P |

| 10/3/2007 | Frank Special et al v. Andrew Tucker, M.D. et al | W. Palm Beach, FL | 05 CA-02533 MB | Gary Cohen, Grossman Roth, Ft. Lauderdale, FL | Eugene Ciotoli, Bobo, Ciotolo et al, N. Palm Beach, FL | P |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |