# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY E. SCHOENBORN, as Personal Representative of the Estate of MARTHA S. SCHOENBORN, Deceased, : : : : | |
| Plaintiff, : | Civil Action No.: 07-0544 (RMU) |
| v. : | Document No.:  22 |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, : : : | |
| Defendant. : | |

## ORDER

### GRANTING IN PART AND DENYING IN PART PIFER'S MOTION TO INTERVENE

For the reasons stated in the accompanying Memorandum Opinion, it is this 26th day of November, 2007,

**ORDERED** that Pifer's motion to intervene is **GRANTED in part**; and it is

**FURTHER ORDERED** that Pifer's intervention is limited to participation in settlement discussions and advocating for her share of any potential monetary award under the Wrongful Death Act.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge