## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GREGORY E. SCHOENBORN**, | : | |
| **as Personal Representative** | : | |
| **of the Estate of MARTHA S.** | : | |
| **SCHOENBORN, Deceased,** | : | |
| | : | |
| Plaintiff, | : | **1:07 cv 00544 (RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **WASHINGTON METROPOLITAN** | : | |
| **AREA TRANSIT AUTHORITY,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | **CONSOLIDATED WITH** |
| | : | |
| **MOLLY M. BLASKO, as Personal** | : | |
| **Representative of the Estate of** | : | |
| **SALLY DEAN McGHEE,** | : | |
| **Deceased,** | : | |
| | : | |
| Plaintiff, | : | **1:07 cv 00833 (RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **WASHINGTON METROPOLITAN** | : | |
| **AREA TRANSIT AUTHORITY,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

### DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S PRELIMINARY RULE 26(a)(2) EXPERT WITNESS DISCLOSURE

**COMES NOW** the defendant, Washington Metropolitan Area Transit

Authority (hereinafter referred to as "WMATA"), by and through undersigned

counsel, and pursuant to Fed. R. Civ. P. 26(a)(2), submits the following

preliminary expert witness disclosure:

Romergryko Geocadin, M.D.
Director, Neuroscience Critical Care Unit
Johns Hopkins Bayview Medical Center
Assistant Professor, Neurology, Neurosurgery
   & Anesthesiology Critical Care Medicine
Associate Director, Neuroscience Critical Care
   Division
Johns Hopkins Medical Institutions
600 N. Wolfe Street, Meyer 8-140
Baltimore, MD 21287-7840

In addition to the aforementioned hospital and teaching staff positions, Dr. Geocadin is board-certified by the American Board of Psychiatry and Neurology and the author of many chapters and teaching articles in his field including but not limited to Chapter 6, "Traumatic Brain Injury, " <u>Handbook of Neurocritical Care</u>, Eds.: A. Bhardwaj; M Mirski and LA Ulatowski, Humana Press, New Jersey 2004.  (*See* attached curriculum vitae, listing of publications and schedule of fees).

Dr. Geocadin will testify at trial consistent with his opinions expressed in that attached reports dated December 14, 2007 in the matters involving Martha Schoenborn and Sally Dean McGhee.

This expert witness disclosure is based upon discovery which has been conducted to date and the defendant reserves the right to amend and/or supplement this expert witness disclosure as well as designate additional expert witnesses pending completion of discovery.[1]

---

[1]As of the date of the filing of Defendant's Rule 26(a)(2) Expert Witness Disclosure, Plaintiff Blasko has neither filed her Answers to Defendant's Interrogatories nor a response to Defendant's Request for Production of Documents.  Furthermore, Plaintiff

**WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY**


_____/s/_____
Kathleen A. Carey
Unified Bar No: 357990
Associate General Counsel-WMATA
600 5th Street, N.W.
Washington, D.C. 20001
Telephone:  (202) 962-1496
Facsimile: (202) 962-2550
E-mail:  kcarey@wmata.com


_____/s/_____
Nicholas S. Nunzio, Jr.
Unified Bar No: 362578
Assistant General Counsel-WMATA
600 5th Street, N.W. Room
Washington, D.C. 20001
Telephone: (202) 962-1028
Facsimile: (202) 962-2550
E-mail: nnunzio@wmata.com

---

Schoenborn has failed to respond to Defendant's request for full and complete discovery responses.  Defendant WMATA anticipate filing a Motion to Extend the Deadline for the Filing of its Rule 26(a)(2) Expert Witness Disclosure based upon that lack of Plaintiffs' discovery responses.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of December 2007 a copy of the foregoing Defendant Washington Metropolitan Area Transit Authority's Rule 26(a)(2) Expert Witness Disclosure, together with its attached reports (dated December 14, 2007) and curriculum vitae of Romergryko Geocadin, M.D., was electronically filed/served and mailed, first class mail, postage prepaid to the following attorneys:

Peter C. Grenier, Esquire
Michael K. Hibey, Esquire
BODE & GRENIER, L.L.P
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
pgrenier@bode.com


Patrick M. Regan, Esquire
Paul J. Cornoni, Esquire
Regan, Zambri and Long, PLLC
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036
pregan@reganfirm.com

_____/s/_____
Nicholas S. Nunzio, Jr.

## JOHNS HOPKINS
### M E D I C I N E

Romergryko G. Geocadin, M.D.
Assistant Professor Neurology, Neurosurgery
and Anesthesiology-Critical Care Medicine
Director, Neurosciences Critical Care Unit
Johns Hopkins Bayview Medical Center
Associate Director, Neurosciences Critical Care Division
Johns Hopkins Medical Institutions

The Johns Hopkins Hospital
600 N. Wolfe Street Meyer 8-140
Baltimore, MD 21287-7840
Telephone 410-955-7481
FAX: 410-614-7903
E-mail: rgeocadin@jhmi.edu

December 14, 2007

Re: Martha Shoenborn

At the request of the Attorneys Carey and Nuncio, I reviewed the following materials that they provided:
1. Video of the accident
2. Transcripts of depositions
3. EMT/Ambulance/ER records
4. Autopsy report
5. Report of Barbara Wolfe, MD
6. Report of Richard Restak, MD

I am the Director of the Neuroscience Critical Care Unit of the Johns Hopkins Bayview Medical Center, Associate Director of the Neuroscience Critical Care Division of the Johns Hopkins Medical Institutions and Associate Professor of Neurology, Neurosurgery and Anesthesiology-Critical Care Medicine at the Johns Hopkins University School of Medicine in Baltimore, Maryland. I have extensive experience in the evaluation and management of patients with disorders of consciousness due to acute traumatic and non-traumatic causes. I undertake research and publish on a wide range of topics on acute brain injuries, especially in cardiopulmonary arrest with the cessation of blood flow and oxygen delivery to the brain and other vital organs. I am also a licensed physician in the state of Maryland.

After reviewing all the information provided, it is evident that Ms. Martha Shoenborn sustained tremendous neurologic and systemic injury. From the first witness who came in direct contact with her, she was unresponsive to questioning, had no pulse and was unconscious. No meaningful response suggesting presence of consciousness was ever noted until she was pronounced dead. A couple of gasps also referred to as "agonal breaths" by a witness were described. In this specific instance, this breathing pattern reflects a brainstem reflex and happens without any conscious input, and is therefore not associated with conscious pain and suffering. This breathing pattern can happen automatically in a setting of widespread brain injury and unconsciousness. The report of transient very faint pulse to total absence of pulse and asystole (flat-line) on EKG

indicated that no effective blood circulation to critical organs, such as the brain was ever established after the bus hit her.

The traumatic force that threw her to a significant distance caused the laceration of the right heart ventricle, contusion and laceration of the lungs and resulted in sudden disruption in blood circulation and effective oxygenation to the brain leading to abrupt loss of consciousness. While the head may appear uninjured, the injury from cessation of blood flow and oxygen is among the most severe injury that can be inflicted to the brain. Internal injury to the brain was also noted on autopsy and reported as "subarachnoid hemorrhage, diffuse, brain". Trauma with subarachnoid hemorrhage by itself can cause unconsciousness. Instantaneous unconsciousness has been observed with impact of lesser force such as those related to sports injuries. Consider that the impact of this traumatic injury that threw her to a distance, contused and lacerated her vital internal organs and caused diffuse subarachnoid hemorrhage in her brain, it also caused her to be abruptly unconscious and die very shortly after.

Considering all the information provided, I therefore assert with a reasonable degree of medical certainty that Ms Martha Schoenborn was never alert, awake and conscious at anytime after being struck by the bus to experience conscious pain and suffering.

On the issue of Ms Shoenborn's fear of the on coming bus prior to getting hit, it was alleged that she saw the on coming bus. On review of the video recoding provided, I did not see any avoidance reaction to the oncoming bus, which would be normally expected upon noticing such a threat. In the absence of more information, I cannot reasonably establish that conscious fear transpired prior to impact.

This and the case of Ms Sally McGhee are the only cases that I have rendered my expert opinion. My compensation for this work will be $450 per hour for review of materials; $500 per hour for deposition and $3000 to $5000 per day depending on time required for trial testimony, excluding travel related expenses.

Romergryko Geocadin, MD



## JOHNS HOPKINS
### M E D I C I N E

Romergryko G. Geocadin, M.D.
Associate Professor of Neurology, Neurosurgery
and Anesthesiology-Critical Care Medicine
Director, Neuroscience Critical Care Unit
Johns Hopkins Bayview Medical Center
Associate Director, Neuroscience Critical Care Division
Johns Hopkins Medical Institutions

The Johns Hopkins Hospital
600 N. Wolfe Street/Meyer 8-140
Baltimore, MD 21287-7840
Telephone: 410-955-7481
FAX: 410-614-7903
E-mail: rgeocadi@jhmi.edu

December 14, 2007

Re: Sally Dean McGhee

At the request of the Attorneys Carey and Nuncio, I reviewed the following materials that they provided:
1. Video of the accident
2. Transcripts of depositions
3. EMT/Ambulance and records
4. Autopsy report
5. Report of Michael Batipps, MD
6. Report of Kevin McGrail, MD

I am the Director of the Neuroscience Critical Care Unit of the Johns Hopkins Bayview Medical Center, Associate Director of the Neuroscience Critical Care Division of the Johns Hopkins Medical Institutions and Associate Professor of Neurology, Neurosurgery and Anesthesiology-Critical Care Medicine at the Johns Hopkins University School of Medicine in Baltimore, Maryland. I have extensive experience in the evaluation and management of patients with disorders of consciousness due to acute traumatic and non-traumatic causes. In these patients I assess for the presence of pain and manage it appropriately in relation to their neurologic and systemic dysfunction. I undertake research and publish on a wide range of topics on acute brain injuries, especially in cardiopulmonary arrest with the cessation of blood flow and oxygen delivery to the brain and other vital organs. I am also a licensed physician in the state of Maryland.

Based on the accounts provided, Ms. Sally McGhee was reported to be unresponsive but have eye opening and gasping breaths after being hit by the bus. The absence of any meaningful response to the people who saw her directly (especially Mohammad Cheema) and those who attended (the first responders) to her indicates that these were reflexive responses. Reflexive responses are automatic responses that do not require conscious effort. Reflexive eye opening is not uncommon in unconscious patients. The lack of deliberate eye movements, purposeful blinking or grimacing such when spoken to or manipulated by witnesses and first responders confirm the absence of conscious control of the eyes. Reflexive eye opening may persist until death as in this case of Ms McGhee.

Breathing as a brainstem reflex happens without any conscious and voluntary input. As in the case of Ms McGhee, automatic breathing may continue for some time even in the setting unconsciousness due to severe brain injury. As breathing becomes difficult, the use of accessory structures, including lip movements may be done reflexively. Despite the reflexive breathing and lip movement, the absence of any meaningful response using her lips or by vocalization shows the lack of any conscious control of these movements.

Brain injury leading to loss of consciousness may be caused by factors of structural or metabolic origins. It was suggested that external physical injury to the head was not as severe as the injury to the rest of the body. Ms McGhee however, suffered severe metabolic injury to the brain that was brought about by the blood flow collapse, also manifested as the absence of any pulse, which was caused by the cardiac injury and transection of her major vessels. The brain injury was further exacerbated by the failure of oxygen delivery caused by the lacerated lungs and the diaphragm. The massive impact of the bus also caused significant structural injury to the brain of Ms McGhee. This was described as "diffuse subarachnoid hemorrhage on the cerebral convexity" on the autopsy report. Taken individually, each of these three factors: the failure of brain blood flow, the failure of oxygen delivery to brain and the trauma with subarachnoid hemorrhage of the brain can lead to unconsciousness. With all these injury factors occurring together, abrupt loss of consciousness can definitely happen. In the case of Ms McGhee, this unconsciousness was shortly followed by death.

Given all the information provided, I therefore assert with a reasonable degree of medical certainty that Ms Sally McGhee was never alert, awake and conscious at anytime after being struck by the bus to experience conscious pain and suffering.

On the issue of Ms McGhee's fear of the on coming bus prior to getting hit, despite a report that she saw the bus, I did not see any avoidance reaction, typically associated with a sudden threat such as the oncoming the bus on the video provided. In the absence of more information, I cannot reasonably establish that conscious fear transpired prior to the traumatic injury.

This and the case of Ms Martha Schoenborn are the only cases that I have rendered my expert opinion. My compensation for this work will be $450 per hour for review of materials; $500 per hour for deposition and $3000 to $5000 per day depending on time required for trial testimony, excluding travel related expenses.

Romergryko Geocadin, MD

**Curriculum Vitae**
**Romergryko G. Geocadin, MD**
**Johns Hopkins University School of Medicine**
*Date: Oct 15, 2007*

## I. Current Appointments

***Associate Professor,*** Departments of Neurology, Neurological Surgery and Anesthesiology-Critical Care Medicine, Johns Hopkins University School of Medicine, Baltimore, Maryland *(June 2007-present)*

***Director,*** Neurosciences Critical Care Unit, Johns Hopkins Bayview Medical Center, Baltimore, MD *(2002-present)*

***Associate Director,*** Neurosciences Critical Care Division, Johns Hopkins Medical Institutions, Baltimore, MD *(2005-present)*

***Active Staff (full time),*** Neurosciences Critical Care Unit and Neurology Service, Johns Hopkins Hospital and Johns Hopkins Bayview Medical Center, Baltimore, Maryland *(1999-present)*

***Chair,*** Multidisciplinary Critical Care Joint Clinical Practice Committee, Johns Hopkins Bayview Medical Center, Baltimore *(2007-present)*

***Co-Director,*** Johns Hopkins Encephalitis Center, Johns Hopkins Medical Institutions, Baltimore MD (2007-present)

## II. Personal Data:

***Business Address***
The Johns Hopkins Hospital
Division of Neuroscience Critical Care
Meyer 8 - 140
600 North Wolfe Street
Baltimore, MD 21287
Tel (410) 955-7481; Fax (410) 614-7903
E-mail: rgeocadi@jhmi.edu (office)

Birth date: March 31, 1965
Spouse: Efigenia O. Geli-Geocadin, MD, MPH (Specialty: Psychiatry)
Children: Giann Paolo Geocadin (Jan 18, 1997)
          Sofia Ysabel Geocadin (April 5, 2001)

## III. Education and Training:

**Undergraduate Education**
***Bachelor of Science, (Major in Zoology)*** 1987
University of the Philippines, Diliman, Quezon City, Philippines

**Medical Education**
***Doctor of Medicine,*** 1991
University of the East - Ramon Magsaysay Memorial Medical Center (UERMMMC) College of Medicine, Aurora Boulevard, Quezon City, Philippines

**Postdoctoral Education**
***Postgraduate Rotating Internship,*** 1991-1992,
University of the Philippines - Philippine General Hospital, Manila, Philippines

*Postgraduate Internship - Internal Medicine, 1993-1994*
New York Veteran's Affairs Medical Center –New York University Medical Center, New York, New York

*General Neurology Residency Training, 1994-1997,*
New York University School of Medicine, New York, New York
New York University Medical Center (Tisch Hospital), Bellevue Hospital Center,
New York VA Medical Center and NYU-Hospital for Joint Diseases

*Clinical and Research Fellowship in Neurosciences Critical Care, 1997-1999*
Department of Neurology, Anesthesiology-Critical Care Medicine and Neurosurgery
 Johns Hopkins University School of Medicine, Baltimore, Maryland

**Professional Experience**

*Instructor 1999-2001*
Department of Neurology, Johns Hopkins University School of Medicine, Baltimore, Maryland

*Assistant Professor, 2001- 2007*
Departments of Neurology, Neurosurgery and Anesthesiology-Critical Care Medicine, Johns Hopkins University School of Medicine, Baltimore, Maryland


## IV. Research Activities:

**Publications and Presentations:**

*Peer Reviewed Publications:*

1.  DS Younger and **RG Geocadin**.  Diagnosis in Neuromuscular Disease.   III. Sensory Disorders of the Peripheral Nervous System. *The Lower Extremity.  Vol. 3 No. 3, 1996*
2.  AI Qureshi, JI Suarez, PD Parekh, G Sung, **RG Geocadin**, A Bhardwaj, RJ Tamargo and JA Ulatowski. Risk Factors for Multiple Intracranial Aneurysms. *Neurosurgery. 1998 Jul;43(1):22-6; discussion 26-7*
3.  LE Westbrook, O Devinsky **RG Geocadin.** Nonepileptic Seizures after Head Injury. *Epilepsia 39 (9):978-982, 1998.*
4.  E Niedermeyer, DL Sherman, **RG Geocadin**, HC Hansen and DF Hanley. The Burst Suppression Electroencephalogram. *Clin Electroenceph, 30(3):99-105, 1999.*
5.  **RG Geocadin**, JR Carhuapoma and JA Ulatowski. Intracranial Hemorrhage and Subarachnoid Hemorrhage. *Current Opinion in Critical Care 5: 95-101, 1999*
6.  AI Qureshi, **RG Geocadin**, JI Suarez and JA Ulatowski: Long Term Outcome following Medical Reversal of Transtentorial Herniation in Patients with Supratentorial Mass Lesions. *Crit Care Medicine 28 (5) 1556-1564, 2000.*
7.  **RG Geocadin**, J Muthuswamy, DL Sherman, NV Thakor and DF Hanley. Early Electrophysiological and Histological Changes after Global Cerebral Ischemia. *Mov Disord. 2000;15 Suppl 1:14-21.*
8.  **RG Geocadin**, R Ghodadra, T Kimura, L Hao, DF Hanley and NV Thakor. A Novel Quantitative EEG Injury Measure of Global Cerebral Ischemia. *Clin Neurophysiol. 2000 Oct;111(10):1779-87.*
9.  **RG Geocadin**, MA Williams. Intracranial Pressure Monitoring: Physiology, Devices and Application. *Brunei International Journal of Medicine: Millennium Issue - 2 (1): 93-102, 2000.*
10. W Ziai and **RG Geocadin**. Critical Care of Encephalitis and Meningitis. *Curr Neurol Neurosci Rep. 2001 Nov;1(6):577-86*
11. Razumovsky AY, Wityk RJ, **Geocadin RG**, Bhardwaj A, Ulatowski JA. Cerebral vasculitis: diagnosis and follow-up with transcranial Doppler ultrasonography. *J Neuroimaging. 2001 Jul;11(3):333-5.*
12. **RG Geocadin**, AY Razumovsky, RJ. Wityk, A Bhardwaj and JA Ulatowski. Post-partum vasculopathy and Intracerebral hemorrhage. *J Neurol Sci. 2002 Dec 15;205(1):29-34*
13. J Muthuswamy, T Kimura, **RG Geocadin**, NV Thakor and DF Hanley. Thalamic vulnerability after

prolonged global hypoxic ischemic injury in adult Wistar rats. *Neuroscience*. 2002;115(3):917-29

14. **RG Geocadin,** DL Sherman, HC Hansen, T Kimura, E Niedermeyer, NV Thakor, and DF Hanley. Electroencephalographic Bursting and Neurological Recovery after Transient Global Cerebral Ischemia in Rats. *Resuscitation.* 2002 Nov;55(2):193-200

15. A Boardman, FS Schlindwein, NV Thakor, R Ghodadra, T Kimura and **RG Geocadin**. Detection of asphyxia using heart rate variability. *Med Biol Eng Comput.* 2002 Nov;40(6):618-24

16. DL Sherman, MK Atit, **RG Geocadin**, S Venkatesha, DF Hanley, A Natarajan and NV Thakor. Diagnostic Instrumentation for Neurological Injury. *IEEE Instrumentation and Measurement. Vol 5 No. 2 June 2002*

17. MT Torbey, **RG Geocadin**, AY Razumovsky, D Rigamonti, MA Williams. Utility of ICP monitoring to diagnose pseudotumor cerebri without papilledema. *Cephalalgia. 2004 Jun;24(6):495-502.*

18. MT Torbey, **RG Geocadin**, A Bhardwaj. Brain Arrest Neurologic Outcome Scale (BrANOS): A Predictor of Outcome Following Cardiac Arrest. *Resuscitation. 2004 Oct;63(1):55-63*

19. MA Koenig, **RG Geocadin**, P Kulesza, A Olivi, H Brem. Rhabdoid meningioma occurring in an unrelated resection cavity with leptomeningeal carcinomatosis. *J Neurosurg 2005;102:371-375*

20. **RG Geocadin** and JR Carhuapoma. Take Notice Technology: Medivance Arctic Sun temperature management system. *Neurocrit Care. 2005;3(1):63-7*

21. L. Moraru, S. Tong, A. Malhotra, **RG Geocadin**, N. Thakor, A. Bezerianos, The Ischemic Preconditioning Effects on the HRV after Transient Global Ischemia, Med Eng Phys. 2005 Jul;27(6):465-73

22. **RG Geocadin**, A. Malhotra, T. Shanbao, A. Seth G. Moriwaki, D. F. Hanley, N. V. Thakor Effect of Acute Hypoxic Preconditioning on QEEG and Functional Recovery after Cardiac Arrest in Rats. *Brain Res. 2005 Dec 7;1064(1-2):146-54. Epub 2005 Nov 11*

23. SP Schulman, TK Hartmann, **RG Geocadin**. Intensive care after resuscitation from cardiac arrest: a focus on heart and brain injury. *Neurol Clin. 2006 Feb;24(1):41-59.*

24. MA Koenig, **RG Geocadin**, M de Grouchy, J Glasgow, S Vimal, L Restrepo, and RJ Wityk. Safety of Induced Hypertension Therapy in Acute Ischemic Stroke Patients. *Neurocrit Care 2006;4(1):3-7*

25. HC Shin, S Tong, S Yamashita, XF Jia, **RG Geocadin** and NV Thakor. Quantitative EEG and Effect of Hypothermia on Brain Recovery after Cardiac Arrest. *IEEE Trans Biomed Eng. 2006 Jun;53(6):1016-23.*

26. NV Thakor, HC Shin, S Tong and **RG Geocadin**. Hypothermic Neuroprotection after Cardiac Arrest: Quantitative EEG Assessment. *IEEE Eng Med Biol Mag. 2006 Jul-Aug;25(4):20-5*

27. **RG Geocadin**, M Buitrago, MT. Torbey, N Chandra-Strobos, MA Williams, and PW Kaplan. Neurological Prognostication and Withdrawal of Life Sustaining Therapies in Patients Resuscitated from Cardiac Arrest. *Neurology. 2006 Jul 11;67(1):105-8.*

28. XF Jia, MA Koenig, HC Shin, G Zhen, S Yamashita, NV Thakor, and **RG Geocadin**. Quantitative EEG and Neurological Recovery with Therapeutic Hypothermia after Asphyxial Cardiac Arrest in Rats. *Brain Res. 2006 Sep 21;1111 (1):166-75. Epub 2006 Aug 17.*

29. WL Wright and **RG Geocadin**. Post-resuscitative Intensive Care: Neuroprotective Strategies after Cardiac Arrest. *Semin Neurol. 2006 Sep;26(4):396-402.*

30. LA Donatelli, **RG Geocadin** and MA Williams. Ethical Issues in Critical Care and Cardiac Arrest: Clinical Research, Brain Death, and Organ Donation. *Semin Neurol. 2006 Sep;26(4):452-9.*

31. **Geocadin RG**, Koenig MA, Stevens RD, Peberdy MA. Intensive care for brain injury after cardiac arrest: therapeutic hypothermia and related neuroprotective strategies. *Crit Care Clin. 2006 Oct;22 (4):619-36.*

32. Shin HC, Tong S, Yamashita S, Jia X, **RG Geocadin**, Thakor NV. Quantitative EEG assessment of brain injury and hypothermic neuroprotection after cardiac arrest. *Conf Proc IEEE Eng Med Biol Soc. 2006;1:6229-32.*

33. **RG Geocadin**, PN Varelas, D Rigamonti and MA Williams. Continuous intracranial pressure monitoring via shunt reservoir to assess suspected shunt malfunction in adult hydrocephalus. *Neurosurg Focus, April 2007;22 (4): E10*

34. S Tong, D Jiang, Z Wanga, Y Zhua, **RG Geocadin**, NV Thakor. Long range correlations in the heart rate variability following the injury of cardiac arrest. *Physica A 380 (March 2007) 250–258*

35. M Schreckinger, **RG Geocadin**; A Savonenko, S Yamashita T Melnikova, NV Thakor, DF Hanley. Long-lasting cognitive injury in rats with apparent full gross neurologic recovery after short-term cardiac arrest. *Resuscitation 2007 Oct;75(1):105-13. Epub 2007 May 1*

36. MT Froehler and **RG Geocadin.** Post-Procedure Intensive Care Management of Stroke Patients. *Endovascular Today. April 2007: 6 (5): 81-84.*

37. MT Froehler and **RG Geocadin.** Hypothermia for neuroprotection after cardiac arrest: Mechanisms, clinical trials and patient care. J Neurol Sci. 2007 Oct 15;261(1-2):118-26. Epub 2007 Jun 7.

38. HA Puttgen and **RG Geocadin.** Predicting neurological outcome following cardiac arrest. J Neurol Sci. 2007 Oct 15;261(1-2):108-17. Epub 2007 Jun 13.

39. XF Jia, MA Koenig, H Shin, G Zhen, C Pardo-Villamizar, DF Hanley, NV Thakor, **RG Geocadin.** Improving neurologic outcomes post-cardiac arrest in a rodent model: immediate hypothermia and quantitative EEG monitoring. *Resuscitation. 2007 Oct 11; [Epub ahead of print]*

40. P Nyquist, S Ledroux and **RG Geocadin.** Thrombolytics in Intraventricular Hemorrhage. *Curr Neurol Neurosci Rep. 2007, in press*

41. RE Hoesch and **RG Geocadin.** Therapeutic Hypothermia for Global and Focal Ischemic Brain Injury: A Cool Way to Improve Neurological Outcomes. *Neurologist. Accepted 2007.*

42. MA Koenig, Bryan M, J Lewin, MA Mirski, **Geocadin RG**, Stevens RD.  Medical reversal of transtentorial herniation. *Neurology. Accepted – in press 2007*

## Published Letters

1. MT Torbey, **RG Geocadin,** A Bhardwaj. Predicting outcome after cardiac arrest: Time for innovation. *Resuscitation. 2005 Jul;66 (1):109-10.*

2. Hemphill JC 3rd, Bleck T, Carhuapoma JR, Chang C, Diringer M, **Geocadin RG**, Mayer S, Samuels O, Vespa P; for the Neurocritical Care Society. Is neurointensive care really optional for comprehensive stroke care? *Stroke. 2005 Nov;36(11):2344-5. Epub 2005 Oct 13.*

3. Lazaridis, C, **RG Geocadin,** MA Mirski. Letter to Editor: Hypernatremia Predicts Adverse Cardiovascular and Neurological Outcomes After SAH. *Neurocrit Care. in press (vol 7 (3 ), December, 2007)*

## Editorial Activities

1. **RG Geocadin,** <u>Guest Editor</u>, Brain Injury and Cardiac Arrest. *Neurologic Clinics of North America volume 24, issue 1*  Elsevier Press, *Feb 2006*

2. **RG Geocadin,** <u>Guest Editor</u>, Hypoxic Ischemic Encephalopathy and Brain Death.  *Seminars in Neurology* volume 26 issue 4 (Thieme) *Sep 2006*

3. **RG Geocadin,** <u>Guest Editor</u> and RD Stevens, Co-editor, Neurologic Critical Care.  *Critical Care Clinics of North American,* 22 (4) Elsevier Press *Oct 2006.*

4. **RG Geocadin,** <u>Guest Editor</u>, and Matthew Koenig, MD, Co-Editor. Neurological consultation in the ICU. *Seminars in Neurology (in preparation – tentative release date – Spring 2008)*

5. **RG Geocadin,** <u>Guest Editor</u> and RD Stevens, Co-editor, Neurologic Critical Care.  *Neurologic Clinics of North American,* in preparation for Feb 2008.

## Scientific Statement/Practice Guideline Writing Activities

1. American Academy of Neurology Joint TTS/QSS Practice Guideline on the Management of Brain Injury after Cardiac Arrest. **RG Geocadin,** (chair – writing group) (In preparation. Target publication in Neurology 2008)

2. American Heart Association – International Liaison Committee on Resuscitation (ILCOR) – Joint Statement of Science on Post Cardiac Arrest Syndrome. R Neumar and J Nolan-Co-chairs. **RG Geocadin** (Co-leader – section on neurologic prognostication post-cardiac arrest resuscitation) (In preparation. Target publication in Circulation/Resuscitation – Fall 2007)

## Course Syllabi (Director/Editor)

1. **RG Geocadin,** Editor, *Global cerebral ischemia: cardiac arrest revisited from bench to bedside.* Course syllabus, Scientific Meeting of the 54th Meeting of the American Academy of Neurology, Denver, CO April 2002

2. **RG Geocadin,** Editor – *Disorders of Intracranial Pressure for the Neurologist: The high low and normal ICP.* Course syllabus, Scientific Meeting of the 55th Meeting of the American Academy of Neurology, Honolulu, HI, April 2003
3. **RG Geocadin,** Editor – *Disorders of Intracranial Pressure for the Neurologist: The high low and normal ICP.* Course syllabus, Scientific Meeting of the 56th Meeting of the American Academy of Neurology, San Francisco, April 2004
4. **RG Geocadin,** Editor – *Disorders of Intracranial Pressure for the Neurologist* at the 57th Annual Meeting of the American Academy of Neurology, Miami, FL, *April 2005*
5. **RG, Geocadin,** Editor - *Advances in the Care of Brain Injury after Resuscitation from Cardiac Arrest.* Course Syllabus, Scientific Meeting of the 59th Meeting of the American Academy of Neurology, Boston, MA, April 2007

## *Chapters and Teaching Articles:*

1. **RG Geocadin** and MA Williams. Neurological Examination of the Unconscious Patient. *Neurology Basic Clerkship Manual.* Department of Neurology, The Johns Hopkins University School of Medicine. Baltimore. 1999: p 35-38.
2. **RG Geocadin.** Clinical Cases in Coma. *Neurology Basic Clerkship Manual.* Department of Neurology, The Johns Hopkins University School of Medicine. Baltimore. 1999: p. 8-11.
3. **RG Geocadin,** MA Williams and DF Hanley. Intracranial Hypertension. *In: Textbook of Surgical Intensive Care Medicine,* Ed.: J.M. O'Donnell, Kluwer Publication Co. Norwell, Massachusetts, ISBN: 0-7923-7369-3, 2001.
4. **RG Geocadin** and MA Williams. Intracranial Pressure Monitoring. *In: Critical Care Medicine: Principles of Diagnosis and Management*, Ed: Joseph E. Parillo. Second edition; p. 249-259,Mosby-Year Book, 2001.
5. **RG Geocadin.** Neurological injury after cardiac arrest: Re-evaluating the Role of the Neurologist. *In: Global cerebral ischemia: cardiac arrest revisited.* Course syllabus for the Educational Programs of the 54th Meeting of the American Academy of Neurology, Denver, CO April, 2002
6. **RG Geocadin** and DF Hanley. Cortical injury index measures neuroprotective effects after cardiac arrest in rats. *In: Global cerebral ischemia: cardiac arrest revisited.* Course syllabus for the Educational Programs of the 54th Meeting of the American Academy of Neurology, Denver, CO April, 2002
7. **RG Geocadin** and MA Williams. Disorders of Intracranial Pressure. In: *Diseases of the Nervous System: Clinical Neuroscience and Therapeutic Principles, 3rd Edition.* Eds: A.K. Asbury, G. McKhann, W.I McDonald, P.J. Goadsby and J. C. MacArthur. W.B.Saunders Company November 2002
8. **RG Geocadin.** Neuroanatomy and Physiology of ICP. *In: Disorders of Intracranial Pressure*, Course Syllabus for the Educational Program of the 55th Annual Meeting of the American Academy of Neurology, Honolulu, MI *April 2003*
9. **RG Geocadin.** Management of Cerebral Venous Thrombosis *In: Diagnosis and Management of Cerebral Venous Thrombosis*, Course Syllabus for Educational Program of the 55th Annual Meeting of the American Academy of Neurology, Honolulu, MI *April 2003*
10. MT Torbey, JI Suarez and **RG Geocadin.** Less common causes of quadriparesis and respiratory failure. In: Suarez J, ed. *Critical Care Neurology and Neurosurgery.* Humana Press, New Jersey *2004,* pp. 493-514
11. AL Georgiadis, **RG Geocadin,** JI Suarez, and OO Zaidat. Coma and Brain Death In: Suarez J, ed. *Critical Care Neurology and Neurosurgery.* Humana Press, New Jersey, 2004, pp. 301-314
12. **RG Geocadin.** Traumatic Brain Injury Head, *Handbook of Neuro Critical Care* Eds: A. Bhardwaj; M Mirski and LA Ulatowski. Humana Press, New Jersey *2004,* pp. 073-090
13. **RG Geocadin.** Intracerebral Hemorrhage, *Handbook of Neuro Critical Care.* Editors: A. Bhardwaj; M Mirski and LA Ulatowshi. Humana Press, New Jersey *2004* pp. 031-044
14. MA Koenig and **RG Geocadin.** Global Hypoxia-Ischemia and Critical Care Seizures. *In: Seizure in the Intensive Care Unit.* Editor: Panayiotis Varelas. Humana Press, New Jersey, *2004.* pp. 119-138
15. MC Ain, B Cascio, **RG Geocadin** and D Rigamonti. Complications realted to the surgical managment of achondroplasi. In: *Complications of Pediatric and Adult Spinal Surgery.* (Editors) AR Vaccaro, JJ Regan, AH Crawford, EC Benzel, DG Anderson. Publisher: Marcel Dekker, New York, NY. 2004.p 629-638.

16. **RG Geocadin.** Neuroanatomy and Physiology of ICP. *In: Disorders of Intracranial Pressure*, Course Syllabus for the Educational Program of the 56th Annual Meeting of the American Academy of Neurology, San Francisco, MI *April 2004*

17. **RG Geocadin.** Management of Cerebral Venous Thrombosis *In: Diagnosis and Management of Cerebral Venous Thrombosis*, Course Syllabus for Educational Program of the 56th Annual Meeting of the American Academy of Neurology, San Francisco, MI *April 2004.*

18. **RG Geocadin.** Management of Cerebral Venous Thrombosis *In: Diagnosis and Management of Cerebral Venous Thrombosis*, Course Syllabus for Educational Program of the 57th Annual Meeting of the American Academy of Neurology, Miami, MI *April 2005*

19. **RG Geocadin** and MA Koenig. Pathophysiology of Hypoxic Ischemic Brain Injury. *In: Brain Injury and Cardiac Arrest*, Course Syllabus at the 57th Annual Meeting of the American Academy of Neurology, Miami, FL *April 2005*

20. WL Wright and **RG Geocadin.** Prognostication after Hypoxic Ischemic Brain Injury *In: Brain Injury and Cardiac Arrest*, Course Syllabus Of the Educational Program at the 57th Annual Meeting of the American Academy of Neurology, Miami, FL *April 2005*

21. **RG Geocadin.** Neuroanatomy and Physiology of ICP. *In: Disorders of Intracranial Pressure*, Course Syllabus for the Educational Program of the 57th Annual Meeting of the American Academy of Neurology, Miami, FL. *April 2005*

22. **RG Geocadin** and DF Hanley. Clinical Trials in Brain Injury after Cardiac Arrest. *In: Handbook of Neuroemergency Clinical Trials:* Editor B. Skolnick, and W Alves, Academic Press, *2005*

23. **RG Geocadin.** Management of Brain Injury following Cardiopulmonary Arrest. *In: Acute Stroke Bench to Bedside,* Editors: Bhardwaj, Traystman, et al: Informa Healthcare USA, Inc, New York, NY, *2007*

24. MA Koenig, M Torbey, L Restrepo **RG Geocadin**. *Other Causes of Stroke. In Stroke Handbook: American College of Physicians:* Editor: R Wityk and R Llinas, *American College of Physicians, Philadeplphia, PA, 2007*

25. JS Castle and **RG Geocadin** *Cerebral Venous Thrombosis. In: The Stroke Book.* Editors: M Torbey and M Selim, *Cambridge University Press, 2007*

26. **RG Geocadin**, DF Hanley, SM Eleff. Postresuscitation Neurologic Prognostication and Declaration of Brain Death. In: *Cardiac Arrest The Science and Practice of Resuscitation Medicine  (Textbook), Second Edition;* Editors: N Paradis; H Halperin; K. Kern; V Wenzel; D. chamberlain. Cambridge Press, *2007*

27. JL Berkeley and **RG Geocadin**. Coma and Brain Death. *In Neurocritical Care Book.* Editor: MT Torbey. Cambridge Press. *In preparation 2007*

**Internet Publication:**

1. J Blakeley and **R G Geocadin** (Preceptor) Case 5: Altered Mental Status and Fever After Resection of Glioblastoma Multiforme, <u>Medscape General Medicine™</u>, April 4, 2004 web address: http://www.medscape.com/viewarticle/470830

**Invited Peer Reviewer:**

1. Critical Care Medicine (Society of Critical Care Medicine)
2. Archives of Neurology
3. Journal of Neurological Sciences (World Congress of Neurology)
4. Resuscitation
5. Brain Research
6. Acta Neurological Scandinavica
7. Behavioural Neurology
8. National Stroke Association
9. Behavioral Brain Research
10. Experimental Neurology
11. Respiratory Care
12. American Heart Association - Emergency Cardiovascular Care Programs
13. American Heart Association – National CPR Registry Research Committee

**Selected Abstracts (Posters and Platform Presentations):**

1. KA Siller, D Panasci, **RG Geocadin**, J Nelson, M Griesz and G Varlotta: Catastrophic Central Nervous System Dysfunction During Methylprednisolone Injection for Refractory Pain Syndrome: Report of 2 Cases. Poster Presentation at the 120th Annual Meeting of the American Neurological Association, Washington DC, Oct. 1995. (Annals of Neurology. 38 (2): 397-8, Aug.1995).

2. **RG Geocadin**, AI Qureshi, JI Suarez, PD Parag, RJ Tamargo, A Bhardwaj, JA Ulatowski: Cerebrovascular Risk Factors and the Risk of Symptomatic Cerebral Vasospasm following Subarachnoid Hemorrhage. Poster Presentation at the 50th Annual Meeting of the American Academy of Neurology, April 25-May 2, 1998, Minneapolis, MN. (Neurology. 50 (Suppl.4): A412 April 1998).

3. **RG Geocadin**, R Ghodadra, T Kimura, H Lei, NV Thakor and DF Hanley: EEG and Neurological Recovery after Transient Global Cerebral Ischemia. Poster presentation in the 123rd meeting of the American Neurological Association, October 1998, Montreal, Canada

4. **RG Geocadin**, R Ghodadra, T Kimura, H Lei, DFHanley and NV Thakor: Early EEG Quantifies Cerebral Injury and Predicts Neurological Recovery after Transient Global Ischemia. Poster presentation in the 28th Annual Meeting of the Society for Neuroscience, November 7-12, 1998, Los Angeles, CA. (Soc. Neurosci. Abstr., 24 (2), p. 2150, 1998).

5. **RG Geocadin**, JG Chubbuck, A Razumovsky, N Naff, DF Hanley and MA Williams: Implantation of a Telemetric Intracranial Pressure Sensor in Humans: Phase 1 Feasibility Study. Poster Presentation the 1999 Annual meeting of the American Association of Neurological Surgeons, New Orleans, LA.

6. HC Hansen, **RG Geocadin**, DS Sherman, NV Thakor, E Niedermeyer, DF Hanley. Burst suppression EEG nach experimenteller globalen zerebraler Ischaemia: fruehe Veraenderungen und klinische Entwicklung. Proc German Anesthesiol Soc. 1998.

7. **RG Geocadin**, Adnan I. Qureshi, Jose I. Suarez and John A. Ulatowski. Long Term Outcome following Medical Reversal of Transtentorial Herniation in Patients with Supratentorial Mass Lesions. Platform Presentation in the 1999 Scientific Meeting of the 51st Meeting of the American Academy of Neurology, Toronto, CANADA

8. David L. Sherman, **RG Geocadin**, Hans Christian Hansen, Tetsu Kimura, Johnny Chao, Jose Hagan, Ernst Niedermeyer, Nitish V. Thakor and Daniel F. Hanley. Early EEG Bursting and Neurological Recovery after Experimental Cerebral Anoxia. Poster Presentation in the 1999 Scientific Meeting of the 51st Meeting of the American Academy of Neurology, Toronto, CANADA.

9. Abutaher M. Yahia, Adnan I. Qureshi, **RG Geocadin**, Anish Bhardwaj, Michael A. Williams, John A. Ulatowski and Daniel F. Hanley. Cardiac Arrythmia in Patients with Severe Guillain-Barre Syndrome. Poster Presentation in the 1999 Scientific Meeting of the 51st Meeting of the American Academy of Neurology, Toronto, CANADA.

10. David L. Sherman, Hans Christian Hansen, **RG Geocadin**, Nitish V. Thakor, Ernst Niedermeyer and Daniel F. Hanley. EEG Burst Suppression following Experimental Global Cerebral Anoxia: Early Impairment and Neurological Course. Platform Presentation to the 1999 meeting of the Eastern Electroencephalographers Association, New York, NY.

11. **RG Geocadin**, Jitendran Muthuswamy, Nitish V. Thakor and Daniel F. Hanley. Early electrophysiological and Histological Changes after Global Cerebral Ischemia. Presented in the Workshop on Animal Models - Myoclonus Research Foundation, Inc. and National Institutes of Health. March 21-22, 1999, Washington D.C.

12. Panayiotis N. Varelas, **RG Geocadin**, Alexander Razumovsky, Maureen O'Brien, Daniel F. Hanley and Michael A. Williams. Evaluation of Ventriculoperitoneal Shunt Dysfunction by Shunt Reservoir Pressure Monitoring. Accepted for platform presentation to the Congress of Neurological Surgeons, Boston MA, November 1999.

**13.** Ernst Niedermeyer, David L. Sherman, **RG Geocadin**, H. Christian Hansen and Daniel F. Hanley. Burst-Suppression EEG, Anoxia and Oxygenation (Intensive Care Treatment). Abstract submitted to the Annual Meeting of the American Clinical Neurophysiology Society, October 30- November 1, 1999, St. Louis, Missouri.

14. **Romergryko G Geocadin**, Alexander Razumovsky, Anish Bhardwaj, Robert J Wityk, Baltimore, MD and John A Ulatowski. .Post-partum Cerebral Vasculopathy and Intracerebral Hemorrhage. Scientific Meeting of the 52nd Meeting of the American Academy of Neurology, San Diego, CA April, 2000.

15. M. Atit ;J. Hagan.;S. Bansal ;R Ichord; **R. Geocadin**; C. Hansen; D. Sherman and N. Thakor. EEG Burst Detection: Performance Evaluation. EMBS – BMS Conference, October 1999. Atlanta, GA

16. Adnan I. Qureshi, **RG Geocadin**, Jose I. Suarez and John A. Ulatowski. Long Term Outcome following Medical Reversal of Transtentorial Herniation in Patients with Supratentorial Mass Lesions. International Symposium on Coma and Death. February 22-25, 2000, Havana, Cuba

17. **RG Geocadin**, Alexander Razumovsky, Anish Bhardwaj, Robert J Wityk, Baltimore, MD and John A Ulatowski. Post-partum Cerebral Vasculopathy and Intracerebral Hemorrhage.  Scientific Meeting of the 52nd Meeting of the American Academy of Neurology, San Diego, CA April, 2000.

18. T Kimura, **RG Geocadin**, J Muthuswamy, R Gaiki, JKT Chao, G Moriwaki, NV Thakor, DF Hanley. Early Neuronal Injury in the Reticular Thalamic Nucleus and Somatosensory Evoked Potential Recovery after Transient Global Ischemia in Rodents. Scientific Meeting of the 52nd Meeting of the American Academy of Neurology, San Diego, CA April, 2000.

19. MA Williams, **RG Geocadin**, AY Razumovsky, P Calvert and D Rigamonti. Utility of ICP monitoring to diagnose pseudotumor cerebri without papilledema. 11th International Symposium in Intracranial Pressure and Neurological Monitoring, Cambridge, UK, July 22-26, 2000.

20. Torbey MT, **RG Geocadin**, Bhardwaj A. Brain arrest neurologic outcome scale (BRANOS): Predicting mortality following cardiac arrest.   Presented at the 31st Critical Care Congress of the Society of Critical Care Medicine.  San Diego, CA, January 26-30, 2001.  Critical Care Medicine, 29 (12):597/M250, 2002.

21. AD. Malhotra, **RG Geocadin**, S Tong, A Bezerianos, DF Hanley, NV Thakor Neuroprotection and Injury Severity Correlate with Entropy EEG Measures in a Cardiac Arrest Model. Scientific Meeting of the 54th Meeting of the American Academy of Neurology, Denver, CO, April, 2002

22. G Moriwaki, **RG Geocadin**, S Tong, A Bezerianos, W Ziai, ME Blue, B Slusher, N Thakor, DF Hanley. Cortical Injury Index Measures Neuroprotective Effects of Selective NAALADase Inhibitor after Cardiac Arrest in Rats Scientific Meeting of the 54th Meeting of the American Academy of Neurology, Denver, CO, April, 2002

23. **RG Geocadin**, O Flores-Gumiran, MT Torbey, A Bhardwaj, MA Mirski. Cerebral Herniation Syndrome: Clinical Course and Immediate Outcome Scientific Meeting of the 54th Meeting of the American Academy of Neurology, Denver, CO April, 2002

24. MT Torbey, **RG Geocadin**, A Bhardwaj. Brain Arrest Neurologic Outcome Scale (BrANOS): A Strong Predictor of Outcome Following Cardiac Arrest Scientific Meeting of the 54th Meeting of the American Academy of Neurology, Denver, CO April, 2002

25. **Geocadin RG,** Koenig MA, de Grouchy M, Stevens RD, Restrepo L, Barker P, Wityk RJ.  MRI diffusion-perfusion weighted imaging patterns and induced hypertension therapy in acute ischemic stroke patients.   Platform session at annual meeting of the American Academy of Neurology, San Diego, April 2004.

26. Koenig MA, **Geocadin RG**, de Grouchy M, Glasgow J, Vimal S, Restrepo L, Wityk RJ.  Safety of induced hypertension therapy in acute ischemic stroke patients. Platform session at annual meeting of the Neurocritical Care Society, Scottsdale, February 2005.

27. Jia X, Koenig MA, Shin HC, Zhen G, Thakor NV, **Geocadin RG**. Detection and monitoring of brain recovery after therapeutic hypothermia in a post-cardiac arrest rodent model: A quantitative EEG study. Poster session at the Annual Symposium of the American Heart Association Council on Basic Cardiovascular Sciences, Keystone, June 2006.

28. Jia X, Shin H, Koenig MA, Zhen G, Hanley DF, Thakor NV, **Geocadin RG**.  The effect of immediate hypothermia therapy on neurological recovery after cardiac arrest in rats.  Poster session at the annual meeting of the Society for Neuroscience, Atlanta, October 2006.

29. Koenig MA, Kaplan PW, Hartmann TK, Mullapudi SV, Wuyyuru VD, Natarajan A, Sherman DL, **Geocadin RG**.  Quantitative and qualitative evaluation of middle latency SSEP in comatose survivors of cardiac arrest.  Poster session at the annual meeting of the American Clinical Neurophysiology Society, Chicago, November 2006.

30. Koenig MA, Kaplan PW, Hartmann TK, Mullapudi SV, Wuyyuru VD, Natarajan A, Sherman DL, **Geocadin RG**.  Middle Latency SSEP Predicts Outcomes in Comatose Survivors of Cardiac Arrest. Platform session at the annual meeting of the Neurocritical Care Society, Baltimore, November 2006.

31. Jia X, Koenig MA, Shin HC, Zhen G, Thakor NV, **Geocadin RG**.  Earlier Initiation Of Therapeutic Hypothermia Increases Neurological Recovery After Asphyxial Cardiac Arrest In Rats.  Platform session at the annual meeting of the Neurocritical Care Society, Baltimore, November 2006.

32. Aggarwal S, Koenig MA, Kaplan PW, **Geocadin RG**. Evolution of short- and middle-latency SSEP after resuscitation from cardiac arrest. Poster session at the annual meeting of the American Academy of Neurology, Boston, May 2007.

33. Bryan M, Koenig MA, **Geocadin RG**, Stevens RD. Medical reversal of transtentorial herniation following acute stroke and spontaneous hemorrhage. Poster session at the annual meeting of the American Academy of Neurology, Boston, May 2007.

34. W Ziai, G Kim, D Lin, M Mirski, P Kaplan, S Ledroux and **RG Geocadin**. Cortical Laminar Necrosis: Occurrence after Status Epilepticus. Poster session at the annual meeting of the American Academy of Neurology, Boston, May 2007.

## Extramural Sponsorship:

## Active:

**Title: Consequences of Cardiac Arrest: Brain Injury**
Role: Co-Principal Investigator: 28% Effort
Agency: NHLBI; 1 RO1 HL71568
Principal Investigator: Thakor
Project Period: 8/1/03 – 7/31/08
Total Direct Award: $1,500,000 Total Award: $2,400,748
Objective: This is a study into the basic mechanisms of ischemic brain injury. The goal is to use quantitative EEG analysis, neural spike data analysis to determine the different stages of ischemic injury, and explore the mechanisms of brain recovery after cardiac arrest.

**Title: ESPRIT Evoked Potential Monitoring of Acute Intracranial Mass Lesions**
Role: Principal Investigator (JHU subcontract): 15% effort
Agency: NIH/SBIR HHS- SBIR Program Phase II
Period: 1/1/06 to 6/30/07
Sponsor/PI: A. Natarajan, (Infinite Biomedical Technology)
Total direct cost (subcontract to JHU): $268,566
Objective: To develop a novel clinical monitor of real time brain injury and recovery related to acute intracranial mass lesions.

**Title: Wireless EEG-PSG Systems with Novel Artifact Detection SBIR Phase 2**
Role: Principal Investigator (JHU subcontract) 5% Effort
Agency: NIH/SBIR HHS- SBIR Program Phase 2
PI/Sponsor: T Zikov (Cleveland Medicals Inc.)
Period: 9/1/05 to 8/31/07
Direct cost: $67,460 Total cost$85,000
Objective: To test novel artifact rejection system in the neuro-intensive care environment

**Title: QEEG and QSpike: Brain Indicators of Temperature Manipulation after Cardiac Arrest**
Role: CO-Principal Investigator: 16% Effort
Agency – NIH NHLBI R21
PI: Nitish Thakor, PhD
1st year direct $125,000
Period: 12/1/05 to 11/31/07
Objective: To study the neuro-electrical response by QEEG methods serving as a real time, non-invasive, electrical marker of the brain's response to temperature manipulation and to evaluate the interaction of the subcortical (spike activity) and cortical QEEG responses of the brain to temperature manipulation.

**Title: Cortical Brain Injury Monitor Phase 2B (Continuation)**
Role: Principal Investigator (Clinical Component-Multicenter Coordinating/JHU subcontract)- Effort: 18%
Agency: NIH/SBIR HHS- SBIR Program Phase II, {Sub-contract from Infinite Biomedical Technologies)

Principal Investigator: Natajaran, A (IBT)
Funding Period: September 2006 – August 2009
Total Direct Award: $2100,783; Total Award: $2809,797
Objective: Johns Hopkins will spearhead and organize a multi-center testing of the instrument will be undertaken in patients who experience cardiac arrest and accompanying brain injury.

## Pending Funding:

**Title: QEP Analysis of Comatose Patients (Multicenter Trial) – for resubmission**
Role: Principal Investigator (10%) (for JHU contract and lead clinical investigator)
Proposed Funding Period: April 2007- March 2009
Agency NHLBI/SBIR -  2R44HL076991
{subcontract with Infinite Biomedical Technologies – PI: D Sherman}
Total amt requested: TOTAL DIRECT $936,286, TOTAL DIRECT AND INDIRECT $1,170,357
Objective: To study and validate the use of quantitative evoked potential monitoring in comatose patient resuscitated from cardiac arrest

## Past Funding

**Title: "Early EEG markers of neurological recover after resuscitation from cardiac arrest".**
Role: Primary investigator, (80% effort)
Agency: American Academy of Neurology Education & Research Foundation – Corporate Roundtable Clinical Research Training Fellowship
Funding period: 1999-2002
Objective: To develop novel early QEEG measures of neurological recovery in patients resuscitated from cardiac arrest.

**Awarded (Fellowship funding) but declined due to faculty appointment**
*Role: Principal Investigator* Post Doctoral Fellowship Award
Agency: American Heart Association, Maryland Affiliate.
Period of funding: 1999 to 2001.
Research:"Electroencephalographic markers of Neurological Recovery following Transient Cerebral Anoxia in a rodent model"

**Title: "Transient Evoked Potentials"**
**Research Fellow**, (50% effort) – (period of involvement 1997-99)
Funding Agency: National Institutes of Health - RO1-NS 24282
Primary Investigator – N. Thakor
Objective: To study the electrophysiologic, molecular and behavioral markers of recovery after resuscitation from cardiac arrest in a rodent model.

**Title: Cortical Brain Injury Monitor**
Role: CO-Principal Investigator - Percent Effort:  17%
Agency: NIH/SBIR HHS- SBIR Program Phase II, 1R43NS38016-01
{Sub-contract from Infinite Biomedical Technologies)
Principal Investigator: Natajaran, A (IBT), Hanley, D (JHU subcontract)
Project Period: 7/1/02 – 6/30/04
Total Direct Award: $285,133 Total Award: $356,416 (JHU allocation only)
First Year Direct Award: $120,569 First Year Total: $150,712
Objective: The Johns Hopkins \ will evaluate the use of the instrument in patients who experience cardiac arrest and accompanying brain injury.

**Title: Evoked Potential Monitor for Traumatic Brain Injury**
Role: CO-Principal Investigator 10% Effort
Agency: NIH/SBIR {Sub-contract from Infinite Biomedical Technologies)

Principal Investigator: Natajaran, A (IBT), Thakor, N. (JHU subcontract)
Project Period: 9/1/03 – 8/30/04
Total Direct Award: $34,390 Total Award: $48,331 (subcontract)
First Year Direct Award: $34,390 First Year Total: $48,331 (subcontract)
Objective: Investigate the use of quantitative Evoked Potential (qEP) analysis to detect and monitor the evolution of brain injury after TBI

**Title:  Seizure Analysis and Prediction System**
Role: Co-Principal Investigator (JHU subcontract): 5% Effort
Agency: Cleveland Medical Device
Principal Investigator: Daniel Hanley (JHU subcontract)
Project Period: 09/30/03 – 5/31/05
Total Direct Award: $68,893 Total Award: $85,616 (subcontract)
Objective: The aim of this project is to develop a general seizure analysis and prediction system that employs advanced, real-time, electronencephalogram (EEG) analysis and interpretation techniques implemented in a commercially viable and user-friendly research/clinical software package.

**Title: Neonatal Neurological Monitor (N2M)**
Role: CO-Principal Investigator: 4%Effort
Agency: NIH/SBIR {Sub-contract from Infinite Biomedical Technologies)
Principal Investigator: Natajaran, A (IBT), Thakor, N. (JHU subcontract)
Project Period: 5/1/03 – 4/30/05
Total Direct Award: $340,553 Total Award: $482,593 (subcontract)
First Year Direct Award: $162,835 First Year Total: $236,815 (subcontract)
Objective: To develop a novel qEEG indicator of the neurological status of the infant after perinatal asphyxia.

**Title: Randomized Controlled Pilot Study: Induction of Mild Hypothermia in Cardiac Arrest Patients using Traditional Cooling Technique versus Medivance Arctic Sun**
Role: Principal Investigator (JHMI site) 8% effort
Sponsor: Medivance Arctic Sun, Inc. Period: 10/15/04 to 11/30/06
Direct Cost: $124,246 Total: $150,338
Objective: To evaluation the effectiveness of the Arctic Sun cooling system in patients resuscitated from cardiac arrest in a multicenter study.

**Title: RESCUE: EEG substudy - Use of Early EEG monitoring in patients treated with hypothermia after cardiac arrest**
Role: Principal Investigator: 5% Effort
Sponsor: Medivance Arctic Sun, Inc.
Period 1/1/05 to 12/31/06
Total direct $10,000
Objective: To study the use of early QEEG in the detection of hypothermia effects in brain recovery in patients after cardiac arrest

## V. Educational Activities:

**Continuing Medical Education (National/International Meetings):**

***Course Directorship/Faculty -- American Academy of Neurology***

**Course Director** – "Global Cerebral Ischemia –Cardiac Arrest Revisited" at the 54th Annual Meeting of the American Academy of Neurology, Denver, CO, 2002
**Course Director** - "Disorders of Intracranial Pressure for the Neurologist" at the 55th Annual Meeting of the American Academy of Neurology, Honolulu, MI *April 2003*
**Course Director** - "Disorders of Intracranial Pressure for the Neurologist at the 56[th] Annual Meeting of the American Academy of Neurology, San Francisco, *April 2004*

**Course Director -** "Disorders of Intracranial Pressure for the Neurologist at the 57[th] Annual Meeting of the American Academy of Neurology, Miami, FL, *April 2005*

**Course Director -** "Advances in the Care of Brain Injury after Resuscitation from Cardiac Arrest at the upcoming 59[th] Annual Meeting of the American Academy of Neurology, Boston, MA, *April 2007*

**Faculty,** The Diagnosis and Management of Cerebral Venous Thrombosis" at the 55[th] Annual Meeting of the American Academy of Neurology, Honolulu, MI *April 2003 and*

**Faculty,** The Diagnosis and Management of Cerebral Venous Thrombosis" at the 56[th] Annual Meeting of the American Academy of Neurology, San Francisco, *April 2004*

**Faculty,** The Diagnosis and Management of Cerebral Venous Thrombosis" at the 57[th] Annual Meeting of the American Academy of Neurology, Miami, FL *April 2005*

**Faculty,** "Brain Injury after Cardiac Arrest" at the 56th Annual Meeting of the American Academy of Neurology, San Francisco, *April 2004*

**Faculty,** "Brain Injury after Cardiac Arrest" at the 57th Annual Meeting of the American Academy of Neurology, Miami, Fl *April 2005*

**Faculty,** The Diagnosis and Management of Cerebral Venous Thrombosis" at the 58[th] Annual Meeting of the American Academy of Neurology, San Diego, Ca. *April 2006*

**Faculty,** Advances in Management of Brain Injury after Resuscitation from Cardiac Arrest at the upcoming 59th Annual Meeting of the American Academy of Neurology, Boston, MA, *April 2007*

*Faculty, UERM College of Medicine Alumni in the USA Meeting* - Continuing Medical Education, Advances in diagnosis and treatment of stroke, Chicago, IL, August 2004

*Faculty, Stroke Management Session:* 30th Annual Meeting of the Society for Interventional Radiology ICU Management of Post-thrombolysis Patient. New Orleans, LA, April 2005

*Faculty, Stroke Management Session:* 32[th] Annual Meeting of the Society for Interventional Radiology, ICU Management of Post-thrombolysis Patient. Seattle, WA, March 2007

*Lecturer, Hypothermia for Brain Injury after Cardiac Arrest*, American Association of Critical-Care Nurses-Chesapeake Bay Chapter Educational Symposium, Baltimore, MD March 2007

**Internet Course/Web-Teleconference:**

1. **RG Geocadin**, Faculty Lecturer. Neurological monitoring and prognostication after cardiac arrest. Online Educational Source for Therapeutic Hypothermia. MA Peberdy – Course Director, May 24, 2007
*http://www.therapeutichypothermia.com/eLearning/home.html*

**Intramural Lectures (Johns Hopkins University)**

1. *Lecturer,* Examination of the Unconscious Patient and Coma, Didactic Lectures for Medical Student, Department of Neurology, Johns Hopkins University School of Medicine 1998 - present
2. *Lecturer* – Neurocritical care monitoring – Biomedical Engineering Seminar, JHU 2001-present
3. *Lecturer* – Hemorrhagic Strokes and Traumatic Brain Injury – JHH Residents Neuro-Critical Care Monthly Lecture Series, Johns Hopkins Hospital, 2002; 2003; 2004
4. *Lecturer,* Head Trauma and Increased Intracranial Pressure, The Annual CNRN Review Course, Johns Hopkins University School of Nursing, Baltimore, MD July 10, 2002.
5. *Lecturer,* Neurological Assessment of the Unconscious Patients at the Advanced Clinical Topics in Neurosciences Nursing Workshop, Johns Hopkins Hospital, May 17, 2002
6. *Lecturer,* Medical Management of Aneurysmal Subarachnoid Hemorrhage, Division of Neuroradiology, Johns Hopkins Hospital, November 8, 2000
7. *Lecturer,* Selected topics (Advance Neurological Exam, Brain Death), Nurse Practitio\ner Class, Academic year, Johns Hopkins University School of Nursing 2000-2001
8. *Lecturer,* Neurocritical Care Topic Series for Residents, Department of Neurology, Johns Hopkins Hospital 1999 to present

9.  **Lecturer,** Traumatic Brain Injury - Fall Seminars in Trauma 2005:  A Continuing Nursing Education Series. Johns Hopkins Medical Institutions, Johns Hopkins Bayview Medical Center, October 27, 2005 and November 17, 2005

10. **Lecturer,** Brain Injury and Cardiac Arrest – Residents Noon Conference – Department of Medicine – Johns Hopkins Bayview Medical Center, March 2006.

11. **Lecturer,** Update on Traumatic Brain Injury – Trauma Service – Department of Surgery, Johns Hopkins Hospital. May 2006.

12. **Lecturer,** Hypothermia for Brain Injury after Cardiac Arrest – Resident Lecture Series – Department of Emergency Medicine, Johns Hopkins Hospital, July 2006.

13. **Lecturer,** Multiple Topics (Intracranial Pressure, Brain Code, Cerebral Herniation Syndromes and Brain Injury after Cardiac Arrest) Neurology Residents Lecture Series – Department of Neurology-Johns Hopkins Hospital, July 2006

14. **Lecturer,** Therapeutic Hypothermia after Cardiac Arrest – Pulmonary Critical Care Fellows Core Conference– Department of Medicine, Johns Hopkins Medical Institutions, Jan 18, 2007.

15. **Lecturer,** Acute Care of Traumatic Brain Injury – Resident Core Lecture – Department of Rehabilitation and Physical Medicine, Johns Hopkins Hospital. Feb 2007.

## Mentoring: Clinical/Research Fellows, Residents and Students:

1.  Amit Malhotra—Undergraduate Student (Biomedical Engineering - BME) JHU, 1999-2002
    Research: QEEG and Hypoxic Preconditioning in Cardiac Arrest
    Currently: Resident in Radiology- Albert Einstein School of Medicine, NY

2.  Goroku Moriwaki, MD, PhD – Post-Doctoral Fellow, Anesthesiology-Critical Care, BME, 1999-2000
    Research: Neuroprotection (Naaladase inhibitors for Global Cerebral Ischemia)
    Currently: Faculty/Attending Anesthesiologist, Hamamatsu School of Medicine, Japan

3.  Michel Torbey, MD, MPH - Fellow in Neurosciences Critical Care Johns Hopkins Hospital, 1999-2000
    Research: CT Scan evaluation in cardiac arrest survivors
    Currently: Asst Professor/Director, Stroke-Critical Care-Medical College of Wisconsin

4.  Tatsuaki Iwamoto, MD, Post-Doctoral Fellow, Neurology-ACCM, BME, JHU 2001 –2003
    Research: PARP inhibitors as neuroprotection for brain injury after cardiac arrest
    Currently: Faculty and Attending Anesthesiologist, Hamamatsu School of Medicine, Japan

5.  Peter Limpar, MD, Post-Doctoral Fellow, Neurology, ACCM, BME, JHU 2001-2003
    Research:  Cardiac and Neurologic Injury after Global Cerebral Ischemia
    Currently: Faculty; Staff Anesthesiologist University of Lyon, France

6.  Wendy Wright, MD Fellow in Neurosciences Critical Care -- Johns Hopkins Hospital, 2002- 2003
    Research: Respiratory failure and ventilator weaning in the Neuro-ICU
    Currently: Assistant Professor in Neurology, Emory University School of Medicine

7.  Matthew Schreckinger, BS. Undergraduate student  (Neuroscience – JHU) 2003-2005
    Research: Long Term Outcome in Rats with Mild Brain Injury after Cardiac arrest
    Currently: Medical Student – University of Massachusetts School of Medicine

8.  Michael Rafii, MD – Chief Resident in Neurology, 2005-2006
    Research: Eletriptan for ICP elevation in model of intracranial mass lesion
    Grant: Investigator Initiated Grant (Pfizer)
    Current: Fellow, Cognitive Neurology UCSD

9.  Matthew Koenig, MD - Fellow in Neurosciences Critical Care Johns Hopkins Hospital, 2005- 2007
    Research: Novel SEP analysis methods in brain injury after cardiac arrest

10. Xiao Feng Jia, MD Post-doctoral fellow – Neuro-instrumenation Lab, JHSOM-BME
    Research: Optimizing Hypothermia for Cardiac Arrest

14. Christos Lazaridis, MD – Fellow in Neurosciences Critical Care Johns Hopkins Hospital, 2006- 2008
    Research: IV Keppra for Status Epilepticus/ Seizures in the NCCU
    Grant: Investigator Initiated Grant on above research (submitted to UCB Pharma/Keppra)

15. Hans Adrian Puttgen, MD – Chief Resident in Neurology 2006-2007
    Research: Weaning of IV Nicardipine in patients with intracerebral hemorrhage

**Neurocritical Care Fellows Trained At Johns Hopkins:**

1. Panayotis Varelas MD PhD – Fellow -Neurosciences Critical Care, Johns Hopkins, 1999-2000
    Currently: Associate Professor and Director, Neuro-ICU Henry Ford Hospital, Detroit MI.
2. Abutaher Yahia, MD – Fellow in Neurosciences Critical Care Johns Hopkins, 1999-2000
    Currently: Attending Neuro-Intensivist/Neurointerventionalist– Private Practice, Detroit MI
3. Veronica Chiang, MD – Fellow -Neurosciences Critical Care, Johns Hopkins – 2000
    Currently: Assistant Professor – Neurosurgery Director Neuro-ICU, Yale University,– Yale NHMC
4. Christine Wijman, MD Fellow -Neurosciences Critical Care, Johns Hopkins – 2000
    Currently: Asst. Prof - Neurology/Neurosurgery, Director: Critical Care Neurology, Stanford Univ
5. Wendy Ziai, MD - Fellow in Neurosciences Critical Care Johns Hopkins, 1999-2000
    Currently: Assist. Professor JHU and Attending, NCCU Johns Hopkins Hospital
6. Michel Torbey, MD, MPH - Fellow in Neurosciences Critical Care Johns Hopkins, 1999-2000
    Currently: Assoc Professor/Director, Stroke-Critical Care-Medical College of Wisconsin
7. Diana Chandos,MD Fellow in Neurosciences Critical Care- Johns Hopkins, 2001-2002
    Currently: Neuro-intensivist, Forsyth Hospital, Winston-Salem NC
8. Robert Stevens, MD Fellow in Neurosciences Critical Care-Johns Hopkins, 2001-2002
    Currently: Asst Professor in ACCM/Neurology, Attending – NCCU Johns Hopkins Hospital
9. Chere Chase,MD Fellow in Neurosciences Critical Care Johns Hopkins, 2001- 2002
    Currently: Director of Stroke/Critical Care Forsythe Hospital, North Carolina
10. Anise Ardelt, MD,PhD -- Fellow in Neurosciences Critical Care -- Johns Hopkins Hospital, 2002- 2003
    Currently: Assistant Professor, Stroke-Critical Care Attending, Univ of Alabama-Birmingham
11. Connie Chen, MD Fellow in Neurosciences Critical Care -- Johns Hopkins, 2002- 2003
    Currently Attending Neuro-Critical Care, Presbyterian Hospital Dallas Tx
12. Wendy Wright, MD Fellow in Neurosciences Critical Care -Johns Hopkins, 2002-2003 Currently:
    Assistant Professor, attending Neuro-ICU  -- Emory University, Altlanta GA
13. Lunei Fitzsimmons, MD Fellow in Neurosciences Critical Care Johns Hopkins, 2004- 2006
    Currently: Private Practice – Neuro-anesthesiology – New York State
14. Joao Gomes, MD Fellow in Neurosciences Critical Care Johns Hopkins, 2004- 2006
    Currently: Asst. Professor-Univ of Connecticut; Stroke-Critical Care Hartford Hospital, CT
15. Julio Chalela, MD Fellow in Neurosciences Critical Care Johns Hopkins, 2004- 2006
    Currently: Asst. Professor, Director – Neuro-ICU - Univ of South Carolina, Charlton, SC
16. Neraj Naval, MD Fellow in Neurosciences Critical Care Johns Hopkins, 2004- 2004
    Currently: Instructor, Neurology/ACCM Johns Hopkins- Attending NCCU-JHMI
17. Matthew Koenig, MD - Fellow in Neurosciences Critical Care Johns Hopkins, 2005- 2007
    Currently: Asst. Professor -  Neurology/ACCM Johns Hopkins – Attending NCCU - JHMI
18. Tamer Abelhak, MD - Fellow in Neurosciences Critical Care Johns Hopkins, 2005- 2007
    Currently: Instructor Neurology/Neurosurgery –Henry Ford Hospital, Detroit, MI
19. Christos Lazaridis, MD Fellow in Neurosciences Critical Care Johns Hopkins, 2006- 2008
20. Athir Morad, MD Fellow in Neurosciences Critical Care Johns Hopkins, 2005- 2007
21. Laith Altaweel - Fellow in Neurosciences Critical Care Johns Hopkins, 2005- 2007


**Teaching Grant**

**Faculty,** Neuroengineering Training Grant (NIH), (PI/Director: Nitish Thakor, PhD) Department of Biomedical Engineering, Johns Hopkins University School of Medicine, Baltimore, Maryland (2002-present)

**VI. Clinical Activities:**

**Licenses and Certifications**
  **American Board of Psychiatry and Neurology (Neurology)**
  (Certificate no. 48272), 2000-2010
  **Educational Commission for Foreign Medical Graduates (ECFMG)**
  (Certificate no. 0-483-981-7) valid indefinitely

**US Medical Licensing Examination (USMLE**): *Steps I, II & III (active)*
**Maryland State Physician License** number D0054031 – *active*
**Advance Trauma Life Support** (American College of Surgeons)
Certificate no. 24911 (active: 2004-2008)

## VII. Organizational Activities:

### Activities in Professional Organizations

**Neurocritical Care Society**
*Board of Directors*, *Neurocritical Care Society, 2004-2007*
*Founding Editor,* Currents – Official Newsletter of the Neurocritical Care Society, 2006 – present
*Member*, Long Range Planning Committee
*Member,* Fund Raising Committee
*Charter Member,* Neurocritical Care Society, 2003 – present

**American Academy of Neurology**
*Active Member,* American Academy of Neurology, 1993-present
*Chairman, Author Panel -* Practice Guidelines for Brain Injury after Cardiac Arrest for Neurologists under
    the auspices of the Therapeutic and Technology Subcommittee of the AAN, 2006-present
*Member*, Medical Student Essay Award Subcommittee 2004-2006
*Member,* Section on Critical Care & Emergency Neurology
    Member – Education Working Group; Science Working Group
*Member,* Section on Stroke and Cerebrovascular disease
*Member*, Members Demographics Subcommittee

**American Heart Association**
*Member,* Stroke Council, 1999 – present
    Cardiac Critical Care and Resuscitation Council 2005-present
*Member,* Adult Research Task Force, American Heart Association's National Registry of Cardiopulmonary
    Resuscitation Research Committee, 2006-present. The Task Forces directs research and reporting
    of data from the NRCPR.
*Abstract Grader* – AHA 2007 National meeting - Orlando Fl.

**Society of Critical Care Medicine**
*Member,* 1997-present
*Member,* Neurology/Neurosurgery Section

### Institutional Administrative Activities:

1. **Chair,** Collaborative Critical Care Joint Practice Committee  – Johns Hopkins Bayview Medical Center, 2007-present (committee composed of unit directors and nurse managers of all adult critical care units)
2. Neurology Leadership Committee, Department of Neurology, Johns Hopkins Bayview Medical Center, 2006
3. Joint Practice Committee, Department of Neurology/Neurosurgery - Johns Hopkins Bayview Medical Center, 2006

## VIII. Recognition

### Awards:
1. *Selected Delegate - 1St Neurology Leadership Forum* (Donald M. Palatucci Advocacy **Leadership Forum**) of the American Academy of Neurology, San Diego, CA, Jan 2003
2. *Corporate Roundtable Clinical Research Training Fellowship Award* of the American Academy of Neurology - Education & Research Foundation (AAN-ERF) – 2000-2002

3. **Post Doctoral Fellowship Award,** American Heart Association-Mid-Atlantic Affiliate, 1999
4. **David S. Dana Research Award,** Johns Hopkins Neurocritical Care Division, 1999-2000
5. **Eleanor Naylor Dana Neuroscience Critical Care Fellowship Award,** Johns Hopkins Neurocritical Care Division, 1997 – 1998
6. **Scholarship for Residents** at the 48th Annual Meeting of the American Academy of Neurology, San Francisco, CA  1996

**Grand Rounds, Invited Seminars and Lectures:**

1. **Speaker,** Maryland State Advisory Council on Heart Disease and Stroke special presentation on: "Hypothermic Treatment for Cardiopulmonary Arrest-Associated Anoxic Ischemic Encephalopathy." May 30, 2007.
2. **Invited Speaker,** ACCM Academic Program in conjunction with the *JHU 2007 Biennial Meeting of the Johns Hopkins University and Surgical Association,* Scheduled for June 1, 2007
3. **Invited Speaker,** JHMI – ACCM Departmental Research Conference. *Neurologic Recovery after Resuscitation from Cardiac Arrest,* Bench to Bedside. May 16, 2007
4. **Plenary Session Speaker,** Hot Topics in Neonatology 2006 (International meeting organized by Dr. J Lucey – Editor-in-chief, Pediatrics), *Advances in Adult Neuro-Intensive Care,* The Omni Shoreham Hotel, Washington, DC, December 3rd - 5th, 2006
5. **Invited Speaker,** BME Seminar Series, Department of Biomedical Engineering, Johns Hopkins School of Medicine. *Brain injury after Cardiac Arrest: Improving Outcomes and Moving Research from Bench to Bedside–* December 1, 2007
6. **Grand Rounds Speaker,** Department of Neurology/Neurosurgery, Henry Ford Hospital, Detroit, MI, *Treatment of Hypertensive Emergencies in Stroke–* November 8, 2006
7. **Grand Rounds Speaker,** Department of Medicine - Johns Hopkins Bayview Medical Center, *Therapeutic Hypothermia and Cardiac Arrest,* October 2006
8. **Grand Rounds Speaker,** Department of Medicine, Jeanes Hospital, Temple University School of Medicine, Philadelphia, PA. *Management of Blood Pressure in Acute Ischemic Stroke,* September 27, 2006
9. **Grand Rounds Speaker,** Department of Medicine, Anne Arundel Medical Center, Maryland, *Blood Pressure Management in Acute Strokes,* September 5, 2006
10. **Grand Rounds Speaker,** 1st Annual Topics in Stroke Lecture Series Current Concepts in Adult Stroke, The Stroke Center at Greater Baltimore Medical Center. *"The Brain Code: Principles of Cerebral Resuscitation and Reversal of Transtentorial Herniation in the ICU",* May 30, 2006.
11. **Grand Rounds Speaker,** VCures Resuscitation Science Lecture – Department of Medicine (Cardiology) – Medical College of Virginia, Richmond Virginia *"Brain Resuscitation and Cardiac Arrest"–* May 18, 2006
12. **Grand Rounds Speaker,** Department of Neurology, Albert Einstein School of Medicine, New York. *The Evolving Role of the Neurologist and the Care of Brain Injury after Cardiac Arrest.* Feb 23, 2006.
13. **Visiting Lecturer,** Seminar - Drexel University School of Biomedical Engineering, Science, and Health Systems, Philadelphia PA on *Cortical Brain Injury Monitoring  "Bench to Bedside",* January 13, 2006
14. **Guest Speaker,** Investigators (RESCUE Study) meeting (sponsor: Medivance, Inc) – *Early EEG post-cardiac arrest Sub-study.* Satellite meeting American Heart Association, New Orleans, October 2004
15. **Grand Rounds Speaker,** Osler Grand Rounds Department of Medicine, Johns Hopkins School of Medicine: "Treating the Brain after Cardiac Arrest" November 14, 2003
16. **Symposium Organizer/Co-Director,** Philippines Symposium on Critical Care Medicine – St. Luke's Medical Center Centennial Celebration, Shangrila Hotel, EDSA, Manila Philippines October 2002
17. **Guest Speaker,** American Association of Critical Care Nursing - *Cerebral Resuscitation-* Baltimore, MD, Jan 2002.
18. **Grand Rounds speaker,** Department of Neurology, New York University Medical Center: "Neurological injury after cardiac arrest" -, New York, NY, August 2001.
19. **Guest Speaker,** Annual meeting of the Maryland Neurological Association *Novel Neurophysiological approaches to neurological injury after cardiac arrest.* Baltimore, MD, Sept 2001

20. ***Invited Speaker,*** Third International Neuro-ICU Symposium - *Assessment of Global Cerebral Ischemia with EEG and SEP.*, Wolkenstein, Val Gardena, ITALY, Jan 13-17, 2001

21. ***Guest Speaker,*** Institute for Neurosciences, St. Luke's Medical Center - *Global Cerebral Ischemia*, Cathedral Heights, Quezon City, Philippines, August 2000.

22. ***Grand Rounds Speaker,*** Philippine Heart Center for Asia - Cerebral Resuscitation after Cardiac Arrest- Failures and Promises, Quezon City Philippines, August 2000.

23. ***Grand Rounds Speaker,*** Department of Clinical Neurosciences, University of the East Ramon Magsaysay College of Medicine, Quezon City, Philippines Neurological Injury and Recovery After Resuscitation from Cardiac Arrest, August 2000.

24. ***Grand Rounds Speaker,*** Intracranial Hypertension, Department of Clinical Neurosciences, University of the East Ramon Magsaysay College of Medicine, Quezon City, Philippines, December 2000.

25. ***Grand Rounds Speaker,*** St. Luke's Medical Center, Cathedral Heights, Quezon City, Philippines Medical Reversal of Transtentorial Herniation, Institute for Neurosciences, December 1999