## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GREGORY E. SCHOENBORN,** | : | |
| **as Personal Representative** | : | |
| **of the Estate of MARTHA S.** | : | |
| **SCHOENBORN, Deceased,** | : | |
| | : | |
| Plaintiff, | : | **1:07 cv 00544 (RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **WASHINGTON METROPOLITAN** | : | |
| **AREA TRANSIT AUTHORITY,** | : | |
| | : | |
| Defendant. | : | |
| _____: | : | **CONSOLIDATED WITH** |
| | : | |
| **MOLLY M. BLASKO, as Personal** | : | |
| **Representative of the Estate of** | : | |
| **SALLY DEAN McGHEE,** | : | |
| **Deceased,** | : | |
| | : | |
| Plaintiff, | : | **1:07 cv 00833 (RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **WASHINGTON METROPOLITAN** | : | |
| **AREA TRANSIT AUTHORITY,** | : | |
| | : | |
| Defendant. | : | |
| _____: | | |

### DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S PRELIMINARY SUPPLEMENTAL RULE 26(a)(2) EXPERT WITNESS DISCLOSURE

**COMES NOW** the Defendant, Washington Metropolitan Area Transit

Authority (hereinafter referred to as "WMATA"), by and through undersigned

counsel, and pursuant to Fed. R. Civ. P. 26(a)(2), submits the following

preliminary supplemental expert witness disclosure:

In addition to Dr. Romergryko Geocadin previously listed in Defendant Washington Metropolitan Area Transit Authority's Preliminary Rule 26(a)(2) Expert Witness Disclosure, the Defendant further designates:

> David J. Ciesla, M.D., F.A.C.S.
> Director of Trauma Services
> Washington Hospital Center
> 110 Irving Street, N.W., Suite 4B-39
> Washington, D.C. 20010

Dr. Ciesla is board-certified by the American Board of Surgery in both General Surgery and Surgical Critical Care. (*See* attached curriculum vitae, listing of publications and schedule of fees).

Dr. Ciesla will testify at trial consistent with his opinions expressed in that attached reports dated December 20, 2007 in the matters involving Martha Schoenborn and Sally Dean McGhee.

This expert witness disclosure is based upon discovery which has been conducted to date and the defendant reserves the right to amend and/or supplement this expert witness disclosure as well as designate additional expert witnesses pending completion of discovery.[1]

---

[1] On December 18, 2007, Defendant received Plaintiff Blasko's Answers to Defendant's Interrogatories and Response to Defendant's Request for Production of Documents. Similarly, Plaintiff Schoenborn and the Defendant have discussed Plaintiff's discovery responses. Nevertheless, Defendant WMATA anticipates filing a Motion to Extend the Time Period in order to file its Rule 26(a)(2) Expert Witness Disclosure.

**WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY**


_____/s/_____
Kathleen A. Carey
Unified Bar No: 357990
Associate General Counsel-WMATA
600 5th Street, N.W.
Washington, D.C. 20001
Telephone:  (202) 962-1496
Facsimile: (202) 962-2550
E-mail:  kcarey@wmata.com


_____/s/_____
Nicholas S. Nunzio, Jr.
Unified Bar No: 362578
Assistant General Counsel-WMATA
600 5th Street, N.W. Room
Washington, D.C. 20001
Telephone: (202) 962-1028
Facsimile: (202) 962-2550
E-mail: nnunzio@wmata.com


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of December 2007 a copy of the foregoing Defendant Washington Metropolitan Area Transit Authority's Preliminary Supplemental Rule 26(a)(2) Expert Witness Disclosure, together with its attached reports (dated December 20, 2007) and curriculum vitae of David Joseph Ciesla, M.D., was electronically filed/served and mailed, first class mail, postage prepaid to the following attorneys:

Peter C. Grenier, Esquire
Michael K. Hibey, Esquire
BODE & GRENIER, L.L.P
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
pgrenier@bode.com

Patrick M. Regan, Esquire
Paul J. Cornoni, Esquire
Regan, Zambri and Long, PLLC
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036
pregan@reganfirm.com

> _____/s/_____
> Nicholas S. Nunzio, Jr.

# David J Ciesla MD FACS

Director Trauma Services, Washington Hospital Center
Washington DC

December 20, 2007

Expert Opinion: Shoenborn vs WMATA

In regard to case of Scheonborn vs. WMATA and events surrounding the bus/pedestrian collision on February 14, 2007, I have reviewed the video recording of the intersection where the collision occurred, the depositions of the witnesses at the scene including those of Brenda Seay, Mohammad Cheema, the depositions of the police and EMS workers that responded to the scene, the pre-hospital medical record, the medical record of Ms Schoenborn's evaluation at George Washington University Hospital on February 14, 2007 and the results of her autopsy performed on February 15, 2007.

It is my opinion that Ms Schoenborn was unaware of the impending collision with the bus as she made her way across the street. This is based on the video images of the intersection that show Ms Schoenborn proceeding forward at a constant pace into the impact area. From this video recording, Ms Schoenborn did not appear to make any movement or gesture that indicated that saw the bus as it entered the crosswalk or that she was startled by the sound or sudden appearance of the bus in her field of view. The information gleaned from the video recording of the actual event had a greater influence on my formulation of this opinion than the descriptions given by the witnesses based on their memories and their positions relative to the bus and the pedestrians at the time of impact.

It is also my opinion that Ms Schoenborn lost consciousness immediately upon impact with the bus and did not regain consciousness at any time. This opinion is based on the video images of the scene immediately after the event, the witnesses' description of the scene, the police and EMS workers description and written reports of the scene, the devastating nature of her head injury described in the autopsy, and my education, training, and personal experience as a trauma surgeon evaluating and treating patients with head injuries in the acute care setting. The video images and the witnesses' descriptions consistently note the lack of any signs of life including voluntary or purposeful movement during the initial moments following the collision. The EMS personnel's descriptions and reports also note persistent state of unconsciousness during their contact with Ms Schoenborn. Furthermore, the autopsy description of her head injury is of such a magnitude as to be inconsistent with cognitive function immediately after impact.

In summary, it is my opinion within a reasonable degree of medical certainty that Ms Schoenborn was unaware of the impending collision with bus, lost consciousness immediately upon impact, and died instantly as a result of a devastating brain injury, rupture of the heart, and rupture of the spleen and liver. Given the unexpectedness of the accident and rapidity of her demise, I do not believe that she experienced any measurable anxiety or pain and suffering during this dreadful event.

/s/

David J Ciesla MD
Director Trauma Services
Washington Hospital Center
Washington DC

# David J Ciesla MD FACS

Director Trauma Services, Washington Hospital Center
Washington DC

December 20, 2007

Expert Opinion: McGhee vs WMATA

In regard to case of Sally McGhee vs. WMATA and events surrounding the bus/pedestrian collision on February 14, 2007, I have reviewed the video recording of the intersection where the collision occurred, the depositions of the witnesses at the scene including those of Brenda Seay, Mohammad Cheema, the depositions of the police and EMS workers that responded to the scene, and a summary of her autopsy findings performed on February 15, 2007.

It is my opinion that Ms McGhee was unaware of the impending collision with the bus as she made her way across the street. This is based on the video images of the intersection that show Ms McGhee proceeding forward at a constant pace into the impact area. From this video recording, Ms McGhee did not appear to make any movement or gesture that indicated that saw the bus as it entered the crosswalk or that she was startled by the sound or sudden appearance of the bus in her field of view. The information gleaned from the video recording of the actual event had a greater influence on my formulation of this opinion than the descriptions given by the witnesses based on their memories and their positions relative to the bus and the pedestrians at the time of impact.

It is also my opinion that Ms McGhee lost consciousness immediately upon impact with the bus and did not regain consciousness at any time. This opinion is based on the video images of the scene immediately after the event, the witnesses' description of the scene, the police and EMS workers description, the injuries described in the autopsy and my education, training, and personal experience as a trauma surgeon evaluating and treating patients with severe injuries in the acute care setting. The autopsy describes a number of contusions, lacerations, and abrasions to the skull and face consistent with substantial blunt force impact. The autopsy also describes the brain as having diffuse subarachnoid hemorrhage over the cerebral convexities consistent with a severe traumatic brain injury. This injury pattern is most frequently associated with a loss of consciousness and, in survivors, generally renders the patient amnestic to the events immediately surrounding the injury. Moreover, loss of conscious and amnesia to the events surrounding the injury is a frequent physical examination finding in patients that suffer mild traumatic brain injuries who later have a normal physical examination and no radiologic evidence of injury. The video images and the witnesses' descriptions consistently note the lack of any signs of life including pulse, breathing, and voluntary or purposeful movement during the initial moments following the collision. The trained EMS personnel's descriptions and reports also note persistent state of unconsciousness during their contact with Ms McGhee. Furthermore, the autopsy description of her head injury is of such a magnitude as to be inconsistent with cognitive function immediately after impact.

While the head injury itself was of sufficient magnitude to cause an immediate loss of consciousness and place the patient at significant risk of death, the other injuries that Ms McGhee sustained in this collision were also of such a degree as to be likely to cause death instantaneously. Careful viewing of the video shows that the impact to the head was coincident with the initial impact to the rest of the body. Based on these video images of the collision, the amount of estimated blood loss at the scene, the inability of either of the witnesses or trained EMS personnel to identify vital signs within seconds of impact, and the autopsy description of the devastating torso injuries, it is unlikely that Ms McGhee was aware of anything after the initial contact and expired immediately from heart contusion and laceration followed by massive

# David J Ciesla MD FACS

### Director Trauma Services, Washington Hospital Center
### Washington DC

bleeding from the severed aorta and vena cave, the crushed spleen, and lacerated liver and open pelvic fracture.

In summary, it is my opinion within a reasonable degree of medical certainty that Ms McGhee was unaware of the impending collision with bus, lost consciousness immediately upon impact, and died instantly as a result of a severe traumatic brain injury and rapid exsanguination from catastrophic chest and abdominal injuries. Given the unexpectedness of the accident and rapidity of her demise, I do not believe that she experienced any measurable anxiety or pain and suffering during this dreadful event.

/s/

David J Ciesla MD
Director Trauma Services
Washington Hospital Center
Washington DC

# David Joseph Ciesla MD, FACS

## Personal

|  |  |
|--|--|
| Birth date: | September 12, 1966, Minneapolis, Minnesota |
|  | SSN 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 |
| Married: | Alexis Nash Ciesla, June 3, 1995 |
| Children: | Witten Joseph Ciesla, 11/23/02 |
|  | Hadley Richmond Ciesla, 8/30/04 |

Professional:   Director, Trauma Services
Department of Surgery
Washington Hospital Center
110 Irving St NW Suite 4B-39
Washington DC, 20010
Phone: (202) 877-5190
Fax: (202) 877-3173
David.J.Ciesla@Medstar.net

Home:   1400 Gies Ln.
Crownsville, Maryland 21032
(410) 697-3034

## Education

University of Colorado, Boulder, Colorado
Bachelor of Arts, Chemistry August 1985-May 1989
*Magna cum Laude, Dean's List*

University of Colorado, Boulder, Colorado
Master of Sciences, Chemistry July 1992-December 1993

University of Colorado Health Sciences Center, Denver Colorado
Doctor of Medicine, July 1990-June 1995

University of Colorado Health Sciences Center, Denver Colorado
Surgical Internship July 1995-June 1996

National Institutes of Health Sponsored Trauma Research Fellowship
Denver Health Medical Center, University of Colorado Health Sciences Center,
July 1998-June 2000
Research Advisor: Ernest E. Moore, MD

University of Colorado Health Sciences Center, Denver Colorado
General Surgery Residency, July 1996 to June 2002
Chairman: Alden H. Harken, MD

1

University of Colorado Health Sciences Center, Denver Colorado
General Chief Surgery Resident, July 2001 to June 2002
Chairman: Frederick L Grover, MD

University of Colorado Health Sciences Center/Denver Health Medical Center
Surgical Critical Care Residency Jan 2003 to Dec 2003
Program Director: Jon M Burch MD

## Board Certification
American Board of Surgery #059255, General Surgery, Feb 2003
American Board of Surgery #2098, Surgical Critical Care, Oct 2004

## Medical Licensure
Colorado DR40580
District of Columbia MD035870
DEA #BC8001391

## Additional Training
### Advanced Trauma Life Support (ATLS)
Instructor Course: Dec 6, 2005 Boston MA
Instructor: Feb 2, 2006 Washington DC
Course Director: July 10-11, 2006 Washington DC
Course Director: April 19-20, 2007 Washington DC
### Advanced Trauma Operative Management (ATOM)
Instructor Course: Dec 1 2006, Baltimore MD
Instructor: March 22 2007, Hartford CT
Instructor: April 30 2007, Baltimore MD
### Hospital Disaster Life Support (HDLS)
Provider Course
### Emergency War Surgery Course
Instructor: Uniformed Services University for the Health Sciences, April
16-18, 2007 Bethesda MD

## Professional Societies
Present
Fellow, American College of Surgeons 03033131
American Medical Association
Western Trauma Association
Eastern Association for the Surgery of Trauma
Southwestern Surgical Congress
Shock Society
Society of Critical Care Medicine
Past
Colorado Medical Society
Denver Medical Society
Denver Academy of Surgery

**Present Position**
♦ Director, Trauma Services, Washington Hospital Center, Washington DC (2006 to Present)
♦ Program Director, Surgical Critical Care Residency, Washington Hospital Center Washington DC, (2006 to Present)
♦ Medical Director, 4H surgical Critical Care Unit 4H Washington Hospital Center Washington Hospital Center, Washington DC (2006 to Present)
♦ Associate Professor of Surgery, Georgetown School of Medicine, Washington DC (2006 pending)

**Past Positions**
♦ Trauma Surgeon, Rocky Mountain Regional Trauma Center at Denver Health Medical Center, 2002-2005
♦ Chief, Pediatric Trauma, Denver Health Medical Center, 2002-2005
♦ Assistant Professor of Surgery, University of Colorado School of Medicine, 2002-2005
♦ Program Director, Surgical Critical Care Residency, Denver Health Medical Center and University of Colorado School of Medicine, 2005
♦ Associate Program Director, Surgical Critical Care Residency, Denver Health Medical Center and University of Colorado School of Medicine, 2004-2005

**Medical Service**
♦ Institute of Medicine: Moving Forward in Increasing Organ Donation Opportunities and Barriers to Uncontrolled DCDD in Major Metropolitan Cities. Washington DC, December 20, 2006
♦ District of Columbia Continuum of Care Task Force, 2006-present
♦ Emergency Preparedness Initiative, Washington Hospital Center, 2006-present
♦ Associate Member, American College of Surgeons Committee on Trauma, District of Columbia 2006-present
♦ Washington Hospital Center Clinical Improvement Committee 2006-present
♦ Washington Hospital Center Surgical Improvement Committee 2006-present
♦ Mile-Hi Regional Emergency Medical and Trauma Advisory Council, Denver County 2004-2005
♦ Denver Health Medical Center Ethics Committee 2003-2005

**Honors and Awards**
- Merck Index Award for Chemistry, 1989
- Western Medical Student Research Forum, Meritorious Research Award, 1992
- Student Honor and Research Committee Award UCHSC, 1992
- Denver Academy of Surgery, Outstanding Promise in the Field of Surgery, 1995
- Earl C. Young Award, Western Trauma Association Annual Meeting, 2000
- American College of Surgeons Committee on Trauma Resident Competition Region VIII Winner, Basic Science, 2000
- Resident Research Award, Surgical Infection Society Annual Meeting, 2000
- Young Investigator Travel Award, Shock Society Annual Meeting, 2004

**Certification**
- American Chemical Society Certification, 1989
- United States Medical Licensing Exam: Steps I, II, and III
- Surgical Internship, University of Colorado Health Sciences Center, Denver, Colorado1996
- General Surgery Residency, University of Colorado Health Sciences Center, Denver, Colorado 2002
- Surgical Critical Care Fellowship, University of Colorado Health Sciences Center, Denver, Colorado 2003

**Research Funding**
- Undergraduate Research Opportunities Program Grant: The Synthesis of Soluble Bimetallic Compounds for the Study of Carbon-Carbon Bond Forming Reactions Across Metal-Metal Bonds, University of Colorado, Boulder, Colorado, 1988
- NIH Medical Student Research Grant: *Magnetic Resonance Spectroscopy of the Isolated Perfused Kidney,* University of Colorado Health Sciences Center, Denver, Colorado, 1991
- N.I.H. 3 P50GM49222   Trauma Research Center  (Co-Investigator, Human Subjects Core, "Trauma Primes Cells") 2001-2005
- N.I.H. Loan Repayment Program grant: Postinjury Multiple Organ Failure. Denver Health Medical Center and the University of Colorado School of Medicine, Sponsor Ernest E Moore MD, 2003-2005.
- N.I.H. H133N060028 Department of Education/National Institute on Disability and Rehabilitation Research, National Capital Spinal Cord Injury Model System. Role: Clinical System of Care Division/Acute Care Workgroup
- Takeda TAK-242  A Pivotal, Multicenter, Multinational, Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy and Safety of TAK-242 in Adults with Severe Sepsis  (Principal Investigator for Washingtgon Hospital Center, 2006)
- NovoNordisk Study to Evaluate the Safety and Efficacy of NovoSeven® in Adults with Intraparenchymal Hemorrhage from Traumatic Brain Injury (Principal Investigator for Washington Hospital Center, 2006)

## Invited Reviews and Book Chapters

1. Blunt Abdominal Trauma, Ciesla DJ and Moore EE, Chapter in Abernathy's Surgical Secrets 4th Ed. Ed: Harken AH and Moore EE, Haley and Belfus Inc. Philadelphia, 2000.

2. Splenic Trauma, Ciesla DJ and Moore EE, Chapter in Abernathy's Surgical Secrets 4th Ed. Ed: Harken AH and Moore EE, Haley and Belfus Inc. Philadelphia, 2000.

3. Blunt Abdominal Trauma, Ciesla DJ and Moore EE, Chapter in Abernathy's Surgical Secrets 5th Ed. Ed: Harken AH and Moore EE, Haley and Belfus Inc. Philadelphia, 2003.

4. Splenic Trauma, Ciesla DJ and Moore EE, Chapter in Abernathy's Surgical Secrets 5th Ed. Ed: Harken AH and Moore EE, Haley and Belfus Inc. Philadelphia, 2003.

5. Pancreatic and Duodenal Injuries, Ciesla DJ, Burch JM, Chapter in Current Surgical Therapy 8th Ed. Ed John L Cameron, Mosby Philadelphia, 2003.

6. Postoperative Fever DJ Ciesla and R Franciose, Chapter in Surgical Decision Making 5th Ed. Ed Robert C McIntyre, Saunders Philadelphia, 2003.

7. Multiple Organ Failure, Ciesla DJ, Moore FA, Moore EE, Chapter in Trauma 6th Ed. Ed Moore, Feliciano, Mattox, McGraw Hill, New York, 2007.

8. Fundamental operative approaches in acute care surgery. Ciesla DJ, Moore EE, Chapter in Acute Care Surgery, 1st Ed. Ed Britt LD Springer-Verlag Inc, New York2007.


## Invited Lectures

1. The Illinois Surgical Society Fall Meeting Scientific Program, September 2000: Surveillance for Metastatic Colorectal Cancer Following Resection of the Primary Tumor.

2. Northern Plains Vascular Surgical Society, January 2002: Blunt Carotid Artery Injuries: Invasive Intervention vs. Observation.

3. Surgical Grand Rounds, University of Colorado School of Medicine, November 2002: Post-Injury Multiple Organ Failure.

4. Multi-Disciplinary SICU Conference, Denver Health Medical Center, July 2003: Postinjury MOF: How are we Doing?

5. Surgical Grand Rounds, University of Colorado School of Medicine, November 2003: Post-Injury Multiple Organ Failure: 10 Years of Study.

6. Horizons in Surgery, University of Colorado School of Medicine Breckenridge, Colorado February 29, 2004: What's New in Postinjury Multiple Organ Failure.

7. Colorado Plains Medical Center Multidisciplinary Trauma Conference, April 2004: Blunt Abdominal Trauma Management.

8. 31st Annual Rocky Mountain Trauma and Emergency Medicine Conference Copper Mountain Colorado, July 2004: Multiple Organ Failure in the Critically Injured Patient.

9. Surgical Grand Rounds, University of Colorado School of Medicine, August 2004: Initial Evaluation and Management of Thoracic and Abdominal Injuries.

10. Oral Surgery Grand Rounds, Denver Health Medical Center, August 2004: Initial Evaluation and Stabilization of the Trauma Patient: Life threatening Problems.

11. Surgical Grand Rounds, University of Colorado School of Medicine, September 2004: Training the Future: Trauma and Acute Care Surgery.

12. Surgical Grand Rounds, St Joseph's Hospital, January 2005: Trauma and Acute Care Surgery, The Model for Training the Emergency Surgeon.

13. Orthopedic Surgery Grand Rounds, University of Colorado School of Medicine, March 2005: Resuscitation of the Multiply Injured Patient.

14. Summer Trauma Lecture Series, Memorial Hospital Douglas Wyoming, June 2005: High Risk Injury Patterns.

15. Trauma Lecture Series, Valley View Hospital, Glenwood Springs Colorado August 2005: High Risk Injury Patterns.

16. Surgical Grand Rounds, University of Colorado School of Medicine, August 2005: Chest and Abdominal Injuries: Initial Evaluation and Management.

17. Surgical Grand Rounds, Washington Hospital Center, March 2006: Postinjury Inflammation, the Pathophysiology Underlying Multiple Organ Failure.

18. Anesthesia Grand Rounds, Washington Hospital Center, May 2006: Anesthesia Considerations in the Severe Trauma Patient; Resuscitation and Damage Control.

19. Surgical Grand Rounds, Washington Hospital Center, August 2006: Trauma Systems and Access to Emergency Medical Care.

20. Trauma Institute of San Antonio (TRISAT) San Antonio Texas, September 2006: Trauma Systems and Access to Emergency Medical Care.

21. Surgical Grand Rounds, University of South Florida, April 2007: Postinjury MOF, 12 Years of Prospective Study.

22. Crossing the Line: Defining the Business of Surgery, Washington DC May 2007: Trauma Centers as Profit Centers.

## Abstracts and Presentations

1.   DJ Ciesla, JJA Huntley RB Hutchinson JI Shapiro, [23]Na Nuclear Magnetic Resonance Studies of Red Blood Cell from Chronic Hemodialysis Patients: Implication for Systemic Sodium Metabolism. (Presented at the *Western Medical Research Conference Annual Meeting*, Carmel, California, February 1992)

2. DJ Ciesla, N Ku, RC. McIntyre Jr, SW Subber, N Pearlman, DA Kumpe, Provocative Angiography Seldom Adds to the Management of Occult GI Bleeding (Presented at the *Southwestern Surgical Congress Annual Meeting,* San Antonio, Texas, April 1998)

3. DJ Ciesla, EE Moore, G Zallen, CC Silliman, Hypertonic Saline Reversibly Attenuates Human PMN $O_2$- Production via a Tyrosine Kinase Pathway (Presented at

the *Society of University Surgeons Annual Meeting; Residents Section*, New Orleans, Louisiana, February 1999)

4. CH Selzman, <u>DJ Ciesla</u>, RC McIntyre, N Pearlman, The Postman Always Rings Twice: Lessons learned from Pelvic Exenteration (Presented at the *Western Trauma Association Annual Meeting,* Crested Butte, Colorado, March 1999)

5. <u>DJ Ciesla</u>, EE Moore, G Zallen, WL Biffl, CC Silliman, Lipid Priming for PMN Elastase Release Requires p38 MAPK (Presented at *Shock Society Annual Meeting,* Philadelphia, Pennsylvania, June 1999)

6. <u>DJ Ciesla</u>, EE Moore, G Zallen, WL Biffl, DJ Elzi, CC Silliman, Hypertonic Saline Attenuation of PMN Cytotoxic Function is Reversed Upon Return to Normotonicity (Presented at the *85th Annual Clinical Congress of the American College of Surgeons*, San Francisco, California, October, 1999)

7. <u>DJ Ciesla</u>, EE Moore, G Zallen, CC Silliman, Hypertonic Saline Attenuation of PMN Cytotoxicity: Timing is Everything. (Presented at the *American Association for the Surgery of Trauma Annual Meeting*, Boston, Massachusetts, September 1999)

8. <u>DJ Ciesla</u>, EE Moore, WL Biffl, RJ Gonzalez, HB Moore, CC Silliman, Hypertonic Saline Activation of p38 MAPK Primes the PMN Respiratory Burst, (Presented at the *Association for Academic Surgery Annual Meeting*, Philadelphia Pennsylvania, November 1999)

9. <u>DJ Ciesla</u>, PJ Offner, EE Moore, WL Biffl, JB Haenel, G Zallen, Steroid Rescue of Late ARDS Patients Decreases PMN Cytotoxicity and Cytokine Production. (Presented at the *Western Trauma Association Annual Meeting,* Earl C. Young Award for Resident Research Paper, Squaw Valley, California, March 2000)

10. <u>DJ Ciesla</u>, EE Moore, RJ Musters, RJ Gonzalez, J Aiboshi, WL Biffl, CC Silliman Hypertonic Saline Inhibits Neutrophil Cytotoxic Function by Attenuating Intracellular Signal Transduction: Role of the Actin Cytoskeleton and p38 MAPK. (Presented at the *American College of Surgeons Committee on Trauma Annual Meeting* Resident Research Competition, Reno, Nevada, March 2000)

11. <u>DJ Ciesla</u>, EE Moore, RJ Gonzalez, Walter L Biffl, CC Silliman, Hypertonic Saline Inhibits Neutrophil (PMN) Priming via Attenuation of p38 MAPK Signaling. (Presented at *the Surgical Infection Society Annual Meeting*, Providence, Rhode Island, April 2000)

12. <u>DJ Ciesla</u>, EE Moore, RJ Gonzalez, WL Biffl, CC Silliman, Hypertonic Saline Abrogates PAF Induced Delayed PMN Apoptosis. (Presented at the *Shock Society* Annual meeting Snowbird, Utah, June, 2000)

13. <u>DJ Ciesla</u>, EE Moore, RJ Musters, RJ Gonzalez, WL Biffl, CC Silliman, Hypertonic Saline Alteration of the Neutrophil Actin Cytoskeleton: Implications for Signal Transduction and the Cytotoxic Response. (Presented at the *American Association for the Surgery of Trauma Annual Meeting*, San Antonio, Texas, September 2000)

14. <u>DJ Ciesla</u>, EE Moore, RJ Musters, RJ Gonzalez, WL Biffl, CC Silliman, Hypertonic Saline Alteration of the PMN Cytoskeleton: Implications for Signal Transduction and Cytotoxic Degranulation. *J Am Coll Surgeons* (2000) 191:S59. (Presented at the *86th*

Improve Outcome? (Presented at the *American Association for the Surgery of Trauma Annual Meeting*, Maui, HI, September 2004)

26. <u>Ciesla DJ</u>, Moore EE, Johnson JL, Cothren CC, Sauaia A: A 10-Year Prospective Outcome study of Postinjury Multi0ple Organ Failure. (Presented at the *American Association for the Surgery of Trauma Annual Meeting*, Maui, HI, September 2004)

27. Johnson JL, Moore EE, <u>Ciesla DJ</u>, Cothren CC, Sauaia A: Male Gender is and Independent Risk Factor for Major Infection after Severe Blunt Trauma. (Presented at the *American Association for the Surgery of Trauma Annual Meeting*, Maui, HI, September 2004)

28. <u>Ciesla DJ</u>, Moore EE, Johnson JL, Cothren CC, Sauaia A: A 10-Year Prospective Study of Postinjury Multiple Organ Failure: Has Anything Changed? (Presented at the *Western Surgical Association Annual Meeting*, Tucson Arizona, November 2004)

29. <u>Ciesla DJ</u>, Moore EE, Sauaia A, Cothren CC, Johnson JL: Is Postinjury Multiple Organ Failure Simply an Extension of the Acute Respiratory Distress Syndrome? (Presented at the *Central Surgical Association Annual Meeting*, Tucson Arizona, March 2005)

30. Cothren CC, Moore EE, Ray CE, <u>Ciesla DJ</u>, Johnson JL, Moore JB, Burch JM. "Screening for blunt cerebrovascular injuries is cost effective" *Southwestern Surgical Congress*, San Antonio, TX. April 2005.

31. Cothren CC, Moore EE, Johnson JL, Moore JB, <u>Ciesla DJ</u>, Burch JM. "Can we afford to do laparoscopic appendectomy in an academic hospital? *Southwestern Surgical Congress, San Antonio*, TX. April 2005.

32. <u>Ciesla DJ</u>, Moore EE, Johnson JL, Burch JM, Cothren CC, Sauaia A. "Obesity increases the risk of risk of organ dysfunction but not death in high risk trauma patients. *Western Trauma Association*, Big Sky, MT, March 2006.

33. Cothren CC, Moore EE, Johnson JL, Moore JB, Ciesla DC, Burch JM. "100% fascial approximation with sequential abdominal closure in the open abdomen." *Western Trauma Association*, Big Sky, MT, March 2006.

34. <u>Ciesla DJ</u>, Moore EE, Sauaia A, Johnson JL, Cothren CC, Banarjee A, Burch JM. "Advances in surgical critical care have decreased the severity of the postinjury acute respiratory distress syndrome." *Central Surgical Association*, Louisvill, KY, March 2006.

35. <u>Ciesla DJ</u>, Moore EE, Cothren CC, Johnson JL, Burch JM. "Have trauma surgeons become housestaff for the surgical subspecialist?" *Southwestern Surgical Congress*, Kauai, HI, April 2006.

36. Emmett JL, Cothren CC, Moore EE, Johnson JL, Ciesla DJ, Moore JB, Burch JM. "Is pre-operative trucut biopsy warranted in soft tissue masses greater than 5cm?" *Southwestern Surgical Congress*, Kauai, HI, April 2006.

37. <u>Ciesla DJ</u>, Sava JA, Kennedy SO, Jordan MH. "Trauma Patients: You can get them in but you can't get them out." *Western Surgical Association*, Los Cabos, Mexico, November, 2006.

38. <u>Ciesla DJ,</u> Sava JA, Kennedy SO, Jordan MH. "Overtriage: A consequence of an immature trauma system" *Western Trauma Association*, Steamboat Springs CO, March 2007.

## Journal Publications

1. <u>Ciesla DJ</u>, Gilbert DE, Feigon J, Secondary Structure of the Designed Peptide Alpha-1 Determined by Nuclear Magnetic Resonance Spectroscopy, *J Am Chem Society* (1991) 113: 3957-3961.

2. Hutchinson RB, Huntley JJA, Zhou HZ, <u>Ciesla DJ</u>, Shapiro JI, Changes in Double Quantum Filtered Sodium Intensity During Prolonged Ischemia in the Isolated Perfused Heart *Mag Res Med* (1993) 29:391-395.

3. Skalicky JJ, Metzler WJ, <u>Ciesla DJ</u>, Galdes A, Pardi A, Solution Structure of the Calcium Channel Antagonist $\omega$-Conotoxin GVIA *Protein Science* (1993) 2:1591-1603.

4. Zallen G, Moore EE, Johnson JL, Tamura DY, <u>Ciesla DJ</u>, Silliman CC, Post-Hemorrhagic Shock Mesenteric Lymph Primes Circulating Neutrophils and Provokes Lung Injury. *J Surg Res* (1999) 83:83-88.

5. Zallen G, Moore EE, <u>Ciesla DJ</u>, Brown M, Biffl W, Silliman CC, Stored Red Blood Cells Selectively Activate Human Neutrophils to Release IL-8 and Secretory $PLA_2$ (1999) *Shock* 13:29-33.

6. Zallen G, Offner PJ, Moore EE, Blackwell J, <u>Ciesla DJ</u>, Gabriel J, Silliman CC, Age of Transfused Blood is an Independent Risk Factor for the Development of Multiple Organ Failure. *Am J. of Surgery* (1999) 178:570-572.

7. <u>Ciesla DJ</u>, Moore EE, Zallen G, Biffl WL, Elzi DJ, Silliman CC, Hypertonic Saline Attenuation of PMN Cytotoxic Function is Reversed Upon Return to Normotonicity *Surgical Forum* (1999) 50:189-192.

8. <u>Ciesla DJ</u>, Moore EE, Zallen G, Silliman CC, Hypertonic Saline Attenuation of PMN Cytotoxicity: Timing is Everything. *J Trauma* (2000) 48:388-395.

9. <u>Ciesla DJ</u>, Moore EE, Gonzalez RJ, Biffl WL, Silliman CC, Hypertonic Saline Inhibits Neutrophil (PMN) Priming via Attenuation of p38 MAPK Signaling. *Shock* (2000) 14:265-269.

10. Gonzalez RJ, Moore EE, Biffl WL, <u>Ciesla DJ</u>, Silliman CC, The Lipid Fraction of Posthemorrhagic Shock Mesenteric Lymph (PHSML) Inhibits Neutrophil Apoptosis and Enhances Cytotoxic Potential. *Shock* (2000) 14:404-408.

11. <u>Ciesla DJ</u>, Moore EE, Musters RJ, Gonzalez RJ, Biffl WL, Silliman CC, Hypertonic Saline Alteration of the Neutrophil Actin Cytoskeleton: Implications for Signal Transduction and the Cytotoxic Response. *J Trauma* (2001) 50:206-212.

12. Biffl WL, Moore EE, Offner PJ, <u>Ciesla DJ</u>, Gonzalez RJ, Silliman CC, Plasma From Aged Stored Red Blood Cells Delays Neutrophil Apoptosis and Primes for Cytotoxicity: Abrogation by Post-storage Washing but not Prestorage Leukoreduction. *J Trauma* (2001) 50:426-31.

13. Aiboshi J, Moore EE, <u>Ciesla DJ</u>, Silliman CC, Blood Transfusion and the Two-Insult Model of Post-injury Multiple Organ Failure. *Shock* (2001) 15:302-306.

14. <u>Ciesla DJ</u>, Moore EE, Biffl WL, Gonzalez RJ, Silliman CC, Hypertonic Saline Attenuation of the Neutrophil Cytotoxic Response is Reversed Upon Restoration of Normotonicity and Reestablished by Repeated Hypertonic Challenge. *Surgery* (2001) 129:567-575.

15. Gonzalez RJ, Moore EE, <u>Ciesla DJ</u>, Biffl WL, Offner PJ, Silliman CC, Phospholipase $A_2$ Derived Neutral Lipids from Posthemorrhagic Shock Mesenteric Lymph Prime the Neutrophil Oxidative Burst. *Surgery* (2001) 130:198-203.

16. Gonzalez RJ, Moore EE, <u>Ciesla DJ</u>, Meng X, Biffl WL, Silliman CC, Post-hemorrhagic shock mesenteric lymph (PHSML) lipids prime neutrophil superoxide production via phospholipase $A_2$. *Shock* (2001) 16:218-222.

17. <u>Ciesla DJ</u>, Moore EE, Biffl WL, Gonzalez RJ, Moore HB, Silliman CC, Hypertonic Saline Activation of p38 MAPK Primes the PMN Respiratory Burst. *Shock* (2001) 16:285-289.

18. Gonzalez RJ, Moore EE, <u>Ciesla DJ</u>, Biffl WL, Johnson JL, Silliman CC, Mesenteric Lymph is Responsible for Post-Hemorrhagic Shock Systemic Neutrophil Priming. *J Trauma* (2001) 51:1069-1072.

19. Gonzalez RJ, Moore EE, <u>Ciesla DJ</u>, Nieto JR, Biffl WL, Silliman CC, Hyperosmolarity Abrogates Neutrophil Cytotoxicity Provoked by Post-Shock Mesenteric Lymph. *Shock* (2002) 18:29-32.

20. Offner PJ, Moore EE, <u>Ciesla DJ</u>. The adrenal response after severe trauma. *Am J Surg*. (2002) 184:649-53.

21. Gonzalez RJ, Moore EE, <u>Ciesla DJ</u>, Nieto JR, Johnson JL, Silliman CC: Post-hemorrhagic shock mesenteric lymph activates human pulmonary microvascular endothelium for in vitro neutrophil-mediated injury: the role of intercellular adhesion molecule-1. *J Trauma* (2003) 54:219-23.

22. <u>Ciesla DJ</u>, Moore EE, Woolford HY. Transverse sternal approach for thymectomy. *Surgery*. (2003) 133:226-7.

23. Biffl WL, Carnaggio R, Moore EE, <u>Ciesla DJ</u>, Johnson JL, Silliman CC: Clinically relevant hypertonicity prevents stored blood- and lipid-mediated delayed neutrophil apoptosis independent of p38 MAPK or caspase-3 activation. *Surgery* (2003) 134:86-91.

24. Cothren CC, Moore EE, Biffl WL, <u>Ciesla DJ</u>, Ray CE, Johnson JL, Moore JB, Burch JM, Cervical spine fracture patterns predictive of blunt vertebral artery injury. *J Trauma* (2003) 55:811-813.

25. Barsness KA, Bensard DD, <u>Ciesla D</u>, Partrick DA, Hendrickson R, Karrer FM, Blunt diaphragmatic rupture in children. *J Trauma* (2004) 56:80-82.

26. <u>Ciesla DJ</u>, Moore EE, Moore JB, Johnson JL, Cothren CC, Burch JM: Intubation alone does not mandate trauma surgeon presence on patient arrival to the emergency department. *J Trauma* (2004) 56: 937-941.

27. Cothren CC, Moore EE, Biffl WL, Ciesla DJ, Ray CE Jr, Johnson JL, Moore JB, Burch JM: Anticoagulation is the gold standard therapy for blunt carotid injuries to reduce stroke rate. *Arch Surg*. (2004) 139:540-546.

28. Ciesla DJ, Moore EE, Johnson JL, Sauaia A, Cothren CC, Moore JB Burch JM: Multiple organ dysfunction during resuscitation is not postinjury multiple organ failure. *Arch Surg* (2004) 139:590-594.

29. Cothren CC, Moore EE, Long JS, Haenel JB, Johnson JL, Ciesla DJ. Large volume polymerized haemoglobin solution in a Jehovah's Witness following abruptio placentae. *Transfus Med*. (2004) 14:241-246.

30. Cothren CC, Moore EE, Biffl WL, Ray CE Jr, Ciesla DJ, Johnson JL. Radiographic Characteristics of Postinjury Splenic Autotransplantation: Avoiding a Diagnostic Dilemma. *J Trauma*. (2004) 57:537-541.

31. Powell DW, Moore EE, Cothren CC, Ciesla DJ, Burch JM, Moore JB, Johnson JL. Is emergency department resuscitative thoracotomy futile care for the critically injured patient requiring prehospital cardiopulmonary resuscitation? *J Am Coll Surg*. (2004) 199:211-215.

32. Cothren CC, Moore EE, Ciesla DJ, Johnson JL, Moore JB, Haenel JB, Burch JM. Postinjury abdominal compartment syndrome does not preclude enteral feeding after definitive closure. *Am J Surgery* (2005) 188:653-658.

33. Ciesla DJ, Moore EE, Johnson JL, Moore JB, Cothren CC, Burch JM: The academic trauma center is the model for training the emergency surgeon. *J Trauma* (2005) 58:657-662.

34. Ciesla DJ, Moore EE, Johnson JL, Cothren CC, Sauaia A: A 12-year prospective study of postinjury multiple organ failure: has anything changed? *Arch Surg* (2005) 140:432-440.

35. Ciesla DJ, Moore EE, Johnson JL, Burch JM, Cothren CC, Sauaia A: The role of the lung in postinjury multiple organ failure. *Surgery* (2005) 138:749-757.

36. Cothren CC, Moore EE, Ray CE Jr., Ciesla DJ, Johnson JL, Moore JB, Burch JM. Carotid artery stents for blunt cerebrovascular injury: risks exceed benefits. *Arch Surg* (2005) 140:480-485.

37. Cothren CC, Moore EE, Ray CE Jr., Ciesla DJ, Johnson JL, Moore JB, Burch JM. Screening for blunt cerebrovascular injuries is cost-effective. *Am J Surg* (2005) 190:845-849.

38. Cothren CC, Moore EE, Johnson JL, Moore JB, Ciesla DJ, Burch JM. Can we afford to do laparoscopic appendectomy in an academic hospital? *Am J Surg* (2005) 190:950-954.

39. Moore EE, Moore FA, Harken AH, Johnson JL, Ciesla DJ, Banargee A. The two-event construct of postinjury multiple organ failure. *Shock* (2005) Suppl 1:71-4.

40. Sheppard FR, Cothren CC, Moore EE, Orfanakis A, Ciesla DJ, Johnson JL, Burch JM. Emergency department resuscitative thoracotomy for nontorso injuries. *Surgery* (2006) 139:576-576.

41. <u>Ciesla DJ</u>, Moore EE, Sauaia A, Johnson JL, Cothren CC, Banarjee A, Burch JM. Decreased progression of postinjury lung dysfunction to the acute respiratory distress syndrome and multiple organ failure. *Surgery* (2006) 140:640-648.

42. <u>Ciesla DJ</u>, Moore EE, Johnson JL, Burch JM, Cothren CC, Sauaia A. Obesity increases risk of risk of organ failure after severe trauma. *J Am Col Surgeons*, (2006) 203:539-545.

43. Cothren CC, Lutfiyya WL, Kim FJ, <u>Ciesla DJ</u>. Image of the month: Schwannoma. *Arch Surg* (2006) 141:941-942.

44. <u>Ciesla DJ</u>, Moore EE, Cothren CC, Johnson JL, Burch JM. Has the trauma surgeon become housestaff for the surgical subspecialist? *Am J Surgery* (2006) 192:732-737.

45. <u>Ciesla DJ</u>. Trauma systems and access to emergency medical care. *J Trauma* (2007) 62:S51.

46. <u>Ciesla DJ</u>. The acute care surgeon and emergency specialty procedures. *J Am Col Surgeons* (2007) 205:187-188.

47. <u>Ciesla DJ,</u> Sava, JA, Kennedy SO, Levinson KA, Jordan MH. Trauma patients: You can get them in but you can't get them out. *Am J Surg* (2007) in press

48. <u>Ciesla DJ,</u> Sava JA, Kennedy SO, Jordan MH. Overtriage: A consequence of an immature trauma system. *J Am Col Surgeons* (2007) in press.

<u>(07-07-07)</u>

**Legal Fee Schedule**

<u>Disability Forms:</u>    Special Request, Payable in Advance              $50.00

<u>Attorney Consultations:</u>    Phone:              $100.00 per 20 minutes
                                In Office:          $125.00 per 20 minutes

<u>Telephone Deposition:</u>              Per Hour                      $500.00
                       $500.00 Non-refundable deposit is
                       due 20 business days in advance,
                       remainder is due day of deposition

<u>In Office Deposition:</u>              Per Hour                      $750.00
                       $750.00 Non-refundable deposit is
                       due 20 business days in advance,
                       remainder is due day of deposition

<u>Video Deposition:</u>       Per Hour                      $900.00
                       $900.00 Non-refundable deposit is
                       due 20 business days in advance,
                       remainder is due day of deposition

<u>Out of Office Deposition:</u>    Per Hour              $1,000.00
                       $1,000.00 Non-refundable deposit is
                       due 20 business days in advance,
                       remainder is due day of deposition

 <u>Narrative Report:</u>       1st Page, plus chart review time       $150.00
                       Each additional page                  $50.00

<u>Court appearance:</u>       Per Hour                      $1,000.00
                       $1,000.00 Non-refundable deposit is
                       due 20 business days in advance,
                       remainder is due day of testimony

<u>Chart Review:</u>               Per Hour                      $300.00

<u>Radiograph Review  w/o
Dictation:</u>                                              $50.00

<u>Photographs:</u>       Per photograph                      $50.00