IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY E. SCHOENBORN, Individually and as Personal Representative of the Estate of MARTHA S. SCHOENBORN, Deceased, : : : : : : Plaintiff, : v. : : WASHINGTON METROPOLITAN : AREA TRANSIT AUTHORITY, : : Defendant. : : | 1:07 cv 00544 (RMU) <br><br> Status Conference: 02/04/2008 <br>               1:30 p.m. <br><br> CONSOLIDATED WITH |
| MOLLY M. BLASKO, as Personal Representative of the Estate of SALLY DEAN McGHEE, Deceased, : : : : : Plaintiff, : v. : : WASHINGTON METROPOLITAN : AREA TRANSIT AUTHORITY, : : Defendant. : | 1:07 cv 00833 (RMU) |

**CONSENT MOTION TO MODIFY SCHEDULING ORDER**

**COMES NOW** the Defendant Washington Metropolitan Area Transit Authority (hereinafter referred to as "WMATA"), by and through undersigned counsel, and with the consent of all parties, respectfully requests that this Honorable Court modify its Scheduling Order entered on August 28, 2007 so

as to extend the discovery deadline, currently set for January 31, 2008, to April 15, 2008, pursuant to F.R.C.P. 16(b), and as reasons therefore respectfully directs this Court's attention to the attached Memorandum of Points and Authorities.

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

/s/
Kathleen A. Carey
Unified Bar No: 357990
Assistant General Counsel-WMATA
600 5th Street, N.W.
Washington, D.C. 20001
Telephone:  (202) 962-1496
Facsimile: (202) 962-2550
E-mail:  kcarey@wmata.com


/s/
Nicholas S. Nunzio, Jr.
Unified Bar No: 362578
Assistant General Counsel-WMATA
600 5th Street, N.W. Room
Washington, D.C. 20001
Telephone: (202) 962-1028
Facsimile: (202) 962-2550
E-mail: nnunzio@wmata.com

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on this 31st day of January 2008 a copy of the foregoing Consent Motion to Modify Scheduling Order, together with the Memorandum of Points and Authorities and proposed Order, were electronically filed and served on the following attorneys:

Peter C. Grenier, Esquire
Michael K. Hibey, Esquire
BODE & GRENIER, L.L.P
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
pgrenier@bode.com
Attorneys for the Plaintiffs, Gregory Schoenborn,
Individually and as Personal Representative of the
Estate of Martha S. Schoenborn, Deceased

Patrick M. Regan, Esquire
Paul J. Cornoni, Esquire
Regan, Zambri and Long, PLLC
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036
pregan@reganfirm.com
Attorneys for Molly Blasko as Personal
Representative of the Estate of Sally D.
McGhee, Deceased

                           /s/
                  Nicholas S. Nunzio, Jr.
                  Unified Bar No: 362578
                  Assistant General Counsel-WMATA
                  600 5th Street, N.W. Room
                  Washington, D.C. 20001
                  Telephone: (202) 962-1028
                  Facsimile: (202) 962-2550
                  E-mail: nnunzio@wmata.com