IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY E. SCHOENBORN, Individually and as Personal Representative of the Estate of MARTHA S. SCHOENBORN, Deceased, | : <br> : <br> : <br> : <br> : <br> : |
| Plaintiff, | : **1:07 cv 00544 (RMU)** |
| v. | : |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | : <u>Status Conference</u>: 02/04/2008 <br> :                                    1:30 p.m. <br> : |
| Defendant. | : |
| | : **CONSOLIDATED WITH** |
| MOLLY M. BLASKO, as Personal Representative of the Estate of SALLY DEAN McGHEE, Deceased, | : <br> : <br> : <br> : |
| Plaintiff, | : **1:07 cv 00833 (RMU)** |
| v. | : |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | : <br> : <br> : |
| Defendant. | : |

**SUPPLEMENTAL/PARTIAL CONSENT MOTION
TO MODIFY SCHEDULING ORDER**

**COMES NOW** the Defendant Washington Metropolitan Area Transit Authority (hereinafter referred to as "WMATA"), by and through undersigned counsel, and with the consent of Plaintiff Molly Blasko as Personal Representative of the Estate of Sally Dean McGhee, Deceased, respectfully

requests that this Honorable Court modify its Scheduling Order entered on August 28, 2007 so as to extend the discovery deadline, currently set for January 31, 2008, to **April 15, 2008**, pursuant to F.R.C.P. 16(b), and as reasons therefore respectfully directs this Court's attention to the Memorandum of Points and Authorities and proposed Order previously filed with the original Consent Motion to Modify Scheduling Order. [1]

**WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY**

　　　　　/s/　　　　　
Kathleen A. Carey
Unified Bar No: 357990
Assistant General Counsel-WMATA
600 5th Street, N.W.
Washington, D.C. 20001
Telephone:  (202) 962-1496
Facsimile: (202) 962-2550
E-mail:  kcarey@wmata.com

---

[1] Plaintiff Schoenborn does not consent to the proposed discovery deadline of April 15, 2008 as set forth in the Motion to Modify Scheduling Order.  Plaintiff insists that discovery is closed [January 31, 2008], however, he consents to the scheduling of his deposition and the depositions of his economist, Richard B. Edelman, Ph.D., Romergryko Geocadin, M.D. (Baltimore, MD) and David Ciesla, M.D. (Tampa FL).  The depositions of Dr. Geocadin and Dr. Ciesla involve attorneys for Plaintiffs in both cases and, therefore, their scheduling is much more difficult. Dr. Ciesla will be visiting the Washington D.C. Metropolitan Area in mid-March 2008 and Plaintiff Schoenborn has expressed a desire to wait until the doctor's visit to do the deposition.  Whether discovery remains open for the conduct of specific depositions or closes on a particular date, the net result is the same: the parties will require at least 60 days to accomplish their intended discovery.

/s/
Nicholas S. Nunzio, Jr.
Unified Bar No: 362578
Assistant General Counsel-WMATA
600 5th Street, N.W. Room
Washington, D.C. 20001
Telephone: (202) 962-1028
Facsimile: (202) 962-2550
E-mail: nnunzio@wmata.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of February 2008 a copy of the foregoing Supplemental/Partial Consent Motion to Modify Scheduling Order, was electronically filed and served on the following attorneys:

Peter C. Grenier, Esquire
Michael K. Hibey, Esquire
BODE & GRENIER, L.L.P
1150 Connecticut Avenue, N.W., Ninth Floor
Washington, D.C. 20036
pgrenier@bode.com

Patrick M. Regan, Esquire
Paul J. Cornoni, Esquire
Regan, Zambri and Long, PLLC
1919 M Street, N.W., Suite 350
Washington, D.C. 20036
pregan@reganfirm.com

/s/
Nicholas S. Nunzio, Jr.
Unified Bar No: 362578
Assistant General Counsel-WMATA
600 5th Street, N.W. Room
Washington, D.C. 20001
Telephone: (202) 962-1028
Facsimile: (202) 962-2550
E-mail: nnunzio@wmata.com