UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| GREGORY E. SCHOENBORN,<br>Individually and as Personal<br>Representative of the Estate of<br>Martha Stringer Schoenborn, Deceased<br><br>     Plaintiff,<br><br>  v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>     Defendant. | CIVIL ACTION NO. 07-CV-544(RMU/JMF) |
| MOLLY M. BLASKO,<br>As Personal Representative of the Estate of<br>Sally Dean McGhee, Deceased<br><br>     Plaintiff,<br><br>  v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>     Defendant. | CIVIL ACTION NO. 07-CV-833 (RMU/JMF) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
"CONSENT" MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Gregory E. Schoenborn **never** consented to Defendant's Consent Motion to

Modify Scheduling Order ("Defendant's Motion"). Plaintiff's counsel discussed with

Defendant's counsel the scheduling of certain expert depositions after the January 31, 2008 close of discovery. However, Plaintiff never consented to a full extension of the discovery deadline until April 15, 2008, and never saw Defendant's Motion prior to Defendant's filing.

Plaintiff asks the Court to modify the scheduling order and extend discovery only one month, through March 3, 2008, for the limited purpose of conducting specified depositions.

                Respectfully submitted,

                GREGORY E. SCHOENBORN,
                Individually and as Personal Representative of the
                Estate of MARTHA S. SCHOENBORN, Deceased

By:   /s/ Peter C. Grenier
       Peter C. Grenier, Esq., D.C. Bar #418570
       Michael K. Hibey, Esq., D.C. Bar #502890
       BODE & GRENIER, L.L.P.
       1150 Connecticut Avenue, N.W.
       Ninth Floor, Connecticut Building
       Washington, D.C.  20036-0000
       (202) 828-4100
       (202) 828-4130 – facsimile

Dated: February 1, 2008

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of February 2008, I served a true and correct copy of the foregoing Plaintiff's Response to Defendant's Consent Motion to Modify Scheduling Order:

<u>Via U.S. Mail, postage prepaid upon:</u>
Patrick M. Regan, Esq.
Paul J. Cornoni, Esq.
REGAN ZAMBRI & LONG, PLLC
1919 M Street, N.W., Suite 350
Washington, D.C. 20036
*Counsel for Plaintiff Blasko*

<u>Via electronic filing upon:</u>
Kathleen A. Carey, Esq.
Nicholas S. Nunzio, Jr., Esq.
Washington Metropolitan Area Transit Authority
Assistant General Counsel
600 5th Street, N.W. Room 2B-11
Washington, D.C. 20001
*Counsel for Defendant WMATA*

                    /s/ Peter C. Grenier
                    Peter C. Grenier