UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY E. SCHOENBORN, Individually and as Personal Representative of the Estate of MARTHA S. SCHOENBORN, Deceased.<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY<br>600 5th St., N.W.<br>Washington, D.C.  20001<br><br>Defendant. | 1:07 cv 00544 (RMU) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through counsel, come before this Court and request that the Clerk enter this case as settled and dismissed with prejudice.  Each party to bear its own costs and fees.

Respectfully submitted,

| BODE & GRENIER, L.L. P. | WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY |
|---|---|
| /s/<br>Peter Grenier, #418570<br>Bode & Grenier, L.L.P.<br>1150 Connecticut Avenue, N.W.<br>Ninth Floor<br>Washington, D.C. 20036<br>202-828-4100 | /s/<br>Kathleen A. Carey, #357990<br>Assistant General Counsel<br>600 Fifth Street, N.W.<br>Washington, D.C. 20001<br>(202) 962-1496 |

1